# Exhibit B

**Voter Data Request Form**

**Please select one of the following:**

____Electronic File_____ Printed List_____ Mailing Labels

# VOTER INFORMATION AUTHORIZATION

**NOTE:** Minimum charge for any request is $15.00

**Please indicate the purpose of this request**    ☐ Campaign Use
**Please provide a description of your intended use of voter data:**    ☐ Governmental Use

_____
_____
_____
_____

**Please select the jurisdiction that you are requesting:**

☐ Statewide                                           ☐ District _____
☐ County(s) _____
☐ Other: _____

**Please indicate all information that you are requesting:**

**NOTE:** All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment jurisdiction and registrant ID number. Any additional fields must be indicated below.

☐ Districts                          ☐ Voting History                          ☐ Method Voted
(all districts associated with a voter)    (elections a voter has participated in)    (i.e. absentee, early or Election Day)

**Information of Requestor**

Name:_____Organization: _____
Address:_____Phone: (____)_____-_____
Email Address:_____Date:_____/_____/_____

**Authorization**

Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978). I hereby swear that the requestor will not: (INITIAL EACH)

_____ sell, loan, provide access to, or otherwise surrender voter information received as a result of this request.
_____ alter voter information received as a result of this request.
_____ use voter information for any purpose other than those authorized on this form.
_____ use voter information for any commercial purposes.

**Signature of Requestor**

_____

**For Office Use Only**

Total Cost: $_____ Date Received:_____/_____/_____ Date Completed:_____/_____/_____
Comments:_____Receipt Number: _____

Revised: 02/14/2022