# Exhibit C

**FOR IMMEDIATE RELEASE**
**June 30, 2017**
Contact: John Blair (505) 490-1952

# New Mexico Secretary of State Toulouse Oliver Responds to Presidential Election Commission Request for New Mexican Voters Personal Data

SANTA FE – New Mexico Secretary of State Maggie Toulouse Oliver released the following statement today regarding a request from President Trump's Advisory Commission on Election Integrity for the personal data of voters:

"My office has not yet received the letter from President Trump's election commission requesting the personal information of New Mexico voters. That being said, I will never release the personally identifiable information of New Mexico voters protected by law, including their social security number and birthdate. Further, I will not release any other voter information like names, addresses or voting history unless and until I am convinced the information will not be used for nefarious or unlawful purposes, and only if I am provided a clear plan for how it will be secured. As New Mexico's Chief Election Official, I will continue to ensure the integrity of our elections while protecting the voting rights and personal privacy of our voters."

When President Trump announced his Advisory Commission on Election Integrity earlier this year, Secretary of State Toulouse Oliver released this statement:

"If President Trump truly wants to boost Americans' confidence in the integrity of our elections, he should stop making false claims of rampant voter fraud. President Trump's voter fraud allegations are simply not true and they are doing real damage to our democracy. I fear that Trump's Commission will be nothing more than a Trojan Horse used to justify partisan efforts making it harder to vote."

# # #

**Follow Secretary Toulouse Oliver on [Facebook](Facebook) and [Twitter](Twitter).**