AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| Voter Reference Foundation, LLC<br>and<br>Holly Steinberg<br><br>*Plaintiff(s)*<br>v.<br>New Mexico Attorney General Hector Balderas<br>and<br>New Mexico Secretary of State Maggie Toulouse Oliver<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  22-cv-222-JHR-KK<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maggie Toulouse Oliver, in her official capacity as New Mexico Secretary of State
325 Don Gaspar
Suite 300
Santa Fe, NM 87501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Carter B. Harrison IV Harrison,
Hart & Davis, LLC
924 Park Avenue SW, Ste E
Albuquerque, NM 87102
Phone: (505) 295-3261

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, March 29, 2022

*Denisse Rincon*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* New Mexico Secretary of State Maggie Toulouse Oliver
was received by me on *(date)* 3/30/22.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Patrick Postock, Paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* New Mexico Secretary of State Maggie Toulouse Oliver on *(date)* 3/31/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ n/a for travel and $ 45 for services, for a total of $ 45 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/31/22

Server's signature

A. Garcia, Process Server
Printed name and title

PO Box 35784
Rio R..., NM 87176
Server's address

Additional information regarding attempted service, etc: