# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC,

and

HOLLY STEINBERG,

      Plaintiffs,

v.                                                         1:22-cv-00222-JB-KK

HECTOR BALDERAS, in his official capacity as
New Mexico Attorney General,

and

MAGGIE TOULOUSE OLIVER, in her official
capacity as New Mexico Secretary of State,

      Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE
## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

      Defendants, through undersigned counsel, respectfully request that the hearing on Plaintiffs' Motion for Preliminary Injunction, which is currently scheduled for 9:00 a.m. on April 12, 2022, be rescheduled. Defendants received service of process on March 31, 2022. As such, under D.N.M.LR 7.4(a), Defendants have until April 14, 2022, to file a response to the Motion. Defendants need the full 14 calendar days afforded them under that Rule to prepare their response.

      Counsel for Plaintiffs do not oppose this motion. The Parties agree that the hearing should be rescheduled as soon as practicable on or after April 18, 2022.

      For the foregoing reasons, Defendants respectfully request that the hearing on Plaintiff's Motion for Preliminary Injunction currently scheduled for April 12, 2022 be vacated and rescheduled as soon as practicable on or after April 18, 2022.

Respectfully Submitted,

HECTOR H. BALDERAS
New Mexico Attorney General

By: */s/ Olga Serafimova*

Olga Serafimova
Senior Civil Counsel
Post Office Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-40
oserafimova@nmag.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 7, 2022 I served a true and correct copy of the foregoing *Unopposed Motion* on all counsel of record via the ECF system.

*/s/ Olga Serafimova*