IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC,
and HOLLY STEINBERG,

    Plaintiffs,

v.     No. CIV 22-0222 JB/KK

HECTOR BALDERAS, in his official capacity as
New Mexico Attorney General, and MAGGIE
TOULOUSE OLIVER, in her official capacity as
New Mexico Secretary of State,

    Defendants.

## ORDER VACATING HEARING

This matter having come before the Court on the Unopposed Motion to Reschedule Hearing on Motion for Preliminary Injunction filed by Defendants, and the Court having reviewed the Motion and considered the matter, ORDERS as follows:

IT IS ORDERED that the hearing on Plaintiffs' Motion for Preliminary Injunction currently set for 9:00 a.m. on April 12, 2022 in hereby VACATED. The hearing will be rescheduled for May 17, 2022 at 2:30 p.m.

_____
UNITED STATES DISTRICT JUDGE