# EXHIBIT 1 TO EXHIBIT E

# New Mexico Voter Data

**H** lauren.hutchison@state.nm.us
Apr 15, 2021, 9:14 AM
▿ ▇▇▇▇@locallabs.com
2 attachments -Expired : Apr 29, 2021
Message body secured

The requested data is attached. It's split into two files so make sure you download both.

Call or email me if you have any questions or concerns.

Thanks,

Lauren Hutchison
SOS Compliance Officer
505.231.5645

File attachments expired: Apr 29, 2021

| Name | Size | Digital Fingerprint |
|---|---|---|
| ▇▇▇_VoterHistory_4.13.21-000.csv | 226.3 MB | 27c151e3f12e33183ae6b309ffb8ef4d(md5) |
| ▇▇▇_VoterHistory_4.13.21-001.csv | 180.3 MB | 3a4be4836c9a649cacdea68e1bf91142(md5) |

From: Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us>
Sent: Thursday, April 15, 2021 6:55 AM
To: @locallabs.com>
Subject: RE: [EXT] Re: New Mexico Voter Data Request

Great thank you! I'm still new, and I don't have access to that site yet, so I had to check with finance. They sent me your receipt, so I'm sending you the data now!

STATE OF NEW MEXICO
**MAGGIE TOULOUSE OLIVER**
SECRETARY OF STATE

Lauren Hutchison | Compliance Officer
New Mexico Office of the Secretary of State
325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501
Desk: 505.231.5645
Lauren.Hutchison@state.nm.us

Follow us on Facebook + Twitter

From: @locallabs.com>
Sent: Wednesday, April 14, 2021 6:42 PM
To: Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us>
Subject: Re: [EXT] Re: New Mexico Voter Data Request

It was today, 4/14/21 via credit card (had to do 3 different purchases with the $2,500 limit, it was 2 x $2,500 and one for the remaining $378.12).

On Wed, Apr 14, 2021 at 11:11 AM Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us> wrote:

Hi

We can go into the system and check. I just need to know the date you deposited and the format. (i.e. e-check, debit card, etc.)

Thanks!

STATE OF NEW MEXICO
**MAGGIE TOULOUSE OLIVER**
SECRETARY OF STATE

Lauren Hutchison | Compliance Officer

New Mexico Office of the Secretary of State

325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501

Desk: 505.231.5645

Lauren.Hutchison@state.nm.us

Follow us on Facebook + Twitter

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮@locallabs.com>
**Sent:** Wednesday, April 14, 2021 9:10 AM
**To:** Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us>
**Subject:** Re: [EXT] Re: New Mexico Voter Data Request

Hey Lauren,

Thanks so much -- I replenished my account with $5,378.12, I'm not quite sure what else I need to do on the website, do I need to submit a request on here? I can't find anythiing.

My user id: 

E-mail on account: @locallabs.com

Name on account: ▮▮▮▮▮▮

My apologies for the confusion, would love some guidance.

Appreciate your time,

▮▮▮

On Tue, Apr 13, 2021 at 3:13 PM Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us> wrote:

> Hi ▮▮▮
>
> Per your request, I have retrieved 1,340,781 voter data history records from the 2020 Presidential Election. The cost for providing those records is $5,378.12.
>
> Voter data requests will incur the $15 recording fee and cost per X number of records ($4 per 1,000 records with voting history; $3 per 1,000 records without voting history). https://www.sos.state.nm.us/voting-and-elections/data-and-maps/.
>
> If this cost is too high and you want to alter your request let me know and I can requote you. If you are ready to make payment you can send our office a check, money order, or pay online.
>
> Payment by credit card may be made in the following manner:
>
> - Visit https://portal.sos.state.nm.us/BFS/online/
> - Create a user account and log in
> - Click the button "Replenish my Account"
> - Select the option to pay with "desired amount"
> - Enter and submit the payment information
>
> If you pay online please notify me when you have submitted the online credit card payment and provide the Filer ID from your pre-paid account. Then I will apply that payment to your request and send you the data! If you pay by mail, then let me know and I'll watch for your payment and once received I'll send your data.
>
> Please call me at 505-231-5645 if you require further assistance.
>
> Thanks,
>
> 
> STATE OF NEW MEXICO
> **MAGGIE TOULOUSE OLIVER**
> SECRETARY OF STATE
>
> Lauren Hutchison | Compliance Officer

Lauren Hutchison | Compliance Officer

New Mexico Office of the Secretary of State

325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501

Desk: 505.231.5645

Lauren.Hutchison@state.nm.us

Follow us on Facebook + Twitter

---

**From:** ▮▮▮▮▮▮▮▮▮▮@locallabs.com>
**Sent:** Tuesday, April 13, 2021 11:51 AM
**To:** Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us>
**Subject:** Re: [EXT] Re: New Mexico Voter Data Request

No worries -- thanks for getting back to me!

Cheers,



On Tue, Apr 13, 2021 at 12:45 PM Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us> wrote:

> Yes—I'm processing these this afternoon. I will have the quote for you by close of business.
>
> Sorry for the delay!
>
> STATE OF NEW MEXICO
> **MAGGIE TOULOUSE OLIVER**
> SECRETARY OF STATE
>
> Lauren Hutchison | Compliance Officer
>
> New Mexico Office of the Secretary of State
>
> 325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501
>
> Desk: 505.231.5645
>
> Lauren.Hutchison@state.nm.us
>
> Follow us on Facebook + Twitter
>
> **From:** ▮▮▮▮▮▮▮▮▮▮@locallabs.com>
> **Sent:** Tuesday, April 13, 2021 11:42 AM
> **To:** Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us>
> **Subject:** [EXT] Re: New Mexico Voter Data Request
>
> Hey Lauren,
>
> Could you please let me know how to proceed?
>
> We're looking for:
>
> - statewide list of voters and voting history
>
> Thanks a ton!
>
> Best,

On Fri, Apr 9, 2021 at 1:27 PM ▮▮▮▮▮▮▮▮ @locallabs.com> wrote:

> Lauren,
>
> Thanks for getting back to me.
>
> I'm looking for the voter history file for the 2020 Presidential Election.
>
> Thanks,
>
> ▮▮▮
>
> On Fri, Apr 9, 2021, 12:40 PM Hutchison, Lauren, SOS <Lauren.Hutchison@state.nm.us> wrote:
>
>> Hi ▮▮▮,
>>
>> I'll be taking care of your voter data request. First to clarify, which years did you want? Once I get this information, I'll be able to quote you on the cost of the records.
>>
>> Thanks!
>>
>> **Lauren Hutchison | Compliance Officer**
>>
>> New Mexico Office of the Secretary of State
>>
>> 325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501
>>
>> Desk: 505.231.5645
>>
>> Lauren.Hutchison@state.nm.us
>>
>> Follow us on Facebook + Twitter