# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | ) | |
| and | ) | |
| **HOLLY STEINBERG,** | ) | **CASE NO: 1:22-cv-00222-JB-KK** |
| | ) | |
| Plaintiffs, | ) | |
| **v.** | ) | **DECLARATION OF** |
| | ) | **GINA SWOBODA** |
| | ) | |
| **HECTOR BALDERAS,** in his official | ) | |
| capacity as New Mexico Attorney General, | ) | |
| and | ) | |
| **MAGGIE TOULOUSE OLIVER,** in her | ) | |
| Official capacity as New Mexico | ) | |
| Secretary of State, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DECLARATION OF GINA SWOBODA**</u>

1.  My name is Gina Swoboda. I am over the age of 18 and competent to testify as to the facts contained in this declaration.

2.  I am the Executive Director of the Voter Reference Foundation ("VRF"), one of the plaintiffs in this case. I have served as the Executive Director of VRF since May 2021.

3.  In my capacity as Executive Director, I am aware of VRF's activities related to its website (VoteRef.com) and am familiar with VRF's process of obtaining and using voter registration data made available by the New Mexico Secretary of State.

4.  When New Mexico voter data was posted on VRF's website, the webpage displayed documents showing the chain of custody for that data.

5.  The chain of custody data included information from which a user could see that Local Labs obtained the data from the Secretary of State's office, including a series of emails between

Lauren Hutchinson, a Compliance Officer in the Secretary's Office, and the requester who was using a @locallabs.com email address. A copy of that email correspondence is attached as Exhibit 1 to this declaration.

6.  VRF came into possession of a list which included information regarding requests for voter information made to the Secretary of State between 1/4/2021 and 9/8/2021, a copy of which is attached as Exhibit 2 to this declaration.

7.  VRF also came into possession of a prior version of the "Voter Authorization Form" which is different than both the current form available on the Secretary's website and the form used by Local Labs (attached to Defendants' response brief as Exhibit 1). A copy of this form is attached as Exhibit 3 to this declaration.

8.  Before Local Labs requested voter data from the New Mexico Secretary of State, VRF confirmed that its intended use of the data for election related purposes was permitted by New Mexico law by reviewing the relevant statutes, including NMSA § 1-4-5.5.

9.  VRF used Local Labs because of its prowess and expertise in public records requests.

10. Any time a user views the Voter Detail Page for a particular voter, it is also disclosed to the user the date on which the data on that voter was obtained from the Secretary's office. Though the New Mexico data is no longer available online, this information was provided in conjunction with the New Mexico data while it was still live.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____April 28, 2022_____

_____
Gina Swoboda
Executive Director, Voter Reference Foundation, LLC