# EXHIBIT 2 TO EXHIBIT E

| Date of Request | Requestor | Organization Requesting | Information Requested | Number of Records | Total Cost for Records | Date Requestor Notified | Date Payment Received | Date of Issue | Method of Delivery |
|---|---|---|---|---|---|---|---|---|---|
| 1/4/2021 | Adam Daugherty | Democratic Party of NM | Statewide Voter Data | 1,359,598 | N/A | | N/A | 1/5/2021 | Email, Kiteworks |
| 1/4/2021 | Eileen Miller | Provest, LLC | Did not request Data but asked if Philipp Arthur Djang was a registered voter in Dona Ana County | 1, (Confirmed registration of a voter by that name via letter) | N/A | | N/A | 1/13/2021 | Mail |
| 1/15/2021 | Marguerita ten Houten | Catalist | Statewide voter data with history for 2020 general and primary, 2019 RLE, all other general and primary elections | 1,359,651 | $5,453.60 | 1/22/2021 by Spiceworks #33778 | 1/26/2021 | 1/26/2021 | Email, Kiteworks |
| 1/20/2021 | A. Blair Dunn | Aubrey Dunn for New Mexico | Voter data for Congressional Dist. 1 with history for 2018 and 2020 General elections per call 1/20/2021. Clarified 1/21/2021 to include CD-1Bernalillo County only for 2020 elections | 465,835 | $1,878.34 | 1/20/2021 by e-mail 1/25/2021 by telephone | Per phone call 1/25/2021, he will obtain data another way | n/a | |
| 1/22/2021 | VEMG LLC | Santa Fe Mobile Lab | Statewide voter data with history for | | | | | | |
| 1/25/2021 | Andrew Early-Griffith | L2 Inc. | Statewide voter data with history for 2020 general and primary, and 2019 RLE | 1,359,711 | $5,453.84 | 1/25/2021 by telephone | 1/25/2021 | 1/25/2021 | Email, Kiteworks |
| 1/28/2021 | Andrew Early-Griffith | L2 Inc. | Statewide voter data include districts listed on e-mail | 1,254,564 | $3,778.69 | 1/29/2021 by e-mail | 1/29/2021 | 1/29/2021 | Email, Kiteworks |
| 2/1/2021 | Adam Daugherty | Democratic Party of NM | Statewide Voter Data | 1,360,322 | N/A | | N/A | 2/3/2021 | Email, Kiteworks |
| 2/9/2021 | Rachel Dixon Phipps | Target Smart Communications | Voter data with history for Bernalillo County 2019 RLE | 95,969 | $398.88 | 2/9/2021 by phone and e-mail | 2/9/2021 | 2/9/2021 | Email |
| 2/24/2021 | Judith Gordon | Democratic Party of Sandoval County | Voter data for Sandoval County, Precinct 132 with history for general, primary, municipal elections 2016 to 2020 | 639 | $17.56 | 2/24/2021 Spiceworks e-mail | 2/24/2021 | 2/24/2021 | Email |
| 2/25/2021 | Em Ward | GPAMA | Voter data for Green Party in Bernalillo, Sandoval, Torrance and Valencia counties. *Per call on 2/25/2021, requestor wants separate files for each county to include districts specified in her request.* | 2,174 | $21.52 | 2/26/2021 Spiceworks e-mail | 2/26/2021 | 2/26/2021 | Email |
| 2/26/2021 | Rachel Dixon Phipps | Target Smart Communications | Voter Data for voters participating in 2/5/13 Albuquerque School District Elections | 14,652 | $73.61 | 2/26/2021 Spiceworks e-mail | 2/26/2021 | 2/26/2021 | Email |
| 3/1/2021 | Adam Daugherty | Democratic Party of NM | Statewide voter data | 1,359,926 | N/A | | N/A | 3/1/2021 | Email, Kiteworks |
| 3/2/2021 | Chris Luchini | Libertarian Party of New Mexico | Statewide voter data of voters who voted in 2020 General and Primary elections | 936,998 | N/A | | N/A | 3/2/2021 | Email, Kiteworks |
| 3/16/2021 | Evan Logan | i360 | Statewide Voter Data with history for 2020 elections | 1,341,166 | $5,379.66 | 3/16/2021 E-mail, 3/18/2021 phone | 3/23/2021 | 3/23/2021 | Email, Kiteworks |
| 3/29/2021 | Mike Lippert | Local Labs | Statewide Voter Data with districts, Voting History, Method voted. | | | | | 4/9/2021 | Email |
| 4/1/2021 | Adam Daugherty | Democratic Party of NM | Statewide voter data | 1,359,926 | N/A | | N/A | 4/13/2021 | Email, Kiteworks |
| 4/1/2021 | Chris Luchini | Libertarian Party of New Mexico | Statewide voter data of voters who voted in 2020 General and Primary elections | 936,998 | N/A | | N/A | 4/13/2021 | Email, Kiteworks |
