AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| VOTER REFERENCE FOUNDATION, LLC | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:22-cv-00222-JB-KK |
| HECTOR BALDERAS, et al. | ) |
| Defendant | ) |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Lauren Hutchison

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Pete V. Domenici United States Courthouse<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 | Courtroom No.: 460 Vermijo Courtroom |
|---|---|
| | Date and Time: 05/17/2022 2:30 pm |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
See attachment.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/27/2022

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Voter Reference Foundation, LLC, who issues or requests this subpoena, are:

Carter B. Harrison, IV; 924 Park Ave SW, Suite E Albuquerque, NM 87102; carter@harrisonhartlaw.com; (505) 295-3261

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:22-cv-00222-JB-KK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Lauren Hutchison on *(date)* 4/28/22.

☒ I served the subpoena by delivering a copy to the named person as follows: to Lauren Hutchison c/o Mandy Vigil, Bureau of Elections Director at 325 Don Gaspar, Santa Fe, NM on *(date)* 4/29/22 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ None .

My fees are $ N/A for travel and $ 45 for services, for a total of $ 45. 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/29/22

*Server's signature*

A. Gavina, Process Server
*Printed name and title*

PO Box 35784
Alb., NM 87176
*Server's address*

Additional information regarding attempted service, etc.: