# Exhibit A

# Secretary of State and Attorney General Issue Voter Risk Advisory After Problematic Reports Emerge About Otero County Election Audit; Hotline Available to Voters





**FOR IMMEDIATE RELEASE**

2 March 2022

**Sec. of State Contact:**

Alex Curtas, Director of Communications

New Mexico Secretary of State's Office

505-469-2783

alex.curtas@state.nm.us

**Attorney General Contact:**

Jerri Mares

Director of Communications & Legislative Affairs

(505) 321-4372

jmares@nmag.gov

## Secretary of State and Attorney General Issue Voter Risk Advisory After Problematic Reports Emerge About Otero County Election Audit; Hotline Available to Voters

SANTA FE – Secretary of State Maggie Toulouse Oliver and Attorney General Hector Balderas released information today reminding New Mexican voters about their rights to privacy after problematic reports have emerged as a third-party election "audit" is being conducted in Otero County.

The Otero County Commission recently authorized a controversial "audit" of the 2020 election to be conducted by a third-party organization called New Mexico Audit Force. Part of the New Mexico Audit Force's activities involve deploying canvassers to go door-to-door throughout Otero County interrogating voters about their personal information and their participation in the 2020 General Election.

This activity has caught many Otero County residents off guard as they are being approached at their doorsteps by New Mexico Audit Force canvassers who are not employed by Otero County, yet who are claiming to be representatives of the county. According to the Otero County Attorney, these canvassers have not been subjected to any background checks and according to Erin Clements, director of the New Mexico Audit force, when speaking to the Otero County Commission, "We would introduce ourselves as 'New Mexico Audit Force' and not mention the county at all." There are estimated to be about 60 canvassers currently in Otero County.

**Voters in Otero County and across New Mexico should be aware of their rights regarding the privacy of their ballots and their voter information.** Here are some things voters should

know about their rights and about voter protections New Mexico already has in place:

- Who you vote for on your ballot is secret. No one, not even election administrators, can tell what your ballot choices were in any election.

- Through limited publicly available voter data, it is possible to tell your party affiliation (or lack thereof) and if you voted in a particular election. This data can only be obtained by certain groups, like academic organizations and political parties  The New Mexico Audit Force is not one of these specified groups and has not obtained New Mexico voter data from our office  But, again, your specific ballot choices are always secret

- You are not required (nor can you be compelled) to provide information about who you voted for, why you voted, any personal information, or what your voting experience was like to anyone.

- You are not required to participate in this so-called "audit" or provide any information unless you choose to do so

- New Mexico's county clerks and Secretary of State already have mandatory vote count verification and election audit procedures in place after every election to ensure the accuracy of election results. New Mexico also uses 100% paper ballots in every election and voting machines are never connected to the internet.

The Secretary of State's Office and the Office of the Attorney General take reports of voter intimidation and harassment seriously. If you or someone you know has been harassed or intimidated during this ongoing canvassing in Otero County, contact the Office of the Attorney General at 1-844-255-9210 or file a complaint online through the Attorney General's website.

### 

**New Mexico Office of the Secretary of State**

Email WEBMASTER if you encounter an issue with the website

Click here for some helpful web browsing tips

Disclaimer - A Word of Warning Despite our good faith efforts to be accurate, these pages and our databases may contain inadvertent errors. Please email us immediately if you notice an error. Also, please remember that website information is not a substitute for researching the law or for the advice of a competent *attorney.*

© 2012 - 2022 New Mexico Secretary of State

Sign Up

Email or phone     Password

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Meta © 2022

**Office of the New Mexico Secretary of State**
February 9 ·

RUMOR vs. REALITY: How are voter rolls maintained to ensure election integrity?

One of the main points of misinformation about voting and elections claims that voter rolls are not regularly cleaned and thus the integrity of our elections is questioned. This is a pernicious bit of misinformation that leads people to question the outcomes of our elections, so let's clear it up.

The voter list maintenance processes and procedures of the Secretary of State's Office and New Mexico county clerks not only follow all state and federal guidelines to keep our voter rolls clean and up-to-date, but go above and beyond those requirements.

