IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **Voter Reference Foundation, LLC,** ) | |
| ) | |
| and ) | |
| ) | |
| **Holly Steinberg,** ) | CASE NO: 1:22-cv-00222-JB-KK |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | **EXPEDITED CONSIDERATION** |
| ) | **REQUESTED** |
| **Hector Balderas**, in his official capacity as ) | |
| New Mexico Attorney General, ) | **ORAL ARGUMENT** |
| **REQUESTED** ) | |
| ) | |
| and ) | |
| ) | |
| **Maggie Toulouse Oliver,** in her official ) | |
| capacity as New Mexico Secretary of State, ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF GOOD STANDING OF NON-RESIDENT ATTORNEY,
MATTHEW R. MUELLER,**

Matthew R. Mueller ("Applicant") files this Notice of Good Standing as counsel for Plaintiffs Voter Reference Foundation, LLC and Holly Steinberg in the above-captioned action and respectfully states as follows:

1. Applicant is an attorney with Graves Garrett LLC, 1100 Main Street., Ste. 2700, Kansas City, Missouri 64105; Telephone: (816) 256-3181; E-mail: mmueller@gravesgarrett.com.

2. Applicant will be associated with Carter B. Harrison IV, a resident attorney whose New Mexico State Bar Number is 140890. Mr. Harrison practices with the Law Offices of Harrison, Hart & Davis LLC, 924 Park Avenue SW, Suite E, Albuquerque, New

Mexico; Telephone: 505) 369-6599; Fax: (505) 341-9340; E-mail: carter@harrisonhartlaw.com.

3. Applicant has not appeared or sought leave to appear or participate in any other cases and causes in New Mexico courts within the past two years.

4. Applicant is an active member in good standing with the following bars:

| **Court/Jurisdiction** | **Court Office and Address** | **Date of Admission** |
|---|---|---|
| State of Missouri | Clerk,<br>Supreme Court of Missouri<br>207 West High Street<br>Jefferson City, Missouri 65101<br>573-751-4144 | September 13, 2017 |
| United States District Court for the Western District of Missouri | Clerk,<br>United States District Court of the Western District of Missouri<br>Charles Evans Whittaker US Courthouse<br>400 E. 9th Street<br>Kansas City, MO 64106<br>816-512-5000 | January 4, 2018 |
| United States District Court for the District of Kansas | Clerk,<br>United States District Court for the District of Kansas<br>500 State Avenue<br>Kansas City, KS 66101<br>913-735-2200 | June 10, 2019 |

5. Applicant has never been the subject of any disciplinary action by the Bar or courts of any jurisdiction.

6. Applicant has never been denied admission to the courts of any State or to any federal court.

7. Applicant is familiar with the State Bar Act, the State Bar Rules, and the New Mexico Disciplinary Rules of Professional Conduct governing the conduct of

members of the Bar. Applicant will at all times abide and comply with the same so long as the above-captioned proceeding is pending and that Applicant has not withdrawn as counsel therein.

Signed and sworn under the pains and penalties of perjury,

**GRAVES GARRETT LLC**

 /s/ *Matthew R. Mueller*
Matthew R. Mueller, Bar No. 70263
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
mmueller@gravesgarrett.com

## CERTIFICATE OF SERVICE

I certify that because a true and accurate copy was sent to all counsel of record via the Courts Electronic Filing System.

*/s/ Carter B. Harrison VI*
Carter B. Harrison IV
*Counsel for Plaintiffs*