IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC** and **HOLLY STEINBERG** | CASE NO: 1:22-cv-00222-JB-KK |
| Plaintiffs, | |
| v. | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| **HECTOR BALDERAS**, in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | |
| Defendants. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF VOTER REFRENCE FOUNDATION, LLC

Plaintiff Voter Reference Foundation, LLC, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares. Voter Reference Foundation, LLC is a single member Ohio nonprofit limited liability company. Its sole member is Restoration Action, Inc., a Delaware nonprofit corporation

Respectfully submitted this 12th day of May 2022.

          **GRAVES GARRETT, LLC**

          */s/ Edward D. Greim*

          Edward D. Greim
          Missouri Bar No. 54034
          *Admitted Pro Hac Vice*
          GRAVES GARRETT LLC
          1100 Main Street, Suite 2700
          Kansas City, Missouri 64105
          Tel.: (816) 256-3181
          Fax: (816) 222-0534
          edgreim@gravesgarrett.com

          **HARRISON, HART & DAVIS, LLC**
          Carter B. Harrison IV
          924 Park Avenue SW, Suite E
          Albuquerque, NM 87102
          Tel: (505) 369-6599
          Fax: (505) 341-9340
          carter@harrisonhartlaw.com

          *Counsel for Plaintiff Voter Reference Foundation, LLC*

## CERTIFICATE OF SERVICE

I, Edward Greim, certify that on May 12, 2022, a copy of Plaintiff Voter Reference Foundation, LLC's Rule 7.1 Corporate Disclosure Statement was filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following via e-mail:

Olga M. Serafimova
Senior Civil Counsel
P.O. Drawer 1508
Santa Fe, NM 87501-1508
(505) 490-4060
(505) 490-4046
oserafimova@nmag.gov

          */s/ Edward D. Greim*

          Edward D. Greim
          Counsel for Voter Reference Foundation, LLC