UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.**   CIV 22-0222 JB          **DATE:** 5/11/2022

**TITLE:**   *Voter Reference Foundation, LLC, et al. v. Balderas*

**COURTROOM CLERK:** L. Rotonda          **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   9:58 AM          **TOTAL TIME:**   1:12

**TYPE OF PROCEEDING:**  MOTION HEARING

**COURT RULING/DISPOSITION:**
1. Emergency Motion to Quash Subpoena [23](#) – taken under advisement;
2. Second Emergency Motion to Quash Subpoena [28](#) – taken under advisement.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Eddie Greim (all appearing via Zoom)          Olga Serafimova (appearing via Zoom)
Carter Harrison

**PROCEEDINGS:**

**COURT IN SESSION: 9:58 AM**

**COURT:**  CALLS CASE, COUNSEL ENTER APPEARANCES.  COURT DIRECTS LLC TO FILE NOTICE IDENTIFYING MEMBERS AND PRINCIPALS OF LLC, AS WELL AS CITIZENSHIP.

**MR. GREIM:**  AGREES AS TO SAME.

**10:00 AM  COURT:**  NOTES HAS READ SOME OF BRIEFING FOR SETTING OF MAY 17, 2022, BUT HAS SOME FAMILIARITY WITH CASE.

**MS. SERAFIMOVA:**  ARGUES IN SUPPORT OF MOTIONS TO QUASH SUBPOENAS.

**10:23 AM  COURT:**  QUERIES COUNSEL.

**MS. SERAFIMOVA:**  RESPONDS TO COURT'S QUERIES.

**MR. GREIM:**  ARGUES IN OPPOSITION TO MOTIONS.

**COURT:** QUERIES COUNSEL.

**MR. GREIM:** RESPONDS TO COURT'S QUERIES, RESUMES ARGUING IN OPPOSITION TO MOTIONS.

**10:49 AM COURT:** QUERIES COUNSEL.

**MR. GREIM:** RESPONDS TO COURT'S QUERIES.

**MS. SERAFIMOVA:** RESPONDS TO COURT'S QUERIES, ARGUES IN REBUTTAL AS TO MOTIONS.

**COURT:** QUERIES MR. GREIM.

**MR. GREIM:** RESPONDS TO COURT'S QUERIES.

**MS. SERAFIMOVA:** RESPONDS TO COURT'S QUERIES.

**COURT:** INDICATES WILL CONTINUE TO LOOK AT THESE MOTIONS, WILL TRY TO GET OUT OPINION AND ORDER, BUT AT PRESENT WILL NOT GRANT. PROVIDES INSTRUCTIONS TO COUNSEL REGARDING WITNESSES.

**COURT IN RECESS: 11:10 AM**