1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3

4   VOTER REFERENCE FOUNDATION, et al.,

5        Plaintiff,

6        VS.                    NO. CV 22-00222 JB/KK

7   Hector Balderas, Attorney General
    for the State of New Mexico, et al.,
8
         Defendants.
9

10                 ZOOM HEARING

11

12       Transcript of Motion Proceedings before
    The Honorable James O. Browning, United States
    District Judge, Albuquerque, Bernalillo County,
13   New Mexico, commencing on May 11, 2022.

14
    For the Plaintiff:  Mr. Eddie Greim; Mr. Carter
15   Harrison

16   For the Defendant:  Ms. Olga Serafimova

17

18

19

20            Jennifer Bean, FAPR, RDR, RMR, CCR
21            United States Court Reporter
              Certified Realtime Reporter
22               333 Lomas, Northwest
              Albuquerque, NM  87102
23            Phone:  (505) 348-2283
                Fax:  (505) 843-9492
24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Good morning
 2    everyone.   I appreciate everybody making themselves
 3    available to me this morning.
 4              The Court will call Voter Reference
 5    Foundation, LLC versus Hector Balderas -- I guess
 6    that's "LLC, et al." -- versus Hector Balderas, et
 7    al., Civil Matter Number 22-CV-0222 JB/KK.
 8              If counsel will enter their appearances for
 9    the plaintiffs.
10              MR. GREIM:  Your Honor, you've got Eddie
11    Greim from Graves Garrett, LLC, in Kansas City.  I
12    think I've just been admitted pro hac vice.  And I'll
13    let Mr. Harrison introduce himself.
14              THE COURT:  All right.  Mr. Greim, Mr.
15    Harrison, good morning to you.
16              And for the defendants.
17              MS. SERAFIMOVA:  Good morning, Your Honor.
18    Olga Serafimova for defendants.  And I apologize, I
19    need to log off and log back in real quick.  I'm
20    having trouble with my camera.
21              THE COURT:  All right.  We'll wait for you.
22    Go ahead.  Good morning to you, Ms. Serafimova.
23              (A discussion was held off the record.)
24              THE COURT:  Good morning, Ms. Serafimova.
25              All right.  Let me go over a couple of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    things.  Since the plaintiff is an LLC, I'm
 2    assuming -- and I'll tell you where I am in my work
 3    on this case -- but since it's an LLC, if I could get
 4    the plaintiff to send a letter to the Court
 5    identifying the principal members of it, just in
 6    case.  I don't know your case well enough to know
 7    whether it's going to be just on federal question
 8    jurisdiction, or it might break into some sort of
 9    diversity jurisdiction.  But if the plaintiffs would
10    provide that letter, and then indicate the
11    citizenship of each of the principals or members, I
12    would appreciate that.
13            Is that acceptable, Mr. Greim?
14            MR. GREIM:  Absolutely, Your Honor.
15            THE COURT:  All right.  I have read -- I
16    read the materials for the emergency motion.  And as
17    I began to work on it, I realized I probably needed
18    to educate myself a little bit about this case.  So I
19    went ahead and got the file for next week -- I think
20    we're having the hearing on the 17th -- and began to
21    read that.
22            Then the second motion came in, so I
23    stopped and read the second motion.  So I'm not on
24    top of things quite as much because I haven't really
25    mastered the materials for the hearing next week,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   which I began to realize yesterday I better get
 2   working on that to maybe be better informed for the
 3   issues we have here today.
 4            So that's kind of where I am in my
 5   preparation.  So if that helps you in trying to
 6   figure out where I am, that's where I am on my study
 7   on this case.
 8            We've got somebody else coming on?
 9            MS. SERAFIMOVA:  I don't believe so.  I
10   shared the Zoom link with the Secretary of State
11   General Counsel, so they may join, but I'm not seeing
12   anyone from -- oh, there he is, that is him.
13            THE COURT:  All right.  They're your
14   motions, Ms. Serafimova.  If you wish to argue in
15   support of one or both, however you'd like to argue,
16   I'll let you start this morning.
17            MS. SERAFIMOVA:  Thank you, Your Honor.  I
18   appreciate that.  I think I'll group them as much as
19   possible.  And then, if there are unique
20   considerations for one or the other, I'll discuss
21   those separately.
22            So Your Honor, (Zoom audio garbled) close
23   to two months (Zoom audio garbled.)
24            THE COURT:  Hold on, Ms. Serafimova.
25   You're breaking up real bad, so we're having -- my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5

```
1    court reporter is having difficulty transcribing.  Is
2    there any way that you can maybe speak a little
3    clearer or slower or something maybe to help her?
4              MS. SERAFIMOVA:  Absolutely.
5              THE COURT:  All right.
6              MS. SERAFIMOVA:  And please let me know if
7    that doesn't help.  I can also turn off my camera
8    which will probably improve the internet connection.
9              Okay.  So thank you.
10             On March 28, or close to two months ago,
11   the plaintiffs represented to this Court that they
12   are ready to proceed.  They filed a motion for
13   preliminary injunction requesting expedited
14   consideration (Zoom audio garbled.)
15             THE COURT:  All right.  It's not working.
16   You were okay for a while and then you faded on us.
17             MS. SERAFIMOVA:  With your permission, Your
18   Honor, I'll turn off the camera, and hopefully that
19   helps.
20             THE COURT:  Okay.
21             MS. SERAFIMOVA:  Does it?
22             THE COURT:  We'll give it a try.  Go ahead.
23             MS. SERAFIMOVA:  As I was saying, Your
24   Honor, close to two months ago, plaintiffs
25   represented to the Court that they were ready to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    establish that they are entitled to preliminary

2    injunction.  They filed their motion, they requested

3    expedited consideration, and essentially asserted

4    that they have all the facts and law necessary to

5    receive that relief.

6             Now, next week's hearing was originally

7    scheduled for April 12.  And plaintiffs did not serve

8    any subpoenas for that hearing date.

9             However, now, again two months later,

10   they're attempting to serve a total of five subpoenas

11   for the Secretary of State employees (Zoom audio

12   garbled.)

13            THE COURT:  I don't think this is going to

14   work, Ms. Serafimova.  My court reporter, Ms. Bean,

15   just can't pick up what you're saying.

16            MS. SERAFIMOVA:  Okay.  Can I switch to my

17   phone?  It may be better.  And I apologize, but let

18   me try to log in from a different device.

19            THE COURT:  Okay.

20            MS. SERAFIMOVA:  Hello again, Your Honor.

21   Can you hear me better right now?

22            THE COURT:  Yeah, that's much stronger.

23            MS. SERAFIMOVA:  Okay, great.  Wonderful.

24   My apologies again.  Thank you for your patience.

25            So I'm sorry, but I'll start from the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   beginning one last time, hopefully.

2          But as I was saying, you know, close to two

3   months ago plaintiffs represented to the Court that

4   they were ready to proceed; that they were entitled

5   to preliminary injunction motion.  They requested

6   expedited consideration, and essentially asserted

7   that they have all the facts that are necessary for

8   them to meet their burden.

9          Now -- and I'm sorry, actually the hearing

10  was originally scheduled for April 12, and plaintiffs

11  did not file or did not serve any subpoenas for that

12  hearing date.

13          Now, however, again close to two months

14  later, they have attempted to subpoena testimony of

15  five Secretary of State employees.  And I say

16  "attempted," because they have actually failed to

17  tender the requisite fees under Rule 45(b)(1) for any

18  one of these five subpoenas.

