1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3

4   VOTER REFERENCE FOUNDATION, et al.,

5        Plaintiff,

6        VS.                    NO. CV 22-00222 JB/KK

7   Hector Balderas, Attorney General
    for the State of New Mexico, et al.
8
         Defendants.
9

10

11
         Transcript of Motion Proceedings before
12  The Honorable James O. Browning, United States
    District Judge, Albuquerque, Bernalillo County,
13  New Mexico, commencing on May 17, 2022.

14
    For the Plaintiff:  Mr. Eddie Greim; Mr. Matt Miller;
15  Mr. Carter Harrison

16  For the Defendant:  Ms. Olga Serafimova

17

18

19

20
              Jennifer Bean, FAPR, RDR, RMR, CCR
21            United States Court Reporter
              Certified Realtime Reporter
22              333 Lomas, Northwest
              Albuquerque, NM  87102
23            Phone:  (505) 348-2283
                Fax:  (505) 843-9492
24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
 1              THE COURT:  All right.  Good afternoon
 2    everyone.  I appreciate everybody making themselves
 3    available to me this afternoon.
 4              The Court will call Voter Reference
 5    Foundation, LLC, et al., versus Hector Balderas,
 6    et al., Civil Matter Number 22-CV-0222, JB/KK.
 7              If counsel will enter their appearances for
 8    the plaintiff.
 9              MR. GREIM:  Your Honor, Eddie Greim and
10    Matt Miller, Graves Garrett, LLC, for the plaintiffs.
11              THE COURT:  All right.  Mr. Greim, Mr.
12    Miller, good afternoon to you.
13              And for the defendants.
14              MS. SERAFIMOVA:  Good afternoon, Your
15    Honor.  Olga Serafimova for the defendants.
16              THE COURT:  All right.  Ms. Serafimova,
17    good afternoon to you.
18              All right.  Let me -- after we got started
19    last week on the subpoena issue, I started putting
20    the opinion together, and I thought what I did in it
21    would help me in drafting, probably, the memorandum
22    opinion and order that you're requesting this
23    afternoon, or that is at issue.
24              Let me tell you my thinking on this, and
25    this will give you something to shoot at this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    afternoon.  When I looked at section -- NMSA Section

2    1-4-5.5(e), it seems to me that the two definitions

3    that are most important there are election campaign

4    purposes, which means -- and let me emphasize this

5    language -- "relating in any way to a campaign and

6    election conducted by a federal, state, or local

7    government."  And the governmental purposes means,

8    "noncommercial purposes relating in any way to the

9    structure, operation, or decision making of a

10   federal, state, or local government."  That signals

11   to me that the legislature intended those terms to be

12   defined broadly, rather than in a narrow way.  And I

13   do think that the noncommercial is an important

14   limitation here.

15         So I think we start with the legislature

16   signaling that, other than commercial uses, these are

17   not -- that they're not intending to be defined

18   narrowly.

19         The provision that I think might, at first

20   glance, be -- consider some limitation is Section

21   1-5-22(a), which the Secretary has incorporated into

22   the new form.  At first blush it looks like it almost

23   takes away what the two definitional ones say.

24   "Unlawful disposition of voter file consists of the

25   willful selling, loaning, providing access to, or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    otherwise surrendering the voter file, duplicates of
 2    the file or part of the file by a data processor."
 3           So before you get to "data processor," you
 4    would think that whoever gets this just can't use it,
 5    whether it's a campaign or election.  So I think the
 6    data processor is very important.  And data processor
 7    is defined in the voter records section "as a data
 8    processing facility and its associated employees and
 9    agents contracted to provide data processing services
10    required by the Voter Records System Act."
11           So I think -- y'all can correct me this
12    afternoon, if I'm wrong -- but I think what data
13    processor is is those people that the Secretary of
14    State and the counties and their clerks contract to
15    do the work that state employees would not normally
16    do.  And then it makes criminal the use by those
17    people of misusing information that the state and the
18    counties give.  So I think that that section is
19    largely irrelevant.
20           So I think that, when you look at the
21    original sections there, 1-4-5.5(e), that the uses
22    that the Lab, and then, of course, Voter Reference
23    are using is relating in any way to election campaign
24    purposes, and relating in any way to governmental
25    purposes.  So that the use here that is being sought
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    is lawful under New Mexico State law.
 2              I then looked -- and I'm not sure I have
 3    written very much on this -- on New Mexico law
 4    regarding deference to agencies and their
 5    interpretation.  And when you look at the law -- and
 6    I'll include a section of that in my memorandum
 7    opinion -- it appears to me that once you get a legal
 8    issue like this, where you're not dealing with some
 9    special agency expertise or something of that nature,
10    this is just a pure legal of law -- that really, it's
11    for the courts to decide what the law is.
12              As the Supreme Court in New Mexico said in
13    the Marbobs (phonetic) case, which is 2009, "The
14    Supreme Court in New Mexico affords little, if any,
15    deference to the agency on issues of statutory
16    construction."
17              So I'm inclined -- I think, the first thing
18    I have to do is decide what New Mexico State law
19    is -- to say that I don't think that it bars the
20    activity that Voter Reference is wanting to do here
21    or that Ms. Steinberg is attempting to do, if I
22    understand correctly what they're wanting to do with
23    this data.
24              But then the question becomes:  What do we
25    do with that?  I'm a federal court, and probably I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    can't enjoin the Attorney General and the Secretary

2    of State from misconstruing their own law.  If that's

3    what they want to do, that's kind of their business.

4    And so I probably can't stop a prosecution.  I can

5    give you a piece of paper that says:  This is my

6    interpretation of New Mexico law.  But I think that

7    they probably can go to their own state courts and

8    attempt to persuade the state courts that I do not

9    have the correct interpretation but that they do.

10          So I think that really the only way the

11   plaintiff is going to get any injunction here is to

12   then persuade me that the -- what the State of New

13   Mexico is doing violates the federal constitution.

14   So you're going to have to convince me that there is

15   a right here that is violated.

16          If I understand the briefing -- and I could

17   be wrong here -- that basically the plaintiffs are

18   asserting two First Amendment rights.  The first

19   right that is being asserted is that, of course,

20   they're saying this is their interpretation.  But I

21   think I've got to go back -- once I make a

22   determination that their interpretation of state law

23   is incorrect, then I think your argument has to be --

24   I'm pointing to the plaintiffs here -- that they are

25   taking a statute that is -- that allows the conduct



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    that you're trying to do, and selectively saying:

2    You can't do that.  And so it's some sort of

3    selective prosecution or attempted prosecution or

4    referral.  And so I think that's going to have to be

5    your argument.  If I find that I don't agree with all

6    your construction of New Mexico law, but you heard my

7    construction, and so I think that probably it allows

8    the activity.

9            And then I think, then, the second federal

10   right that you're saying is violated is that if you

11   assume their construction to be correct -- that I'm

12   wrong and they're right -- then it prohibits some --

13   it's not content neutral.  And I'm having a little

14   trouble with that one.  Because if you assume their

15   construction to be correct, it looks to me like it's

16   neutral; they may not be enforcing it against

17   everybody, but at least the plain language is

18   neutral.

19           So those are my thoughts coming in, after

20   working on the opinion for the subpoena.  As I began

21   to work on it, I veered into -- I thought I better

22   start taking a look at the law, so the last couple of

23   days I focused on that.  Those are my thoughts, if

24   those are helpful to you in shooting at me, and where

25   I am this afternoon as y'all put on your case.  Maybe

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                    1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                                 e-mail: info@litsupport.com

1    that will be helpful.

2              All right.  Mr. Greim, it's your motion.

3    If you wish to speak in support of it, and if you

4    have witnesses, you can either call your witnesses

5    and -- or you can argue and make an opening

6    statement.  I'll let you dictate, since you're the

7    plaintiff in this case, for a little bit.

8              MR. GREIM:  Thank you, Your Honor.

9              THE COURT:  And I do have -- at the

10   appropriate time I have lots of questions.  So I can

11   wait till argument on that.  But before I get out of

12   here this afternoon, I want to spend a little time

13   asking both of you some questions.

14             Go ahead, Mr. Greim.

15             MR. GREIM:  Sure.  Thank you, Your Honor.

16             And I'll just -- maybe we're in the

17   housekeeping area here, but we've conferred

18   extensively in advance of this.  And I should note

19   that we have a stipulation of facts and exhibits.

20             THE COURT:  Yeah, I saw that.  And I

21   have -- it came in kind of in the middle of the day

22   here, so I have not had a chance to look at it.  But

23   I did see it.

24             MR. GREIM:  So those are in the binder

25   that's been placed up on top of the bench there,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   along with a copy of the plaintiffs' exhibits, which
2   are actually within the rings.  And then we've
3   inserted the Defendant's Exhibits in there as well.
4   In the back are just all of the filings on this
5   motion.  So that's a one-stop paper shop.
6          The other thing I wanted to note is that we
7   talked about a sort of division of the day.  And,
8   obviously, we'll do what will help the Court decide
9   this the best, but we had talked about having oral
10  argument at the beginning, and then putting on the
11  witnesses afterwards.  And candidly, after what
12  you've said here, I think my argument will be shorter
13  than I expected.  Although --
14          THE COURT:  You can talk me out of the
15  first half.
16          MR. GREIM:  Right.  Well, we'll see.  I
17  think it will be shorter.  And we have four witnesses
18  here -- let's see, we have five witnesses total
19  between both sides.  And so that may take potentially
20  maybe two hours.  But some things we may not cover
21  again based on this kind of helpful beginning.
22          So without further ado, I think I'll just
23  go into maybe a truncated version that focuses --
24  I'll cover the law, but I want to focus on what --
25          THE COURT:  Do you want me to ask my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   questions while you're arguing this?

 2              MR. GREIM:  Sure.

 3              THE COURT:  Or is this kind of an opening

 4   statement and I should shut up?

 5              MR. GREIM:  No, I think it can be both,

 6   Your Honor.

 7              THE COURT:  Okay.

 8              MR. GREIM:  As I go, if I say something

 9   that triggers a question or if a question is

10   triggered anyway then go ahead, and I'll just deal

11   with it.

12              THE COURT:  Well, let's talk a little bit

13   about the facts so that I make sure that I understand

14   the facts here.  And the State may want to comment on

15   these as well to make sure, because, you know, I may

16   be wrong on the law, but I want to be a good trial

17   judge and try to get the facts right.

18              Can you explain the kind of errors -- you

19   talk about errors that Voter Reference wants

20   VoteRef.com users to find in the voter data to

21   ensure -- I think your words are "election

22   transparency and integrity."  I think you talk about

23   that in paragraphs 33 to 34 of your complaint, page

24   10.  What errors do you have in mind?

25              MR. GREIM:  Your Honor, I can answer that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    immediately, but I will also tell you we've got a

2    witness who can talk about that.  So you may want to

3    hear it from me or you may want to hear it from the

4    witness.

5              THE COURT:  Give me a short version of it

6    here.

7              MR. GREIM:  Sure.  So there are some just

8    basic errors with dates of birth, address, people are

9    listed as being on the voter rolls who shouldn't be

10   on, they've passed away.  They're the very things

11   that you and I, not being people who deal with voter

12   rolls every day would think about.  So there are

13   those issues.

14             But a separate question is this something

15   that you'll hear about called the discrepancy.  And

16   the discrepancy is sort of, if you take everyone who

17   has voted -- not necessarily voted, counted for a

18   candidate -- but everybody who has gone and cast a

19   ballot on election day.  You take that number, and

20   then you compare it with the voter rolls, and the

21   voter rolls ought to contain a designation for each

22   person who did vote.  It will say they voted in this

23   last election.  And so you want to match those two

24   numbers up.  You want those two numbers to be the

25   same.  Now, when there is hundreds of thousands of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   people, you know, they often are not the same.
 2            And so what Voter Reference Foundation
 3   wants to be able to do is it wants Secretaries of
 4   State and chief election officers to make public the
 5   reconciliation of those two numbers.  Because you
 6   find other errors that way.  You might find that the
 7   Secretary of State's Office has accidentally just
 8   deleted voter records.  Even when someone passes
 9   away, you don't necessarily delete the record, or
10   someone moves, you don't delete the record.  You can
11   still look and say:  Well, they were on the list,
12   they voted, but we've taken them off.  They're not an
13   active voter anymore.
14            So it's that entire process of explaining
15   the discrepancy and kind of showing your work, like
16   they tell you in calculus:  The answer is in the back
17   of the book, show us how you got to that number.  So
18   that's what Voter Reference Foundation wants to do.
19            THE COURT:  Well, are the plaintiffs asking
20   only for the data from election day?
21            MR. GREIM:  No, no, they're asking -- they
22   ask for -- there are different asks that you can make
23   of the voter rolls.  And so the very first set of
24   data they got was from the April of 2021.  So it was
25   after election day, it was five months afterwards.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

13

```
1    They've made subsequent requests.  And what you'll
2    hear is that the Secretary of State has stopped
3    answering requests from Voter Reference Foundation.
4              So, yes, you do want to get what was there
5    on election day.  If they don't have that data
6    anymore, you want to try to reconstruct the process
7    of moving people off the rolls if that's indeed what
8    happened.
9              THE COURT:  All right.  Let me talk to you
10   then about the process.  You've explained to me the
11   errors.  Can you explain the process by which these
12   users will find, and then I think your word is
13   "rectify" these data errors?
14             MR. GREIM:  Sure.  Yes, they'll rectify --
15   I think that's the right word for the errors.  So a
16   voter can get -- on you get to the website, and the
17   very first thing you see when you choose a state is
18   there will be a pop-up saying, you know, this is
19   going to be used for an election-related purpose, so
20   click if you agree to terms.  And if you click, it
21   let's you in.  And there are little fields you can
22   fill out.  You can put someone's name in.  You can
23   put someone's address in.  There is even a way to
24   say:  Okay, I want to see the lines for everybody in
25   a certain precinct.  So you can do that, run that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   query in the database, and it will show the names.

 2            So the first thing you might do is check

 3   your own record, make sure your own information is

 4   correct.  Then you might check your spouse and your

 5   family members.  You know, you've got an aunt who

 6   lives by herself or somebody who is in assisted care,

 7   you might check and see what their records show.  The

 8   entire point of this is for voters to sort of take

 9   control of their own records and sort of become

10   responsible for accuracy of their own records.  And

11   they can contact the county clerk and say:  There is

12   a mistake.  That's a much faster and more

13   citizen-engaged way of making sure the voter records

14   are accurate, than just hoping that they

15   cross-reference databases at the state level every

16   couple of months.

17            THE COURT:  So I have a question, but if

18   you don't want to answer a whole bunch of questions

19   that are related to this, this is fine.  But I guess

20   the one that comes to mind:  What are these users

21   comparing the voter registration data to?  What is

22   the comparison point?

23            MR. GREIM:  Sure.  When it's just regular

24   voters, it's their own knowledge.  I mean, if it's

25   their own record, they know where they've lived, they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    know what their birthday is.  If it's a relative,

2    they know the same thing.

3            Sometimes, though, if they're doing a

4    precinct pull, they'll see data that they know is

5    wrong.  And so one thing you'll hear about -- and

6    I'm afraid I'm getting so far into the details, I'm

7    just giving the witnesses' testimony here.  But you

8    can look and see certain codes that are put in when

9    they can't read someone's birthday, like 01/00 or

10   something like that, or 1901, some placeholder that's

11   typed in.  And you know, when you put all the data

12   together and see all those, it's obvious what they're

13   doing.  But then around an election someone sees

14   that, they say:  Well, a 110-year-old person voted.

15   So there are certain things you can find on your own

16   with your own background knowledge.  You don't have

17   to be some kind of a specialist.

18           Now, other people can use the data for

19   that, and Voter Reference Foundation, as you'll

20   learn, has former election administrators who

21   understand this.  They've worked in many states.

22   They've hired people from many states who work with

23   Secretaries of State.  And they can do other work

24   that I don't frankly understand.

25           THE COURT:  Well, can you walk us through

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

16

1    how Voter Reference wants to crowd source its

2    supporters to access, use the data?

3              MR. GREIM:  Sure, I can.  And again, Your

4    Honor, I'll tell you these witnesses here can do it,

5    but I'll give you a very short version.

6              You know, crowd sourcing is basically

7    everybody out there -- you know, it's like Wikipedia

8    in a way.  Everybody out there who has information

9    about this, go in, and if you see a mistake, contact

10   the administrator.  So that's crowd sourcing.  You

11   might even talk to your own neighbors, talk to your

12   own family members.  Aunt Lois, didn't she move to

13   Tucson last year?  Yeah, she did.  Well, doing your

14   own work is what crowd sourcing is, and then

15   reporting that to the Secretary of State.

16             THE COURT:  I'm circling back to the

17   election day question.  If Voter Ref is concerned

18   with voter fraud, then doesn't it need to access

19   voter rolls as they stand on election day?

20             MR. GREIM:  Well, it's not necessarily

21   about -- I shouldn't even say "necessarily."  It's

22   not really about voter fraud, it's really not about

23   voter fraud.  It's really about transparency of the

24   election rolls.  I mean, if no voter fraud is found,

25   Your Honor, then wonderful.  Then we've also done our

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    job here.

2              But I agree with you that for one

3    particular thing that matters, which is this

4    reconciliation of everybody who cast a ballot versus

5    everybody who the voter rolls shows as having voted,

6    that is the most important data set is the election

7    data.

8              But that's only one of the things people

9    do.  And that's actually done by VRF staff.

10   Individual citizens aren't looking at the whole data

11   set.  They don't have those other numbers for the

12   Secretary of State.  Voter Reference gets those from

13   open records requests.  And tried to do so in New

14   Mexico, but was ignored.

15             THE COURT:  All right.  Let me ask one more

16   question on process and I'll move along.  How does

17   accessing a snapshot in time of voter rolls serve

18   Voter Ref's purpose in ensuring election integrity

19   and transparency?

20             MR. GREIM:  Well, I mean, you do want a

21   snapshot in time on election day.  So that would be

22   the gold standard, if they still have that data.  If

23   you get a snapshot in time for a later period, then

24   you've got to work backwards and say:  Okay, who has

25   been added and who has been removed?  You know, are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    we under three or four thousand votes because people
2    have just moved counties or something, and they
3    haven't come back on?  Or do you not actually keep a
4    paper trail?
5              And, Your Honor, that may be what we learn,
6    if New Mexico ever starts responding to the open
7    records request again.  We may learn that New Mexico
8    doesn't, you know -- theoretically, we can guess why
9    the numbers are different, but there is no paper
10   trail to get us back to zero.
11             So the answer at the end of the day may be:
12   Please start keeping a paper trail, and make it
13   publicly available to everybody in New Mexico.
14   Basically, our point, Your Honor, is more disclosure
15   is better.  If we've got a problem with transparency
16   and a problem with trust, one solution says:  Limit
17   the data that voters can see, because they're just
18   going to jump to conclusions.  They're just going to
19   attack elected officials and they're going to get
20   each other stirred up.  And we can't have that.  So
21   they need to just trust their elected officials and
22   trust that they're good.
23             The other approach is we need more
24   transparency.  Let people get on.  Let Voter
25   Reference Foundation have this data that should be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1    publicly available, and let them even work, as they
 2    have with other states, like Colorado, and figure out
 3    what the discrepancies are.  So it's a difference of
 4    philosophy that ultimately is the parties' dispute
 5    here, I think.
 6            THE COURT:  All right.  Let me ask you some
 7    mechanical questions.  Why didn't Voter Reference
 8    Foundation apply for this data?
 9            MR. GREIM:  You'll learn more about this.
10    But this entity, Local Labs, is a specialist in
11    getting public records.  It does this all over the
12    country.  And so in the early stages of this process,
13    so now we're talking early 2021, it seemed better,
14    rather than staffing up Voter Reference Foundation
15    with lots of workers who would do this, to simply go
16    to Local Labs and have them do that.  And Voter
17    Reference Foundation on its website makes it clear.
18    They have what they call a "chain of custody
19    document," so anybody who clicks on New Mexico can
20    see, okay, these are the emails from Local Labs with
21    this stuff, Lauren Hutchinson in New Mexico
22    requesting the data.  And that's the data that we
23    have on the website.
24            So it did that for a while.  Now, it's
25    moving to doing this in-house more.  You'll learn
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   more about that from the witness.

2          THE COURT:  And why did you go through this

3   particular company, Local Labs?

4          MR. GREIM:  I don't know exactly why Local

5   Labs, among many others, other than they're good at

6   this.  They're the ones that, if you do this often

7   enough, you learn a little bit about asking for

8   public records, you learn a little bit about the laws

9   that apply, you know, the forms that are used.  But I

10  can't really answer today why Local Labs as compared

11  to others.

12         THE COURT:  All right.  You've got this

13  data you put on your website.  Can users of

14  VoteRef.com download the data?

15         MR. GREIM:  I think the answer is no.  But

16  that may be a question for one of the witnesses.

17         THE COURT:  How does VoteRef.com ensure --

18  I saw your contract that people have to agree to, but

19  how do they ensure that the data is not used to

20  harass or intimidate voters?

21         MR. GREIM:  Well, ultimately, once somebody

22  has the data, you can't actually physically stop them

23  from doing it.  We simply make them aware of the law,

24  and make them agree, by clicking that they agree, and

25  that's what gives them access.  But we don't have any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    other way of going out and following people or

2    tracing backwards from instances of harassment.   I

3    will say I don't think we're aware of anyone using

4    the data for some other nonelection-related purpose.

5            THE COURT:  How does VoteRef.com ensure

6    that members of the public will not use the data for

7    commercial purposes?

8            MR. GREIM:  It's the same thing.  It's the

9    same disclosure.

10           THE COURT:  So you really don't have

11   anything other than just their word for it?

12           MR. GREIM:  That's right.  I mean, in the

13   same way the Secretary of State just has the

14   affidavit from the requester.

15           THE COURT:  In your complaint you state

16   that -- and I'm quoting here, but I didn't write down

17   where I got this -- "VRF is a nonpartisan, nonprofit

18   subsidiary of Restoration Action, Inc., a 501(c)(4)

19   social welfare organization."  Is there a

20   relationship between Restoration Action, Inc. and

21   Restoration PAC?

22           MR. GREIM:  I think that they are under

23   common control.  I think that's true.  And I think

24   that's a common -- you know, commonly a 501(c)(3), a

25   501(c)(4) and a PAC will share a similar name, or the

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492

**BEAN
&ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                   1-800-669-9492
                                                    e-mail: info@litsupport.com

