IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **VOTER REFERENCE FOUNDATION, LLC** and **HOLLY STEINBERG** | ) ) ) | CASE NO: 1:22-cv-00222-JB-KK |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| **HECTOR BALDERAS**, in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | ) ) ) ) ) ) ) | **JOINT REQUEST FOR REMOTE APPEARANCE** |
| Defendants. | ) | |

## JOINT REQUEST FOR REMOTE APPEARANCE

COME NOW Plaintiffs Voter Reference Foundation, LLC ("VRF") and Holly Steinberg and Defendants Secretary of State Maggie Toulouse Oliver and Attorney General Hector Balderas, by and through counsel, and jointly request to appear via Zoom for the Status Conference scheduled for Thursday, June 2, 2022 at 9:00 a.m.

Respectfully submitted this 27th day of May 2022.

                                                **GRAVES GARRETT, LLC**

                                                */s/ Edward D. Greim*
                                                Edward D. Greim
                                                Missouri Bar No. 54034
                                                *Admitted Pro Hac Vice*
                                                GRAVES GARRETT LLC
                                                1100 Main Street, Suite 2700
                                                Kansas City, Missouri 64105
                                                Tel.: (816) 256-3181
                                                Fax: (816) 222-0534
                                                edgreim@gravesgarrett.com

**HARRISON, HART & DAVIS, LLC**
*/s/ Carter B. Harrison*
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiffs*


*/s/Olga Serafimova*
Olga M. Serafimova
Senior Civil Counsel
P.O. Drawer 1508
Santa Fe, NM 87501-1508
(505) 490-4060
(505) 490-4046
oserafimova@nmag.gov

*Counsel for Defendants*