UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

| | | | |
|---|---|---|---|
| **CASE NO.** | CIV 22-0222 JB/KK | **DATE:** | 5/17/2022 |

**TITLE:** *Voter Reference Foundation, LLC, et al. v. Balderas, et al.*

| | | | |
|---|---|---|---|
| **COURTROOM CLERK:** | L. Rotonda | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 2:27 PM | **TOTAL TIME:** | 2:58 |

**TYPE OF PROCEEDING:** MOTION HEARING

**COURT RULING/DISPOSITION:**
1. Plaintiff's Motion for Preliminary Injunction [3] – see below.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
Eddie Greim
Matthew Mueller

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
Olga Serafimova

**PROCEEDINGS:**

**COURT IN SESSION: 2:27 PM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES. COURT NOTES THAT FOLLOWING HEARING LAST WEEK, COURT HAS BEGUN PUTTING ORDER TOGETHER, ADDRESSES COUNSEL REGARDING ISSUES ON WHICH COURT IS FOCUSING.

**2:33 PM** PROVIDES COURT'S INCLINATION AS TO PLAINTIFF'S BURDEN OF PERSUASION IN ORDER TO OBTAIN INJUNCTIVE RELIEF.

**2:37 PM MR. GREIM:** INDICATES THAT PARTIES HAVE REACHED STIPULATIONS AS TO FACTS AND EXHIBITS, HAS TENDERED BINDER OF HARDCOPY EXHIBITS. DELIVERS OPENING ARGUMENT ON BEHALF OF PLAINTIFFS.

**COURT:** QUERIES COUNSEL.

**2:43 PM  MR. GREIM:**  RESPONDS TO COURT'S QUERIES, RESUMES ARGUMENT.

**3:08 PM  MS. SERAFIMOVA:**  DELIVERS OPENING ARGUMENT ON BEHALF OF DEFENDANTS.

**3:14 PM  COURT:**  QUERIES COUNSEL.

**MS. SERAFIMOVA:**  RESPONDS TO COURT'S QUERIES.

**3:31 PM  MR. GREIM:**  PLAINTIFFS CALL TINA SWOBODA (SWORN); QUESTIONS MS. SWOBODA ON DIRECT EXAMINATION.  MOVES FOR ADMISSION OF PLAINTIFFS EXHIBIT NOS. 1, 2.

**MS. SERAFIMOVA:**  NO OBJECTION.

**COURT:**  ADMITS PLAINTIFFS' EXHIBIT NOS. 1, 2.

**3:55 PM  MS. SERAFIMOVA:**  QUESTIONS MS. SWOBODA ON CROSS EXAMINATION.

**COURT IN RECESS: 4:01 PM**

**COURT IN SESSION: 4:15 PM**

**MS. SERAFIMOVA:**  RESUMES QUESTIONING MS. SWOBODA ON CROSS EXAMINATION.

**4:51 PM  COURT:**  EXCUSES MS. SWOBODA.

**4:52 PM  MR. MUELLER:**  PLAINTIFFS CALL HOLLY STEINBERG (SWORN); QUESTIONS MS. STEINBERG ON DIRECT EXAMINATION.

**MS. SERAFIMOVA:**  QUESTIONS MS. STEINBERG ON CROSS EXAMINATION.

**5:07 PM  MR. MUELLER:**  QUESTIONS MS. STEINBERG ON REDIRECT EXAMINATION.

**COURT:**  EXCUSES MS. STEINBERG.

**5:08 PM  MR. GREIM:**  PLAINTIFFS CALL MANDY VIGIL (SWORN); QUESTIONS ON DIRECT EXAMINATION.  MOVES FOR ADMISSION OF JOINT EXHIBIT NOS. A – L.

**MS. SERAFIMOVA:**  NO OBJECTION.

**5:19 PM  COURT:**  ADMITS JOINT EXHIBIT NOS. A – L.

**5:31 PM  MS. SERAFIMOVA:**  REQUESTS BENCH CONFERENCE.

**COURT:**  CONDUCTS SAME.

**5:32 PM  OPEN COURT.**

**5:37 PM  MR. GREIM:**  INDICATES NOTHING FURTHER ON DIRECT EXAMINATION.

**5:38 PM  COURT:**  DIRECTS COUNSEL TO DISCUSS WHETHER THEY WISH TO SUBMIT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, CONTACT CRD REGARDING SETTING DATE AND TIME TO RESUME HEARING.

**COURT IN RECESS:  5:40 PM**