IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION,**
**LLC and HOLLY STEINBERG,**

    **Plaintiffs,**

v.                                                                     Case No. 1:22cv222 JB-KK

**HECTOR BALDERAS, in his official**
**Capacity as New Mexico Attorney General,**
**and MAGGIE TOULOUSE OLIVER, in her**
**official capacity as New Mexico Secretary**
**of State,**

    **Defendants.**

## NOTICE OF REQUEST TO ATTEND HEARING VIA ZOOM

Carter B. Harrison, IV (Harrison Hart & Davis LLC) counsel for Plaintiffs, hereby requests that he be allowed to attend the Status Conference Hearing, currently scheduled for June 2, 2022 at 9:00 a.m. in front of the Honorable James O. Browning, remotely via Zoom.

                                                  Respectfully submitted,

                                                  HARRISON HART & DAVIS LLC

                                                  By:*/s/ Carter B. Harrison, IV*
                                                  Carter B. Harrison, IV
                                                  924 Park Ave. SW, Suite E
                                                  Albuquerque, NM 87102
                                                  505-295-3261
                                                  carter@harrisonhartlaw.com

                                                  *Attorneys for Plaintiffs*

I hereby certify that on this 31st  day of May, 2022
I electronically filed the foregoing with the
Clerk of the Court using CM/ECF causing services
on all parties.

By: <u>*/s/ Carter B. Harrison, IV*</u>
     Carter B. Harrison, IV