IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC** and **HOLLY STEINBERG** | ) ) ) CASE NO: 1:22-cv-00222-JB-KK |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| **HECTOR BALDERAS**, in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | ) ) **JOINT REQUEST FOR** ) **REMOTE APPEARANCE** ) ) ) ) |
| Defendants. | ) |

**JOINT REQUEST FOR REMOTE APPEARANCE**

COME NOW Defendants Secretary of State Maggie Toulouse Oliver and Attorney General Hector Balderas and Plaintiffs Voter Reference Foundation, LLC ("VRF") and Holly Steinberg, by and through counsel, and jointly request to appear along with all remaining witnesses via Zoom for the preliminary injunction motion hearing scheduled for Wednesday, June 15, 2022 at 10:00 a.m.

Respectfully submitted this 10th day of June 2022.

*/s/Olga Serafimova*

Olga M. Serafimova

Senior Civil Counsel
P.O. Drawer 1508
Santa Fe, NM 87501-1508
(505) 490-4060
(505) 490-4046
oserafimova@nmag.gov

*Counsel for Defendants*

**GRAVES GARRETT, LLC**

*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
Admitted Pro Hac Vice
GRAVES GARRETT LLC 1100
Main Street, Suite 2700 Kansas City,
Missouri 64105
Tel.: (816) 256-3181

**HARRISON, HART & DAVIS, LLC**
*/s/ Carter B. Harrison*
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiffs*