IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION,** **LLC** and **HOLLY STEINBERG** | CASE NO: **1:22-cv-00222-JB-KK** |
| Plaintiffs, | |
| v. | |
| **HECTOR BALDERAS**, in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | **JOINT NOTICE OF** **OF EXHIBITS** |
| Defendants. | |

## JOINT NOTICE OF EXHIBITS

COME NOW Plaintiffs Voter Reference Foundation, LLC and Holly Steinberg and Defendants Secretary of State Maggie Toulouse Oliver and Attorney General Hector Balderas, by and through counsel, and per the request of the Court, jointly file the following exhibits admitted by the Court at the preliminary injunction hearings held on Tuesday May 17, 2022 and Wednesday, June 15, 2022, or otherwise stipulated to by the parties. The stipulated and admitted exhibits are as follows:

A. Prior to the May 17th hearing, the Parties stipulated to the admission of Joint Exhibits A-L. Doc. 32.

B. At the May 17th hearing, Plaintiffs' exhibits P1 and P2 were admitted by the Court.

C. Following the May 17th hearing the Parties filed a stipulation replacing Joint Exhibits C and L with Joint Exhibits C-1 and L-1. Doc. 33.

D. At the June 15th hearing, Plaintiffs' exhibits P3-P14 were admitted by the Court.

E. Following the June 15th hearing, the Parties filed a stipulation as to the admission of Defendants' Exhibits SE2-SE9 and Plaintiffs' Exhibit P15. Doc. 43.

F. Including those exhibits admitted by the Court and those stipulated to by the Parties, the exhibits before the Court at this time include:

1. Joint Exhibits A, B, C-1, D through K, and L-1;

2. Plaintiffs' Exhibits P1-P15; and,

3. Defendants' Exhibits SE2-SE9.

G. All the exhibits listed in Paragraph F above are filed contemporaneously with this Notice.

Respectfully submitted this 24th day of June, 2022.

**GRAVES GARRETT, LLC**
/s/ Edward D. Greim
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

and

**HARRISON, HART & DAVIS, LLC**
/s/ Carter Harrison
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiffs*

**OFFICE OF THE ATTORNEY GENERAL**
/s/Olga Serafimova
Olga M. Serafimova
Senior Civil Counsel
P.O. Drawer 1508
(505) 490-4060
(505) 490-4046
Santa Fe, NM 87501-1508
oserafimova@nmag.gov

*Counsel for Defendants*