

**Voter Data Request Form**

Please select one of the following:

  X  Electronic File    ___ Printed List    ___ Mailing Labels

# VOTER INFORMATION AUTHORIZATION
NOTE: Minimum charge for any request is $25.00

### Please indicate the purpose of this request:
☐ Governmental Use          ☐ Campaign Use          ☒ Election Related

### Please indicate the type of file that you are requesting:
☒ Statewide                                    ☐ District _____
☐ County(s) _____
☐ Other: _____

### Please indicate all information that you are requesting:
NOTE: All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

☒ Districts                     ☒ Voting History                    ☒ Method Voted
(all districts associated with a voter)   (elections a voter has participated in)   (i.e. absentee, early or Election Day)

☐ Other*: _____

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

### Information of Requestor
Name: David Michael Lippert          Organization: Local Labs
Address: 1611 Melrose Ave., St. Louis Park, MN 55426          Phone: (952) 905 - 8078
Email Address: mike.lippert@locallabs.com          Date: 03 / 29 / 2021

### Authorization
Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_____
Signature of Requestor

### For Office Use Only
Total Cost: $_____   Date Received: ___/___/___   Date Completed: ___/___/___
Comments: _____   Receipt Number: _____