

EXHIBIT

E

