

EXHIBIT
I

**Voter Data Request Form**

**Please select one of the following:**

____Electronic File _____Printed List_____Mailing Labels

# VOTER INFORMATION AUTHORIZATION
**NOTE:** Minimum charge for any request is $15.00

| | |
|---|---|
| **Please indicate the purpose of this request:** | Governmental Use ☐ |
| | Campaign Use ☐ |

**Please select the jurisdiction that you are requesting:**

☐ Statewide ☐ District _____
☐ County(s) _____
☐ Other: _____

**Please indicate all information that you are requesting:**

**NOTE:** All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment jurisdiction and registrant ID number. Any additional fields must be indicated below.

☐ Districts          ☐ Voting History          ☐ Method Voted
(all districts associated with a voter)     (elections a voter has participated in)     (i.e. absentee, early or Election Day)

## Information of Requestor

Name:_____Organization: _____
Address:_____Phone: (____)_____-_____
Email Address:_____Date:_____/_____/_____

## Authorization

Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978). I hereby swear that the requestor will not: (INITIAL EACH)

_____ sell, loan, provide access to, or otherwise surrender voter information received as a result of this request.
_____ alter voter information received as a result of this request.
_____ use voter information for any purpose other than those authorized on this form.
_____ use voter information for any commercial purposes.

**Signature of Requestor**

_____

**For Office Use Only**
Total Cost: $_____Date Received:_____/_____/_____Date Completed:_____/_____/_____
Comments:_____Receipt Number: _____

Revised: 02/10/2022