

VoteRef.com

1. Home
2. Press Releases
3. VRF website VoteRef.com adds New Mexico voter rolls to nationwide database

**VRF website VoteRef.com adds New Mexico voter rolls to nationwide database**

Dec 16, 2021

by Voter Reference Foundation

DOWNERS GROVE, IL — The Voter Reference Foundation (VRF), through its website VoteRef.com, today released data from its 11th state, creating a database that so far includes more than 27 percent of the country's population.

The database now includes Connecticut, Georgia, Michigan, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Pennsylvania, Virginia, and Wisconsin. Eventually the project will grow to include every registered voter from every state with the goal of keeping the voter files up to date in near real-time.

The process for creating this nationwide database is extensive. The voter file at VRF is requested from official state and local sources to help ensure the most accurate information. A review of the voter files obtained to date has also revealed invalid dates of birth and registration dates as well as registrants who have moved and are still listed as being active voters at their previous address. Through the gathering and posting of these databases, VRF has found discrepancies between the number of voters listed as having voted in the 2020 general election (according to the voter list) and the number of ballots reported being cast according to states' official canvass and turnout reports.

These discrepancies don't necessary indicate fraud, but the differences between the voter list and the election canvass indicates, at the very least, issues with record keeping and points to the need to be more transparent and proactive about maintaining the voter rolls and reconciling ballots cast and voters having voted in every election.

Some discrepancies have been small – as low as 42 in North Carolina. Some show more ballots cast than voters voting, and some show more people voting than ballots cast. The discrepancy in New Mexico is 3,844.

**State | Discrepancy**
New Mexico | 3,844
Connecticut | 37,256
Georgia | 3,787
Michigan | 74,135
Nevada | 8,952
New Jersey | (37,944)
North Carolina | (42)
Ohio | 22,425
Pennsylvania | 41,524
Virginia | 63,984
Wisconsin | (3,033)

VRF Executive Director Gina Swoboda says that with one more state due, 2021 has been a massive success.

"We are well on our way to accomplishing something that has never been done before in the United States —- give the public easy access to lawful public voter records," she said. "It gives us a golden opportunity to make sure the voter rolls are accurate and up-to-date going forward."

---

VoteRef.com is a permanent reference source operated by VRF. Those who access the website can search by name or address for registered voters. They also will be able to examine voting histories -- a list of elections that voters participated in, as well as other important election data obtained via official sources.

The VRF was created by Restoration Action, an educational 501c4 organization founded by West Point graduate and successful entrepreneur Doug Truax. A former U.S. Senate candidate in Illinois, Truax is deeply interested in election integrity, as expressed in this recent op-ed in American Greatness.

Voter Reference Foundation LLC™ is a subsidiary of Restoration Action, Inc.®, a 501(c)(4) nonprofit social welfare organization. All rights reserved.

About   Contact   Press Releases   Glossary   Privacy Policy   Terms of Service