




# Voting and Elections

Home » Voting and Elections » Data & Maps » Voter Data Information

Voter Information Portal | Upcoming Elections | Voting FAQs | Data & Maps | Election Results | How We Secure Your Vote | Traveling or Living Abroad | Voting and Domestic Violence | Native American Election Information Program

## Data

Voter Data Information

Voter Registration Statistics

2020 NM Election Administration and Voter Security Report

## Voting System Certification

Voting System Certification Information

Voting System Certification Committee

## Maps & GIS Data

GIS Voting District Data

NM County Standard Base Maps

Congressional Maps

Senate District Maps

House District Maps

# Voter Data Information

## Notice Regarding Checks Provided for Payment

"When you provide a check as payment to the Secretary of State, you authorize the State of New Mexico to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction."

## State of New Mexico Voter Data Information Request

As per 1.10.35 NMAC Rule (Voter Records System) applies to the uniform operation and maintenance of the statewide computerized voter registration system in each of the thirty-three (33) counties of New Mexico and the office of the secretary of state. Sections 1.10.3510B states that the secretary of state shall develop a uniform fee schedule for data recording media, voter data, voter lists, precinct lists, printed labels and early and absentee daily voting reports.

SERVIS (State Elections Registration and Voting Integrity System) data may be purchased for government and campaign purposes only. This data includes each voter's name, address, telephone # (with voter's consent), year of birth, party affiliation, and registration data such as county, precinct, and district information. New System features include real-time updates and voter history. Anyone who purchases SERVIS data must sign an Authorization Form (PDF Format) swearing the data will not be made available for or used for commercial or unlawful purposes.

For more information, contact the Bureau of Elections, Office of the Secretary of State at: (505) 827-3600 or (800) 477-3632 or by E-mail.

### Fees for Data:

The fees for the various media on which SERVIS data can be requested are as follows:

| Type of Service or Document | Cost | Other |
|---|---|---|
| Electronic Format | $4.00 per 1,000 records with voting history | Unsorted |
| Electronic Format | $3.00 per 1,000 records without voting history | Unsorted |
| Printed List | $5.00 per 1,000 records | As Requested |
| Labels | $20.00 per 1000 records | As Requested |

**There will be a $15.00 Setup Fee on all voter data information requests.**

### File types available on SERVIS:

- Comma-separated value
- Excel

- Text(tab-separated columns)

Translate

To find out the number of registered voters by county or statewide click here

There is no price reduction for buying voter data on more than one media. If for example, the same AVRS data is requested on both diskette and a printed list, the requester must pay full price for both media types.

Some of the voters in our AVRS database are marked inactive. These are people who have not voted in several election cycles or who, according to the National Change of Address database, have moved and have not responded to letters from the county clerks. You may include these voters in your request if you wish. Our experience is that people who are doing direct mailings often prefer not to include these voters; however, those who want to validate petition signatures definitely want their lists to include inactive voters.

Download Adobe Acrobat Reader for PDF formats

It is possible to have names and addresses of voters printed in label format on plain paper. The advantage of this option is that you can copy the labels onto regular label stock each time you want to do a mailing.

Householding means that if there is more than one voter at the same address with the same last name, only a label for the first voter will be generated.

If you are interested in requesting Voter Data Information, contact the Bureau of Elections at 505-827-3600 or 1-800-477-3632 or by Email .

Mailing Address:
New Mexico Secretary of State
State Capitol North Annex, Suite 300
Santa Fe, NM 87503

## Upcoming Elections

**Primary Election: June 7, 2022**

**General Election: November 8, 2022**

Job Openings at the Secretary of State's Office

## Quick Contact Information

**Mailing & Physical Address**
New Mexico Capitol Annex North
325 Don Gaspar, Suite 300
Santa Fe, NM 87501

Translate

**Hours of Operation**
8:00 AM - 5:00 PM Monday through Friday

**Toll Free : 1-800-477-3632**

**Business Services Division**
Phone 505-827-3600 (Option 1)
Fax 505-827-4387
Email Business.Services@state.nm.us

**Bureau of Elections**
Phone: 505-827-3600 (Option 2)
Email: Sos.elections@state.nm.us

**Ethics Division**
Phone: 505-827-3600 (Option 2)
Email: Sos.ethics@state.nm.us

**Receptionist**
Phone 505-827-3600 (Option 3)

IPRA Request Information



Office of the New Mexico Secretary of State

Follow Page 3.9K followers

Translate




**Office of the New Mexico Secretary of State**
on Wednesday

We're currently hiring for a Human Resources Manager. We also have multiple internships and other job opportunities available. Click the link to learn more.

https://www.sos.state.nm.us/…/job-openings-at-the-secretar…/

4 Comment 1

**Office of the New Mexico Secretary of State**
last Tuesday

# Tweets by @NMSecOfState

New Mexico Secretary of State Retweeted



**@DACClerk**
@dacclerk

Did you know you can drop off your absentee ballot at any of the nine secured containers located throughout the county? All secured containers are listed below and can be found by going to dacelections.com.

Primary Election day is June 7, 2022!#elections #vote




Embed View on Twitter

Translate

**New Mexico Office of the Secretary of State**

Email WEBMASTER if you encounter an issue with the website.

Click here for some helpful web browsing tips

Disclaimer - A Word of Warning Despite our good faith efforts to be accurate, these pages and our databases may contain inadvertent errors. Please email us immediately if you notice an error. Also, please remember that website information is not a substitute for researching the law or for the advice of a competent *attorney.*

© 2012 - 2022 New Mexico Secretary of State

Powered by Real Time Solutions

Select Language