| | |
|---|---|
| From: | Rostock, Patrick, SOS |
| To: | Vigil, Mandy, SOS |
| Cc: | Pino, Sharon, SOS |
| Subject: | FW: [Ticket #41418] [EXTERNAL] Information Request (LB) - Spiceworks |
| Date: | Friday, March 11, 2022 8:36:00 AM |
| Attachments: | image001.jpg |

Hi Mandy and Sharon,

Per Dylan's contact with the AG, we are not fulfilling records requests from VoteRef. Any information on how to proceed with this would be appreciated. I am also happy to forward this to the AG but I'm unsure what contact we have who is handling this. The request is clearly trying to create an aggregate picture of the voter rolls on election day 2020, which lends credence to the idea that VoteRef and Erin Clements/New Mexico Audit Force are working in concert.

Best,

Email Signature Logo



**Patrick Rostock | Paralegal & Records Custodian**
New Mexico Office of the Secretary of State
325 Don Gaspar, Ste. 300 | Santa Fe NM 87501
Desk: (505) 827-7941
patrick.rostock@state.nm.us

**Follow us on Facebook + Twitter**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Elections, SOS, SOS <SOS.Elections@state.nm.us>
**Sent:** Thursday, March 10, 2022 5:07 PM
**To:** Rostock, Patrick, SOS <Patrick.Rostock@state.nm.us>
**Subject:** [Ticket #41418] [EXTERNAL] Information Request (LB) - Spiceworks

On Mar 10, 2022 @ 05:06 pm, data@voterreferencefoundation.com wrote:

Good afternoon,

Can you please provide a status update on the request?

Thank you,

Voter Reference Foundation



Ticket Overview

Reply Now
PRIORITY Med
CREATOR data@voterreferencefoundation.com
ASSIGNEE Patrick Rostock

Ticket Commands let you take control of your help desk remotely. For a full list of available



EXHIBIT
P4

commands and usage click here.

Examples: `#close, #add 5m, #assign to bob, #priority high`

## Ticket History

On Feb 16, 2022 @ 09:13 am, Charlotte Chinana wrote:

Assigned to Patrick Rostock.

On Feb 15, 2022 @ 04:06 pm, data@voterreferencefoundation.com wrote:

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.

Dear Election Official,

Please provide us with the total count, by county/precinct, of any registered voters who cast a ballot in the November 3, 2020, who have been subsequently placed in an inactive, canceled, deleted, removed (or any registration status other than active) or any voter that has been removed or deleted from the voter rolls between November 3, 2020 and April 13, 2021.

Thank you,

Voter Reference Foundation

:la

## Information of Requestor

Name: David Michael Lippert    Organization: Local Labs

Address: 1611 Melrose Ave., St. Louis Park, MN 55426    Phone: (952) 905 - 8078

Email Address: mike.lippert@locallabs.com    Date: 03 / 29 / 2021