

**Catalist**
(https://catalist.us)

# WHO WE ARE

At Catalist, you are a partner in a collective, an innovator, and a participant in the longest running data trust in progressive politics.

Our commitment is to strengthen the progressive community year after year by growing and maturing this community asset and related technology and services. We do this by providing our data only to Democrats and progressives, and only for civic engagement purposes, not for commercial for-profit uses. And, we are able to do so without threat of this data asset being bought, sold, or traded for commercial or for-profit purposes.

# WHAT WE DO

Catalist compiles, enhances, stores, and dynamically updates data on over **256 million** unique voting-age individuals across all 50 states and the District of Columbia. Working with Catalist can help you build membership, target persuasive messaging, engage activists, drive an issue agenda, and register or mobilize voters.



# OUR PRODUCTS (HTTPS://CATALIST.US/SOFTWARE/)

The Catalist Suite of Products is designed for

**Catalist**
(https://catalist.us)

The Catalist Suite of Products is designed for scalability, flexibility, and customization. Our Software & Platforms are designed with modular permissioning so clients can design a custom data program with open data channels between program silos. With the Catalist national database as the foundation, our products help our clients use their resources more efficiently and make a greater impact.



(https://catalist.us/data/



(https://catalist.us/analytics-models)



(https://catalist.us/software)

## NATIONAL VOTER DATABASE

(https://catalist.us/data/)

## ANALYTICS & MODELS

(https://catalist.us/analytics-models/)

## SOFTWARE & SERVICES

(https://catalist.us/software)

# WHAT HAPPENED™ IN 2020

Read our series of research articles examining the 2020 General Election, showing our best estimates of what happened and putting it into context. The first in this series is a national analysis with data and visualizations on turnout, demographic trends, and actionable takeaways organizers can use in the efforts ahead.

Read the National Analysis (https://catalist.us/wh-national/)

 Contact Catalist to learn more about our products and services. (/contact-us/)

Catalist, LLC





📞  202.962.7200

(https://catalist.us)

✉  press@catalist.us

Privacy Policy (https://catalist.us/privacy-policy/)

© 2022 Catalist

Search



(https://www.godaddy.com/websites/web-design)