| | |
|---|---|
| From: | Pino, Sharon, SOS |
| To: | Rostock, Patrick, SOS |
| Subject: | FW: [EXTERNAL] Voter Ref Foundation |
| Date: | Thursday, April 28, 2022 10:59:34 AM |
| Attachments: | image008.jpg |
| | image009.jpg |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |

Email Signature Logo

**Sharon L. Pino| Deputy Secretary of State and Chief of Staff**

New Mexico Office of the Secretary of State

325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501

Phone: (505) 827-3636

sharon.pino@state.nm.us

**Follow us on Facebook + Twitter**

**From:** Pino, Sharon, SOS
**Sent:** Wednesday, April 6, 2022 3:11 PM
**To:** 'Reyes, Steve' <SReyes@sos.ca.gov>
**Cc:** TolouseOliver, Maggie, SOS <Maggie.TOliver@state.nm.us>
**Subject:** RE: [EXTERNAL] Voter Ref Foundation

Good afternoon Steve,

We have been working with the Chief Deputy AG of Criminal Affairs, Anne Kelly. I have listed her contact information below. Please let me know if you need anything else.

Anne Kelly

akelly@nmag.gov

work cell: (505) 318-7929

Have a good day!

Sharon

Email Signature Logo 

**Sharon L. Pino| Deputy Secretary of State and Chief of Staff**

New Mexico Office of the Secretary of State

325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501

Phone: (505) 827-3636

sharon.pino@state.nm.us

**Follow us on Facebook + Twitter**

**From:** TolouseOliver, Maggie, SOS <Maggie.TOliver@state.nm.us>
**Sent:** Wednesday, April 6, 2022 1:20 PM
**To:** 'Reyes, Steve' <SReyes@sos.ca.gov>



EXHIBIT P6

**Cc:** Pino, Sharon, SOS <Sharon.Pino@state.nm.us>
**Subject:** RE: [EXTERNAL] Voter Ref Foundation

Hi Steve!

Yes! I'm cc'ing my Deputy SOS Sharon Pino here – she's working directly with our AG office and can help make that connection.

Thanks for reaching out,

Maggie



**Maggie Toulouse Oliver | Secretary of State**
New Mexico Office of the Secretary of State
325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501
**Follow us on Facebook + Twitter**

---

**From:** Reyes, Steve <SReyes@sos.ca.gov>
**Sent:** Wednesday, April 6, 2022 11:52 AM
**To:** ToulouseOliver, Maggie, SOS <Maggie.TOliver@state.nm.us>
**Subject:** [EXTERNAL] Voter Ref Foundation

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.

Good afternoon Secretary!

I hope you are doing well.

We recently saw the NPR story related to the organization referenced above and their plans to post voter file data on their website. The article mentioned you were working with your Attorney General on this matter. We are doing the same.

Do you have a contact there that our Deputy Attorney General Tony O'Brien (Anthony.OBrien@doj.ca.gov) can reach out to?

Thank you very much!

# Steve Reyes

## Chief Counsel

California Secretary of State

**E:** sreyes@sos.ca.gov

