| | |
|---|---|
| From: | Curtas, Alex, SOS |
| To: | Rostock, Patrick, SOS |
| Subject: | Fw: [EXTERNAL] FW: 2020 Otero County Election Audit |
| Date: | Friday, March 4, 2022 1:23:43 PM |
| Attachments: | image001.png<br>image002.png |

Here's the full email exchange.

**Alex Curtas | Communications Director**
New Mexico Secretary of State Maggie Toulouse Oliver
325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501
Cell: 505.469.2783 | Desk: 505.827.3613
alex.curtas@state.nm.us

Follow us on Facebook + Twitter

**From:** Curtas, Alex, SOS <Alex.Curtas@state.nm.us>
**Sent:** Friday, March 4, 2022 1:23 PM
**To:** Maxwell, N <nmaxwell@alamogordonews.com>
**Cc:** Holmes, Robyn <rholmes@co.otero.nm.us>
**Subject:** Re: [EXTERNAL] FW: 2020 Otero County Election Audit

Hey Nicole,

I had my team do another check to make sure we weren't missing anything. And I can confirm again that our office has no record of providing voter data to Erin Clements/Hughs or New Mexico Audit Force. Further, if any individual or organization requested and received voter data from our office and signed the required affidavit that the voter data was for a purpose authorized by law and has now utilized that data for a purpose not authorized, or made available to a 3rd party for an unlawful purpose, we intend to make a criminal referral to the AG's Office, as we have against other nefarious actors. Improperly obtaining and improperly using voter data in NM is a felony offense.

Thanks,

Alex

**Alex Curtas | Communications Director**
New Mexico Secretary of State Maggie Toulouse Oliver
325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501
Cell: 505.469.2783 | Desk: 505.827.3613
alex.curtas@state.nm.us

Follow us on Facebook + Twitter

**From:** Maxwell, Nicole <NMaxwell@alamogordonews.com>
**Sent:** Friday, March 4, 2022 10:29 AM
**To:** Curtas, Alex, SOS <Alex.Curtas@state.nm.us>
**Cc:** Holmes, Robyn <rholmes@co.otero.nm.us>
**Subject:** [EXTERNAL] FW: 2020 Otero County Election Audit

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.

I've CC'd Robyn so she can be in the loop on this.

Nicole Maxwell
Reporter
Alamogordo Daily News
Cell Phone 575-415-6605

**From:** erin hughs <erin_hughs@yahoo.com>
**Sent:** Friday, March 4, 2022 10:11 AM
**To:** Maxwell, Nicole <NMaxwell@alamogordonews.com>
**Subject:** Re: 2020 Otero County Election Audit

Thank you for clarifying, Nicole. The answer is no. I'm not using the web-based source. I am using the SOS's original voter registration database which was provided directly by her office.

I'm merely pointing out that the SOS apparently provides the same voter database to these people who run this website. And these people publish the whole thing online with a lot more personal information than we ever show anyone. So, it's hard for her to pretend she has a problem with our canvassing process, when she is apparently ok with the data being made public and accessible by anyone who may or may not have legitimate intentions.

I'm glad you'll still join us. I will send out an email and ask if there is a volunteer who would be willing to talk about their experiences and have you join them as they complete canvassing a packet. I may not have an answer by our canvass tomorrow - but I'm pretty sure I can have something set up for next Saturday.

Thank you,
Erin

On Friday, March 4, 2022, 09:40:01 AM CST, Maxwell, Nicole <nmaxwell@alamogordonews.com> wrote:

Erin,

So this is the source you're using or that you're checking info against? Just trying to be as accurate as possible.

I had no idea there that many Nicole Maxwells floating around truth be told.

Also, without camera, I would like to hang with the canvassers one day to see what they are doing and possibly to talk to them about their experiences so far. Identities can be left anonymous. Like: "B is a canvasser here's hi take on things…" That sort of thing. Just let me know when and where.

Thanks again,

Nicole Maxwell
Reporter
Alamogordo Daily News
Cell Phone 575-415-6605

**From:** erin hughs <erin_hughs@yahoo.com>
**Sent:** Friday, March 4, 2022 8:26 AM
**To:** Maxwell, Nicole <NMaxwell@alamogordonews.com>
**Subject:** Re: 2020 Otero County Election Audit

Ok. Due to safety concerns that have arisen due to intimidation directed at our canvassers, I don't think it's wise to publish photos.

If I could direct your attention to one other thing. If you go to the website https://voteref.com/ and type in your name, find yourself on the list that comes up, and click on your name, you'll get the following page:

EXHIBIT P9



Note that this website publishes your name, address, birth year, precinct, party affiliation, registration date, and whether or not you voted. The site claims to have been given all this data by the NM Secretary of State's Office. Also note that anyone could type your name into this website and get that information. We put more limited information than the SOS is currently making accessible to everyone in the world on a form that no one but myself and the canvassers at the door will see. The SOS claims of having concerns about private information being shared by our canvass appear to be nothing more than a smear campaign against people who are simply trying to determine the health of the voter registration database that she maintains.

