

Trujillo, Anna <atrujillo@nmag.gov>

## Confidential

**Anna Trujillo** <atrujillo@nmag.gov>   Wed, Jan 26, 2022 at 9:40 AM
To: ccmonroney@fbi.gov

 **2021-12-20 Ltr to Kelly related to Voter Data Criminal Violation Referral.pdf**
1538K



EXHIBIT
P11