

Serafimova, Olga <oserafimova@nmag.gov>

## Call re Voter Reference Foundation
3 messages

---

**Anthony OBrien** <Anthony.OBrien@doj.ca.gov>                                                                   Fri, Apr 8, 2022 at 7:31 PM
To: "oserafimova@nmag.gov" <oserafimova@nmag.gov>, "akelly@nmag.gov" <akelly@nmag.gov>

Dear Ms. Serafimova and Ms. Kelly:

My name is Tony O'Brien, and I am a Deputy Attorney General in the California Attorney General's Office. I received your names through the California Secretary of State's Office and the pleadings in the *Voter Reference Foundation (VoteRef) v. Balderas* matter.

If you have a chance next week, I would be interested in speaking with you briefly about New Mexico's response to Voter Reference Foundation and the resulting litigation, as the California Secretary of State's Office is weighing its options in response to the VoteRef's intention to post voter information from every state on its website.

Please let me know when you may be available for a short call, and I will set up a conference line. Thank you very much in advance for your cooperation.

Regards,

Tony

Anthony P. O'Brien

Deputy Attorney General

California Department of Justice

Government Law Section

1300 I Street, 17th Floor

Sacramento, CA  95814

(916) 210-6002

anthony.obrien@doj.ca.gov



EXHIBIT P12

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**Serafimova, Olga** <oserafimova@nmag.gov>                                                                      Mon, Apr 11, 2022 at 1:36 PM

To: Anthony OBrien <anthony.obrien@doj.ca.gov>
Cc: "akelly@nmag.gov" <akelly@nmag.gov>

Hi Anthony,
I'd be happy to discuss with you. I am available any time for the rest of today if that works for you.
Thanks,
Olga.

[Quoted text hidden]

--
Olga M. Serafimova
Senior Civil Counsel
Executive Office
New Mexico Office of the Attorney General
office: (505) 490-4046
cell: (505) 401-6398
P.O. Drawer 1508
Santa Fe, NM 87501-1508

---

**Anthony OBrien** <Anthony.OBrien@doj.ca.gov>                                       Mon, Apr 11, 2022 at 1:56 PM
To: "Serafimova, Olga" <oserafimova@nmag.gov>
Cc: "akelly@nmag.gov" <akelly@nmag.gov>

Great!  I can call you at 3:00 pm Mountain Time/2:00 pm Pacific time.  I will circulate a conference line.

Thank you,

Tony

---

**From:** Serafimova, Olga <oserafimova@nmag.gov>
**Sent:** Monday, April 11, 2022 12:36 PM
**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Cc:** akelly@nmag.gov
**Subject:** Re: Call re Voter Reference Foundation

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

[Quoted text hidden]
[Quoted text hidden]