Serafimova, Olga <oserafimova@nmag.gov>

# Conference call to discuss Voter Reference Foundation v. Balderas
1 message

**Anthony OBrien** <Anthony.OBrien@doj.ca.gov>   Mon, Apr 11, 2022 at 2:02 PM
To: "Serafimova, Olga" <oserafimova@nmag.gov>, "akelly@nmag.gov" <akelly@nmag.gov>

Call-In No.:          (888) 204-5984

Participant Code:     9561366


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

📄 **invite.ics**
3K

