Case 1:22-cv-00222-JB-KK Document 44-26 Filed 06/24/22 Page 1 of 3



**Serafimova, Olga <oserafimova@nmag.gov>**

## RE: Accepted: Conference call to discuss Voter Reference Foundation v. ... @ Mon Apr 11, 2022 3pm - 3:30pm (MDT) (Anthony OBrien)

4 messages

**Anthony OBrien** <Anthony.OBrien@doj.ca.gov>                              Mon, Apr 11, 2022 at 3:32 PM
To: "oserafimova@nmag.gov" <oserafimova@nmag.gov>

-----Original Appointment-----
**From:** Google Calendar <calendar-notification@google.com> **On Behalf Of** oserafimova@nmag.gov
**Sent:** Monday, April 11, 2022 1:10 PM
**To:** Anthony OBrien
**Subject:** Accepted: Conference call to discuss Voter Reference Foundation v. ... @ Mon Apr 11, 2022 3pm - 3:30pm (MDT) (Anthony OBrien)
**When:** Monday, April 11, 2022 2:00 PM-2:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:**

---

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

---

**oserafimova@nmag.gov has accepted this invitation.**

### Conference call to discuss Voter Reference Foundation v. Balderas

| | |
|---|---|
| When | Mon Apr 11, 2022 3pm – 3:30pm Mountain Time - Denver |
| Calendar | Anthony OBrien |
| Who | • Anthony OBrien - organizer |
| | • oserafimova@nmag.gov - creator |
| | • Anne Kelly |

Call-In No.: (888) 204-5984

Participant Code: 9561366



EXHIBIT

P14

exhibitsticker.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Invitation from Google Calendar

You are receiving this courtesy email at the account anthony.obrien@doj.ca.gov because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

 **Fusaro Motion to Dismiss and Opp to PI.pdf**
273K

---

**Anthony OBrien** <Anthony.OBrien@doj.ca.gov>                 Mon, Apr 11, 2022 at 3:33 PM
To: "oserafimova@nmag.gov" <oserafimova@nmag.gov>

[Quoted text hidden]

 **Fusaro Motion for PI Memo.pdf**
373K

---

**Anthony OBrien** <Anthony.OBrien@doj.ca.gov>                 Mon, Apr 11, 2022 at 3:43 PM
To: "oserafimova@nmag.gov" <oserafimova@nmag.gov>

[Quoted text hidden]

 **Fusaro v. Howard MSJ Memo Opinion.pdf**
261K

---

**Anthony OBrien** <Anthony.OBrien@doj.ca.gov>                 Mon, Apr 11, 2022 at 3:46 PM
To: "oserafimova@nmag.gov" <oserafimova@nmag.gov>

[Quoted text hidden]

**2 attachments**

 **Fuasro Order on PI and Motion to Dismiss.pdf**
83K

**Fusaro - Memo Opinion re PI and MTD.pdf**

The Office of New Mexico Attorney General Mail - RE: Accepted: Conference call to discuss Voter Reference Foundation v. ... @...