| 4/6/2021 | Melissa Fruzel | Republican Party of New Mexico | Statewide Voter Data with districts, Voting History, Method voted, registration date, and last updated date. | | | | | 4/9/2021 | Email |
| 4/19/2021 | Rachel Martinez | Republican Party of New Mexico | Statewide voter data | 1,359,926 | N/A | | N/A | 4/19/2021 | Email, Kiteworks |
| 4/22/2021 | Sheridan Lund | People's Party for Lund | CD01 Voter Data | | | 4/23/2021 | | n/a | |
| 4/30/2021 | Elizabeth Hanes | Libertarian Party of New Mexico | Statewide voter data | | N/A | | N/A | 4/30/2021 | Email, Kiteworks |
| 5/3/2021 | Adam Daugherty | Democratic Party of NM | Statewide voter data | | N/A | | N/A | 5/3/2021 | Email, Kiteworks |
| 5/19/2021 | Rachel Martinez | Republican Party of New Mexico | Statewide voter data | | N/A | | N/A | 5/20/2021 | Email, Kiteworks |
| 5/27/2021 | Luke Boeche | Data Targeting | CD1 Voter History & History from 1990-2020 | 1,343,582 | $5,069.28 | 6/10/2021 | 6/12/2021 | 7/16/2021 | Email, Kiteworks |
| 6/1/2021 | Adam Daugherty | Democratic Party of NM | Statewide voter data | | N/A | | N/A | 6/3/2021 | Email, Kiteworks |
| 6/1/2021 | Elizabeth Hanes | Libertarian Party of New Mexico | Statewide voter data | | N/A | | N/A | 6/3/2021 | Email, Kiteworks |
| 6/11/2021 | Miles Nelson | N/A | Rio Arriba voter Data | | | 6/11/2021 | | 6/17/2021 | Email, Kiteworks |
| 6/14/2021 | Charlene Bishop | Constitution Party | Statewide voter data for the Constitution Party Members | | | 6/14/2021 | | 6/17/2021 | Email, Kiteworks |
| 6/17/2021 | Michaela Gallegos | Working Families Party | Statewide voter data | 693 | | 6/17/2021 | | 6/18/2021 | Email, Kiteworks |
| 6/23/2021 | Rachel Martinez | Republican Party of New Mexico | Statewide voter data | | N/A | | N/A | 6/23/2021 | Email, Kiteworks |
| 7/1/2021 | Adam Daugherty | Democratic Party of NM | Statewide voter data | | N/A | | N/A | 7/1/2021 | Email, Kiteworks |
| 7/1/2021 | Adam Daugherty | Democratic Party of NM | CD1 Voter History Data | | N/A | | N/A | 7/16/2021 | Email, Kiteworks |
| 7/6/2021 | Rachel Martinez | Republican Party of New Mexico | Statewide voter data | | N/A | | N/A | 7/6/2021 | Email, Kiteworks |
| 7/6/2021 | Elizabeth Hanes | Libertarian Party of New Mexico | Statewide voter data | | N/A | | N/A | | Email, Kiteworks |
| 7/6/2021 | Rachel Martinez | Republican Party of New Mexico | CD1 Voter History Data | | N/A | | N/A | 7/16/2021 | Email, Kiteworks |
| 7/6/2021 | Elizabeth Hanes | Libertarian Party of New Mexico | CD1 Voter History Data | | N/A | | N/A | 7/16/2021 | Email, Kiteworks |
| 7/13/2021 | Abigail Robinson | Aristole International | Statewide Voter History Data | | | 7/13/2021 | | n/a | |
| 7/15/2021 | Nicole Dunger | Catalist | CD1 Voter History & History from 1990-2020 | 1,343,582 | 5069.28 | 7/15/2021 | 44393 | 7/16/2021 | Email, Kiteworks |
| 7/30/2021 | Evan Logan | | Statewide data | 1,343,614 | 5069.67 | 8/1/2021 | | | Email, Kiteworks |
| 8/2/2021 | Adam Daugherty | DPNM | Statewide Voter Data | 1,343,582 | N/A | | N/A | 8/3/2021 | Email, Kiteworks |
| 8/18/2021 | Bill Rogers | N/A | Santa Fe Public Schools d3 | 20,241 | 75.72 | 8/15/2021 | 44432 | 8/24/2021 | Email, Kiteworks |
| 8/23/2021 | Beth Miller | RPNM | Statewide Voter Data | 1,343,582 | N/A | | N/A | 7/30/2021 | Email, Kiteworks |
| 8/24/2021 | Elizabeth Hanes | Libertarian Party of New Mexico | Statewide voter data and voter history from speicals generals and primaryis in 2019, 2018 and 2016 | | N/A | | N/A | 9/7/2021 | Email, Kiteworks |
| 9/2/2021 | Adam Daugherty | DPNM | Statewide Voter Data | | N/A | | N/A | 9/3/2021 | Email, Kiteworks |
| 9/7/2021 | Charles Webser | Veterans | Red River Data | | 16.07 | | | | Email, Kiteworks |
| 7/29/2021 | Beth Miller | RPNM | Statewide Voter Data | 1,343,582 | N/A | | N/A | 7/30/2021 | Email, Kiteworks |