During the voter list maintenance process New Mexico's election administrators, as required by law, must maintain and update their voter rolls continually -- everything from checking obituaries , receiving monthly reports from NM Vital Statistics about deceased individuals, and suspending or reinstating voters based on conviction notices from the Department of Corrections. This is done in conjunction with the proactive, pro-voter measures already in place in New Mexico, such as automated voter registration, all-mail special elections, and online and same day voter registration. All of these systems combine to ensure that voter information is up-to-date in New Mexico, resulting in our state having some of the "cleanest" voter records in the United States.

New Mexico also participates in the Electronic Registration Information Center (ERIC). ERIC uses information from motor vehicle departments, Social Security Administration records, and other databases to compare voters across all member states and securely shares this information with member states. ERIC FAQs: https://www.sos.state.nm.us/…/voter-info…/eric-project-faqs/

Additionally, County clerks send frequent election-related material to registered voters at their registration addresses and then use that information to do voter record list maintenance.

Much of the confusion around how voter lists are maintained stems from how people misinterpret data or simple clerical errors. As detailed in the Cybersecurity and Infrastructure Security Agency's "Rumor Control" website when debunking the myth that deceased people are casting ballots: "Taken out of context, some voter registration information may appear to suggest suspicious activity, but are actually innocuous clerical errors or the result of intended data practices. For example, election officials in some states use temporary placeholder data for registrants whose birth date or year is not known (e.g., 1/1/1900, which makes such registrants appear to be 120 years old). In other instances, a voting-age child with the same name and address as their deceased parent could be misinterpreted as a deceased voter or lead to clerical errors." (https://www.cisa.gov/rumorcontrol#rumor21)

Simply put, New Mexico has some of the cleanest voter rolls in the nation and we go above and beyond legal requirements to maintain voter list integrity.

Learn more about how states accurately maintain their voter lists at this helpful website from the National Conference of State Legislatures: https://www.ncsl.org/…/elections-a…/voter-list-accuracy.aspx



See more of Office of the New Mexico Secretary of State on Facebook

Log In     or     Create new account











Tweet

Search Twitter

Explore

Settings

**New Mexico Secretary of State**
@NMSecOfState

RUMOR vs. REALITY: How are voter rolls maintained in #NM to ensure #election integrity?

Short answer: In a variety of pro-active ways that go above & beyond state & fed requirements.

Long answer: facebook.com/NMSecOfState/p...

#TrustedInfo2022 #nmleg #nmpol #Election2022 @CISAgov

1:43 PM · Feb 9, 2022 · TweetDeck

**6** Retweets **1** Quote Tweet **13** Likes

← Tweet

Search Twitter

Explore

Settings

**New Mexico Secretary of State**
@NMSecOfState

"[Sec. MTO] said complaints of misrepresentation & intrusive questions by canvassers are concerning because of the potential to undermine public confidence in the security of voter information & discourage participation in elections."

apnews.com/article/2022-m...

#nmpol #nmleg

apnews.com
Election official warns residents about door-to-door canvas
SANTA FE, N.M. (AP) — New Mexico's top election regulator and prosecutor are warning residents of Otero County to be wary of ...

11:40 AM · Mar 3, 2022 · TweetDeck

**8** Retweets **1** Quote Tweet **21** Likes

**New Mexico Secretary of St...** @NMSecOfSt... · Mar 17

Congressional Oversight Cmte (@OversightDems) launches "Investigation into Election 'Audit' in Otero County, New Mexico"

Read their letter here: oversight.house.gov/news/press-rel…

#nmpol #nmleg #TrustedInfo2022

5    5    18

**New Mexico Secretary of State**
@NMSecOfState

Our Office continues to have questions and concerns about where the NM Audit Force obtained the data they are using for their so-called "audit," as they did not request and receive it from us and illegally obtaining such data is a felony in New Mexico.

12:19 PM · Mar 17, 2022 · TweetDeck

**2** Retweets  **7** Likes

**New Mexico Secretary of St...** @NMSecOfSt... · Mar 17
Replying to @NMSecOfState and @OversightDems

What continues to be clear throughout the NM Audit Force's recent activities is that reps from their org sorely lack an understanding of standard election admin procedures and the multiple levels of security we employ in New Mexico to ensure the integrity of our elections.

3    1    8

**New Mexico Secretary of St...** @NMSecOfSt... · Mar 17

As the letter from Congress rightly points out, the NM Audit Force is a "conspiracist group" w/ clear political goals re: undermining people's trust in our democratic systems. Potential violations of civil rights, that the letter underlines, are particularly concerning.

1    6