19          Now, because defendants are acting in good

20  faith, we have not challenged two of these

21  subpoenas -- two of the first three subpoenas that

22  were served -- which were for the testimony of

23  Elections Director Mandy Vigil, and Compliance

24  Officer Lauren Hutchinson.  Nor have we challenged

25  the extensive request for documents that accompanied

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    these subpoenas or the request for documents that was
 2    included in the subpoena that was served on the
 3    Secretary of State.
 4            At this point, however -- and with all due
 5    respect to VRF -- we do feel that they have engaged
 6    in a fishing expedition.  The most recent two
 7    subpoenas were served only yesterday, which is seven
 8    calendar days before the hearing.
 9            And as the Court is aware, defendants
10    strongly believe that granting -- or perhaps you will
11    see once you review the file thoroughly -- but it is
12    our strong position that granting the preliminary
13    injunction would actually result in irreparable harm
14    to New Mexico voters, as well as the Secretary of
15    State's Office, because it will erode public
16    confidence in our voting system.  And so we are
17    entitled to prepare -- we have the right to prepare
18    to defend that position.  And yet we are constantly
19    ambushed with new and additional subpoenas.
20            Now, turning to the first motion to quash,
21    which is the subpoena that was served on Secretary of
22    State Maggie Toulouse Oliver.  I first want to
23    address VRF's mention that they've offered us
24    alternatives to having her appear at the hearing.
25    The first alternative that we discussed in good faith
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492

1-800-669-9492
e-mail: info@litsupport.com

1    was their request to have her -- to depose her for

2    two hours prior to the hearing.  And of course, given

3    the entire hearing is two hours, that two-hour

4    deposition would have been as big, if not bigger,

5    burden on her time, and her other responsibilities

6    than the hearing.

7              Their second offer was to be allowed to

8    post the voter data of each and every New Mexican

9    back on their website without the threat of criminal

10   prosecution.  And, of course, we could not agree to

11   that, because it is our -- that is our entire case,

12   that doing so would harm New Mexicans, would harm the

13   Secretary of State, and is just something that we

14   cannot agree to.

15             And then their final offer was to subpoena

16   Deputy Secretary Pino and Communications Director

17   Curtis instead of the Secretary of State.  And as we

18   explained in our second motion to quash, we have no

19   time to prepare for them to testify.  And again,

20   Deputy Secretary Pino, being the right hand of the

21   Secretary of State, is under the same extreme time

22   limitations and burdens as the Secretary herself.

23             So turning to, you know, the merits of our

24   motion.  In their response, VRF argues that the

25   Secretary's testimony is necessary because she has

SANTA FE OFFICE                                                                   MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    personal knowledge on four items.  They have listed

2    four items in their response.

3              The first one being her office's policies

4    which gave rise to the so-called use restriction.

5              The second one being her own publicly

6    expressed conclusions that VRF's conduct is unlawful.

7              The third item being the referral of VRF's

8    conduct of posting New Mexico voter data on their

9    website to the Attorney General's Office for criminal

10   prosecution.

11             And the last item being her own social

12   media posts, public statements, and her contributions

13   to the ProPublica article that is cited in the

14   complaint or the motion for preliminary injunction.

15             Now, under the Apex Doctrine, which VRF

16   asserts is not applicable -- and if it is applicable,

17   it is their position that it only applies where a

18   public official lacks personal knowledge -- the

19   standard is actually that, to justify the involuntary

20   testimony of a high public official, such as the

21   Secretary of State, that official has to have unique

22   personal knowledge, not just personal knowledge.  Of

23   course, the Secretary of State has personal knowledge

24   about many things.  But the doctrine requires unique

25   personal knowledge to justify calling her in to court

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and taking her away from her very important

2    day-to-day responsibilities.

3            Now, with respect to the first item,

4    policies of the office which gave rise to the use

5    restrictions, there is nothing unique about the

6    Secretary of State's personal knowledge about those.

7    And Elections Director Mandy Vigil is ready and able

8    to testify about those policies.

9            With respect to the other three items,

10   first of all, none of those are contested.  We don't

11   contest that she has expressed publicly that the act

12   of posting the voter data of each and every New

13   Mexican registered voter online is unlawful under the

14   Elections Code.

15           We don't contest that her office referred

16   that conduct to the Attorney General's Office for

17   criminal prosecution.

18           And we certainly don't contest the

19   statements that have been made publicly, whether on

20   social media or in press releases or quoted in

21   articles.

22           So none of those are at issue.

23           And secondly, VRF has every written

24   document that is relevant to each one of those three

25   items.  And to the extent they don't, we will provide

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    each and every piece of paper that exists and is

2    relevant to those three items in response to the

3    subpoenas that we are not challenging.

4              And so, you know, the evidentiary value of

5    questioning the Secretary of State on those three

6    items is close to none.

7              And additionally, there are a number of

8    alternative sources that that -- you know, that

9    evidence can be gathered from through discovery.  For

10   example, interrogatories, requests for admissions;

11   again, other witnesses, and also even deposition on

12   written questions.

13             And so under the Apex Doctrine, given that

14   there is nothing unique about the Secretary of

15   State's personal knowledge that these are uncontested

16   factual assertions, that they are provable by, you

17   know, the actual written documentation that exists,

18   and that there are alternative methods in discovery

19   to obtain the relevant evidence, the Apex Doctrine

20   strongly, strongly supports our motion to dismiss --

21   I'm sorry, motion to quash her subpoena.

22             But more importantly, these items or the

23   topics that they wish to question the Secretary on

24   are not relevant to the issues that are before this

25   Court.  So the question before this Court is whether

SANTA FE OFFICE                                                         MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   or not Section 1-4-5.6 of the Election Code is

2   unconstitutional.  That's the question.

3           And at the hearing next week, VRF has the

4   burden to establish likelihood success on that

5   question, that constitutional question, and also

6   irreparable harm.  That is their burden.  And any

7   evidence that they present should be relevant to

8   those two items.

9           Now, because this is a First Amendment

10  case, those two factors actually merge together,

11  because one cannot show irreparable harm in the First

12  Amendment context unless their First Amendment rights

13  are actually being violated.

14          Now, VRF believes that the relevant section

15  is 1-4-5.5 of the Election Code.  But that is

16  incorrect.  So the Election Code has three relevant

17  provisions that deal with voter data and how that is

18  distributed publicly.  One is Section 1-5-22, which

19  says that, "Any state or county employee who has

20  access to voter data is prohibited from selling it,

21  loaning it, providing access to it, or otherwise

22  surrendering" that voter data.  So that section

23  applies to employees with access to the data.

24          Then we have Section 1-4-5.5, which only

25  pertains to people who actually submit a written

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    request for voter data.  And that section says that,

2    "Every such requester must sign an affidavit

3    promising not to use that voter data for unlawful

4    purposes."  And there are three purposes that are

5    permitted under that section.  And it also says to

6    "not make it available to others for unlawful

7    purposes."

8              So these two sections cover people who

9    actually submit themself a request for voter data and

10   sign an affidavit, and employees who have access to

11   voter data by virtue of their employment

12   responsibilities.