```
 1    same name.  And they each do the activities that are
 2    appropriate under their tax-exempt status.
 3              THE COURT:  So the answer is yes.  And what
 4    is that relationship?  What are they doing together?
 5              MR. GREIM:  Your Honor, I don't really know
 6    what Restoration (c)(4) is doing with Restoration
 7    PAC.  But I can say a PAC has to be doing
 8    candidate-related activities.  And I can say that VRF
 9    is not engaged in candidate-related activities.
10              THE COURT:  All right.  You can tell that,
11    from you, I'm really interested in what your
12    arguments are about the First Amendment violation.
13    What is your strongest Supreme Court and/or Tenth
14    Circuit case that supports a First Amendment right to
15    public access to this data?  Assuming that the State
16    is correct, they don't have to give it to you, what's
17    your strongest case that there is a First Amendment
18    right to public access to the voter data if they're
19    not willing to give it to you?
20              MR. GREIM:  Your Honor, that's actually a
21    distinct question to us.  And I do have a case on
22    that, although the First Amendment theory is
23    different.  It's different than what we briefed,
24    based on the documents we received.  So I guess I'll
25    answer that.  But I want to emphasize that it only
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   goes -- that the First Amendment theory that I'm
2   going to mention here -- only goes to the denial of
3   access.  What we're talking about in our case -- what
4   we were talking about until we learned what was going
5   on just recently, was really the prosecution and the
6   threats for sharing the data, for using the data.
7          And I do have -- and I can go through the
8   theories there.  It's really a disclosure theory, not
9   a claim that we have a First Amendment right to get
10  the data.
11         But to go to your question, I think that
12  the best argument that goes to the failure to share
13  data is not that there is a First Amendment right to
14  get the data.  Rather, there is a First Amendment
15  right not to be blocked from getting the data,
16  because an official disagrees with our political
17  speech.  So that would sound in retaliation, First
18  Amendment retaliation.
19         And the Supreme Court case there -- and I
20  freely acknowledge I'm going outside -- this is not
21  briefed; I'm sure this is not briefed -- would be the
22  Evans versus Bartlett, 139 Supreme Court 1715, from
23  2019.
24         So the three prongs of that -- this was at
25  the end of my presentation, but I'm going to go right

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to this -- was constitutional protected conduct,
2    which there is.  The other side concedes, I think,
3    that by sharing the data, we're engaging in speech.
4    By blocking us from doing that, it's a direct
5    regulation of speech.
6          The second point, "Is retaliatory action
7    sufficient to deter a person of ordinary firmness
8    from exercising its constitutional rights."
9          The third is basically a causal link
10   between those two.  So, in other words, if the
11   government, in retaliating against someone for
12   exercising their rights -- well, that they did
13   retaliate against someone for exercising their
14   rights.  And so in this case that's the fact pattern
15   we actually have in the failure to share the data.
16         So the First Amendment issue is not really
17   the sharing of the data.  It's really our going on
18   and speaking, sharing the data with other people.
19   The retaliation is blocking us from being able to get
20   it in the first place.  Emails go unanswered.  They
21   just ignore VRF, on the theory that VRF is a
22   malicious actor.
23         So that's the retaliation claim.  And again
24   that wasn't the main theory we had here.  Because we
25   didn't realize that was the case until we saw some

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                     e-mail: info@litsupport.com

```
1    records that were produced.  And you'll see those in
2    the exhibits.
3           THE COURT:  All right.  Whatever you call
4    that right, how do you balance that right with an
5    individual's informational privacy rights?  I think
6    that's the way it's kind of called.
7           MR. GREIM:  Sure.  Well, I think, you know,
8    on the one hand -- and we haven't briefed the
9    National Voter Registration Act.  We haven't briefed
10   HAVA (phonetic).  We haven't gotten into those
11   things.  But at some level, the legislature,
12   Congress, and then even New Mexico, as we look at the
13   correct reading of these statutes have made that
14   balance.  They have declared the public policy that
15   these records are to be made public.  Now, exactly
16   how and exactly to whom are legislative questions.
17           But that's the first answer, is that there
18   has sort of been a legislative choice that the right
19   privacy in your official act of voting -- this is not
20   your vote; it's just the fact that you did cast a
21   vote -- that that's an official act, and that any
22   rights you have in privacy about whether you voted or
23   not, or where your address is, are outweighed by the
24   very strong interest that we have in sort of knowing
25   about our elections and letting citizens themselves,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

26

```
1    and not just a couple of elected officials sort of
2    police the elections.  So the balancing of those two
3    things really comes out in favor of those who want to
4    know the information, want to talk about the
5    information.
6              Remember, too, Your Honor, that we're not
7    talking about Social Security numbers here or the
8    types of data you have to redact from court
9    documents.  We're talking about, you know, an
10   address.  We're talking -- even when we get the last
11   four digits of a Social every now and then, we
12   actually don't release that.  So I think that there
13   are privacy interests at stake that balance way
14   strongly, though, in favor of disclosure.
15             THE COURT:  What makes this voter data
16   different than other personal data that the
17   government collects, but is not otherwise made
18   public, such as motor vehicle records?
19             MR. GREIM:  Sure.  The core of our
20   democracy, or our republic -- it's both -- the core
21   of that is the electoral process.  And it's so
22   important that we've got an entire superstructure
23   that divides up responsibilities between the states
24   and the federal government, and within the state
25   between the counties and the state level.  But the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  key to the entire process is democratic

2  accountability.  And from the U.S. Constitution on

3  down, the clear pattern we see is that we want the

4  properly elected officials, the legislatures setting

5  the rules.  And further, that we want voters to be

6  able to understand what's happening with the process.

7  Because if there is a mistake with motor vehicle

8  records, it's not a good thing, but it doesn't go to

9  the very core of our democracy.  It's not the kind of

10 thing that goes to people's belief that we can

11 actually govern ourselves.  Voting is.  When you go

12 and vote, you are committing maybe the most solemn

13 act that you can as a citizen.  Maybe that or serving

14 on a jury.  So it's essential like nothing else.  I

15 think that's the most important decision, Your Honor.

16         THE COURT:  In the motion hearing last

17 week, you suggested that Voter Reference -- and this

18 was in response to one of my questions -- is a hybrid

19 media organization.  Can you explain how you

20 understand and define a media organization?

21         MR. GREIM:  Sure.  Your Honor, I mean,

22 constitutionally speaking, I think when we look at

23 First Amendment rights, I don't think whether you are

24 or are not a media organization matters anymore.

25         But in my own mind, when I was answering

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    your question, I thought somebody who publishes their

2    results of what it is they're doing.

3            And I mean, VRF is not just a research

4    organization.  They're not really a membership

5    advocacy organization.  They're really someone who

6    doesn't just make the data available.  They make

7    available the discrepancy issue.  And they press the

8    Secretary of State to then make public how those are

9    resolved.

10           So if VRF had its way, it actually would be

11   the Secretary of State who would be producing more of

12   this information.  But because they're not, we have

13   to speak publicly.

14           So, Your Honor, you know, they're a hybrid

15   media organization in that they issue press releases.

16   I don't claim that they've got a bunch of journalists

17   working there.  But I also don't think it matters.  I

18   think what matters is:  What is the political speech

19   that you're engaging in?  I think that matters more

20   than if your identity or your classification as a

21   media organization or not.

22           THE COURT:  So that definition you give,

23   how does Voter Reference fit that definition?

24           MR. GREIM:  Well, they make the information

25   available on their website.  And you can click

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    through, they've got a long chain of press releases
 2    where they announce their results of this discrepancy
 3    review that they do.
 4             And so there is probably even a better
 5    term.  Hybrid media may not be the best term.  But
 6    the point is, that's what they do.  It's core
 7    political speech.  And that's all that matters for
 8    the First Amendment analysis.
 9             THE COURT:  And these couple of questions
10    I'm going to ask you about media, you're saying
11    they're not relevant to your First Amendment claims
12    in this case?
13             MR. GREIM:  Correct.
14             THE COURT:  All right.  I'll hush.  Do you
15    want to say anything else in your opening statement?
16             MR. GREIM:  Well, I do, a couple things.  I
17    wanted to just kind of step back and look at the
18    framework here.  Because I think we've gone through
19    the same thought process that Your Honor went through
20    at the beginning here.  You know, what happens when a
21    state official is acting under color of state law,
22    claims to be following state law, but they're
23    actually getting it wrong?  Why even go to federal
24    court at that point?  Why not go to state court?
25    Isn't that just a pure state law question?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            But the problem is this:  You have to look

2      at the injury that's being suffered by the plaintiff.

3      And you have to look at what they're actually doing,

4      not necessarily the statute that they're citing.

5            And so, you know, a defendant, a state

6      defendant, is not better off because they retreat to

7      a position that then places them in conflict with

8      state law.  I mean, that would be kind of a paradox,

9      or maybe a bitter irony, if they could retreat from

10     the earlier position that they took, and now say:

11     Well, we've got this new reading of the law that bans

12     all sharing.  And so, if we're wrong, you're going to

13     have to go to state court.

14            If there is a federal constitutional

15     injury, we can be here.

16            And I just want to end with just very

17     quickly saying what that injury is.  And by the way,

18     I'm probably over half an hour, and I apologize.  We

19     tried to agree to this.

20            THE COURT:  This is my fault.  I'm going to

21     do this to the Secretary of State here in a minute.

22     But I think we better get to the issues.  If we need

23     more time, we can get back together.

24            MR. GREIM:  Okay.  Well, the main issue we

25     think, Your Honor -- we do think that, at bottom,

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                    e-mail: info@litsupport.com

 

PROFESSIONAL COURT
REPORTING SERVICE

1   this is a content-based regulation of VRF.  Now, it's
2   true that on the face of the statute, as we now
3   understand the Secretary of State's position, or at
4   least as they've litigated it, they seem to be saying
5   that none of these obvious content-based categories
6   matter.  So we understand that.
7           However, if you look at the actual
8   referral -- which we've got here, and it will be in
9   evidence -- and if you look at the actual, or the
10  actually it's been stipulated to; you'll decide
11  whether it's in evidence -- if you look at the
12  statements that were made at the time, it's very
13  obvious that the reason, the actual reason that we
14  were targeted was because of the content of our
15  speech.  And if that's true, it's okay, it doesn't
16  matter that the statute itself, as they construe it,
17  is content neutral.  The subjective motivation
18  actually is a secondary prong.  It's another way to
19  get the content or viewpoint-based discrimination.
20          So the cases there are Reed versus Town of
21  Gilbert; we cited that, I think, kind of a lot in our
22  brief.  And then all the way back to Ward versus Rock
23  Against Racism.  Now, those two cases turned on, I
24  think, ordinances, actually, that were content based.
25  But the court made clear both times that that's not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the only route to a content or viewpoint-based

2  finding.  And so, as the facts come in, we'll talk to

3  you more about that.

4        Our secondary position is just what you

5  said:  That if the statute is really as they claim it

6  is, well, then, it's grossly overbroad.  In fact,

7  forget about what the statute actually says for a

8  second.  That becomes relevant on the First Amendment

9  for a different reason I'll get to in a second.

10        But instead, if this is the new rule, take

11  this as an informal rule that they now purport to

12  apply to everyone, if so, then that's our overbreadth

13  argument.  Surely, they can keep this from being used

14  for commercial purposes.  So that's the plainly

15  legitimate sweep of the sharing restriction.  But

16  they ban all other sharing.  That's now the position

17  of this office.  Whether the statute says it or not,

18  that's the position of the office.  So it sweeps in a

19  political party sharing it with a campaign.  It

20  sweeps in Catalist, the progressive data collection

21  firm, who is sharing it with their clients.

22        So most of the use that now happens with

23  this data is actually criminal under the Secretary of

24  State's new interpretation.  So that's actually an

25  overbreadth problem.  And again, it's the same issue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    as the first argument on content based.  We're not
 2    tied to the statute where the Secretary of State
 3    announces that they're doing a new thing.
 4              Where the statute comes into play is on the
 5    backed end, when we look at strict scrutiny.  The
 6    question there is:  What is the compelling state
 7    interest, and is the restriction narrowly tailored to
 8    meet that compelling state interest?
 9              And that's when we come back to the
10    statute, and we say, well, the statute tells us what
11    the state interest is.  And they're not narrowly
12    tailored.  I mean, not only are they not narrowly
13    tailored, they're actually fighting the state
14    interest with their new position.
15              So that's where the two main First
16    Amendment issues come back in.  I won't go into a
17    void for vagueness or prior restraint.  That's all
18    been briefed.  But I really wanted to make that
19    strong point, I think, on where the First Amendment
20    gives us relief in federal court when someone does
21    violate our First Amendment rights.
22              So thank you, Your Honor.
23              THE COURT:  All right.  Thank you, Mr.
24    Greim.
25              Ms. Serafimova, do you have an opening
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   statement you want to make?
 2            MS. SERAFIMOVA:  Thank you, Your Honor.
 3            THE COURT:  Let me start with your state
 4   law, since I've kind of been rough on your
 5   interpretation of the state law.  And I have the
 6   statutes in front of me.  Walk us through which
 7   statutory provisions make Voter Reference's use of
 8   the data unlawful?
 9            MS. SERAFIMOVA:  That would be 1-4-5.6,
10   Your Honor, which is a standalone fourth degree
11   felony, which incorporates by reference 1-5-22 -- not
12   in its entirety -- but the purposes that 22
13   prohibits.  It also incorporates by reference 1-5-23,
14   which says that altering voter data is illegal.
15            So 1-5 is -- that is the Voter Records
16   Systems Act.  It is a different article than 1-4-5.6,
17   which is the statute that we are under.  And so Your
18   Honor is correct those statutes on their own create
19   criminal penalties for people who work for the State,
20   or otherwise have access to voter files by virtue of
21   their employment.  So those are separate criminal
22   penalties under Article 5.
23            Then we go under Article 4, and we have two
24   relevant statutes.  One is 1-4-5.5, which says every
25   requester has to sign an affidavit promising certain
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    things.  And then we have 1-4-5.6, which says, "Every
 2    person or entity or corporation which commits
 3    unlawful use of voter data" -- that's a defined term
 4    -- "is guilty of a fourth degree felony."  That's a
 5    standalone criminal provision.
 6              And the way it defines unlawful use is by
 7    incorporating by reference purposes prohibited under
 8    Article 5.
 9              And so from the beginning, Voter Reference
10    has been misinterpreting the law by having the
11    understanding that because 1-4-5.5 says "purposes"
12    and then 1-4-5.6 also mentions "purposes," the two
13    are related.  They're completely unrelated -- well,
14    maybe not completely, but they are unrelated.
15              So under Article 20 of the Election Code,
16    Article 20 creates criminal penalties for every
17    violation of the election code for which a standalone
18    criminal penalty is not provided.  And Article 20,
19    specifically 1-20-10, defines false swearing as
20    essentially making a false oath knowing that it is
21    false.
22              So the Election Code has upwards of -- I
23    want to say 16 -- between a dozen and 16 statutes --
24    that mention affidavits, and do not provide a
25    criminal penalty for making a false affidavit.  And
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

36

1    so those, including 1-4-5.5, are covered under

2    Article 20.

3            And so Local Labs, if we can prove that

4    they made a false statement when they signed the

5    affidavit, they're guilty of a fourth degree felony

6    for making a false swearing under 1-20-10, because

7    that's a penalty for a statute such as 1-4-5.5 that

8    does not provide a standalone criminal liability.

9            Now, Local Labs, by providing the data to

10   VRF, and VRF by providing it to the world on the

11   website violated 1-5-5.6, which again, contains its

12   own independent criminal penalty.  And therefore, to

13   interpret it as either being the criminal penalty for

14   5.5 or 5-22, doesn't make sense.  Because those

15   sections have their own criminal provisions that

16   apply to them.  And also ignores the plain language

17   of 1-4-5.6, which says "purposes prohibited under

18   chapter 5."

19           So, Your Honor, I want to address what you

20   said in the beginning.  This case -- the importance

21   of this distinction goes, in my opinion, quite beyond

22   who has the right interpretation of state law.