Thank you,
Erin Clements

On Friday, March 4, 2022, 08:48:02 AM CST, Maxwell, Nicole <nmaxwell@alamogordonews.com> wrote:

Thanks. Have a god one.
The primary reason for me asking to go with the canvassers was to get photos.

Thanks again.

Nicole Maxwell
Reporter
Alamogordo Daily News
Cell Phone 575-415-6605

---

**From:** erin hughs <erin_hughs@yahoo.com>
**Sent:** Friday, March 4, 2022 7:44 AM
**To:** Maxwell, Nicole <NMaxwell@alamogordonews.com>
**Subject:** Re: 2020 Otero County Election Audit

The list of voters came from the Secretary of State.

I'd also like to draw your attention to the Otero County Commission meeting minutes from November 18, 2021 where the Otero County Commission unanimously voted to "join efforts with New Mexico Audit Force as well as a coalition to demand election audits on the local, county level."

So when our canvassers say they're assisting the county by canvassing the rolls. That's 100% accurate and in accordance with the resolution passed by the Commissioners. Just like our canvassers have been saying.

Thank you,
Erin Clements
On Friday, March 4, 2022, 08:35:18 AM CST, Maxwell, Nicole <nmaxwell@alamogordonews.com> wrote:

Erin,

Thanks for getting back to me so quickly.  One more question. Where did the list of voters your group are using for the canvass come from?

Thanks,

Nicole Maxwell
Reporter
Alamogordo Daily News
Cell Phone 575-415-6605

---

**From:** erin hughs <erin_hughs@yahoo.com>
**Sent:** Thursday, March 3, 2022 6:01 PM
**To:** Maxwell, Nicole <NMaxwell@alamogordonews.com>
**Subject:** Re: 2020 Otero County Election Audit

Nicole,

Thank you for reaching out.

I have attached a training document we use to train our canvassers.  You will also find a sample form that our canvassers fill out for each address where the residents agree to participate in a voluntary survey.  You will see that there is less personal information on the form than you will find in a simple online phonebook search.  There is no information pertaining to race or political affiliation.

We typically spend half an hour to an hour training each canvasser. We work in pairs and try to pair new people up with those who have experience so there is often another 2-hours of on-the-job-training following our initial training before getting started. We stress we are never to ask *who* a person voted for, simply *how* they cast a ballot - early in person, absentee, or in-person on election day to check against the voter rolls. We are not to engage in any kind of political conversation, and if a person doesn't want to participate or becomes hostile, we smile, thank them, and walk away.  We consult with law enforcement on a regular basis.

Recent alleged complaints against the Otero canvass appear to be coordinated and lodged by political operatives, creating false narratives that the canvassers cannot mention that the county commissioned the audit.  I would draw your attention to the Otero County Commission meeting minutes dated November 18, 2021.  You will find that the Commission unanimously passed a resolution to join New Mexico Audit Force through a coalition effort to audit/canvass Otero County.

Regardless of the explicit authorization to audit/canvass, at no time do the canvassers ever state they are employees of the county, but rather state they are volunteers assisting the county to check the accuracy of the voter rolls.  This is entirely consistent with the County's resolution.

One particular example of a frivolous complaint was brought by Jeny Buckley.  Buckley claimed to be "intimidated" in a tick tock video that the SOS referenced, yet voluntarily agreed to participate in the optional survey as our canvassers requested. In fact, Buckley let our canvassers know that one of the people registered to vote at her address *has not lived there in years*. So, there are questions concerning Buckley's veracity of feeling intimidated since she chose to participate in the voluntary survey and her answers support our findings that the voter rolls are out of date at best.

More egregious is that Buckley published my name and phone number (which is not publicly available) at the end of the tick tock video which has been referenced by the SOS. That has resulted in me receiving at least two dozen threatening messages (including death threats) which are being investigated by the Otero County Sheriff and the FBI.  Three of our canvassers have been harassed both out in public and online as well.

Our canvass is showing that there are significant problems with the Here is a summary of the results of our canvass current as 2/26/2022:



We'd be pleased to have you join a canvassing team to see our process, however we cannot allow you to take pictures, report names of any of our canvassers, or report where we meet because of the harassment and death threats that we are receiving. If those terms are acceptable to you, please let me know and I can provide you with more details on how you can join us. We canvass on Saturday mornings.

Please let me know if you have any additional questions.

Sincerely,
Erin Clements
575.680.4004

On Thursday, March 3, 2022, 03:49:32 PM CST, Maxwell, Nicole <nmaxwell@alamogordonews.com> wrote:

Erin,

I am a reporter with the Alamogordo Daily News. I have a few questions for you. First is I would like to see, if possible, the training materials and list of questions the canvassers are asking Otero County residents. I would also like to join the canvassers one day for maybe an hour or so just to see how it is done and to get some photos of the canvassers in action.

Thanks,

Nicole Maxwell
Reporter
Alamogordo Daily News
Cell Phone 575-415-6605