13             What these two sections do not cover is

14   actually the situation that's in front of the Court,

15   which is where someone -- in this case VRF -- comes

16   into possession of New Mexico voter data by means

17   other than actually submitting an affidavit

18   themselves, and by means other than being an employee

19   with access to such data.  So this is where Section

20   1-4-5.6 comes into place.  And it says, "Unlawful use

21   of voter data, which is a fourth degree felony,

22   consists of the knowing and willful use of such

23   information for purposes prohibited by the Voter

24   Records System Act."

25             So Section 1-4-5.6 explicitly references

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the Voter Records System Act, which is Chapter 1-5,

2   which is where Section 1-5-22 resides.

3            Now, again, Section 22 says, "State

4   employees with access to data may not sell it or

5   otherwise make it publicly available."  What Section

6   1-4-5.6 does is bridge the gap by making the same

7   prohibition applicable to people who are not state

8   employees or county employees.  So anyone who comes

9   into possession of New Mexico voter data by means

10  other than requesting it by filing an affidavit or

11  having access to it by virtue of being a state

12  employee, is covered under 1-4-5.6, and is prohibited

13  from selling such data, loaning it, providing access

14  to it, or otherwise surrendering the data.  And that

15  is the statute that is at issue before the Court.

16           And of course, given that this is a

17  constitutional case, the Court has the responsibility

18  to decide it on the narrowest grounds possible.

19           So while VRF spends a lot of time and

20  effort arguing the constitutionality of Section

21  1-4-5.5, which is where the affidavit resides -- the

22  requirement for an affidavit resides -- that section

23  is actually not relevant to the case.  Neither

24  plaintiff signed such an affidavit.  Ms. Steinberg

25  did not, and no one from VRF did.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1           As we explain now in response to -- you

2      know, position to the motion for preliminary

3      injunction, VRF actually bought the data from a third

4      party, Local Labs.

5           Now, Local Labs did sign an affidavit, and

6      Local Labs is potentially subject to criminal

7      liability under Section 1-4-5.5.  But Local Labs is

8      not a plaintiff in this case; and therefore, the

9      so-called use restrictions which are in 1-4-5.5 are

10     not before the Court.  Their constitutionality is not

11     before the Court, and they're not actually relevant

12     for the issues before the Court.

13          The only relevant section, again, is

14     1-4-5.5, which by virtue of incorporating the

15     restrictions of the Voter Records System Act,

16     prohibits anyone who has possession of New Mexico

17     voter data from selling it, loaning it, providing

18     access to it, or otherwise surrendering it, including

19     by uploading it to a website, which is what VRF has

20     done.

21          And so, given that that's the relevant

22     section or statute that the Court must decide whether

23     it is constitutional under the First Amendment, the

24     Secretary of State's, you know, statements in media

25     posts or her contributions to ProPublica are simply

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

1    not relevant.

2            What we believe -- well, VRF's position is

3    that to an extent those statements perhaps

4    demonstrate that 1-4-5.5 gives a public official too

5    much discretion in deciding who to prosecute.  That's

6    their over-breadth -- or void for vagueness argument.

7    But again that section is not before the Court.

8            So given that the evidence they seek to

9    question the Secretary of State on is not even

10   relevant for the Court's decision, she should not be

11   required to appear in person, especially in a time

12   that -- as the Court I'm sure is very well aware --

13   that the State is under an extreme emergency, given

14   the wildfires, given that in-person early voting has

15   already began, given that a number of counties are

16   preparing to evacuate, and a number of communities

17   have already evacuated, and the Secretary of State's

18   Office needs to make contingency plans for those

19   counties in case they do evacuate, and in case their

20   clerks' offices are not open to actually receive

21   early voting.  And at this point, we're so close to

22   election day that early voting is no longer the only

23   issue.  I mean, she and her deputy -- their time is

24   fully, fully occupied at this point with making sure

25   that election day happens for those counties that are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    under emergency orders and that are under threat of

2    full evacuations.

3             And also just turning to the additional

4    grounds to our motion to quash the two subpoenas that

5    were served yesterday.  Again, as the Deputy

6    Secretary of State Ms. Sharon Pino is covered by the

7    Apex Doctrine to the same extent as the Secretary of

8    State, and also again, those two subpoenas were

9    served ineffectively, without providing the requisite

10   fees.  Now, I was asked by opposing counsel to accept

11   service by email, and I was happy to oblige.  But we

12   never discussed waiving the fees, we never discussed

13   the fees at all.

14            So service is ineffective for that reason,

15   and they should be quashed for that reason alone.

16   But also, you know, given that they were served only

17   seven days prior to the date of compliance, and given

18   the emergency situation in New Mexico, they simply do

19   not give us reasonable time to prepare.  I mean,

20   we've had to -- you know, again, as any party

21   defendants do have a right to prepare and due process

22   rights, and we are constantly being -- you know,

23   being surprised with additional subpoenas.

24            So I think I've covered everything that I

25   had at this point.  Thank you, Your Honor.  And I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    would like to reserve some time for rebuttal.

 2              THE COURT:  Let me -- I'll be asking the

 3    plaintiff this question as well, but how would you

 4    characterize what Voter Reference Foundation is?  Do

 5    you see it as a news organization?  Or what do you

 6    see it -- in your efforts to regulate it, what do you

 7    see it as being?

 8              MS. SERAFIMOVA:  Well, you know, as we

 9    stated in our answer, we don't have sufficient

10    information to know what they are.  But I think,

11    having seen their website, they don't -- what they do

12    is post the voter rolls of states.  There is no

13    editorial, there is no news reporting in any sense of

14    that word.  So no, we do not see them as a news

15    organization.  They are, by their own admission, a

16    nonprofit that wants to publicize voter rolls for

17    every state in the country.  So they want to make the

18    voter history and address and name and party

19    affiliation of each and every registered voter in the

20    United States public.

21              THE COURT:  And when you were arguing, am I

22    understanding you correctly that Voter Reference

23    Foundation did not get the materials they're wanting

24    to post from the State of New Mexico, they got it

25    from another party?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. SERAFIMOVA:  That is correct.  Even
 2    though in their initial pleadings -- meaning the
 3    complaint and the motion -- they stated numerous
 4    times that they obtained this information from the
 5    Secretary of State's Office, that is, in fact,
 6    incorrect.  They have now admitted in their reply
 7    that they did obtain it from Local Labs.  And it's
 8    our assumption that they bought it from Local Labs,
 9    because Local Labs is a service company.  They
10    basically -- you know, they obtain public records on
11    behalf of their -- for their clients.
12              And of course, given that the cost in this
13    case was over $5,000, I think -- I mean -- and VRF is
14    not disputing that -- but it is our assumption that
15    they paid for the service and they paid for the data.
16    But they did not sign the affidavit that's required
17    under Section 1-4-5.5.  They did not obtain the data
18    from the Secretary of State's Office or the county
19    clerks' offices in New Mexico.  They purchased it
20    from Local Labs.
21              THE COURT:  Well, if the Albuquerque
22    Journal got this same material, would you agree that
23    you could not prosecute them for publishing the
24    material?
25              MS. SERAFIMOVA:  Well, we are going deeply
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in the merits of the case, and I'm happy to do that,

2    but -- so I just need to clarify, the Albuquerque

3    Journal, just as VRF, would be free to talk about the

4    data, to synthesize the data, to argue about its

5    accuracy, to discuss it in any -- you know, in any

6    way, shape, or form they wish to.