23           In order to have standing before this

24   federal court, plaintiffs have to show that they're

25   under a credible threat of prosecution.  They have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    not been charged.  So for them to have standing, they
 2    have to show a credible threat of prosecution.
 3              The parties -- so it's not a question of
 4    who, which is the state agency that interprets the
 5    law, rather it's a question of who can threaten with
 6    prosecution.  And that's the Attorney General's
 7    Office.  By statute, for every suspected violation of
 8    the Elections Code, the Secretary of State makes a
 9    referral to the Attorney General's Office, and the
10    Attorney General's Office is the prosecuting entity.
11              And I have stated that many times on the
12    record, including in pleadings, that it is the
13    Attorney General's position, as a party in this case,
14    that if there is any criminal liability on the table,
15    it is not for violating the so-called use
16    restrictions under 1-4-5.5(c).  It is for
17    providing -- otherwise providing access or otherwise
18    surrendering or selling or lending the voter data
19    under 1-4-5.6.
20              And so it goes to standing, which of course
21    is a jurisdictional requirement.  It goes way beyond
22    which attorney has the better interpretation of the
23    statute in their opinion.
24              THE COURT:  All right.  I think I got you
25    to walk through the statutory provisions that make
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Vote Reference's use of the data unlawful.  And I

2   think you may have answered the next question in

3   part.  But I want to make sure that I understand it.

4   Can you walk us through which statutory provisions

5   you think make Local Labs' acquisition or sharing of

6   the data unlawful?

7            MS. SERAFIMOVA:  So Local Labs signed an

8   affidavit promising to use the data for, first, Local

9   Labs is not a party in this lawsuit.  But setting

10  that to the side for a moment, they signed an

11  affidavit promising to use the data only for

12  governmental or, and election campaign purposes.

13  They signed that affidavit with the knowledge that

14  they were going to sell it to a client.  They were

15  also put on notice in the affidavit that willful

16  selling of the data is also a violation of New Mexico

17  law.  That is on their form.  And so they have

18  committed false swearing, and they have also violated

19  1-4-5.6 by knowingly handing over, selling, providing

20  access to -- however we want to describe the

21  conduct -- the transaction between the two parties,

22  of the data to VRF.

23            THE COURT:  Do you read Section 1-5-22 as

24  applying to anyone other than a government employee

25  or contractor, a data processor who handles the data?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MS. SERAFIMOVA:  No, of course not.  But
2   1-4 --
3            THE COURT:  So that is limited just to
4   government employees and contractors?
5            MS. SERAFIMOVA:  On its plain language,
6   absolutely.
7            What we are under is 1-4-5.6, which
8   defines --
9            THE COURT:  How do you, though, then, move
10  this language from 1-5-22 to then covering, like
11  using it in the form and the affidavit, and those
12  things, how do you move it over, if you just make
13  that concession?
14           MS. SERAFIMOVA:  So, okay, 1-4-5.6 says,
15  "Unlawful use of voter data," which under (b) is a
16  4th degree felony, and under (b) applies to any
17  person or organization, not data processor, not
18  employee of the state.  So it says, "Unlawful use of
19  voter data" -- skipping over other uses -- "consists
20  of the knowing and willful use of such information
21  for purposes prohibited by the Voter Records System
22  Act."  And that is Article 5.  That is where 22
23  resides.
24           And so we may disagree as to whether this
25  was the best way to accomplish what the legislature
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    accomplished, but the plain language says:  Look at
 2    Chapter 5, see what purposes and uses are prohibited
 3    there, that's what we are now making unlawful with
 4    respect to the whole world.
 5              THE COURT:  The New Mexico Secretary of
 6    State's website states that, "Servis," S-E-R-V-I-S,
 7    "the State Elections Registration and Voting
 8    Integrity System Data may be purchased for government
 9    and campaign purposes only.  This data includes each
10    voter's name, address, telephone number, with voter's
11    consent, year of birth, party affiliation and
12    registration data such as county, precinct, and
13    district information.  New system features include
14    real-time updates and voter history."  Does a
15    one-time payment include updates to the data?
16              MS. SERAFIMOVA:  No, it's a snapshot, as
17    Your Honor said.
18              So this is intended, for example, if Your
19    Honor were a state judge who needed to run to
20    reelection, you could obtain that data.  Okay, whose
21    door do I need to knock on?  Who do I need to send a
22    mailer to?  And perhaps it's different for judges.
23    I'm sorry, maybe that's not the best example.  But if
24    you're running for office in the State of New Mexico,
25    you're entitled, under election campaign purposes, to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  get -- whether it's your district, the residents in

2  your district that you're running for, or if it's

3  statewide for the entire state, you can get that

4  information, and then use it to actually get the

5  petitions that you need, get the signatures, get your

6  name on the ballot.

7          THE COURT:  Can you explain how the data is

8  updated and passed along to the requester?

9          MS. SERAFIMOVA:  So -- and of course, we do

10 have a witness who is much better versed in those

11 things.  But the system uses several sources,

12 essentially, including the Motor Vehicle Department,

13 including Vital Records Statistics Department, to

14 make sure that the information is as up to date as

15 possible.

16         So if I, for example -- if I voted in the

17 November 3 election, but then subsequently, I moved

18 to Colorado, and I registered in Colorado, they will

19 learn, and they'll take me out of the voter rolls.

20 And that's done periodically.  And that's just one

21 example.

22         If I die, Vital Records will send them

23 notification, and they will take me off the voter

24 rolls.

25         If I'm convicted of a felony, the same

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  would happen.  The Corrections Department will send

2  the information and I'd be taken out of the voter

3  rolls.

4          But again, I do have Ms. Vigil, who is the

5  Elections Director for the State of New Mexico, who

6  will be able to give you a full description of the

7  process.

8          THE COURT:  I'm probably going to be

9  looking at that, so I'll go ahead and ask my

10 question.  Maybe you'll have some information.  How

11 do the election codes of other states who have not

12 released voter data to VoteRef.com differ from New

13 Mexico's election codes?

14         MS. SERAFIMOVA:  I don't know the answer to

15 that, Your Honor.

16         THE COURT:  Are there any of the election

17 codes that are the same as New Mexico's, that have

18 not released this information?

19         MS. SERAFIMOVA:  Well, what I do know is

20 that Pennsylvania asked Voter Ref to take down their

21 information and Voter Ref did that, by claiming that

22 it was unlawful for them to have it up.  And I

23 apologize, this case, you know, from my own

24 perspective, has moved quite quickly.  So I don't

25 have the answer to that.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  Do you think that the State
 2      could prosecute individual VoteRef.com users who use
 3      the data for commercial purposes?
 4                MS. SERAFIMOVA:  I don't believe we can.
 5      And that's the problem.  That's why the State
 6      interest is so significant, and that's why what's at
 7      stake is so significant.  Because if we don't have
 8      someone who has signed an affidavit, if we don't have
 9      the affidavit, we can't limit them to the use
10      restrictions.  And that's why your interpretation --
11      which again, we believe is the interpretation that
12      matters, besides being the correct one -- but our
13      interpretation is 1-4-5.6 is crucial to actually
14      making the entire -- well, other provisions of the
15      Elections Code constitutional, because it buttresses
16      the overall interest, which is to basically promote
17      trust in the system.
18                This is information that voters are
19      required to give to us in order to exercise their
20      fundamental right to vote.  And so, if they don't
21      trust that we'll keep it as confidential and as
22      secure as possible, then they will not give it to us,
23      they will not participate, and the whole system
24      unravels.
25                THE COURT:  The Election Code requires the
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

44

1   State to log requests for voter data.  Has the State

2   granted or denied access to this data to any

3   organizations that are similar to Voter Reference?

4           MS. SERAFIMOVA:  Well, as the witnesses

5   will testify, we -- well, so we do have -- the Deputy

6   Secretary of State will testify today, and the

7   Director of Elections.  Neither one of them have

8   heard of Catalist or i360 outside of this proceeding.

9   In fact, I brought it to their attention for the

10  first time when we were preparing for today's

11  hearing.

12          And they will testify that whenever they

13  receive information that indicates unlawful conduct,

14  they have referred it to the Attorney General's

15  Office.  They have not received information for

16  anyone other than Voter Ref, and we do have one other

17  referral, which has to do with an audit,

18  quote/unquote audit, in Otero County.

19          But this is unprecedented.  As VRF has

20  admitted numerous times, what they're doing is

21  unique.  It's happening for the first time.  It's

22  unprecedented.  So we haven't seen this situation

23  before.

24          THE COURT:  All right.  Let me move on from

25  state law, and let you comment a little bit on the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    First Amendment issue.  What are the substantial or
2    compelling government interests in withholding voter
3    data from publication online?
4              MS. SERAFIMOVA:  Well, the overarching
5    interest is to foster trust in the system, to
6    encourage voters to register, and to vote.  The only
7    way for them to vote is to register first.  And
8    people would simply not register if they think that
9    we will sell their data or will make it available to
10   the world.
11             One thing I think is important to point
12   out:  I, as a voter, I can go to the Secretary of
13   State website, enter my voter ID number, which if I
14   don't have, I can obtain from a different page on the
15   website, and see my own voter history.  If I want to
16   share that with Mr. Greim, I can give him that
17   information.  I can give him my log-in or I can just
18   share with him.  If my aunt wants to give me that
19   information or my neighbor wants to give me that
20   information, they can.
21             What this case is about is people who do
22   not wish to share their voter information, including
23   their voter history or their party affiliation.  It
24   is naive for us to pretend that these are not
25   important privacy interests for people.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            So what Vote Ref could do is, for example,
 2    if they want to crowd source information, right, they
 3    can have a website that says:  Please share with us,
 4    log yourself in, tell us, and then we'll see what we
 5    can do with that data.
 6            They could also get mailing labels from us
 7    and then send a letter to every registered voter in
 8    New Mexico saying:  Please fill out this form.  Tell
 9    us your voter history.  We'll enter it in our
10    database.  And then we'll see if we find any
11    discrepancies.
12            What they want to do is publicize
13    everybody's private voter history on the internet for
14    well-meaning relatives, perhaps, but also for
15    everyone else as well.
16            THE COURT:  So what harms do you anticipate
17    from VoteRef.com's publication of the data?
18            MS. SERAFIMOVA:  Well, for one, we
19    anticipate that people will cancel their
20    registrations to vote.
21            THE COURT:  They'll do what?
22            MS. SERAFIMOVA:  They'll cancel their
23    voting registrations.
24            So if I don't want Mr. Greim to know
25    whether or not I voted in the last election or where
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    I live or my age or my address -- which I
 2    mentioned -- or my party affiliation, what I can do
 3    is I can cancel my registration.  And then the day --
 4    on election day, I can show up at a polling place,
 5    submit an affidavit, vote, and then turn around and
 6    cancel the very next day.  That will create an
 7    incredible burden for the Secretary of State's
 8    Office.  It will increase the likelihood of errors
 9    happening ten-fold at least.  But it is my only
10    option to keep my information private if, in fact,
11    Voter Ref is allowed to put it on the website.
12              THE COURT:  What's the difference in terms
13    of the State's interest that you've identified here
14    between an election campaign accessing and using this
15    data, an election watchdog, such as Voter Reference
16    Foundation?
17              MS. SERAFIMOVA:  I'm sorry, could you
18    repeat the question?
19              THE COURT:  Yeah.  I mean, you've
20    identified the interests, but what's the difference
21    in a campaign accessing and using this data and this
22    watchdog group using the data?
23              MS. SERAFIMOVA:  A campaign needs this
24    information.  I cannot run for office if I don't know
25    who to go ask for --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  As far as the information, the
 2   campaign accessing and using it in the state interest
 3   that you identify, what's the difference?
 4            MS. SERAFIMOVA:  Well, the campaign cannot
 5   put it on the website for everyone to see.  What they
 6   can do is use it to target -- to go to the
 7   neighborhoods where -- for example, if I'm running
 8   for a democratic statewide office --
 9            THE COURT:  And to get your interpretation,
10   they can't put it on a website?  I go back to 1.5.22?
11            MS. SERAFIMOVA:  No -- well, by way of
12   1-4-5.6.  And also by way of the affidavit that they
13   sign.
14            THE COURT:  All right.  Anything else?  I
15   chopped up your opening.
16            MS. SERAFIMOVA:  Yes, Your Honor.  Well,
17   so, at the hearing on the preliminary injunction in
18   this case, we're learning that VRF is now pursuing a
19   brand-new theory of the case, a brand-new claim,
20   which is First Amendment retaliation.  I submit to
21   the Court that that, in and of itself, should suffice
22   for the Court to deny the motion.
23            We cannot -- I mean, this has been,
24   quote/unquote, a trial by ambush in more ways than
25   one.  And this is just, perhaps, the most egregious
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    one.  We are here to argue very important issues,
 2    very important privacy interests at stake.  And
 3    they're changing their theory of the case the day of.
 4    Which, I believe, should signal to the Court that
 5    they have very little likelihood of success on the
 6    merits, given that they don't even know what theory
 7    they're pursuing consistently.
 8              And so, another thing I wanted to say is
 9    that the Court asked questions about errors in the
10    voter data.  It's important to underscore no such
11    errors have been found for New Mexico.  I can't speak
12    for any other states.  I do know that over a dozen
13    states, at least, have disputed Vote Ref's
14    methodology, if we can call it a methodology.  But
15    absolutely no errors have been found for New Mexico
16    as far as we know.
17              Also, the discrepancy that they speak of is
18    not really a discrepancy.  The difference in
19    numbers -- because, again, if I vote on November 3,
20    and then I'm convicted of a crime on January 20, by
21    April 13, I will not be on that file.  That doesn't
22    mean that I didn't vote on November 3; that doesn't
23    mean that there is a discrepancy.  So that's just
24    important.
25              Another thing I wanted to mention is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there is no new interpretation of state law.  Just

2    because, for whatever reason, plaintiffs have

3    misinterpreted the information they've read or the

4    information they received from us, that doesn't mean

5    that there has been an actual change in position from

6    the Secretary of State's Office or the Attorney

7    General's Office.  There has not been, and we'll show

8    that, and we have the documents and the witnesses to

9    show that.

10           And Your Honor asked what's the difference

11   between voter data and DMV data.  A lot of it is the

12   same.  It's my name, it's my address, it's my gender,

13   perhaps my phone number.  The distinction is my party

14   affiliation, my voting history.  Those are important

15   to me personally as a voter.

16           The interest to Vote Ref in having access

17   to that is much less, especially because I am not

18   willing to give it to them.  And our legislature has

19   given me the right to not -- for them to not have

20   access to it.

21           And so, again, I just want to finish with,

22   you know, the number one issue, in our opinion, is

23   the issue of standing.  This is not about, again,

24   which attorney has the right interpretation of the

25   law.  We, as the prosecuting entity, have said

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    repeatedly in this case that if there is any criminal

2    liability, it is not under 1-4-5.5, and it is not

3    under the use restrictions.  It is providing access

4    to or otherwise surrendering the data, or perhaps

5    selling it, or it was put on the website.

6             Thank you.

7             THE COURT:  All right.  Thank you, Ms.

8    Serafimova.

9             All right.  Mr. Greim, do you want to put

10   on your evidence?

11            MR. GREIM:  Sure.  We'll call Tina Swoboda.

12            THE COURT:  Ms. Swoboda, if you'll come up

13   and stand next to the witness box on my right, your

14   left, before you're seated Ms. Rotonda, my courtroom

15   deputy, will swear you in.

16            MS. SERAFIMOVA:  Your Honor, we do have Mr.

17   Dylan Lange waiting to be admitted.  He's not a

18   witness.  He's the Secretary of State's general

19   counsel.

20            THE COURT:  Okay.  So we'll get him

21   admitted.  Why don't you go ahead and admit him

22   first.

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                     TINA SWOBODA,
 2        after having been first duly sworn under oath,
 3        was questioned and testified as follows:
 4                     DIRECT EXAMINATION
 5             THE COURT:  All right.  Ms. Swoboda.  Mr.
 6   Greim.
 7   BY MR. GREIM:
 8        Q.   Ms. Swoboda, we'll try to focus on some of
 9   the questions that the Court had, and hopefully,
10   you'll do better than I did and give some testimony
11   on those points.
12             Before we jump into that, could you please
13   just give us a little bit about your education?
14        A.   Sure.  I have a bachelor's degree from
15   Arizona State, and I'm completing my grad degree in
16   political psychology from Arizona State.
17        Q.   And what's your current position?
18        A.   I'm the Executive Director of Voter
19   Reference Foundation.
20        Q.   What are your duties as executive director?
21        A.   I manage the operations staff and the data
22   staff, and I talk about the data.
23        Q.   Could you just walk us through your past
24   five years or so, your career before you came to VRF?
25        A.   Sure.  I served under two different
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    administrations in the Arizona Secretary of State's

2    Office.  I'm a certified deputy registrar with

3    Maricopa County.  And I was the state director of

4    election day operations in the 2020 campaign for

5    President Trump.

6         Q.   And what led you to joining VRF?

7         A.   I got a recruitment phone call.

8         Q.   And when did you join VRF?

9         A.   It's a year today, May 17, 2021.

10        Q.   Happy anniversary.

11        A.   Thank you.

12        Q.   So what is VRF?  Just, if you could give us

13   a thumbnail sketch.

14        A.   It's a foundation dedicated to publishing

15   the voter rolls online for free forever to promote

16   transparency and get the public engaged in

17   understanding how the process works, and to try to do

18   their public oversight duties under the National

19   Voter Registration Act.

20        Q.   Why is VRF so interested in public access

21   to voter data?

22        A.   We think it's essential.  So the National

23   Voter Registration Act public disclosure provision

24   says the public has oversight of voter list

25   maintenance.  We do not believe the public has

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    meaningful access to the voter lists right now.  In

2    many states they are prohibitively expensive.  They

3    are huge files.  You would have to be a database

4    analyst to open the giant file.  And so we don't

5    think the public has the ability to view the data in

6    a meaningful, clear, simple to understand way.

7         Q.   So why are you so focused on the voter

8    rolls themselves?

9         A.   They are everything in the election.  The

10   election begins with who is eligible; that's the

11   voter roll.  And the election ends with who gets vote

12   credit.  That's the voter roll.  You can't have an

13   election without it.  That's the entire basis of the

14   process.

15        Q.   Okay.  Maybe you can walk us through now

16   what VRF does to fulfill its mission?

17        A.   Sure.  So we acquire the data.  We map it.

18   So different states have different data variables in

19   their data sets.  Some states give year of birth,

20   some give the whole birthday, some just give age.

21   Some have party affiliations, some don't.  So we map

22   those variables within the data file and the voter

23   history file.  In some states there are two separate

24   files.  In some estates it's all in one.  And then we

25   map that up against our fields on our user interface

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   on VoteRef.com.  And we publish it.  That's on the

2   voter registration side.

3          And I do quarterly FOIAs now.  I want to

4   update that every quarter going forward.

5          On the election side of Vote Ref we're

6   comparing the total ballots cast election-wide.

7   That's often called turnout.  We don't look at a

8   particular context because there are under votes.

9   You know, people will leave a race blank.  We just

10  want to know the total ballots cast as reported by

11  the election officials compared to the total voters

12  in the vote history file, with credit for having

13  voted.

14         And, you know, the numbers don't reconcile.

15  There are reasons for that.  Every state is

16  different.  I talked to Mississippi, and they said:

17  Hey, pull the canceled voters file, because we pull

18  the vote history out when we archive the voters.  So

19  I'm holding Mississippi until I get that additional

20  data.  I reach out to the state election official

21  and, hopefully, they work with us so we can

22  understand what we need to get to reconcile the data.

23  Sometimes they don't answer.

24     Q.   What does VRF intend the public to do with

25  the data once they log on to the website?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   So on the vote registration side, the hope

2   here is that they will take ownership of their voter

3   registration record, the people in their family, and

4   do their oversight that they are required to do under

5   the National Voter Registration Act.