7          What Section 1-4-5.6 prohibits is that they

8    sell the actual data set that they receive from us,

9    that they loan it to anybody, that they otherwise

10   provide access to it, or surrender it in any way.

11   And that is important, it's a very important

12   distinction.

13         Section 1-4-5.6 does not criminalize speech

14   in the everyday sense of the word.  Anyone and

15   everyone is free to discuss the data.  What they are

16   not allowed to do is to actually, you know, duplicate

17   the set.  Because then, for one, you know, we don't

18   collect the fees for that, but -- that's more of a

19   minor consideration -- but the issue is that by

20   publishing the data, for example, online, as VRF has

21   done at some point, it creates an inaccurate picture.

22         As we explain in our opposition for the

23   motion for preliminary injunction, every data set is

24   a snapshot of registered voters in New Mexico as of

25   that day only.  And so it changes, it is updated

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    monthly.  So it creates the false impression that the

2    data that we maintain is -- looks one way; when, in

3    fact, it's a dynamic database that is constantly

4    updated.

5              And also, you know, by being able to put

6    our data set online, that breaks the trust that

7    voters have in the Secretary of State's Office, that

8    their data -- the data that they are required by law

9    to give us, in order to exercise their privilege and

10   right to vote, will be kept confidential.

11             And so, you know, that is the harm, that is

12   the danger, that by saying this is the Secretary of

13   State's data, here it is, they circumvent the

14   requirement that every request or promise under the

15   penalty of perjury to not use it for unlawful

16   purposes and keep it confidential, except for a

17   limited set of circumstances where they are

18   statutorily entitled to use it.

19             So, again, the Albuquerque Journal can

20   write about it, can discuss it, and say:  We obtained

21   the data on such-and-such date, and on that date that

22   is what it looked like.  What they cannot do is

23   actually post the data, essentially, the contents of

24   our entire database as it existed on the date of

25   their request.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1              THE COURT:  All right.  Anything else, Ms.

2      Serafimova?

3              MS. SERAFIMOVA:  Not at this point, Your

4      Honor.  But, again, I would like to reserve some time

5      rebuttal.

6              THE COURT:  All right.  Thank you, Ms.

7      Serafimova.

8              Mr. Greim, are you taking the lead on this?

9              MR. GREIM:  Yes, Your Honor.

10             So I think I'll start -- I have more to say

11     than I thought I would need to get into on this call,

12     but some of the questions that you've asked, I think,

13     are a good entry point.

14             THE COURT:  Let me ask you this:  Let me

15     try to refocus this hearing -- because we've got a

16     motion hearing next week -- but let me ask you some

17     things at the beginning here.

18             It seems to me like five witnesses is a lot

19     from the Secretary of State's Office.  I don't know

20     how big it is now, but it's always been one of the

21     smaller offices up in Santa Fe.  Five seems like a

22     lot.

23             Are you looking for inconsistencies between

24     their testimony?  Are you looking for them to verify?

25     Or does each one of them have something very distinct

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                            (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                        1-800-669-9492
                                                                                e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    that only that witness can provide?

2           MR. GREIM:  Your Honor, they do each have

3    something distinct.  And I think -- I can give what

4    those things are.

5           But I think it makes sense to step back and

6    look and see what the case is about.  I won't argue

7    the whole thing.  But there are really two halves to

8    this case.  One are some purely legal and statutory

9    questions that I think I've got to correct here for

10   the Court to understand.

11          THE COURT:  Okay, I'll let you do that, but

12   let's focus on the mechanics of the hearing today.

13   You've got five witnesses.  I think that y'all had

14   indicated about two-and-a-half hours for this

15   hearing.  That seems to me to be a lot of witnesses.

16   Can you do it with three?  Can you do it with two?

17   Do you need witnesses at all?  I mean, if these are

18   public statements that the Secretary has made, what

19   are the witnesses really giving us here?

20          MR. GREIM:  Right.  Well, what they're

21   going to give us is the constitutional part of our

22   argument.

23          So there are two halves to this case.  The

24   first half of the case is:  What does the statute

25   actually prohibit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          And so, when we initially set this for

2     hearing -- I know it's been moved back -- our intent

3     was to have the only factual development be we would

4     bring in our client to talk about what VRF is and

5     what it does.  And then we would just simply show

6     you, under the statutes, that this is impermissible,

7     that what the Secretary of State is doing is not

8     actually what the law requires.

9          Since that time, we have -- actually, we

10    were never given this by the Secretary of State.  But

11    we have what we believe is the referral letter that

12    the Secretary of State shared with some politically

13    allied media, and that now we have found.  And so

14    what we are able to do now at this hearing, that we

15    weren't going to be able to do before, is show that

16    there is content- and viewpoint-based discrimination

17    going on, and not simply, you know, mistakenly

18    expanding the reach of New Mexico law.

19          And so, Your Honor, we probably -- you

20    know, candidly, if they would stipulate to certain

21    things, we could probably get by without one or two

22    of the other witnesses.  But what we really have to

23    have are the people who are the decision makers who

24    decided that this group -- that the speech is

25    misinformation, and therefore, falls outside of our

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  statutes.  And candidly, that person is not going to

2  be Ms. -- I think I heard it pronounced Vigil -- who

3  actually is on this call.  I see her name on here.  I

4  think she's actually participating here today.  She's

5  not going to know the answer to that.  In fact, we

6  think that she had to be told not to even process

7  requests directly from Voter Reference Foundation.  I

8  think we'll establish that at the hearing.  I don't

9  want to get too far into the merits.

10        But the people that can answer those

11  questions are the Secretary of State, and then the

12  Deputy, Ms. Pino, who actually drafted the referral

13  letter.

14        And that referral letter, Your Honor,

15  paints a very different picture of New Mexico law

16  than what we just heard from the Attorney General's

17  Office today.  In other words, they've shifted their

18  theory to try to remove the appearance of having a

19  viewpoint or content-based reason for doing this.

20        And so I can get into that a little bit

21  more, but I think that the question you asked about

22  the Albuquerque paper, I think, is important.

23  Because the answer that you just got from the

24  Attorney General walks through the statutes.  But as

25  we mention in our response, the citation to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   statutes is just simply not correct.

2          So the key statute in this case is actually

3   1-4.5.5(c).  And what that statute says is that if

4   you want to request this data, you can.  It's not,

5   you know, private in all but a few cases.  Instead,

6   you can request it under 1-4-5.5(c), so long as you

7   fill out an affidavit saying that you will not use or

8   share the data except for certain purposes.  And

9   those purposes are election campaigns -- I'm sorry,

10  governmental use, election or election-campaign

11  related uses.

12          And so the Secretary of State actually came

13  up with an affidavit form that Local Labs -- who is

14  VRF's vendor -- signed, and they checked "election

15  related."  And they signed an authorization which

16  does not say what the new authorization says.  Very

17  important; very, very important.

18          The forms have all been changed to follow

19  the theory that you just heard.  That's not what the

20  forms that we signed, that our vendor originally

21  signed, said.  What it says actually is:  You won't

22  make available the data to others to use for a use

23  other than governmental election, and then the one we

24  mentioned, research for campaign focus.