6            On the election side, I can say my personal

7   hope on that is that there is a public policy

8   discussion about the chief election official being

9   required to reconcile those underlying data files

10  that come from counties and lower level

11  jurisdictions.

12      Q.   Let's talk for a moment about the

13  experience that individuals have when they come to

14  the VoteRef.com website.  First of all, does VRF tell

15  voters the purposes for which it wants them to use

16  the data?

17      A.   Yes.  So there is "about us."  And there is

18  "terms of service."  Then there is a disclaimer.  I

19  tend to focus, you know, and promote:  Don't do this;

20  you don't want to do this; these are things you can

21  do.  And when you land on the landing page, it talks

22  about how we want transparency.  And voter

23  registration rolls are public data, and we believe

24  the data belongs to the people, and they should be

25  able to access it in a way they understand.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   Is the pop-up and the terms and conditions

2   that come up, are those the same across the country,

3   or are they tailored to the states?

4       A.   I've got a legal team.  And I modify them

5   for every state I put up to ensure I'm in compliance

6   with the terms of service and privacy provisions

7   within each specific state.  And we have a disclaimer

8   on every single voter detail page that cites the

9   specific language of the state with regard to

10  protections for people that are secured voters, like

11  stays at home, and that kind of thing, confidential

12  voters.

13      Q.   Before we move on, because I don't think we

14  mentioned this concept yet.  Could you explain that

15  concept to us, the secure voters or the protected

16  voters.  What is that?

17      A.   Yes.  It's very important.  So there are

18  law enforcement officials, victims of domestic

19  violence or stalking.  There are many different

20  categories, depending on your state, of voters whose

21  records are protected and redacted.  Their addresses

22  must not be shown.  When I publish a file, before I

23  publish a file, I notify the chief election official,

24  and I send a link to the file they gave me back to

25  them, and say:  It's my understanding you don't have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

58

1    anyone in here under -- and then whatever the statute

2    and the program is.  If that's not the case, let us

3    know.  And if anyone in this list that you gave me

4    should seek to become protected, please notify me so

5    that I may redact them.  And I've got a big glossary

6    for every state.  And on each voter show page for

7    every state it tells them how to apply to become a

8    protected voter.  And if they email me, I will redact

9    them immediately.

10        Q.   By the way, did you do that in New Mexico?

11   In other words, did you send the voter file to the

12   Secretary of State with the caution and the request

13   about any protected voters here?

14        A.   I did.

15        Q.   And did the Secretary of State get back to

16   you?

17        A.   They did not.

18        Q.   Did they acknowledge your email?

19        A.   No, they did not.

20        Q.   Let's talk for a minute -- I did my best

21   with the Court, but I want to ask you now a little

22   bit about the election side of your analysis.  You

23   told us before what you're comparing, the two items

24   that you're comparing.  And what do you call the gap

25   between those two?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    A discrepancy.

 2         Q.    And does the discrepancy mean that there is

 3    fraud?

 4         A.    Absolutely not.

 5         Q.    What does the discrepancy mean to you when

 6    you see it?

 7         A.    I think what it most likely is in cases

 8    where the state works with us, it's a recordkeeping

 9    issue, in the sense that states do not run elections.

10    There is a chief designated by the Help America Vote

11    Act; there is a chief election official in every

12    state.  But counties run elections, lower-level

13    jurisdictions run elections.

14              So when secretaries of state or state board

15    of elections are certifying the data or providing

16    access to the data, they're relying on the uploads

17    they get from the counties in lower level

18    jurisdictions.  So if some precinct wasn't uploaded

19    by a county and then that county didn't upload it to

20    the state, the numbers could be off.

21              Like the case of Nevada, they delete the

22    record when someone moves from one county to another.

23    So when they do that, they're deleting the vote

24    history.

25              As I said, in the case of Mississippi, West
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Virginia realized they had inadvertently, when they
 2    archived some voters, taken the vote history with
 3    them, which led to the discrepancy.  So I think it's
 4    process issues.
 5         Q.   So Ms. Swoboda, what action, if any, do you
 6    take when you find a discrepancy?
 7         A.   I notify the chief election official, and I
 8    ask if we could have a call or come meet with them,
 9    and learn about their process, so that I can try to
10    identify where the discrepancy is coming from.
11         Q.   And some state election officials do that
12    with you; right?
13         A.   Yes.
14         Q.   And then what's the end result after this
15    meet and confer process?
16         A.   We get that number way down.  So, you know,
17    if North Carolina is off by 42.  In Colorado we got
18    the number down; we reduced it by 11,000.  West
19    Virginia less than one half of 1 percent.  And the
20    likelihood of why it can't get perfect reconciliation
21    is, again, that some lower level jurisdiction
22    somewhere along the line didn't upload a full file.
23         Q.   Why do you bother to do this?
24         A.   Because people have to understand how the
25    system works, and they have to have confidence in how
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the system works.  And right now they don't

2    understand.  And I think there is a great amount of

3    concern in the public.  I think we need to do better

4    oversight.  This is a process that's meant to be

5    overseen by the public.  And if the public doesn't

6    understand it, they're going to lose confidence, and

7    then they are not going to participate.  And I see

8    that a lot.  And on a personal level, that frightens

9    me.  I want people in the system to have confidence

10   in the system, and they do that when they have

11   transparency.

12        Q.   Let me ask you, did you reach out to the

13   New Mexico Secretary of State after you found a

14   discrepancy in New Mexico?

15        A.   Yes.

16        Q.   Could you please turn to Exhibit P-2 in

17   your binder?

18        A.   I don't have P in my binder.

19        Q.   You may have plain old numbers.

20        A.   I do.  Yes, it's my email, yeah.

21        Q.   So do you recognize this document?

22        A.   I do.

23        Q.   What is this?

24        A.   It's my notification email to the Secretary

25   of State of New Mexico telling them about the results

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that I found, asking them to check the voter file to
 2    make sure there is no protected voter, and asking if
 3    we could have a meeting with the staff or a call with
 4    the staff to understand their data.
 5         Q.   Okay.  So did you then have a call with the
 6    staff?
 7         A.   No.
 8         Q.   I'm sorry, did the New Mexico Secretary of
 9    State or anyone in her office respond to you?
10         A.   No, they did not.
11              MR. GREIM:  Move to admit Exhibit P-2.
12              THE COURT:  Any objection?
13              MS. SERAFIMOVA:  No objection.
14              THE COURT:  All right.  P-2 will be
15    admitted.
16         Q.   Now, after you sent this email, did you
17    publish the result of your analysis for New Mexico?
18         A.   I did.
19         Q.   Okay.  If you take a look at Exhibit P-1; 1
20    in your binder.
21         A.   Got it.
22         Q.   Do you recognize this document?
23         A.   Yes, that's the press release for New
24    Mexico's publication.
25         Q.   And in here you report the discrepancies in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    many different states; correct?
 2         A.    Yes.
 3         Q.    Did you accuse these states of fostering
 4    election fraud?
 5         A.    No, I said the opposite of that.
 6         Q.    What was the point of publishing these
 7    discrepancies?
 8         A.    To advance the public policy discussion
 9    about how we need to reconcile the data.  If the data
10    from the bottom up to the top, to the chief elections
11    official, is not reconciled, it provides serious room
12    for doubt.  And think we've seen that.  And I think
13    we have to get better at the reporting.
14              MR. GREIM:  Move to admit Exhibit P-1.
15              THE COURT:  Any objection?
16              MS. SERAFIMOVA:  No objection.
17              THE COURT:  Plaintiffs' Exhibit P-1 will be
18    admitted into evidence.
19         Q.    After this release went out, did the
20    Secretary of State contact you and say:  Wait a
21    minute, we've got an explanation, let's talk?
22         A.    No, they did not.
23         Q.    Now, in the press release, I think the
24    strongest language I can find is you say -- this is
25    four paragraphs down -- "The difference between the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    voter list and the election canvass indicates at the

2    very least issues with recordkeeping, and points to

3    the need to be more transparent and proactive about

4    maintaining the voter rolls and reconciling ballots

5    cast, and voters having voted in every election."

6          Did I read that right?

7    A.   Yes.

8    Q.   And do you believe that to be the case

9    still today in New Mexico?

10    A.   I absolutely do.  There is, to my

11    knowledge, no requirement that the chief election

12    official reconcile those two data points.  And

13    although the turnout is reported to the Elections

14    Assistance Commission, in the EAVS report every

15    cycle, even that number changes.  So unless and until

16    there is such a requirement or the chief election

17    officials voluntarily engage in that reconciliation,

18    the numbers are not going to match.

19    Q.   Now, did you make further attempts to find

20    the actual election day number for New Mexico?

21    A.   I did.

22    Q.   Okay.  And what did you do?

23    A.   I sent what I call a snapshot FOIA.  So

24    voter registration rolls are like a river; they're

25    changing moment to moment.  If you want to get an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   accurate comparison, you need to try to get a

2   snapshot as close to election day as you can.  So I

3   sent a FOIA for a copy of the voter registration

4   roll, including history, as close to November 3,

5   2020, as it existed.  I also sent a look-back FOIA, I

6   call it, for the list of cancellations so that I

7   could try to reconcile and find all the people who

8   might have been removed because they were adjudicated

9   incompetent or had a felony or passed away or moved

10  out of the state, or what have you.  So I sent two

11  separate FOIAs to try to get that data.

12       Q.   And did you find that data to be useful?

13       A.   I got no response from New Mexico's

14  Secretary of State.

15       Q.   So the Secretary of State did not respond

16  to your request?

17       A.   They did not.

18       Q.   Did they tell you why?

19       A.   No.  I have never heard anything from them

20  directly.

21       Q.   Let's shift gears for a second.  I just

22  want to cover a little more quickly than I had

23  intended, just the actual data request that was made

24  here.

25            Now, earlier you testified that you have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    your own open records team working with you now?

2          A.    Yes.

3          Q.    In this case, though, did another entity

4    request that data?

5          A.    Yes, Local Labs requested that data before

6    I came on.

7          Q.    And did it do this in other states for VRF

8    as well?

9          A.    Yes.

10         Q.    Why use Local Labs?

11         A.    It's my understanding they're a company

12   that does public records requests and FOIAs, and they

13   work in that area all the time, so they're more

14   familiar with the forms and who to contact, and have

15   people on the ground.

16         Q.    How was Local Labs reimbursed for its

17   services?

18         A.    I think they get a flat rate for every

19   state; that includes doing the research on who to get

20   the data from, filing the proper forms, making sure

21   they're in compliance, and then acquiring the data

22   itself.

23         Q.    When was the New Mexico data first posted?

24         A.    I posted New Mexico, December, I believe,

25   16, 2021.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

67

```
 1        Q.   And we've already talked about your
 2    analysis of that data.  Let me ask about the time
 3    that this data was up for -- maybe it was three
 4    months.  Did the New Mexico site have a pop-up
 5    requiring the user to agree to terms of service?
 6        A.   Yes.
 7        Q.   And was that tailored from New Mexico law?
 8        A.   Yes.
 9        Q.   What do those terms of service require that
10    the user agree to?
11        A.   To only use the records for, I believe,
12    election or governmental related purposes, and that
13    they must not be used for any commercial purpose.
14    And then it defines all the various things that might
15    conceivably fall under commercial purposes.
16        Q.   Did VRF understand that its own use was
17    allowed under New Mexico law?
18        A.   Yes.
19        Q.   Did the New Mexico site show this chain of
20    custody information for the data?
21        A.   Yes.
22        Q.   What did that show?
23        A.   A chain of emails between Local Labs and
24    the New Mexico Secretary of State.
25        Q.   Did it show the date on which Local Labs
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

68

```
1    requested the data?
2         A.   Yes.
3         Q.   And any user of the website could click
4    through and see that?
5         A.   Yes.
6         Q.   Did anyone ever accuse VRF of trying to
7    hide its use of Local Labs or the source of its data?
8         A.   I have had no contact or accusation to that
9    effect.  I have since read some documentation back
10   and forth in this litigation, that looks like people
11   were talking about it.  But no one has ever spoken to
12   us about it.
13        Q.   When did you first learn that the Secretary
14   of State had accused VRF of criminal conduct?
15        A.   ProPublica published an article about it in
16   March.
17        Q.   Did the Secretary ever reach out at any
18   time to say they were making a criminal referral?
19        A.   No.
20        Q.   Did the office ever reach out to try to
21   ascertain the purpose of the Vote Ref site or ask any
22   questions about the site?
23        A.   No.
24        Q.   Did the office ever try to contact you to
25   see if it could convince you to remove the materials?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    Did it ever contact you to try to find some
 3   way to accomplish your goal, while also complying
 4   with the Secretary's view of the law?
 5        A.    No.
 6        Q.    Did the AG ever do this?
 7        A.    No.
 8        Q.    Has there ever been any contact from the
 9   AG's office to VRF?
10        A.    No.
11        Q.    Why did VRF take the New Mexico portion of
12   the database down?
13        A.    Because we read in the ProPublica article
14   that the New Mexico Secretary of State thought we
15   were violating the law and had referred the matter to
16   the Attorney General for prosecution.  And so we took
17   it down until we could figure out what we had done
18   wrong and how to be in compliance.
19        Q.    I just have one other question for you.
20   Are you aware of an entity called Catalist?
21        A.    Yeah, I'm aware of several entities and
22   political organizations that acquire voter data in
23   all 50 states.
24        Q.    And just to be clear, so is your answer
25   yes?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    Yes, I am aware of that group.

 2          Q.    It's spelled Catalist, but L-I-S-T on the

 3     end; is that right?

 4          A.    I don't know if it's Y-S-T or I-S-T.

 5          Q.    So what is your understanding of what

 6     Catalist does?

 7          A.    They acquire voter registration data.  And,

 8     you know, I believe they've got a particular lean in

 9     their partisan view, and they use that data to

10     contact voters to promote policies that they wish to

11     advance.

12          Q.    And do they share or sell that data with

13     their own clients?

14          A.    I believe they do, yes.

15          MR. GREIM:  No further questions.

16          THE COURT:  Let me ask you this question,

17     I'm directing this to Voter Reference, and if you

18     want to get more information from the witness on

19     this.  It may not apply to her.  But does VRF crowd

20     source?  Is it finding the discrepancies or is that

21     done just by trained VRF staff, and the public are

22     just verifying individual data?

23          THE WITNESS:  It is the latter, sir.  My

24     data director is the former voter registration

25     database administrator for the Secretary of State of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Arizona, and my assistant data director is the former
 2    Cochise County Recorder Voter Registration Director.
 3    And they pull the data out of the vote history file,
 4    and we take the turnout number, the total ballots
 5    cast from the official records submitted to the EAC
 6    by the state or posted on their website or on their
 7    canvass, when they give it to us.  And we do that
 8    data, and we just post those exact two data points,
 9    and we post the documentation it came from.  The
10    public is not given access to that data.
11              THE COURT:  All right.  Anything else?
12    BY MR. GREIM:
13        Q.   Just to follow up.  You're talking about
14    the election side?
15        A.   Correct.
16        Q.   On the voter registration side, is that
17    reviewed for errors, crowd sourced?
18        A.   So the idea is that the public is doing
19    their oversight as envisioned in the NVRA, and
20    reviewing their voter registration records on the
21    voter registration side.  So there are things like
22    the first name is a comma, and the last name is the
23    letter A, and the registration date and the date of
24    birth are 1/1/1900.  So there are a lot of records
25    like that.  We don't scrub or clean the data.  We're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    putting it up exactly as it's received, in the hope
 2    that the public will do their oversight and report
 3    their errors to the county clerk or to the election
 4    official, who is the only person in power to correct
 5    them.
 6              THE COURT:  So the public does not have
 7    access to the discrepancy data?
 8              MR. GREIM:  I think that's right, other
 9    than through the press release.
10              THE WITNESS:  Correct.
11              THE COURT:  All right.  Anything else, Mr.
12    Greim?
13              MR. GREIM:  Nothing else, Your Honor.
14              THE COURT:  All right.  Ms. Serafimova, if
15    you wish to have cross-examination of Ms. Swoboda.
16              MS. SERAFIMOVA:  Thank you, Your Honor.
17    Yes.
18                   CROSS-EXAMINATION
19    BY MS. SERAFIMOVA:
20        Q.  Good afternoon, Ms. Swoboda.
21        A.  Hello.
22        Q.  Give me just a second.  So you mentioned
23    that you started May of 2021 in your current
24    position; right?
25        A.  Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So you weren't there for the actual

2   transactions that happened between VRF and Local

3   Labs?

4      A.   Correct.

5      Q.   But in your declaration -- you remember you

6   submitted a declaration with the pleadings?

7      A.   Yes.

8      Q.   So in that declaration you state, "I am

9   familiar with VRF's process of obtaining and using

10   voter registration data made available by the New

11   Mexico Secretary of State's Office."  Is that a true

12   statement?

13      A.   It is.

14      Q.   So you are familiar with that transaction?

15      A.   I have seen the records of the transaction

16   and the invoices that go out from the foundation,

17   yes.

18      Q.   So how much did Voter Ref, or VRF, pay

19   Local Labs for this service?

20      A.   I believe it's a flat $15,000 fee for all

21   services per state for that initial acquisition of

22   the data.

23      Q.   Okay.  And so in this case that would have

24   been submitting the affidavit, submitting the

25   payment, emailing with Lauren, presumably, right;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   obtaining the file, and handing it over to you?

2        A.   And I mean, it should be researching and

3   doing due diligence about what was lawful with regard

4   to acquiring and transferring the data, and who to go

5   to for the data.  Whatever their entire service

6   process is of their services.

7        Q.   So it should be, or do you know that that

8   was part of the contract?

9        A.   This data was acquired in April.  I believe

10  that that is part of the contract.  I believe that

11  that is part of the contract.  I am sorry, I don't

12  have it in front of me, so that's the best of my

13  recollection.

14       Q.   So it may or may not have been part of the

15  contract?

16       A.   It may or may not.

17       Q.   Okay, great.  And also in that affidavit

18  you said that, "Before Local Labs requested voter

19  data from the New Mexico Secretary of State, VRF

20  confirmed that its intended use of the data for

21  election-related purposes was permitted by New Mexico

22  law by reviewing the relevant statutes, including

23  Section 1-4-5.5."  Is that a true statement?

24       A.   Yes.  We have a legal team that looks at

25  every state and tells us whether or not we may

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   legally acquire and publish the data, that's correct.
 2        Q.   So, presumably, your legal team knew that
 3   an affidavit is required; is that right?
 4        A.   I would presume so, yes.
 5        Q.   And they reviewed the Election Code?
 6        A.   I would presume so, yes.
 7        Q.   Do you know whether or not your predecessor
 8   was advised that the data is illegal, or what is
 9   your --
10        A.   Illegal?
11        Q.   So your statement in your affidavit, that
12   VRF confirmed, what is that confirmation?  Because
13   you say you presume, but tell me what does that
14   confirmation actually consist of, as far as you know?
15        A.   So the Voter Reference Foundation's legal
16   team goes through each state and reviews the
17   statutes, the relevant statutes, to the acquisition
18   and publication of the data, and says yes or no, that
19   this is a state -- like this state is not subject to
20   NVRA.  This state doesn't give the data to anyone.
21   This state you have to be a resident.  This state you
22   have to be a PAC.  So all of these items that are
23   slightly different in each state are reviewed by the
24   legal team.
25        Q.   And you have no reason to believe that they
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    did not do that review for New Mexico?
 2         A.   I do not have any reason to believe that
 3    they did not do that review.
 4         Q.   In fact, you believe that they did do that
 5    for New Mexico?
 6         A.   Yes.
 7         Q.   So do you know that an affidavit is
 8    required under 5.5?
 9         A.   I do, after reading your pleadings.
10         Q.   After reading our pleadings.  You did not
11    know that before?
12         A.   Yes.  I'm the executive director, so I am
13    not the legal team.  And I am not the person who
14    acquired the data.  So I, myself, personally, do not
15    familiarize myself with every statute for every
16    state, no.
17         Q.   You verified the complaint; correct?
18         A.   I read the complaint, and I filed my
19    affidavit, correct.
20         Q.   And that was on March 28th of this year?
21         A.   I would have to look in the book, if you
22    know what page.
23         Q.   I believe -- if I represent to you that
24    it's March 28, does that sound --
25         A.   Okay.  I believe you, m'lady.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                               1-800-669-9492
                                                      e-mail: info@litsupport.com

1      Q.   When did you submit your FOIA requests to

2  the Secretary of State's Office?