25          There is no blanket ban on sharing the data

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                        1-800-669-9492
                                                                e-mail: info@litsupport.com



1    with someone else.  That's the most important point.

2    There is no blanket ban on doing that.  You

3    absolutely can, so long as the purpose for which you

4    are sharing falls within the statute.  You absolutely

5    can.

6            The other important point is that there is

7    no requirement that anyone who ever comes into

8    possession of the data -- so there is no requirement

9    that the person with whom you share the data also go

10   back and sign the affidavit.  That is not what the

11   statute says.  There is not a free-floating

12   requirement, you know, somehow implied from the

13   statutes; that whoever ends up seeing this data has

14   to go back and sign the affidavit.  Instead, it says

15   the requester has to sign the affidavit.  That's what

16   the statute says.

17           Now, there is a separate statute that very

18   specifically says who is required not to share the

19   data.  And it is limited to state workers, and it is

20   limited to certain contractors that the State uses

21   for sort of data entry purposes.  That's all that the

22   statute says.

23           The State's theory -- we addressed this,

24   this is very important -- says that -- actually,

25   there is a different statute elsewhere that expands

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the bubble out, and says that no one can share the
 2    data.  But, Your Honor, I don't want to -- I mean,
 3    you'll see the text in the statutes if you go through
 4    the materials, that's absolutely not what that other
 5    provision says.  The 1-4-5.6 simply says, "Unlawful
 6    use of voter data," then it goes on, "consists of the
 7    knowing and willful use of such information for
 8    purposes prohibited by the Voter Records System Act."
 9    Then it cites over to Article 5.  So it just says:
10    If you violate Article 5, it's an unlawful use, if
11    it's also knowing and willful.  And it's got to be
12    for purposes prohibited there.
13              So that's interesting.  The first thing to
14    notice is that it's talking about the purposes
15    prohibited by the act.  It's not talking just about
16    sharing.
17              But then go to the next section.  This is
18    really what they hang their hat on.  And this says,
19    "Any person, organization, or corporation, or
20    basically agents thereof, who commit unlawful use --
21    that's the thing that was just defined in the prior
22    section -- "is guilty of a 4th degree felony."  That
23    section requires you to first find that there has
24    actually been a violation of some other part of the
25    act.  It doesn't say that specific statutes that only
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    apply to specific people now apply to the entire

2    world, to people inside and outside of New Mexico.

3    It absolutely does not say that.  This is a very

4    basic bare bones statute that every election code

5    has, that simply gives you the standard for

6    converting a violation into a criminal violation, and

7    then sets forth what the penalties are.  It does

8    expand 1-5-22 out to everybody else.

9            And, I mean, that's key issue, Your Honor.

10   Because if they're wrong about that, then they've got

11   only one other reason to come after Voter Reference

12   Foundation.  And that other reason is they don't like

13   the use to which Voter Reference Foundation is

14   putting the data.  They don't like the fact -- and by

15   the way, there is not just a data file, Your Honor,

16   placed on the internet that someone can just download

17   and then themselves use it.

18           They don't like that somebody can type in

19   their own name or a neighbor's name or someone they

20   know just died, or whatever it is, and see whether

21   that person is voting.  They don't like that.  In

22   their view, that is not an election-related use.  In

23   fact, that's the reason why they've removed the

24   entire category from the request form of

25   election-related uses.  Now, it's got to be an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   election campaign.  So they've actually removed that

2   because they don't like that part of the statute.

3            So, Your Honor, the problem here is that

4   we've got a flat-out misreading of the statute.  And

5   by the way, this theory that you just heard is the

6   secondary theory in the referral to the Attorney

7   General.

8            Many of these other statements that we're

9   going to put into evidence that come from the

10  Secretary of State, that come from Mr. Curtis,

11  explain that the real problem is that they think

12  Voter Reference Foundation is engaging in

13  misinformation, and in their view, impugning the work

14  of the Secretary of State or engaging in, quote,

15  "misinformation" about how good the voter rolls

16  really are, actually doesn't meet the use

17  requirements.  So it's a content-based attack.  That,

18  Your Honor, is what -- we didn't know that there was

19  going to be such evidence when we initially scheduled

20  this.  We intended to focus on the statutory issue.

21  But that's now what we're going to be able to show.

22            By the way, I think I heard counsel say

23  that we have every written document that's relevant

24  to this, that we have everything.  I mean, I have no

25  idea where that statement comes from.  It's certainly

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   not correct.  We have gotten a copy of the referral.
2   We've gotten a few other documents that were
3   disclosed in a public information request.  But we
4   need to get these documents.  I mean, I think we're
5   going to find more.  That's not for this hearing,
6   though, I just want to make that point.
7          Then I also want to walk through the
8   different witnesses.  I think Ms. Vigil will be
9   important because she'll be able to talk about the
10  normal process of making requests, and she'll be able
11  to give some basic background facts here.  But
12  frankly, I think much of what she knows about the
13  decisions were just told to her from above.  She may
14  not believe there is any viewpoint-based issue here
15  because she was not in on that.  Obviously (Zoom
16  audio garbled.)
17          THE COURT:  Hold on just a second.  Repeat
18  that last sentence because it got garbled.
19          MR. GREIM:  Okay.  I'm sorry.  I know when
20  I turn away from the computer, then it goes away
21  sometimes.
22          I think what I said was that Ms. Vigil, I
23  think, you know, she understands the theory that the
24  Attorney General is now arguing in this case.  I
25  don't think she will understand the content-based
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   reason that the forms were changed and that VRF was

2   attacked in the first place.  So, you know, I think

3   her information will be very low level, and I

4   think -- she's listening in right now, so she's

5   hearing my outline, I guess, of what I'm going to ask

6   her about -- but I think she will just be able to

7   speak more to the mechanics.

8           The second witness we asked for, but I

9   think they're actually going to be called by the

10  Secretary as well, she was the one who actually

11  processed the application here and took payment.

12          She also seemed to try to do a little

13  sleuthing to determine that Local Labs was the

14  requester.  But, of course, the Secretary of State

15  already knew that Local Labs was acting on behalf of

16  Voter Reference Foundation.  If nothing else,

17  ProPublica told them that.  And we don't try to hide

18  the fact that there are companies who are good at

19  doing this.

20          We attached a list, Your Honor, of all the

21  different people, just like Local Labs, who go buy

22  this data from the Secretary of State, then they

23  share it with clients.  And this is the first

24  instance where suddenly the sharing of the data has

25  become a crime.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          But, you know, we even disclose on our

2     website -- if you click through, we show you the

3     entire email chain by which we obtain the data.  So

4     Voter Reference Foundation makes it very clear to

5     everyone that we obtained it from Local Labs, and we

6     do that across the country.

7          So anyway, those are the first two

8     witnesses.  I diverged for a little bit.

9          The Secretary of State can speak about the

10    actual basis for the referral.  Interestingly, in the

11    complaint, paragraph 52, where we laid out what the

12    Secretary's statements were, I thought it was

13    interesting the defense would not actually admit the

14    Secretary made those statements.  They would -- they

15    have only admitted that those quotes appeared in an

16    article that we attached.  I think  it's troubling

17    that they won't admit (Zoom audio garbled) and

18    wouldn't do that even in their answer.