3      A.   For the snapshot and the look-back?

4      Q.   The two FOIA requests that you discussed.

5      A.   Yes, the snapshot and look-back.  I would

6  have to look.  I don't think I have that with me.

7  But it was after the publication and after we took it

8  down.  I did it to every state at the same time in

9  waves.

10      Q.   So you did not submit an affidavit to the

11  Secretary of State's Office?

12      A.   No, I sent -- well, I would have to go

13  look.  It might have been a form.  I think we sent an

14  email as a FOIA request in an email format.

15      Q.   So you did not follow the statutory process

16  that is place in New Mexico to request the data that

17  you are seeking; correct?

18      A.   I would have to go look at my operations

19  team that does FOIAs.  I have a FOIA team now.  So I

20  could look at their records of what they sent.  If

21  they sent a form and an email or if they just sent an

22  e-mail.  If they sent an email and waited for a

23  response to see if he sent a form back.

24      Q.   Do you remember, did you ever sign an

25  affidavit addressed to the New Mexico Secretary of



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   State's Office?  Have you ever signed such a
 2   document?
 3         A.    I may have.
 4         Q.    May have?
 5         A.    I do not recall.  I have 50 states, m'lady,
 6   so -- and I'm sending a lot of FOIAs.  So my chief
 7   FOIA person, operations, comes to me and brings me a
 8   form.  And I look over it, and if everything on there
 9   is accurate and I can attest that I can comply with
10   that, I sign it, and off it goes.
11         Q.    Okay.  You keep referring to FOIA.  Do you
12   know what that is?
13         A.    It's a Freedom of Information Act request.
14   In some states it's a public records request.  I use
15   it as a general term.
16         Q.    And do you understand that this case is not
17   about FOIA?
18         A.    I do.  Forgive me, I'm using it as a
19   general for public records requests, right to know
20   law, Freedom of Information.  The forms filed or the
21   requests made to a state or other government entity
22   to acquire data.
23         Q.    So let me just --
24         THE COURT:  I need to give my court
25   reporter a little bit of a rest.  Why don't we take
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    about a 15-minute break and come back and continue
 2    the testimony.  All right.  We'll be in recess for
 3    about 15 minutes.
 4              (The Court stood in recess.)
 5              THE COURT:  All right.  Ms. Swoboda, I'll
 6    remind you that you're still under oath.
 7              Ms. Serafimova, if you wish to continue
 8    your cross-examination of Ms. Swoboda, you may do so
 9    at this time.
10              MS. SERAFIMOVA:  Thank you, Your Honor.
11              (A discussion was held off the record.)
12    BY MS. SERAFIMOVA:
13        Q.   Okay.  Ms. Swoboda, so we were talking
14    about what you've been referring to as your FOIA
15    request?
16        A.   Yes.
17        Q.   Do you remember in what month you made
18    those?
19        A.   I'm so sorry, I don't.  And I don't have my
20    phone, or would I look for you.
21        Q.   And do you have this binder that's provided
22    by your counsel?
23        A.   Yes.
24        Q.   Okay.  Can I ask you to go to Plaintiffs'
25    Exhibit 4?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Email from March 11.

2       Q.    And if you go to the second page, there is

3   actually a February 15, 2022 email as well?

4       A.    Yes.

5       Q.    Is this what you've been referring to?

6       A.    Yeah, those are the initials of my former

7   employee on the February 15th.  This -- yeah, this is

8   the canceled voters and the total ballots cast.  And

9   then on the March 10th, it looks like they're just

10  following up on that one.  So there is another one

11  somewhere.  But yes, this looks like the look-back on

12  canceled voters request, yes.

13      Q.    So can you tell me now whether or not you

14  signed an affidavit, as required under 1-4-5.5?

15      A.    It does not appear that for this email

16  request an affidavit was given to me by the staffer,

17  no.

18      Q.    Okay.  And do you know whether or not this

19  email communication meets the State's requirements

20  for IPRA requests, which is the state statutes?

21      A.    I do not.  And I would suggest that this is

22  probably why they use Local Labs, because Local Labs

23  did the research and did the proper form; whereas, my

24  team sent an email.  So maybe that's not reflecting

25  as well as us taking over for Local Labs.  But yes,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   so I do not know if this meets requirements.  This is
 2   just language that we drafted for what I was looking
 3   for.
 4        Q.   So would you agree that, if this does not
 5   meet the requirement for an IPRA request under state
 6   law, then whether or not it was responded to -- well,
 7   let me rephrase that.
 8            If your email request or your colleague's
 9   request does not meet the IPRA requirements under
10   state law, would you agree that not responding to it
11   is not an IPRA violation?
12            MR. GREIM:  Objection, calls for a legal
13   conclusion.
14            THE COURT:  Well, if she knows.  I mean,
15   she works in this field.  So if she doesn't know, she
16   can state that.  But if she knows, I'll allow it.
17   Overruled.
18        A.   I would say with regard to the timelines
19   for the responsivity of the request.  If it didn't
20   meet the requirements, then you would not have been
21   required to respond.  And I would also say, having
22   worked in a Secretary of State's Office for two
23   administrations, that we respond to every single
24   email.  And when people send requests, which they
25   invariably do, without the public records request
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

82

```
 1   form, we reply and say, "Here's the proper form,
 2   please complete this form."
 3        Q.   That's in Arizona?
 4        A.   That's in Arizona.
 5        Q.   And what was the staff when you were there,
 6   it was the Arizona Secretary of State?
 7        A.   We had like seven people for the whole
 8   state.
 9        Q.   You had seven people in the Secretary of
10   State's Office?
11        A.   In the elections department, yes.
12        Q.   I'm asking for the entire office, if you
13   know.
14        A.   Well, the entire office includes the
15   library, and the State Records Division, so maybe 250
16   people.
17        Q.   And then can you please go to Stipulated
18   Exhibit K?
19        A.   That looks tiny.  I don't know if I'm going
20   to be able to see it.  Does anyone have a magnifying
21   glass?  It's like a spreadsheet; right?
22        Q.   Yes.
23        A.   I can't see that.
24        Q.   Let me make --
25        A.   I see something in yellow.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

83

```
 1          Q.   I'll make a couple of representations to
 2     you.
 3          A.   Thank you.
 4          Q.   You so the parties have stipulated that
 5     this tiny text, Stipulated Exhibit K, includes each
 6     and every affidavit submitted to the Secretary of
 7     State's Office between January of 2021 and April 29
 8     of 2022.
 9          A.   So your affidavit form for your public
10     records request?
11          Q.   Yes.
12          A.   Copy that.  Okay.
13          Q.   And I'll also represent to you that your
14     name, or VRF's name, is not on that list?
15          A.   Yeah, I think that you have established
16     that the email sent by my staff asking for records
17     didn't meet your office's requirement, and so you
18     didn't log it or respond to it, correct.
19          Q.   Okay.  That is correct.  So part of your
20     new claim, as I understand it, is that VRF is being
21     treated differently from other similarly situated --
22     well, you are the plaintiffs, right; it is your
23     claim, correct?
24          A.   Can you finish the sentence?
25          Q.   I would like to.  So part of your new
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

84

```
 1   claim, as I understand it, is that VRF has been
 2   treated differently relative to similarly situated
 3   people or entities who have submitted either
 4   affidavits or IPRA requests?  Is that your
 5   understanding?
 6            MR. GREIM:  Objection, Your Honor.  I mean,
 7   I just laid out the elements of this claim earlier,
 8   as a legal point.  I mean, she's asking a fact
 9   witness here to --
10            THE COURT:  Well, she's the executive
11   director.  I think she can testify.  If she can't
12   answer it, she can say she can't answer.  Overruled.
13        A.   I'm sorry.  I don't know the answer to that
14   question, sorry.
15        Q.   So you are the plaintiff, but you don't
16   know --
17        A.   I am the plaintiff, and I think what you're
18   asking me, if there is a new theory in play of the
19   case, and is that just based on the opening
20   statements that we heard?  Or is that in a new
21   briefing that maybe I -- I don't know the answer to
22   those questions.
23        Q.   It came from your attorney who speaks on
24   your behalf.
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So you're not aware of this new theory, it

2  sounds like?

3      A.   I am of the personal belief that we appear

4  to be being treated differently than Catalist or Data

5  Trust or the Democratic Party or the Republican

6  Party, or any other party.  And I base that on some

7  information that was acquired through FOIAs from

8  staff in that office, and the discussions that they

9  had.

10     Q.   Now, Catalist, I'll represent to you, is on

11 that tiny list, Exhibit K.  So, as someone whose

12 profession, whose current job is to compare data --

13     A.   Yes.

14     Q.   Do you think it makes a difference, when

15 you're comparing yourself to Catalist, whether or not

16 you actually submitted the required affidavit under

17 1-4-5.5?

18     A.   So I would say -- and it's probably not the

19 proper format for me to ask you a question.  I don't

20 know how else to do it.  So if what you're saying is

21 that the two second requests that were sent weren't

22 on the affidavit form and so the office ignored them.

23 But Catalist did put it on a form, and so they

24 fulfilled it.  And if you think that that is the

25 basis of my thinking that we're treated differently,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    I would say that is not the basis under which I think
 2    necessarily that we are treated differently.
 3    Although, I would also, as I stated earlier, think
 4    that your staff would reply to an email that they
 5    received, and give people the affidavit form when
 6    people don't file the proper form.
 7         Q.   Okay.
 8         A.   I can't say whether or not your staff -- or
 9    the staff in the office, forgive me -- treated
10    similarly situated people who filed the request
11    incorrectly without an affidavit form, and ignored
12    them.  I don't know the answer to that question.
13         Q.   And you have no evidence to suggest that
14    has happened?
15         A.   No, I do not.
16         Q.   Okay.  And if your attorney thinks -- or
17    what we've been referring to as your two FOIA
18    requests are relevant as to whether or not you're
19    being treated differently, then do you think it makes
20    a difference that Catalist actually complied with the
21    statutory requirements?
22              MR. GREIM:  Objection, Your Honor.  Now
23    she's asking if her attorney thinks something or
24    other, not --
25              THE COURT:  Well, if she can't answer -- I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    mean, she's the agent here.  I'll allow some latitude
 2    of the State asking these questions.  Overruled.
 3         A.   I don't know the answer, m'lady, sorry.
 4         Q.   Okay.  So now, you spoke about the actual
 5    website; right?  And you said that users had to click
 6    on a box promising certain things?
 7         A.   When you first go to the website -- if
 8    you've not been on the website, I'll try to --
 9         Q.   I'm sorry, can we just speak about the New
10    Mexico section of the website, while it was up, if
11    that makes sense, so we can --
12         A.   I'm going to tell you when the disclaimer
13    comes up, if you'll allow.  So when you first go to
14    the website, if you click on the website, the
15    disclaimer comes up, and you're required to agree to
16    all the terms before you can view anything on the
17    website at all.
18         Q.   Okay.  But no user was required to sign an
19    affidavit, were they?
20         A.   No.
21         Q.   And no user was required to sign something
22    like a contract, were they?
23         A.   No.
24         Q.   No user was required to sign anything?
25         A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Just click, and off you go?
 2        A.   Agree to the terms of service and the
 3   provisions therein, and then you are free to move
 4   about the site, correct.
 5        Q.   And by "agree," you mean click, and in you
 6   are?
 7        A.   I mean click the button that says that you
 8   agree to abide by the terms and service of the site,
 9   yes.
10        Q.   But if I were to click on that box having
11   no intention to follow those terms, what would happen
12   to me, if anything?
13        A.   Well, I would say you were a bad actor in
14   that situation, that if you did something wrong, then
15   you should be prosecuted, if you are found to have
16   done something wrong with the data.  One would think
17   that if you clicked the agreement that you will not
18   use the data for commercial purposes, similar to if
19   somebody signs the affidavit and says we're not going
20   to do this.  I mean, to my knowledge, the Secretary
21   of State doesn't track everybody that signs an
22   affidavit to see what they ultimately did with the
23   data.
24             Do we know what any campaign that acquired
25   the data from the Secretary of State did; if any
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

89

```
1    member of the campaign who had access to the data
2    took the names and sent out a mailer for fundraising?
3    I don't think you'd know unless somebody filed a
4    complaint.  And then I would -- you know, they should
5    be prosecuted.
6         Q.   Right.  But isn't this a case in point?
7         A.   What case is that?
8         Q.   That the Secretary of State's Office is
9    prosecuting known violators of the Election Code?
10        A.   I don't know.  I have heard a lot about how
11   you were representing that you were not prosecuting
12   people for things that people don't agree on, whether
13   they're violations of the code or not.  So I'm not
14   clear at this point.  You guys were speaking pretty
15   quickly in the code, and not really naming who was
16   subject to what.  So I'm not sure at this point.
17        Q.   Okay.  So you're saying that if I obtained
18   the data from your website, having no intention to
19   follow the promises that I make by clicking in that
20   box that you provide, I should be prosecuted;
21   correct?
22        A.   Not if you have no intent to abide.  If you
23   demonstrably misuse the data or use the data in a way
24   that is prohibited, and someone becomes aware of
25   that, okay.  So, yeah, if it says this is what you're
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    allowed to do on the site with the data, and the data

2    says you can't use it for commercial purposes.  If

3    someone does that, then they should be subject to

4    anything that applies.

5         Q.   Okay.  But if I haven't signed an affidavit

6    with the Secretary of State's Office promising,

7    actually a legally binding document, promising that I

8    will not use it for commercial purposes, how could I

9    possibly get prosecuted in your opinion?

10        A.   Well, if somebody files a complaint that

11   the someone has taken the data off the site and

12   they're using it, then they should be referred to law

13   enforcement, because that's still a violation, is it

14   not?

15        Q.   No.

16        A.   So you're saying that, if a person -- so

17   let me back up.  The National Voter Registration Act

18   says the voters list maintenance has to be done by

19   the public.  And the voter list is a public record.

20   So I would say that the burden on prosecution is for

21   law enforcement to prove that someone is taking the

22   data and using it in a way for which they have agreed

23   not to use it.  So that would be civil?  I am not a

24   lawyer.

25        Q.   And that was going to be my next question.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   You're not a lawyer, are you?
 2        A.   No.  I have legal teams that do this
 3   analysis.  I do not.
 4        Q.   Yet, you seem to feel that you understand
 5   the National Voter Registration --
 6             MR. GREIM:  Objection, Your Honor.  Asking
 7   a bunch of legal questions that were argumentative.
 8             THE COURT:  Well, it is argumentative.  But
 9   it is cross, so I'll give her some leeway.
10        Q.   I'll move on.
11             Okay.  So you're familiar with the
12   ProPublica article, obviously, that brought all of
13   this?
14        A.   Yes.
15        Q.   So in that article, VRF is attributed to
16   saying or calling its work "unprecedented."  Do you
17   agree with that statement?
18        A.   I believe that it's the first of its kind,
19   yes.
20        Q.   And then there is another attribution that
21   says -- and that's on page 6, if you'd like to take a
22   look.
23        A.   Thank you.
24        Q.   And that is one of the stipulated exhibits.
25   That would be Exhibit D.  So on page 6 of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    article, it states that VRF -- "In announcing the
 2    launch of its website, VRF touted it as a first of
 3    its kind, searchable tool for all 50 states."
 4         A.   Can you help me find the exhibit, m'lady?
 5    I'm sorry.
 6              MS. SERAFIMOVA:   May I approach the
 7    witness?
 8              THE COURT:   You may.
 9         A.   Thank you.   Gotcha.   Page 6.   I'm catching
10    up.   I am with you.   The page that says, "Starts with
11    continuing to employ" --
12         Q.   "In announcing the launch of its website,
13    VRF touted it as a first of its kind, searchable tool
14    for all 50 states."
15              Do you agree with that characterization?
16         A.   Yes.   I'm still not on the right page.   But
17    I agree that this is the first of its kind tool to
18    search all 50 states.   Secretaries of State that
19    belong to the ERIC database have access to multiple
20    states' voter registration records as a part of ERIC.
21    But the public does not.
22         Q.   Then, if I could also ask you to look at
23    P-1, which is your press release that you discussed
24    earlier?
25         A.   Got it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Forgive me.  It's on the second page,

2  second -- so we have a one-sentence paragraph, then

3  the next paragraph in the middle first sentence

4  says -- and this is something attributed to you --

5  "We're well on our way to accomplishing something

6  that has never been done before."

7           Is that a true statement?

8      A.   Yes.  To my knowledge, no one has ever

9  published the voter registration records for every

10  state online, for free, for the public forever, no.

11      Q.   Catalist has not done that; correct?

12      A.   I don't know all of Catalist's business, so

13  I could not say.  I think they have clients.  I don't

14  know.  I know the political parties publish the data

15  online.

16      Q.   Let me back up.  You just said that to your

17  knowledge, no one else has done this.  And yet, when

18  I asked you:  Has Catalist done it, you say you don't

19  know.  So which one is it?

20      A.   So, to my knowledge, no other entity has

21  tried to publish all 50 voter registration records

22  for all 50 states for free.  I believe Catalist

23  charges people for their services.  I don't charge

24  anybody to access my data.

25      Q.   When you say you believe, what is that

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                      1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  belief based on?

2      A.   The belief is based on that they're

3  political consultants, who in my experience, don't --

4  or, you know, give things away for free.  So that's

5  just my belief.  I do not know.

6      Q.   Okay.  You do not know?

7      A.   No.

8      Q.   So, and the same question for i360.  As far

9  as you know, they are not doing what VRF wanted to do

10  with New Mexico?

11      A.   I360 has all the data for the states.  And

12  they have it on apps, and they give it to members of

13  the party, like precinct committeemen who do

14  canvassing or people who can get out the vote.  So

15  i360 pays, I believe, for the data.  And I think they

16  marry that data to other meta data.

17      Q.   So their product sounds something very

18  different?

19      A.   It does to me.  What I'm trying to do is

20  give public access for free.  I'm not trying to

21  charge anybody.

22      Q.   Okay.  Now, part of your claim today, and

23  in this case today is that Catalist, and potentially

24  i360 are doing something illegal, but they have not

25  been referred for prosecution by the Secretary of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    State's Office; is that correct?  If you know, if you

2    understand.

3         A.   If the position of the Secretary of State's

4    Office --

5         Q.   If you can answer my question, please.

6         A.   Well, I'm thinking it through, if I may.

7    Because I'm not sure I'm following you.  So this way

8    you can stop me if I'm wrong about where I'm going.