19          Finally, of course, the Secretary of State

20    re-tweeted (Zoom audio garbled.)

21          THE COURT:  Mr. Greim, do stare at the

22    camera, because when you turn away, it gets harder to

23    hear for us.  So try to put your notes or whatever

24    you're looking at, try to position it so you can keep

25    talking straight at us.  Because when you turn away,

SANTA FE OFFICE                                                            MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

1    your volume and sound goes way down.

2           MR. GREIM:  All right.  I apologize.  You

3    can probably see I'm doing this from home.  We had an

4    issue at our office, and I'm not used to being in

5    these surroundings during the middle of the day.

6           So, Your Honor, I think we've got to hear

7    from the Secretary of State, especially because this

8    was her main criticism of Voter Reference Foundation.

9    She said it was attempting to impugn the integrity of

10   the voter rolls.  Impugn.  Not damage, not destroy,

11   not actually mess with the voter rolls, but instead,

12   in the view of other people, it was impugning the

13   integrity of the voter rolls.

14          And what was she talking about there?  The

15   ProPublica piece that she re-tweeted talked not only

16   about Voter Reference Foundation's website, where you

17   can type in information to see someone has voted in

18   possible states.  But there is a separate Voter

19   Reference Foundation website, where it publishes its

20   own analysis, Your Honor, of what the voter

21   information data shows.

22          And so, in fact -- we'll see this later --

23   Voter Reference Foundation found some issues in the

24   New Mexico data, and reached out to the Secretary of

25   State's Office to try to get an explanation from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    them, did that back in 2021.

2            Then, Voter Reference Foundation

3    directly -- not through Local Labs -- but directly

4    reached out to understand this gap in the data in

5    February.  And the Secretary of State's Office

6    position is it will not answer, it will not provide

7    data to Voter Reference Foundation.  There is a

8    blanket ban on it.  And again, the only basis for

9    that -- the only basis that could exist -- and we'll

10   see this in the documents -- is that the Secretary of

11   State does not like the speech that Voter Reference

12   Foundation is engaging in.

13           And remember, the speech is two things:

14   Analysis of the data.  But also the case law we cited

15   to you shows it's providing the data itself.  The

16   Secretary of State wants to be the sort of only game

17   in town with discussion about how good the data is

18   and its integrity.

19           But our basic position is, no, the National

20   Voter Registration Act makes this available to

21   citizens for a reason.  It's to do just what VRF is

22   doing.

23           So the two big problems -- I'll just circle

24   it all back together now -- are number one, the

25   Secretary of State is absolutely misreading the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   statutes.  And I think you'll see that in our

2   briefing for Tuesday.

3          But number two, we now know why.  It's a

4   content -- and I would say now at this point, we can

5   establish a viewpoint-based distinction.  And so even

6   if we were wrong about the statutes, they are

7   applying them only against us based on the content of

8   our speech about that data.  They're doing it to

9   another group as well.  And these are not things that

10  the people who process requests at the lowest level

11  are going to be able to tell us.  That's why we need

12  to hear from these witnesses.

13         The final technical issue that you asked me

14  about at the outset, I'll just respond to quickly.  I

15  mean, I think if we had to whittle people down, we

16  could probably get by, just for the purposes of

17  Tuesday, with either the Secretary of State or

18  Ms. Pino.  We don't probably need to have both of

19  them for purposes of Tuesday.

20         But once we learned that they were going to

21  fight us on the Secretary of State, which would have

22  been the fastest way to go, we had to protect

23  ourselves from the possibility that we would end up

24  with only these two low-level witnesses who would not

25  be able to give us the information we needed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        So we would be fine with one or the other

2    of those.  But we do need Mr. Curtis.  Mr. Curtis

3    made statements to ProPublica about exactly why

4    they're going after VRF.

5        And I think we do need Ms. Vigil, if

6    nothing else, to lay the sufficient groundwork.  I'll

7    stop there for now.  I know I went on for about 20

8    minutes.

9        THE COURT:  Are you comfortable with these

10   people testifying by Zoom, so that if they're in

11   Santa Fe, they don't have to leave their office, and

12   they just can kind of come into a room up there and

13   testify?

14        MR. GREIM:  Yes, absolutely, Your Honor.  I

15   mean, that will probably be faster.

16        You know, I'm well aware that if we had all

17   five people go, we wouldn't be able to do it.  But I

18   didn't want to wait and have this hearing -- maybe if

19   we learn we can't use the Secretary now, that will be

20   even later serving the subpoena.  So I wanted to make

21   sure that we had a backup plan.

22        So my proposal would be Ms. Vigil.  You

23   know, I could probably dispense with

24   Ms. Hutchinson -- if we can get stipulations on the

25   process -- either Ms. Pino or the Secretary, and then

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Curtis.  That leaves us either three or four

2    witnesses.

3            THE COURT:  How do you describe your

4    client?  I mean, do you think you're a news

5    organization?  A media organization?  How do you see

6    and describe yourself?

7            MR. GREIM:  Well, Your Honor, I think for

8    purposes of the First Amendment, you know, status as

9    a media organization in this context won't matter

10   under the law.  But I think they would view

11   themselves as a hybrid.  I mean, on the one hand,

12   they are publishing analyses of the data.  But on the

13   other hand, part of the goal here is to sort of crowd

14   source to the public at large the things that are not

15   going to be obvious to somebody who is just comparing

16   data one against the other.  I mean, public access is

17   what will uncover lots of issues that otherwise

18   wouldn't be known to the Secretary or to VRF.

19           THE COURT:  Well, help me with my

20   imagination.  What is it that it's going to uncover?

21   For example, people who have not voted for -- like

22   myself, I haven't voted since I've become a federal

23   judge -- is it going to uncover that somebody may

24   have voted for me or something like that?  Is that

25   the sort of thing that you're looking at -- looking

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    for, or what is it that -- the discrepancies or

2    problems that you're looking for?

3         MR. GREIM:  Sure.  I mean, one thing may be

4    that someone votes in two different states, because

5    you know, the data can be searched across states.  So

6    that may be one issue.

7         Another issue may be that they say they do

8    a great job of cleaning the voter rolls.  That's

9    wonderful if that's true.  But maybe there are people

10   who have passed away or who have moved who are still

11   on there, and someone is voting.  You know, a

12   neighbor may know that someone has died or moved

13   away; they may enter their name and say:  Well, wait

14   a second, why did they vote?  And again, those aren't

15   issues that just matching huge databases from, you

16   know, various sources against the existing rolls are

17   going to find out.

18        And candidly, at the end of the day, what

19   if we don't find discrepancies?  I mean, that's a

20   great thing as well.  Because it means now people

21   will have confidence that:  Don't just take the

22   Secretary of State's word for it.  The citizens can

23   access this data on their own, just like campaigns

24   can, just like academic researchers can.  They can

25   type in their own name or their uncle's name or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  something, and they can verify that it's accurate.

 2  So it's not that our purpose is only served by

 3  uncovering discrepancies.