9    If it's the new position, which I understand it to be

10   a new interpretation by the Secretary of State's

11   Office, is that now, no one can use the data or

12   transfer the data to anyone, then I would think that

13   those other entities are also in violation of your

14   new interpretation of that.

15        Q.   Now, when you say "new," when do you

16   believe this new interpretation came about?

17        A.   I do not know.  I sat here this morning and

18   listened to both of your opening statements.  And you

19   both seemed to suggest that this is a new

20   interpretation.

21        Q.   Okay.  But you, yourself, don't know?

22        A.   I myself, no, I do not.

23        Q.   So you don't think it's new?  You're just

24   repeating what you heard?

25        A.   I am repeating what I have heard.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  So with that interpretation that you

2  just shared, do you believe that Catalist is doing

3  something that we should feel or think is illegal

4  under New Mexico law; is that right?  It's a

5  question --

6    A.   I'm just looking, because you're into kind

7  of deep legal issues that I really don't know the

8  answers to all your questions.  And I don't want to

9  make assumptions that are incorrect or mislead you.

10    Q.   Let me just cut to the chase.

11    A.   Yeah.

12    Q.   Have you ever referred Catalist to the

13  Secretary of State's Office as a potential violator

14  of New Mexico State law?

15    A.   No, I have not.

16    Q.   Do you have any knowledge of anyone making

17  such a complaint?

18    A.   No, I do not.

19    Q.   Okay.  Moving on to the press release.  It

20  is a press release; correct?

21    A.   Yes.

22    Q.   Who writes this press release for VRF, and

23  similar, but this in particular?

24    A.   The media arm of my foundation.  And then I

25  edit it.  If I don't like what it says, I change the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    language, and I ping it back and forth until I think

2    it's okay.

3         Q.   But you're not a journalist yourself?

4         A.   No.  I do blog posts about data, and I

5    report my analysis of the data.  But I wouldn't call

6    myself -- I have never been to journalism school.

7         Q.   So you've never been formally trained in

8    journalistic ethics, for example?

9         A.   No.

10        Q.   Are there any members of your media team

11   that you would call journalists with formal training?

12        A.   Yes.

13        Q.   There are.  Who -- or how many?  Let's keep

14   it --

15        A.   Well, Dan Curry is a journalist, and he is

16   one of the people who writes these for me.

17        Q.   When you say he's a journalist, what do you

18   mean?

19        A.   I mean, he worked in major media in the

20   past as a journalist.  That was his title:

21   Journalist.

22        Q.   And do you know what education he has?

23        A.   I'm so sorry, no, I do not.

24        Q.   That's fine.  Okay.  So we have perhaps one

25   person with journalistic experience on staff; is that



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   fair?

2      A.   Possibly.  I don't know the background of

3   everybody.  So I'll go with ya.

4      Q.   Well, I'm going with you, actually.  So

5   let's keep --

6      A.   I do not know how many people that work in

7   the organization have a journalistic background with

8   regard to education.

9      Q.   Education, or --

10      A.   Well, you asked me if anybody had been

11  educated in the ethics of a journalist.  So I presume

12  you were talking about having, like, a journalism

13  degree, or having worked in a journalism shop, and

14  discussed AP.  This is a vocabulary we use in an

15  article, and this is what AP considers to be ethical,

16  that kind of thing.

17      Q.   Okay.  All right.  So let's look at --

18  well, if we can just look at P-1 and P-2, which are

19  the two documents you discussed during your direct

20  examination.  They talk about what you've referred to

21  as the discrepancy in New Mexico, right?

22      A.   Yes.

23      Q.   Okay.  So what your document and what your

24  math showed was that, on November 3 -- and I'll round

25  up, if that's okay -- but on November 3, 928,000-plus

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     voters were reported by canvassing boards and just

2     the official turnout; is that correct?

3         A.    The 928,172, yes, is the turnout of how

4     many ballots were cast.

5         Q.    Okay.  So 928,172 ballots cast November 3?

6         A.    Correct.

7         Q.    And then you compare that to the number,

8     924,328, which is the number of people shown to have

9     voted on November 3 on the voter rolls that you

10    received from the Secretary of State's Office?

11        A.    That's the number of electors whose records

12    still exist in the voter file as of April of 2021,

13    who have a vote credit for casting a ballot in the

14    November 3, 2020 general election.

15        Q.    Okay.  You said something important there.

16    "Whose records still exist."

17        A.    Yes.

18        Q.    So your math says 928 on November 3, but by

19    April 13, 924 still exist?

20        A.    Yes.

21        Q.    Okay.  So where is the problem?

22        A.    The problem is that -- well, I would say

23    the problem is the numbers don't reconcile.  And

24    nobody in the Secretary of State's Office responded

25    to our email to say:  Well, here in New Mexico we



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    archive voters.  When we cancel them, we delete them.

2    We move them.  We purge them.  So we don't know the

3    answer to the question of why they don't balance

4    because nobody in the New Mexico office responded to

5    our request for us to understand, which is why I say,

6    if we could please discuss with you and get a better

7    understanding.  And I say, please provide feedback,

8    and if there is a factor or factors we may be unaware

9    of, that would explain the discrepancies.  And you

10   are asking literally -- every state does it

11   differently.  So as I said, Nevada deletes you

12   totally.  West Virginia --

13        Q.   Can I stop you there, because I just want

14   to -- we are pressed for time, so --

15        A.   Sure.

16        Q.   But the bottom line is, you don't know why

17   there is a difference; right?

18        A.   Correct; that's why I say "discrepancy."

19        Q.   Okay.  But in your press release, right,

20   you say, "These discrepancies don't necessarily

21   indicate fraud, but the differences between the voter

22   list and the election canvass indicates at the very

23   least issues with recordkeeping."

24             You don't know that, do you?

25        A.   I would say that what I stated in this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    press release is absolutely correct.  And so I'm

2    going to go to another state for a minute.

3        Q.   No --

4        A.   Well, no, you asked me a question, and I'm

5    going to answer.

6             MS. SERAFIMOVA:  Your Honor, I ask for your

7    assistance.

8             THE COURT:  If Mr. Greim wants to bring

9    something out, he will.

10            THE WITNESS:  Okay.

11            THE COURT:  You answer Ms. Serafimova's

12   questions, and then Mr. Greim can bring it out.

13            THE WITNESS:  Thank you, sir.

14       A.   The standard is --

15       Q.   If I may, let me just restate my question

16   so we can get back on-track.

17       A.   Okay.

18       Q.   So you just admitted that you don't know

19   why there is a difference in the two numbers, and yet

20   on December 16th you published in a press release the

21   statement that "at the very least, there are issues

22   with recordkeeping"?

23       A.   And that is correct.  That statement is

24   correct.  There are issues with recordkeeping.  You

25   do not have a record of the canceled voters in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  file in April, and you should.  You should have a

2  record of every voter in the file.

3       Q.   How do you know what's in the file?

4       A.   I looked at the file.

5       Q.   You have looked at voter data, which is

6  something like a spreadsheet.  You don't know --

7       A.   No, I looked at the raw file from the

8  database.  It's an export of the raw file from your

9  database, from the Secretary's database.

10      Q.   So you have looked in the voter files that

11 are kept at the Secretary of State's Office, that are

12 not on the online system; is that what you're

13 representing to us?

14      A.   I am representing to you that the Secretary

15 of State's Office provided an export of the data in

16 the file that is available to members of the public

17 who properly complete the affidavit form.

18      Q.   Okay.  So by statute, voter data actually

19 only includes name, gender, address, party

20 affiliation, and voting history?

21      A.   Correct.  Voting history.  So why would

22 there be voting history that is missing in the file?

23      Q.   But there isn't.  Where do you say here

24 that there is voting history -- there are people that

25 are missing, but not their voting history.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   See, that's what I'm saying.  That's a

2   recordkeeping issue.  The vote history should still

3   be there in some form, even if the voter is no longer

4   active, or inactive.  If you remove the voter and

5   their vote history, then your numbers don't

6   reconcile.  And that is what I am referring to as an

7   issue with recordkeeping.

8      Q.   Okay.  Let's walk through a few examples.

9   Let's say I voted November 3, right?  And then, after

10  having a little too much fun January 1st, I get

11  arrested.  By March, I'm convicted of a felony.

12  Corrections Department sends that information to the

13  Secretary of State's Office.  By April 13, I am not

14  legally constitutionally allowed to vote in New

15  Mexico anymore, and I am taken off of the voter

16  rolls.  And so I don't show up in your file.  Do you

17  think there is an issue of recordkeeping at the very

18  least?

19     A.   I absolutely do.  You should show up as a

20  canceled voter, and your vote history should still be

21  there.

22     Q.   And that is your personal opinion?

23     A.   That is the opinion and that is the

24  standard that everybody should set.  And if every

25  state did that, then we would not have discrepancies.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

104

1  The numbers would reconcile.

2       Q.   When you say, "should," that's your

3  personal opinion?

4       A.   That's a public policy discussion, yes.

5       Q.   But you are not a public policy --

6       A.   I'm a subject matter expert in elections

7  data, yes, I am.

8       Q.   Who has qualified you as a subject matter

9  expert?  Not your attorney.  Certainly not.

10       A.   I am someone who has worked for about 25

11  years in advocacy work for election integrity, and

12  has served under two administrations in the Secretary

13  of State's Office, and is a certified deputy

14  registrar and was a certified election official in

15  the State of Arizona.  And I'm saying in that

16  capacity that I believe there is an issue of

17  recordkeeping if, when a voter is canceled for any of

18  the legitimate reasons for which they're canceled,

19  their entire voter history and their record is

20  removed in such a way that the public cannot

21  reconcile the data between the number of ballots that

22  were cast in an election and the number of voters who

23  voted.  That is what I am saying, and that is what I

24  am saying in this press release, yes.

25       Q.   Well, and I'm trying to understand exactly



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   what you're saying.  So you disagree with the way the

2   New Mexico electronic voter system is run,

3   fundamentally; correct?

4        A.   Well, I don't know all the details about

5   how the New Mexico voter registration -- you just got

6   through telling me that I don't have access to all

7   the data; that only certain data is released.  So I

8   can't make an opinion about data that I haven't seen.

9        Q.   Yet you have a lot of opinions, and you're

10  making them publicly about New Mexico --

11       A.   I am.  I do under freedom of speech.

12       Q.   Okay.  Without data; correct?

13       A.   I'm sorry?

14       Q.   Without complete data, you make these

15  conclusions --

16       A.   No, I asked for the complete data, but --

17            (Simultaneous unintelligible crosstalk.)

18            THE COURT:  When Ms. Serafimova asks a

19  question, or speaks, you'll have to stop.

20            THE WITNESS:  Yes, sir.

21            THE COURT:  So don't talk over her.  Once

22  she starts speaking, you let her control her

23  examination.

24            THE WITNESS:  Thank you, sir.

25            THE COURT:  All right.  Ms. Serafimova.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. SERAFIMOVA:  Thank you, Your Honor.
2         Q.   So another hypothetical:  I vote November
3    3.  January, something happens, I move to Colorado.
4    I registered there to vote.  Colorado shares that
5    information with the Secretary of State's Office.  So
6    by April 13, I don't show up on your file.  Do you
7    still think there is a recordkeeping issue at the
8    very least, yes or no?
9         A.   Yes.
10        Q.   And then I vote November 3.  January, I'm
11   disappointed with the results, I say:  I'm never
12   doing this again.  I cancel my registration.  By
13   April 13, I am no longer on that file that you
14   receive.  You still believe that at the very least
15   there is an issue of recordkeeping, yes or no?
16        A.   Yes.
17        Q.   And then least favorite hypothetical:  I
18   vote number 3, and then I die before April 13.  So by
19   the time you get that file from the Secretary of
20   State's Office, I am not on there.  You still believe
21   that at the very least there is an issue of
22   recordkeeping, yes or no?
23        A.   Yes.
24        Q.   All right.  And however, the Vote Ref
25   website does not explain any of this, right; it does
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   not explain what your belief is actually based on,

2   yes or no?

3        A.   Yes.  I believe --

4        Q.   It does not explain, yes?

5        A.   No, I would say that, yes, it explains.  So

6   there is another website called VoterReference

7   Foundation.com, where I put up more editorial pieces.

8   The very piece on there talks about voter

9   registration records with like 1/1/1900 as the date

10  of birth.  So I speak about it.  The Vote Ref website

11  is purely data.  There is no commentary anywhere on

12  there.  So I link to the other website for

13  commentary.

14       Q.   Okay.  So if, in discovery in this case, we

15  request any and all documents that show where you

16  explain that these discrepancies, what you call

17  discrepancies, could be based on perfectly legitimate

18  and reasonable reasons, we will find a document that

19  contains that explanation, yes or no?

20       A.   Yes.

21       Q.   Okay.

22       A.   And video.

23            MS. SERAFIMOVA:  We will -- on the record,

24  that's one of our first discovery requests.

25       Q.   Okay.  Now, a number of states have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   disputed your methodology, yes or no?
 2        A.   I'm unaware.
 3        Q.   You're unaware?
 4        A.   You're saying a "number of states."  The
 5   ProPublica article had comments from states that
 6   states didn't make to me.  So, yes, based on
 7   ProPublica article, some states had commentary.
 8        Q.   Okay.  According to that article, it says,
 9   on page 3, that they reached out to 12 states
10   including New Mexico.
11        A.   Where are we in the exhibits, m'lady?
12        Q.   So this is stipulated Exhibit D, page 3.
13   It says that they reached out to Colorado,
14   Connecticut, Georgia, Michigan, Nevada, New Jersey,
15   New Mexico, North Carolina, Ohio, Pennsylvania,
16   Virginia, and Wisconsin.  And that's as of March of
17   this year, right, or prior to the publication of the
18   article?  And it says, "In every case, the officials
19   said that the methodology used to identify the
20   discrepancies was flawed, the data incomplete, or the
21   math wrong."
22             MR. GREIM:  Your Honor, I object.  I
23   actually don't see this, not on page 3.  I don't know
24   where Counsel is reading from.
25        A.   I think it's the second paragraph on page
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    4.
 2              MS. SERAFIMOVA:  My apologies.  And I think
 3    this printout is just different from mine.
 4              MR. GREIM:  The paragraph I see is about
 5    ProPublica contacting these people.
 6              MS. SERAFIMOVA:  Correct, yes.
 7         Q.   Okay.  So when you read that in the
 8    ProPublica article, did that concern you?
 9         A.   The entire ProPublica article concerned me.
10         Q.   I'm asking the fact that 12 states believe
11    that your methodology -- despite your experience, and
12    despite your qualifications, 12 other states -- 12
13    states, not other -- because you don't actually
14    represent a state; correct?
15         A.   No, I'm representing Voter Reference
16    Foundation, correct.
17         Q.   So 12 election officials disputed --
18    according to ProPublica -- disputed your methodology.
19    Did that concern you at all?
20         A.   Is that a yes-or-no question?
21         Q.   Yes.  Yes or no, did that concern you?
22         A.   I'm ambivalent.  So it's not really a yes
23    or no answer.
24         Q.   Okay.  So you're ambivalent to the
25    feedback?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    Yes.

2      Q.    All right.  And you didn't change anything

3  about your methodology after receiving this?

4      A.    No, I started sending snapshots.  I think

5  it was earlier than the publication of this article I

6  started sending snapshot and look-back FOIAs to

7  account for cancellations, and get closer to November

8  3.

9      Q.    And then, what I believe was page 5 of the

10  article -- but it may be page 6 in your binder -- you

11  are quoted as having said, "In each of the states

12  we've researched to date, the election data math

13  simply doesn't add up."

14      A.    That requires reform.  "We seek this reform

15  through the sustained spotlighting of accuracy," yes,

16  that's me.

17      Q.    And this was based simply on taking one

18  number and subtracting a different number, and

19  receiving something other than a zero; is that right?

20  Like in New Mexico:  928 minus 924.  The answer is

21  greater than zero, we need reform; yes or no?

22      A.    The files are incomplete, yes, we need

23  reform.  Yes, correct.

24          MS. SERAFIMOVA:  Okay.  No other questions.

25  Thank you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE WITNESS:  Thank you.

 2              THE COURT:  Thank you, Ms. Serafimova.

 3              Mr. Greim, do you have redirect of Ms.

 4    Swoboda?

 5              MR. GREIM:  Your Honor, I don't think we

 6    actually do.

 7              THE COURT:  Okay.  All right.  Ms. Swoboda,

 8    you may step down.  Thank you for your testimony.

 9              MR. GREIM:  Your Honor, I have a question

10    about how late --

11              THE COURT:  We're going to have to do a

12    drop-dead about 5:30.  The building kind of turns

13    into a pumpkin about that time.  So give it the best

14    shot you have.  And if we need to reschedule -- I

15    know you're from out of town and stuff, if we need to

16    do some stuff by Zoom, as long as y'all agree, I'm

17    game.  I'll try to make it as easy for you as

18    possible.

19              MR. GREIM:  We're flying to Kansas City in

20    a small plane, and supposedly, there are

21    thunderstorms.

22              THE COURT:  That's not the place I'd want

23    to go in a small plane.

24              MR. GREIM:  I think what we might do, Your

25    Honor, in order to get a little more of our folks
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    in -- if it's almost 5:00 right now -- I would
 2    normally have called my next plaintiff here, she's
 3    right here.  I think I would like to try to get to
 4    Ms. Vigil, the Secretary of State's --
 5              THE COURT:  Would that be okay with you?
 6              MS. SERAFIMOVA:  Well, Your Honor, if we
 7    can agree to a stipulation, as it were, I do have
 8    just two minutes of questions, I think, for Ms.
 9    Steinberg.  And it goes to standing, which is the
10    jurisdictional, and it's very important for our case,
11    I believe.  So if we can do that --
12              THE COURT:  Do you mind her asking those
13    questions?
14              MR. GREIM:  Well, I say, if we're going to
15    do that, I wouldn't mind her --
16              THE COURT:  Just put her on?
17              MR. GREIM:  Put her on.  We'll do it.
18              THE COURT:  Okay.  All right.
19              Ms. Steinberg, if you'll come up and stand
20    next to the witness box.  Before you're seated,
21    Ms. Rotonda will swear you in.
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    HOLLY STEINBERG,

 2        after having been first duly sworn under oath,

 3        was questioned and testified as follows:

 4                    DIRECT EXAMINATION

 5             THE COURT:  Ms. Steinberg.  Mr. Miller.

 6   BY MR. MILLER:

 7        Q.   Can you please state your name for the

 8   record?

 9        A.   Holly Steinberg.

10        Q.   Ms. Steinberg, where do you live?

11        A.   Here in Albuquerque.

12        Q.   And what do you do for a living?

13        A.   I am retired, but I just recently, about a

14   year ago, went to work for a nonprofit organization

15   to help them out part-time.

16        Q.   What did you do before you retired?

17        A.   I was an administrator at 911.

18        Q.   And what do you do now at your new job?

19        A.   My new post, I am helping to build a

20   grassroots organization.  And I contact people to see

21   if they are interested in being a part of that.