 4          THE COURT:  All right.  Anything else,

 5  Mr. Greim?

 6          MR. GREIM:  Your Honor, I think that's all.

 7          We want to have an efficient hearing on

 8  Tuesday, and we want to make our two main showings,

 9  and I think we'll be able to do that.

10          THE COURT:  All right.  Thank you,

11  Mr. Greim.

12          Ms. Serafimova, you've got a proposal here

13  on the table.  Is that of any interest to you that

14  these witnesses can appear by Zoom, and you can

15  decide between Ms. Pino and the Secretary of State?

16  Anything there that's helpful, useful to you, worth

17  agreeing to?

18          MS. SERAFIMOVA:  Well, Your Honor, we

19  have -- we've already agreed to make Ms. Vigil

20  available.  And just an important clarification, she

21  is not a low-level employee.  She's the Director of

22  Elections.  And she is intimately familiar with the

23  day-to-day business in the state.

24          We can probably agree to Mr. Curtis

25  appearing.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1         But again, the Secretary of State and the

2    Deputy Secretary, especially given that in-person

3    voting has begun, and given the emergency situation

4    in New Mexico, we ask that the Court quash those

5    subpoenas.

6         And if I may, Your Honor, in rebuttal, I

7    would like the opportunity to clarify a handful of

8    misstatements that were made, if I may.

9         THE COURT:  You may.

10        MS. SERAFIMOVA:  So first, opposing counsel

11   represented that the voter information authorization

12   form has changed in a way that demonstrates animus to

13   VRF specifically.  And that is simply not true.  Yes,

14   the authorization form was revised in February of

15   this year.

16        But I have in my hands the authorization

17   form that was signed by Local Labs.  And under

18   authorization it reads, "Unlawful use of the

19   information requested on this form shall consist of

20   willful selling, loaning, providing access to, or

21   otherwise surrendering, duplicating, or alteration of

22   information as stated in the Voter Records System

23   Act."  So that position, that interpretation of the

24   law has never changed.

25        And I mean, as the Court is well aware, the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    two parties, the two defendants are the Secretary of

2    State's Office and the Attorney General's Office.

3    And we are the two state entities that are

4    statutorily required to interpret and enforce the

5    Election Code.  So our interpretation is accorded

6    significant deference, opposing counsel's

7    disagreement notwithstanding.

8              Now, it is true that the referral letter --

9    this is the other clarification that I would like to

10   make -- opposing counsel discussed the fact that the

11   referral letter that was sent from the Secretary of

12   State's Office to the Attorney General's Office

13   mentions both Sections 1-4-5.5, which talks about the

14   affidavit, and Section 1-4-5.6, which talks about

15   everyone else selling or otherwise surrendering voter

16   data.  The reason was because Local Labs -- the

17   referral mentions both VRF and Local Labs.  And, of

18   course, Local Labs did sign the affidavit.  So that

19   is the reason why the referral mentions both

20   sections.

21             We have the entity that signed the

22   authorization and then violated it, and then the

23   entity that obtained the voter data without signing

24   the authorization.  And in the Secretary of State's

25   opinion, as the State entity that enforces and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    interprets the Election Code, that was a violation of

2    1-4-5.6.  So that is the reason.  So there is no

3    content-based discrimination.

4           Opposing counsel also stated that at the

5    time they filed the complaint and the motion, they

6    were unaware that the Secretary of State had made

7    public statements that there is misinformation; that

8    it's hard to believe, given that the statements are

9    public, and that they have been able to search

10   through social media, and have other press releases,

11   copies of press releases.  But that is again not

12   content-based discrimination.  That is the State

13   interests, the important State interest, that we have

14   asserted in our response to the motion for

15   preliminary injunction and today.

16          That is the harm that is being done to New

17   Mexico voters and our voting system in general, by

18   making the Secretary of State's database public.

19   Because again, it is a snapshot.  And so, to the

20   extent that it demonstrates discrepancies, those

21   discrepancies are actually -- unless somehow the

22   voter data is cross-referenced for that specific

23   moment in time, those discrepancies may very well be

24   incorrect, because again, it is updated on a monthly

25   basis.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1             So in our response to the motion for

2     preliminary injunction, the fourth State interest,

3     important State interest, that we put forward in

4     support of our position that the First Amendment has

5     not been violated is that because voter data produced

6     at any single moment represents a snapshot of the

7     voter files as of that moment; whereas, voter files

8     may change in the future, thereby rendering the

9     produced voter data no longer accurate, disseminating

10    voter data may lead to disinformation which would

11    further erode voter confidence in the voter

12    registration system.  So that is the State's

13    interests.  That is not commonplace discrimination.

14             Again, our interpretation of the law has

15    always been the Section 1-1-5.6 bridges the gap and

16    applies to people who have come into possession of

17    voter data without signing the affidavit and without

18    having access to it by being state employees.  That

19    is the gap that that section covers.  And that is

20    consistent in our referral or the Secretary of

21    State's referral letter to the Attorney General's

22    Office, because it addressed both VRF's conduct, and

23    Local Labs, as the entity who actually signed the

24    this.

25             And so -- and lastly, the authorization was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  updated, but it has not changed materially.  And it

2  certainly does not demonstrate any animus, the same

3  way that unlawful use of the information requested,

4  just as is the wilful selling, loaning, providing

5  access to, or otherwise surrendering or duplicating

6  it is present in both versions of the authorization

7  form.

8         And if I may -- just if you give me a

9  second to just make sure that I covered everything I

10  intended to cover -- oh, opposing counsel mentioned a

11  blanket ban on VRF.  What, in fact, has happened is

12  that now that the Secretary of State's Office knows

13  that VRF has violated the Election Code, yes, they

14  will not produce any more voter data to that entity,

15  because they would be violating, essentially, their

16  duty to protect the data under the statute by

17  knowingly giving it to an entity that is currently

18  alleged to have violated the law.

19         So that is why, you know, at the moment no

20  further data requests will be processed for VRF.

21  This is not -- it's not unreasonable.  In fact, it is

22  a requirement.  They would be abrogating their

23  duties.  Secretary of State's Office would be

24  absolutely violating their statutory duty if they

25  were to ignore the fact that VRF has violated the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Election Code.

2              Also, to the extent VRF alleges that we,

3    the Secretary of State's Office, has violated state

4    law, I mean, that's not a First Amendment claim, and

5    it should not be before this Court.  They started off

6    by saying that we have misinterpreted our statute.

7    And we are saying that they are unlawful, when in

8    fact it, is lawful under the statute.  That's not a

9    First Amendment claim for this Court to decide.

10             And I believe -- oh, and just the final

11   point I'd like to make is that, prior to today, VRF

12   has never before described themselves as a news

13   organization.  So for what that's worth, I think it

14   should be taken into account.  Today they described

15   themselves as a hybrid, but they did not do that in

16   their complaint, in their motion, in any of their

17   filings.

18             And then finally, to the extent, you know,

19   opposing counsel said that we did not admit certain

20   statements were made in the article, that is actually

21   not accurate.  We do admit in the answer -- I mean,

22   we admitted the allegation as it was written.  There

23   was no -- you know, no attempt to hide the ball here.