22        Q.   Okay.  Are you a registered voter?

23        A.   I am.

24        Q.   You mentioned that part of your job is, you

25   know, working with grassroots groups.  Have you been
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    involved in grassroots or political groups outside of
2    your new job?
3         A.   I have volunteered to help my ward in the
4    Republican Party.  I was asked to help start
5    contacting people to join in meeting, and letting
6    people know what's going on.  And I have done that
7    very little, but somewhat.  And so in that regard,
8    I'm involved in getting the word out and calling
9    people on the phone.
10        Q.   Are there particular issues that you focus
11   on when you're trying to get the word out, as you
12   said?
13        A.   In that regard, no, just letting them
14   become familiar with there is a ward; there is a
15   chair; there is a process that we go through to meet
16   to get everybody involved, and let them know what's
17   going on.
18             In my other capacity, in the grassroots
19   area, I do more issue-based work, and I reach out to
20   people through a survey, and request them give us
21   opinions on what they feel are important issues in
22   the state.
23        Q.   Would you say that you're generally
24   concerned or interested in voter participation?
25        A.   Oh, absolutely.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        Q.   And what about voter or election
2   transparency?
3        A.   Absolutely.
4        Q.   You've talked about some of these
5   activities you've engaged in with different groups
6   and different issues.  Have any of those activities
7   changed recently, say, in the last two or three
8   months?
9        A.   My activities, or --
10       Q.   Yes, your activities relative to those
11  groups or with those groups?
12       A.   Well, part of working with the Republican
13  Party in my ward, making phone calls, it was rather
14  difficult to find information to be able to phone
15  call people and say:  Hey, would you be interested in
16  coming to a meeting on Tuesday night or whatnot.  I
17  couldn't find data.  And a lot of times I'd spend
18  time looking on the internet finding phone numbers or
19  some way to contact people.  I'm old enough that I
20  don't want to go door to door.  I'm not very capable
21  of that.  So I've stopped doing that so much.  As of
22  recent, I've not made a lot of effort to forward that
23  movement.
24       Q.   Have you ever reviewed your own voter
25  history?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   I have.

2    Q.   How did you do that?

3    A.   First of all, the Secretary of State, I

4    looked my information up on that; both my husband and

5    I did that, just to see if it was accurate.  And it

6    is.  The other area that was when I first became

7    aware of this suit, I went to Voter Reference and

8    looked up my information.

9    Q.   So how are you familiar kind of with this

10   case or how did you get involved with this case?

11   A.   My boss was talking about -- we were

12   talking about elections, and we were talking about

13   this, and I became aware of it that way.

14   Q.   If the data on VoteRev.com -- now down for

15   New Mexico -- was still available, would you use it?

16   A.   I would, if it would help me contact people

17   and get them involved in knowing what's available in

18   terms of meetings and communication, yes.

19   Q.   If it was made available again, would you

20   use that data?

21   A.   I think I would.

22   Q.   And you kind of just went into this, but

23   how would you foresee yourself using that data?

24   A.   Well, you start with contacting people who

25   have most recently participated in a vote, a primary

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    or a major election.  Because we are -- those are

2    active people.  And you start there, and then you

3    also ask them to reach out to others around them,

4    neighbors, friends, and ask them to -- if they're in

5    the same community -- to participate in upcoming

6    meetings, and get to know what's going on so they

7    have additional sources of information.

8         Q.   We've heard a lot of talk about this idea

9    of crowd sourcing, kind of checking the veracity of

10   voter information and databases, whether it's New

11   Mexico, or elsewhere.  Would you engage in that kind

12   of crowd sourcing to ensure just that it's accurate

13   to the best of your knowledge?

14        A.   You know, I think it's a good idea,

15   whenever there is information out there about

16   yourself, to make sure it represents you correctly.

17   And I encourage others to do the same thing.  Some of

18   the process of going through and making calls and

19   contacting people in my community is -- it's

20   difficult, because there is really no central source

21   of information.  So I do think that people need to be

22   aware of that and go out and use the tools that are

23   available so they can check and see.

24        Q.   Would you ever deliberately use voter data

25   in a way that's unlawful?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I would hope not.  That would never be my
 2   intention.
 3        Q.   What effect has this case and what you know
 4   about it had on your willingness to discuss issues
 5   surrounding voter data?
 6        A.   It's just kind of given me a feeling of
 7   walking on eggshells.  I want to make sure I'm doing
 8   the right thing.  Integrity is important to me.  And
 9   so I just want to make sure that I don't do anything
10   that would be construed as incorrect.
11        Q.   Have you ever thought about getting voter
12   data directly from the New Mexico Secretary of State?
13        A.   I have thought about it.  It's not
14   something I have avidly pursued.  I understand it can
15   be a costly thing, so I have not pursued that avenue.
16             MR. MILLER:  I don't have anything else at
17   this moment.
18             THE COURT:  All right.  Thank you, Mr.
19   Miller.
20             Ms. Serafimova, do you have
21   cross-examination of Ms. Steinberg?
22             MS. SERAFIMOVA:  Thank you, Your Honor.
23                  CROSS-EXAMINATION
24   BY MS. SERAFIMOVA:
25        Q.   Hello, again, Ms. Steinberg.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Hi.
 2        Q.    So we've been discussing an affidavit
 3   required by statute.  Do you know what I'm talking
 4   about when I say the "affidavit"?
 5        A.    Yes.
 6        Q.    Would it help if I showed you a copy of it?
 7        A.    Sure.
 8        Q.    If you could take a look in your binder,
 9   the tabs that have A through L.  If you could go to
10   tab J.  So this is the most -- you know, the most
11   recent version of the affidavit that we've been
12   talking about, there are other versions but they look
13   very similar.  Have you ever -- you've never signed
14   one of these documents, one of these affidavits, have
15   you?
16        A.    No.
17        Q.    And, therefore, you've never submitted one
18   to the New Mexico Secretary of State's Office;
19   correct?
20        A.    No.
21        Q.    Okay.  You've never submitted one to any
22   clerk's office in New Mexico; correct?
23        A.    No.
24        Q.    You have never paid a fee to the Secretary
25   of State's Office or any clerk's office for voter
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    data, have you?

2         A.   No.

3         Q.   And, in fact, in one of the pleadings, I'll

4    represent to you that in your -- meaning you as the

5    plaintiff -- in your memorandum in support of the

6    motion for preliminary injunction, your attorneys

7    made the representation that you -- it says,

8    "Plaintiff Steinberg does not have the means or

9    desire to independently pay for the data set."  Is

10   that a true statement?

11        A.   Most likely.  I don't know exactly the

12   amount.  But I do not have a lot of discretionary

13   income.  I'm retired, I'm on limited income, with the

14   exception of my little part-time job.  But I would

15   say that would be correct.

16        Q.   Okay.  Because it is in one of your

17   pleadings, so do you have any concerns about -- I

18   need to know is it a correct statement or is it not?

19        A.   It's a correct statement.

20        Q.   Okay.  And so you don't have the means to

21   pay for voter data, you don't intend to ever do so;

22   correct?

23        A.   Correct.

24        Q.   And you've never submitted the affidavit

25   required to get that data; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    And, in fact, you don't have any voter data
 3   in your possession, do you, from any source?
 4        A.    Other than being able to look it up on the
 5   state site for my own self, and my husband, for him.
 6        Q.    Yes.  But the voter data here at issue, for
 7   example, the statewide file that we've been
 8   discussing, you don't have that in your possession;
 9   correct?
10        A.    I don't.  I was given by the ward, I was
11   given some information on a phone list to call people
12   that are in my little neighborhood on my street.
13        Q.    But you obtained that through a request you
14   made of some sort?
15        A.    I didn't make a request.  It was obtained
16   through the chair of our ward.
17        Q.    And when you say "our board" --
18        A.    Ward.
19        Q.    Oh, ward.  I'm sorry, what are you
20   referring to?
21        A.    Our little district.
22        Q.    Okay.  So not from the Secretary of State's
23   Office?
24        A.    No.
25        Q.    And so -- I'm sorry, I need to understand
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    what you're talking about.  So you received -- what

2    exactly did you receive?

3         A.   They gave me a list of names of people that

4    live on my street.  And I tried to look up their

5    numbers through the internet through any program I

6    could find to try to call them and invite them to a

7    meeting.

8         Q.   And so when we speak of voter data, that's

9    actually a term defined under the law, and it refers

10   to information derived from the voter files that the

11   Secretary of State's Office maintains for each and

12   every registered voter in New Mexico.  So when I

13   refer to voter files -- or I'm sorry, "voter data,"

14   with that definition, do you possess any voter data?

15        A.   To my knowledge, no.

16        Q.   And so if you don't possess it, you cannot

17   sell it, can you?

18        A.   No.

19        Q.   And if you don't possess it, you cannot

20   loan it to anybody?

21        A.   Correct.

22        Q.   And you cannot provide access to it to

23   anyone?

24        A.   Correct.

25        Q.   And you could not surrender it, however we

SANTA FE OFFICE                                                                 MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    define that term; correct?

2         A.    Correct.

3         Q.    And so would you agree that, essentially,

4    what you would like is to have access to that data on

5    a website, such as VRF?  Is that a true statement?

6         A.    I would like to have contact information so

7    I could make my calls and let people know there are

8    meetings in their little community that they can go

9    to to learn more about what's going on with the

10   election.

11        Q.    And you would like to have that for free?

12        A.    In an ideal world, yes.

13        Q.    Okay.  And one other thing you mentioned,

14   you mentioned that you believe people should check

15   whether or not their information is correct.  Do you

16   remember that?

17        A.    I do.

18        Q.    And you were able to do that, were you not?

19        A.    On the Secretary of State site, yes.  And

20   one time on the Voter Reference site.

21        Q.    But even without the website, you were able

22   to check your own information on the Secretary of

23   State's Office; correct?

24        A.    That's correct.

25        Q.    And you were also able to check your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

124

```
 1   husband's information on that website?
 2        A.    He was able to do that, yes.
 3        Q.    Okay.  He was able to, or did you do it for
 4   him?
 5        A.    He was able to do that.
 6        Q.    And he shared that with you?
 7        A.    Yes.  We sat down and did it together.
 8             MS. SERAFIMOVA:  Thank you.  No further
 9   questions.
10             THE COURT:  All right.  Thank you,
11   Ms. Serafimova.
12             Mr. Miller, do you have redirect of Ms.
13   Steinberg?
14             MR. MILLER:  I have one question.
15                   REDIRECT EXAMINATION
16   BY MR. MILLER:
17        Q.    Ms. Steinberg, it is true that you would
18   like access and would use data from VRF if it was
19   made available again?
20        A.    Yes.
21             MR. MILLER:  Nothing further.
22             THE COURT:  All right.  Thank you, Mr.
23   Miller.
24             Any further questions?
25             MS. SERAFIMOVA:  No, Your Honor.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  All right.  Ms. Steinberg, you

2     may step down.  Thank you for your testimony.

3          All right.  Mr. Greim, do you have your

4     next witness or evidence?

5          MR. GREIM:  We'll call Ms. Vigil.

6          THE COURT:  All right.  Ms. Vigil, if

7     you'll come up and stand next to the witness box.

8     Before you're seated, Ms. Rotonda will swear you in.

9                    MANDY VIGIL,

10        after having been first duly sworn under oath,

11         was questioned and testified as follows:

12                 DIRECT EXAMINATION

13          THE COURT:  Ms. Vigil.  Mr. Greim.

14     BY MR. GREIM:

15        Q.   Ms. Vigil, what is your title?

16        A.   The State Elections Director.

17        Q.   What are your duties?

18        A.   I oversee the administration of the Bureau

19     of Elections.  So we are responsible for assisting

20     county clerks, election administrators across the

21     state with adhering to the Election Code.  So there

22     are a lot of different programs that go into that

23     administration, but generally, that is the

24     responsibility.

25        Q.   How many people report to you?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    Ten.

 2          Q.    Sounds like you're bigger than Arizona.

 3                Who do you report to directly?

 4          A.    I report to the Deputy Secretary of State

 5   and the Secretary of State.

 6          Q.    That's Ms. Pino and Secretary

 7   Toulouse-Oliver?

 8          A.    Correct.

 9          Q.    You oversee the process of applying for and

10   making available voter data?

11          A.    I do.

12          Q.    The whole thing that we've been here today

13   about; right?

14          A.    All processes that are included in the

15   Election Code, correct.

16          Q.    Is it the Secretary of State's duty to

17   ensure that voter data is disclosed to requesters in

18   accordance with the law?

19          A.    It is.

20          Q.    And to ensure that the voter data is then

21   used by those requesters in accordance with the law?

22          A.    We do have an obligation to follow the

23   state statute, correct.

24          Q.    What does the Secretary of State -- well,

25   let me just ask it this way:  I take it the Secretary
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    of State probably does several things to make sure

2    that the law is being followed in New Mexico; right?

3        A.   We're responsible for providing an

4    administrative process to access that data.  And if

5    we become -- if we're made aware that there is some

6    sort of concern with how that data is being used, the

7    Election Code provides us with an opportunity to

8    refer that to a law enforcement agency.

9        Q.   Do you do anything other than just make the

10   administrative process available?

11       A.   We also provide information to voters,

12   requesters.  And we are also responsible for

13   providing guidance and training to other election

14   administrators, such as the county clerks.

15       Q.   Okay.  So, you know, I know at the federal

16   level there is formal guidance, informal guidance,

17   frequently asked questions, all kind of things.  But

18   I see that on your website you have some informal

19   guidance on the law relating to disclosure of voter

20   data.  You have some of that; correct?

21       A.   Correct.

22       Q.   So if you look at P-3, for example.  Again,

23   I think that binder just has the number 3.

24       A.   Okay.

25       Q.   If you see this is a multi-page document,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    and I'll tell you we pulled it from your website.
 2    Does this document contain some of the guidance that
 3    you make available to requesters?
 4          A.    As a resource.
 5          Q.    And you try to make sure that this material
 6    is completely accurate; correct?
 7          A.    Yes.
 8          Q.    And is correct under New Mexico law?
 9          A.    Correct.
10          Q.    Okay.  You talked about an administrative
11    process.  Are you basically referring to the process
12    by which you accept an affidavit from people?
13          A.    The state law does require that we collect
14    an affidavit, and that we also log the requester, and
15    maintain that log.
16          Q.    Have you ever rejected an affidavit or
17    denied a request by affidavit?
18          A.    No.
19          Q.    Have you ever looked at who the requester
20    is to make sure they say that they are who they say
21    they are?
22          A.    If you can clarify?
23          Q.    Sure.  If somebody -- you know, if you get
24    a request and, you know, it says, you know, Mick
25    Jagger requesting on behalf of, you know, the New
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mexico Democratic Party, do you do anything to make

2    sure that that's a real person and a real

3    organization requesting the data?

4         A.   The form needs to be complete.  It needs to

5    be signed.  And they need to agree to the terms

6    through their signature.  But we do not investigate

7    through a call or reaching out to them, no.

8         Q.   Is it fair to say that you've only done two

9    investigations of requesters?

10        A.   We have not done any investigations of

11   requesters.

12        Q.   Well, okay.  Have you done an investigation

13   of Local Labs and VRF?

14        A.   We did refer both Local Labs and VRF to the

15   Attorney General's Office due to the use, and our

16   concerns with the data being made available online.

17        Q.   And you investigated to come up with the

18   facts that you put into your referral letter;

19   correct?

20        A.   We did research the facts to provide,

21   correct.

22        Q.   And you've also investigated another

23   entity -- and I'm going to get this wrong -- it's out

24   of Otero County, I think.

25        A.   I think it's important that we clarify that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



PROFESSIONAL COURT                                          1-800-669-9492
REPORTING SERVICE                                   e-mail: info@litsupport.com

1    we don't have investigators.  We're not a law

2    enforcement agency.  We did review and we did provide

3    the facts to the best of our knowledge, and turn

4    those over to someone who does have an investigator.

5        Q.   And by the way, you determined that this

6    Otero County group is not connected to VRF; correct?

7        A.   We have not made any determination of a

8    connection.

9        Q.   So does the Secretary of State still

10   believe -- does it believe that VRF is connected to

11   this Otero County group?

12       A.   I don't think we have that information.

13       Q.   Have you ever become aware of a potential

14   violation of the law until ProPublica contacted your

15   office regarding Local Labs and VRF?

16       A.   That is the first time we were made aware.

17       Q.   Now, we talked -- let's change gears for a

18   second here.  We talked about informal guidance on

19   the Secretary of State's website.  The Secretary of

20   State also makes numerous statements about New Mexico

21   law in this area, doesn't she?

22       A.   I don't know what you're referring to.

23       Q.   Okay.  I'm sorry, you're not aware that the

24   Secretary of State, the person you directly report

25   to, has made statements about New Mexico law and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    voter data?

2         A.   Yes, she has made statements.

3         Q.   And does the office first ensure that those

4    statements are accurate before they are made?

5         A.   If you're referring -- if you could be

6    specific about a certain statement.  But, generally,

7    anything that we provide to the public, yes, it is

8    reviewed to ensure that it's accurate.

9         Q.   Are you aware that the Secretary of State

10   has ever made a statement to the public about access

11   to voter data that was incorrect?

12        A.   No.

13        Q.   So it's your position that the statements

14   of the Secretary -- and we'll go through them, I'm

15   just getting some generalities here first -- it's

16   your position that the statements the Secretary of

17   State has made about access to voter data have all

18   been correct under New Mexico law?

19        A.   I can't speak to a statement without

20   knowing what you're referring to.  I can answer that

21   our office publicly makes information available that

22   is accurate and correct.

23        Q.   Okay.  Well, we'll go through the

24   individual ones here in just a moment.

25             Let's talk about the forms now.  Who



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   designs the forms?
 2        A.   Someone in the Bureau of Elections.
 3        Q.   Okay.  Who approves them?
 4        A.   I participate in that approval, along with
 5   a legal review, usually done by our general counsel
 6   or our Deputy Secretary of State.
 7        Q.   Has the Secretary of State's Office ever
 8   authored a form that was inaccurate under New Mexico
 9   law?
10        A.   Ever in the history of the office, I can't
11   speak to.
12        Q.   Okay.  Fair enough.  Let's say in the last
13   two years?
14        A.   Not to my knowledge.
15        Q.   So we're going to look through these forms
16   in a second.  But your testimony is that every single
17   form that's been used in the last two years has been
18   consistent with New Mexico law?
19        A.   I think you're referring to the affidavit.
20   And so we did make a correction to that affidavit
21   once we were made aware that it needed to more
22   strictly align to the statute.  So there was a
23   correction made to the affidavit.
24        Q.   Okay.  Well, let's just jump right into
25   that.  I wasn't going to do that quite yet, but now
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I'm interested.  Who made you aware that there was a

2    problem with the affidavit?

3         A.   At the time, it was our then records

4    custodian.

5         Q.   Who was that?

6         A.   Her name was Raina Trujillo.

7         Q.   When did this take place?

8         A.   It was back in early 2021.

9         Q.   Let's just go ahead and take a look at it.

10   I'm going to have you take a look at Exhibit A.  Do

11   you recognize this document?

12        A.   I do.

13        Q.   What is it?

14        A.   It is a voter information authorization

15   form.

16             MR. GREIM:  By the way, Your Honor, this is

17   where I usually move to admit it.  I don't know if I

18   need to do this or not, but I think we would jointly

19   move for admission of all the stipulated exhibits.

20   This is the very first one.

21             THE COURT:  When you say "stipulated," is

22   that everything in this book?

23             MR. GREIM:  It's everything that's got a

24   letter.

25             THE COURT:  A letter on it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          MR. GREIM:  A through L.

2          THE COURT:  No objection to A through L.

3          MS. SERAFIMOVA:  No.

4          THE COURT:  Are these Joint Exhibits, A

5    through L?

6          MR. GREIM:  They are.

7          THE COURT:  All right.  So Joint Exhibits A

8    through L will be admitted into evidence.

9          MR. GREIM:  A little housekeeping, I'm

10   sorry, Ms. Vigil.

11       Q.   So you mentioned the affidavit.  There are

12   obviously different parts of this request.  So we'll

13   get to the affidavit.  But let's look at the very top

14   box where it says, "Please indicate the purpose of

15   this request."  Then it's got three boxes, okay?

16   Now, here, which box is checked?

17       A.   Election-related.

18       Q.   Okay.  And so is it your understanding that

19   these are the three permissible purposes of use of

20   voter data?

21       A.   I think that these needed to be clarified.

22       Q.   Well, okay.  Is governmental use an

23   appropriate purpose for voter data?

24       A.   It is.  I think there are two defined terms

25   in the state code.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

135

```
 1        Q.   Okay.  Campaign use, is that a permissible
 2   use?
 3        A.   Election campaign, correct.
 4        Q.   Right.  That's what the statute actually
 5   says, isn't it?
 6        A.   Yes.
 7        Q.   Third, it says election related.  Is that a
 8   permissible use?
 9        A.   I think that that is really redundant.  So
10   the code does provide us with two specific purposes,
11   and they are both going to fall under the umbrella of
12   being election related.  But it specifies them in
13   indicating that the government use in particular, or
14   an election campaign.
15        Q.   Okay.  And so do you think there are some
16   uses that are election related that are not election
17   campaign related?
18        A.   I think any of the permissible use as the
19   legislature intended, it does specify those under
20   those two uses:  Government and election campaign.
21        Q.   Okay.  Here's my specific question to you:
22   Do you think that there are some election-related
23   uses that are not election campaign uses?
24        A.   I think that we would need a little bit
25   more information to be able to understand how it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   going to be utilized.  And, generally, it's either
 2   going to be, you know, an election administrator, a
 3   campaign, or somebody directly involved in the
 4   election process.
 5       Q.   I see.  So what if it's an observer of the
 6   election campaign who is advocating for changes to
 7   election laws?  Would you say that it's not an
 8   election-campaign-related use?
 9       A.   I think that it would need some analysis,
10   and that's why we have legal guidance.  I would
11   probably seek information from our general counsel.
12       Q.   Well, why was the election-related category
13   taken off the form?
14       A.   Again, as I mentioned, in reviewing the
15   state code, and wanting to provide clarity to the
16   requesters, to anyone using the form, including our
17   state county clerks who would like clear, bright
18   lines, that is the purpose of our office is to
19   provide guidance where there is something that needs
20   clarity.  And in doing analysis of what the
21   legislature intended, we reviewed that portion of the
22   code and updated the form accordingly, that provided
23   for the two defined specific purposes.
24       Q.   Was this at the same time that you received
25   the report from Ms. -- was it Trujillo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    No, the form for Ms. Trujillo predates

2    this.