24             So, thank you.  Going back to your initial

25   question, we do ask the Court to quash the subpoenas

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    of the Secretary of State and the Deputy Secretary of

2    State, both for failing to pay the fees; for failing

3    to provide a reasonable amount of time to prepare

4    with respect to the deputy, and most importantly,

5    under the Apex Doctrine, because given the emergency

6    situation in New Mexico, and all the information that

7    we've discussed, their testimony is unnecessary.  And

8    it would be a severe burden on the office.

9              Thank you, Your Honor.

10             THE COURT:  I'll give you the last word,

11   but I want to ask Mr. Greim a question.  And then

12   I'll give you, Ms. Serafimova, the last word.

13             Mr. Greim, at the end of the day next week,

14   what is it that you're asking the Court to do?  What

15   is the -- if you were writing the order of your

16   requested injunction, what would it say?

17             MR. GREIM:  We want to be able to repost

18   the -- and this is not going to be as good as what we

19   typed up in our filing -- but I would say we want to

20   be able to repost the data during the pendency of

21   this litigation without being criminally prosecuted

22   for that.

23             THE COURT:  Okay.  All right.  Anything

24   else you want to say, Ms. Serafimova?

25             MS. SERAFIMOVA:  Your Honor, reposting the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   data would be irreparable harm to New Mexico voters,

2   because, of course, once it's out there, calling it

3   back is practically impossible.  And if the Court

4   were to ultimately find that doing so is unlawful,

5   and not -- and the prohibition is not a violation of

6   the First Amendment, the State would be left without

7   a remedy.

8           You know, the preliminary injunction asks

9   for all the relief that they could be entitled at the

10  end of a merits hearing, and is therefore, a

11  disfavored injunction.  And we strongly believe that

12  given the harm to the State and the public, and of

13  course, the issues with their legal claim, Voter

14  Reference will not prevail on the merits.

15          THE COURT:  All right.  Thank you, Ms.

16  Serafimova.

17          Well, when I'm working on a preliminary

18  injunction like this, I know that the law is very

19  important, and I may or may not get the law right.

20  But what I owe for the system as a trial judge is to

21  get the facts right.  Somebody may tell me I've got

22  the law wrong, and I understand that.  But it is my

23  duty to get the facts right.  And I've read too many

24  appellate decisions that involve First Amendment or

25  other constitutional issues, where they even get to

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                                        e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the Supreme Court sometime, and the record is thin,

2    and that doesn't help the system.

3           So I think that I need to be careful here

4    that I don't clip too many wings here at this stage

5    and not allow for a robust record.  I will -- I'm not

6    going to quash any subpoenas today.  And I think the

7    Secretary of State's Office needs to be prepared to

8    put on four witnesses.  They can choose between Pino

9    and the Secretary of State, so that it's down to four

10   witnesses.  And it sounds like that a stipulation may

11   take care of another.  But I'm not going to, myself,

12   start cutting down this record without being more

13   knowledgeable about the facts that may prove

14   important.  It sounds to me like there is enough

15   complexity to the issues, and maybe even the factual

16   record, that I should not do that today.

17          So I will continue to look at these

18   motions, and try to get some opinion and order out on

19   the motions, two motions to quash.  But at the

20   present time, I'm not granting them.  And the

21   Secretary of State will need to be prepared to

22   provide four witnesses or stipulations that eliminate

23   the need for one, and the Secretary of State can

24   choose between herself and Pino as far as a witness.

25          All right.  Is there anything else we need

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   to discuss while we're together?  Is there anything
2   else I can do for you, Ms. Serafimova?
3              MS. SERAFIMOVA:  No, Your Honor.  Thank
4   you.
5              THE COURT:  All right.  How about you,
6   Mr. Greim?
7              MR. GREIM:  I think we're okay, Your Honor.
8   My only question is should we plan to do things by
9   Zoom for all the witnesses?
10              THE COURT:  I will let y'all decide that.
11   If there is a disagreement, I can get back on and
12   decide those issues.  If y'all agree on anything,
13   it's fine with me.  I sit here and talk to this
14   screen all day long.  New Mexico is a big state.  And
15   so I don't require people to come.  I know you're out
16   of state.  So I'm fine with doing things by Zoom.
17   But some people like to be in a courtroom.  I can
18   tell you this:  I used to, as an attorney, drive from
19   Albuquerque to Taos to be in front of a judge for a
20   short hearing because I thought it was terribly
21   important.  I've learned over the last 19 years that
22   I have to tell people no and yes and other things,
23   and it doesn't really matter whether they're in the
24   courtroom or by Zoom.
25              But I leave that to y'all, how you want to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   put on your case, how you want to put on your
 2   witnesses.  If there is a disagreement, I can get
 3   back on with you.  But as long as y'all agree, I'm
 4   fine.  And I lean toward giving people choices.  Is
 5   that responsive enough?
 6            MR. GREIM:  I will be there.
 7            THE COURT:  Is that responsive enough, or
 8   do you need some more specific guidance, Mr. Greim?
 9            MR. GREIM:  Your Honor, that's just what we
10   need.  And I was going to tell you, I will be there,
11   so I'm looking forward to it.
12            THE COURT:  Anything else, Mr. Greim?
13            MR. GREIM:  Nothing more, Your Honor.
14            THE COURT:  All right.  I'll appreciate
15   your presentations this morning.
16            I'll try to get some opinion and order out
17   to you.  But be patient with me.  I've got a criminal
18   case that's kind of eating my lunch right now.  And
19   I'll turn to this as soon as I can, and be fully
20   prepared for the hearing next week by reading the
21   more substantive documents.
22            All right.  Y'all have a good afternoon.
23   Let us know if we can be of any help.
24            MS. SERAFIMOVA:  Judge, if I may.  I'm
25   sorry, just final clarification.  So you would be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   okay with the attorneys also appearing by Zoom, if we
 2   chose to; is that right?
 3              THE COURT:  Do you have any objection to
 4   that, Mr. Greim?
 5              MR. GREIM:  No objection, Your Honor.
 6              THE COURT:  Okay.  Yeah, I think it's up to
 7   you, Ms. Serafimova.  If you want to appear by Zoom,
 8   that's fine.  If you want to be here, that's fine.
 9   Sounds like y'all are, you know, comfortable with
10   letting everybody do their own thing.  So I'll leave
11   that to you.
12              MS. SERAFIMOVA:  And I'll make sure that I
13   have a good connection if we --
14              THE COURT:  All right.  That's probably a
15   good idea.  That is probably a good idea.
16              All right.  Anything else?  All right.
17   Y'all have a good afternoon.  Let us know if we need
18   to get back together.  Otherwise, I'll see y'all next
19   week.
20              MR. GREIM:  Thank you, Your Honor.
21              (The Court stood in recess.)
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                    C-E-R-T-I-F-I-C-A-T-E

2

3    UNITED STATES OF AMERICA

4    DISTRICT OF NEW MEXICO

5

6

7         I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages constitute

10   a true transcript of proceedings had before the said

11   Court, held in the District of New Mexico, in the

12   matter therein stated.

13        In testimony whereof, I have hereunto set my

14   hand on May 24, 2022.

15

16

17

18        _____

19        Jennifer Bean, FAPR, RMR-RDR-CCR
          Certified Realtime Reporter
          United States Court Reporter
20        NM CCR #94
          333 Lomas, Northwest
21        Albuquerque, New Mexico 87102
          Phone:  (505) 348-2283
22        Fax:    (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com