3        Q.    All right.  We'll return to that topic.

4    Let's move on down here.  So we get down to the

5    authorization at the bottom?  Now, is this the

6    affidavit that is required under the statute?

7        A.    Yes.

8        Q.    And so first you see there is just sort of

9    a statement under the word "authorization."  And

10   we'll come back to that in a second.  Then you'll see

11   it says, "I hereby swear that the requester will not

12   use, or make available to others to use, the

13   requested material for purposes other than

14   governmental election research and campaign purposes

15   under penalty of law."

16            Did I read that right?

17       A.    Yes.

18       Q.    Okay.  Is this the language that

19   Ms. Trujillo said needed to be fixed to comply with

20   the law?

21       A.    In part, yes.

22       Q.    What else did she convey?  This and what

23   else?

24       A.    So these predate the form that was used

25   before this that was updated.  Also removed the check

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    box for "research and other."

2         Q.   Okay.   Okay.   So one of the issues she

3    raised was that another version of this form had

4    extra check boxes at the top; is that right?

5         A.   Yes.

6         Q.   And those check boxes also had a box for

7    research?

8         A.   Yes.

9         Q.   Okay.   That should have been an exhibit.

10   I'm actually not seeing it.

11        A.   Exhibit H.

12        Q.   Is the older form, Exhibit H?

13        A.   It is.

14        Q.   So when was this change made?

15        A.   In early 2021, January.

16        Q.   Okay.   So just a few months before

17   Mr. Lippert signed Exhibit B?

18        A.   I don't see the date on his form.   March,

19   yes.

20        Q.   And so one thing that was changed is that

21   "research and other" were taken off from the top box?

22        A.   Correct.

23        Q.   I see that no change was made to the

24   bottom, though, to the affidavit?

25        A.   Correct.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   So maybe I misunderstood.  Did Ms. Trujillo
 2   suggest making a change to that affidavit?
 3        A.   It was an oversight to not align that with
 4   the top portion.
 5        Q.   I see.  So your position, then, would be
 6   that the bottom affidavit, that bottom sentence, "I
 7   hereby swear" is correct, but maybe the word
 8   "research" should have been taken out?
 9        A.   Correct.
10        Q.   Okay.  Otherwise, it's accurate, though?
11        A.   Correct.
12        Q.   So that was eventually changed, though,
13   wasn't it?
14        A.   It was.
15        Q.   Now, if it was accurate before, why was it
16   changed?
17        A.   Again, you know, anytime we're made aware
18   of a process, a procedure, we receive feedback from
19   external customers, our partners, which are
20   stakeholders, county clerks, you know, we're going to
21   evaluate and make adjustments.  We want to improve,
22   we want to modernize.
23             So based on feedback, you know, that's when
24   the adjustment was made, again, to provide clarity,
25   and to specifically align with the statute to avoid
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    confusion.

2         Q.   So that change was made on February 10th;

3    correct?

4         A.   Correct.

5         Q.   Now, you said feedback from stakeholders

6    and all these other people.  Who suggested to you

7    that the authorization needed to be changed?

8         A.   It came out of a conversation mainly with

9    one of our county clerk offices.  As we all have an

10   awareness, 2020, there is a lot of interest in the

11   election process.  We receive inquiries into our

12   procedures and our process daily, multiple times a

13   day.  And so it is always kind of a work in progress.

14   We want to improve.  So this specifically came out of

15   a conversation with the Otero County Clerk.

16        Q.   Okay.  So this happened just in February of

17   2010.  What was the reason the Otero County Clerk

18   raised?  How did this come to that clerk's attention?

19        A.   Sure.  So they are inundated with records

20   requests at this point in that time, you know, along

21   with interest in the 2020 election.  We have also

22   just experienced the need to ensure the election

23   security of our processes, both a cyber issue and a

24   physical issue.  And part of that is making sure that

25   we are consistently providing correct and consistent

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    public records, but that we are protecting

2    information that needs to be protected.

3              So it is something that we provided

4    guidance to the counties on.  She reached out based

5    on a forensic audit that was being approved by her

6    county commission, and she had a very long list of

7    public records.  One of those items was a request for

8    voter rolls.  And when she brought that to us, she

9    was using a form that was not the prescribed form.

10   So for voter data our office prescribes that form.

11   So that's when it was really an issue raised of,

12   number one, that's not the right form; and number

13   two, in reviewing our form, it can be helpful to

14   provide clarity based on the questions she's getting

15   of trying to get this information consistently.

16        Q.   Is it your testimony that the authorization

17   that's in Exhibit I is consistent with New Mexico

18   law?

19        A.   Yes.

20        Q.   But you also claim that the authorization

21   under Exhibit A is consistent with New Mexico law?

22        A.   I don't think it is an issue of not being

23   consistent with the law.  I think it is important to

24   provide as much clarity as we can.

25        Q.   Okay.  But my question wasn't that, though.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    My question was:  Is it your testimony that the

2    authorization in Exhibit A is consistent with New

3    Mexico law?

4         A.    They are both.

5         Q.    We kind of beat around the bush earlier

6    about what election related means, that it can be

7    different from campaign related.  Let me ask you if

8    VRF, our client here, requested data, obtained the

9    data itself; let's say you had filled one of the

10   requests.  Someone had said:  Hey, just fill out this

11   form.  You filled out the form.  And they agreed --

12   let's just say right now, they agreed they weren't

13   going to send the data to anyone else.  They were

14   just simply going to analyze it, and then publish

15   this information about the discrepancy.

16             Okay.  Is it the Secretary of State's view

17   that that is consistent with New Mexico law; that

18   that is an election-related use that would be

19   allowed?

20        A.    The issue is not their use of obtaining the

21   data.  It was really the distribution that was the

22   concern with VRF in particular.  So we would have not

23   denied a request, given the scenario you described.

24   If they would have selected a relevant purpose, we

25   would have provided the data to Vote Ref directly.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

1      Q.   So your testimony today, you would have

2  provided the data so long as it was not shared with

3  anyone else?

4      A.   It has to be utilized lawfully.  And we

5  feel that putting that online for the world to access

6  is not a lawful use, and it raises security concerns.

7      Q.   Okay.  So my question, though, is simply

8  that the only thing -- your testimony today is that

9  the only thing that makes its use unlawful is that

10 others can see it on the internet.  Is that correct?

11          THE COURT:  Hold on just a second.

12          MS. SERAFIMOVA:  Objection.  It does call

13 for a legal conclusion in this situation;

14 particularly, she's not an attorney.

15          THE COURT:  Well, but these are things that

16 the election director supervises.  So if she can't

17 answer the question, she can say it.  But I think

18 probably she has knowledge as to why this was

19 changed.  Overruled.

20      A.   So my statement was that we have not had a

21 practice of denying for a fully completed affidavit,

22 which provides the legally authorized purposes, and

23 we would have provided the data, if they had

24 completed the affidavit appropriately.

25      Q.   Okay.  But that wasn't my question, okay?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I'm just going to say it point blank:  Assuming that

2    they don't share the data, is using the data, as VRF

3    has been for its discrepancy analysis, is that an

4    authorized purpose under New Mexico law in the view

5    of the Secretary of State's Office?

6            THE COURT:  If you're going to have a

7    talking objection, maybe you need to come up here to

8    the bench.

9            MS. SERAFIMOVA:  Yes.

10           (The following proceedings were held at the

11   bench.)

12           MS. SERAFIMOVA:  So, Your Honor, again, she

13   has testified that they basically do a ministerial --

14   they look at the affidavit.  If it's filled out, they

15   process it.  That's the first function.  That's not

16   an appropriate question, really calls for a legal

17   conclusion on a hypothetical.

18           THE COURT:  Maybe.  Maybe.  This is

19   factual.  She knows why this stuff was changed, so I

20   need to hear it.  I'm going to allow the question.

21   If she can't answer it, fine.  But I think that I

22   need to hear it.  Why was this stuff changed?

23           MS. SERAFIMOVA:  That wasn't the question.

24           THE COURT:  I know it's not, but these were

25   foundational questions.  So I'll let them ask it.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492
                        BEAN                    e-mail: info@litsupport.com
                    &ASSOCIATES, Inc.
                    PROFESSIONAL COURT
                      REPORTING SERVICE

```
 1            When you get to a stopping point, we need
 2    to shut it down, but I don't want to stop you in the
 3    middle of this.
 4            (The following proceedings were held in
 5    open court.)
 6            THE COURT:  All right.  Mr. Greim.
 7    BY MR. GREIM:
 8       Q.   I'm trying to understand how your office
 9    applies the definition of election related, okay, and
10    how it compares to election campaign related.  I'm
11    trying to understand that change in the document.
12            And so I'm giving you a hypothetical that
13    may not comport with how the form normally looks,
14    okay?  I'm asking you to assume that you know certain
15    facts, okay?
16            So the facts I'm asking you to assume are
17    that Voter Reference Foundation is not going to share
18    the data on its website like it does today.  Instead,
19    Voter Reference Foundation is going to do this data
20    analysis, and then issue a press release about a
21    discrepancy between the file and, you know, the
22    voters who actually voted.  That's the use, okay?
23            So, as the agency responsible for enforcing
24    this, is it the Secretary of State's position that
25    that is an election related, or an election campaign
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    related use?

2         A.   I think that there is no strict

3    prohibition.  And I think it would require a

4    consultation with my legal counsel to ensure that we

5    are consistently providing the data.

6         Q.   What more would you need to know?

7         A.   I think that we would need to do a legal

8    analysis.  I'm not an attorney.

9         Q.   I'm trying to understand what about

10   election -- I'm trying to understand what activities,

11   what purposes of speech, election related encompassed

12   that are no longer allowed under the new form.

13        A.   And I think we have very clear guidance on

14   two purposes that we can provide a response for a

15   requester on.  I think, if it needs a legal analysis,

16   we would seek that from our general counsel.

17        Q.   Okay.  If you learned that someone is using

18   the data for a purpose that, in your view, does not

19   comport with this form, we've seen that you will

20   refer that person for criminal prosecution; correct?

21        A.   The circumstance was not about one of those

22   two definitions.  It was very clear about how that

23   information was being made public.  It was a concern

24   for the voter's privacy.  It was not based on any

25   analysis of using it to make some determination of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   what's being called, incorrectly, "a discrepancy."
 2        Q.   I see.  And so the reason that Voter
 3   Reference Foundation was referred was because of a
 4   concern for voter privacy?
 5        A.   It was the distribution of the voter data.
 6        Q.   And the Secretary of State's position is
 7   that the requester can never, ever, ever share the
 8   voter data; is that correct?
 9             MS. SERAFIMOVA:  Objection, Your Honor.
10             THE COURT:  Overruled.
11        A.   There are specific prohibitions in our
12   Election Code.  And we do feel like our analysis in
13   this circumstance of publishing the information
14   online for the world is a violation of those
15   prohibitions.
16        Q.   And we are here -- we're just about done --
17   we are here to understand exactly what parts of VRF's
18   conduct caused the referral.  And so my question is:
19   Is it the use, or is it the sharing?
20        A.   Sure.  So, you know, in the authorization
21   itself, we can look through kind of those itemized
22   items, and it indicates they cannot sell, loan,
23   provide access to -- so providing access to -- or
24   otherwise surrender voter information.  And they
25   cannot use it for any commercial purpose.  So I would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    point directly to, in your scenario described,

2    provide access to or otherwise surrender this

3    information.

4         Q.   Now, you're looking at the newer one,

5    though, not the one that Local Labs signed; right?

6         A.   I am using that as a reference, because I

7    don't have the Election Code in front of me.  So it

8    is the distribution, the providing access to, the

9    duplication, and sharing of that information.

10        Q.   I see.  So if anyone shares -- if any

11   requester shares information, it is your position

12   that they have made a false affidavit, and they have

13   violated the law; is that correct?

14             MS. SERAFIMOVA:  Objection, Your Honor.

15             THE COURT:  Well, she can state her

16   position.  If you want to argue something

17   different -- but I think I need to hear from the

18   witness.  Overruled.

19        A.   I'm sorry.  Can you restate your question?

20        Q.   Well, I'm just going to go to the form.

21   I'll go along with you and make this a clear

22   question, and this will be just about it, because

23   we're all turning into pumpkins and squashes here.

24             I'm on Exhibit I.  So it is your position,

25   first of all, that the authorization is a guide to

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                          1-800-669-9492
                         BEAN                                  e-mail: info@litsupport.com
                  & ASSOCIATES, Inc.
                  PROFESSIONAL COURT
                     REPORTING SERVICE

1    what New Mexico law allows; correct?

2         A.   Correct.

3         Q.   And there are four bullet points there that

4    you've got to initial; right?

5         A.   Right.

6         Q.   And the very first one says, "sell, loan,

7    provide access to, or otherwise surrender

8    information"; right?

9         A.   Correct.

10        Q.   So it's your position that if anyone does

11   those things, regardless of why they do it, they are

12   violating New Mexico law?

13        A.   Correct.

14             MR. GREIM:   Okay.  Your Honor, we'll stop

15   there.

16             THE COURT:   All right.  Do y'all want to

17   get back together and continue this?  I mean --

18             MS. SERAFIMOVA:   Not necessarily in person,

19   but yes.

20             THE COURT:   I'll make it as easy as y'all

21   agree to do.  If you disagree, then I can get back on

22   the phone and work it out with you.  But I assume you

23   want to continue this hearing?

24             MR. GREIM:   We'll agree one way or another.

25             THE COURT:   Okay.  But y'all want to get


SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492
                   BEAN & ASSOCIATES, Inc.
                   PROFESSIONAL COURT
                   REPORTING SERVICE               e-mail: info@litsupport.com

```
 1   back together?

 2             MR. GREIM:  I think we do.

 3             THE COURT:  Why don't y'all talk, it

 4   doesn't have to be tonight, why don't you talk to

 5   Ms. Rotonda about how much time you need and when you

 6   want to get back together, and try to make myself

 7   available.

 8             MR. GREIM:  I had some questions for you

 9   about what you'd like for us -- you had some

10   questions, you came in with -- you know, we orally

11   responded.  At the end of this process -- I don't

12   know if you do this -- but would you like proposed

13   findings?

14             THE COURT:  It's totally up to y'all.

15   Y'all might talk about that.  If y'all want to submit

16   proposed findings of fact and conclusions of law, you

17   can.  If you want to have written closings, if you

18   want to do oral closings, if you want to do all

19   three, that's fine.  Why don't y'all talk about it.

20   And if you can't agree, then I'll listen to your

21   arguments and decide.  I'll probably let you say what

22   you want.  So if you want to do those things, that's

23   fine with me.  And if somebody doesn't want to do

24   them, they don't have to do them.

25             MR. GREIM:  If I could be so bold, what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    would be most helpful for the Court?

2              THE COURT:  Well, it's always helpful to a

3    court to give proposed findings of fact and

4    conclusions of law.  But I know that that's

5    expensive, time consuming, and all that, so I don't

6    force it on you.  But if you want to do it, it's

7    always helpful.  Is that helpful?

8              MR. GREIM:  Yes.

9              MS. SERAFIMOVA:  Very much, as long as we

10   have some time to do it.

11             THE COURT:  Well, y'all be thinking also

12   about the time schedule.  I want to be a good judge.

13   You're the plaintiff; you want a preliminary

14   injunction, I want to give it in a timely way.  But I

15   would also like to think about some of this stuff.

16   So y'all kind of think about at what point do I quit

17   being a good judge, not getting you a ruling here.

18   So think about that as well.

19             Anything else we need to discuss while

20   we're together?  Anything else I can do for you

21   tonight, Mr. Greim?

22             MR. GREIM:  I think that's all.

23             THE COURT:  How about you from the State?

24   All right.  I appreciate y'all's hard work, your

25   presentations.  And we'll see you shortly.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. GREIM:  Just to be clear, we're not

2    finished with Ms. Vigil.

3           THE COURT:  I understand.  All right.

4    Y'all have a good evening.  Be safe.

5           (The Court stood in recess.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                    C-E-R-T-I-F-I-C-A-T-E

2

3    UNITED STATES OF AMERICA

4    DISTRICT OF NEW MEXICO

5

6

7          I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages constitute

10   a true transcript of proceedings had before the said

11   Court, held in the District of New Mexico, in the

12   matter therein stated.

13         In testimony whereof, I have hereunto set my

14   hand on May 24, 2022.

15

16

17

18         _____
           Jennifer Bean, FAPR, RMR-RDR-CCR
19         Certified Realtime Reporter
           United States Court Reporter
20         NM CCR #94
           333 Lomas, Northwest
21         Albuquerque, New Mexico 87102
           Phone:   (505) 348-2283
22         Fax:     (505) 843-9492

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com