

**Voter Data Request Form**

Please select one of the following:

____ Electronic File    ____ Printed List    ____ Mailing Labels

# VOTER INFORMATION AUTHORIZATION

**EXHIBIT SE 2**

NOTE: Minimum charge for any request is $25.00

## Please indicate the purpose of this request:

☐ Governmental Use          ☐ Campaign Use          ☒ Election Related

## Please indicate the type of file that you are requesting:

☒ Statewide                                ☐ District _____
☐ County(s) _____
☐ Other: _____

## Please indicate all information that you are requesting:

NOTE: All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

☒ Districts                           ☐ Voting History                              ☐ Method Voted
(all districts associated with a voter)   (elections a voter has participated in)   (i.e. absentee, early or Election Day)

☐ Other*: _____

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

## Information of Requestor

Name: Craig Swanson          Organization: i360 LLC
Address: 2300 Clarendon Blvd, Suite 800, Arlington, VA 22201          Phone: (703) 672-2694
Email Address: cswanson@i-360.com          Date: 04/25/2022

## Authorization

Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_____
Signature of Requestor

### For Office Use Only

Total Cost: $_____   Date Received: ___/___/___   Date Completed: ___/___/___
Comments: _____   Receipt Number: _____



## Voter Data Request Form

**Please select one of the following:**

_X_ Electronic File    ___ Printed List    ___ Mailing Labels

# VOTER INFORMATION AUTHORIZATION
### NOTE: Minimum charge for any request is $15.00

### Please indicate the purpose of this request:
- ☐ Governmental Use
- ☒ Campaign Use
- ☐ Election Related
- ☐ Research
- ☐ Other _____

### Please indicate the type of file that you are requesting:
- ☐ Statewide
- ☒ District  NM House District 51
- ☐ County(s) _____
- ☐ Other: _____

### Please indicate all information that you are requesting:
NOTE: All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

- ☒ Districts (all districts associated with a voter)
- ☒ Voting History (elections a voter has participated in)
- ☒ Method Voted (i.e. absentee, early or Election Day)
- ☒ Other*: All Republicans registered in the newly redistricted NM House District 51

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

### Information of Requestor
Name: John Block    Organization: John For New Mexico
Address: 1111 Tenth Street, #402, Alamogordo, NM 88310    Phone: (575) 201-3230
Email Address: info@johnfornm.com    Date: 01 / 26 / 2022

### Authorization
Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_[signature]_
**Signature of Requestor**

### For Office Use Only
Total Cost: $ _____    Date Received: ___/___/___    Date Completed: ___/___/___
Comments: _____    Receipt Number: _____



RECEIVED

22 FEB 11 PM 3: 46

SECRETARY OF STATE

### Voter Data Request Form

**Please select one of the following:**

___ Electronic File  ___ Printed List  ___ Mailing Labels

# VOTER INFORMATION AUTHORIZATION

**NOTE:** Minimum charge for any request is $15.00

### Please indicate the purpose of this request:

☒ Governmental Use  ☐ Campaign Use  ☐ Election Related
☐ Research  ☒ Other: info for Constituent letter

### Please indicate the type of file that you are requesting:

☐ Statewide  ☒ District 6 - Senate
☐ County(s) ___
☐ Other: ___

### Please indicate all information that you are requesting:

**NOTE:** All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

☒ Districts (all districts associated with a voter)  ☐ Voting History (elections a voter has participated in)  ☐ Method Voted (i.e. absentee, early or Election Day)

☒ Other*: Number of people in each County in district 6

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

### Information of Requestor

Name: Roberto "Bobby" J Gonzales  Organization: Senator
Address: 26 Lavender Lane  Phone: 525-770-3178
Email Address: Roberto.Gonzales@nmlegis.gov  Date: 2/11/2022
Tammy.Jaramillo@nmlegis.gov

### Authorization

Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_Tammy m Jaramillo_
**Signature of Requestor**

### For Office Use Only

Total Cost: $ ___  Date Received: ___/___/___  Date Completed: ___/___/___
Comments: ___  Receipt Number: ___



### Voter Data Request Form

Please select one of the following:

☒ Electronic File ___ Printed List ___ Mailing Labels

# VOTER INFORMATION AUTHORIZATION
NOTE: Minimum charge for any request is $25.00

**Please indicate the purpose of this request:**
☐ Governmental Use   ☒ Campaign Use   ☐ Election Related

**Please indicate the type of file that you are requesting:**
☒ Statewide   ☐ District _____
☐ County(s) _____
☐ Other: _____

**Please indicate all information that you are requesting:**
NOTE: All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

☒ Districts (all districts associated with a voter)
☐ Voting History (elections a voter has participated in)
☐ Method Voted (i.e. absentee, early or Election Day)

☐ Other*: _____

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

**Information of Requestor**
Name: Brian Lloyd   Organization: Democratic Party of New Mexico
Address: 223 Solano Dr. NE Albuquerque NM 87108   Phone: (585) 747-7520
Email Address: brian@nmdemocrats.org   Date: 3 / 11 / 2022

**Authorization**

Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_Brian Lloyd_
Signature of Requestor

**For Office Use Only**
Total Cost: $_____   Date Received: ___/___/___   Date Completed: ___/___/___
Comments: _____   Receipt Number: _____



**Voter Data Request Form**

Please select one of the following:

X Electronic File ___ Printed List ___ Mailing Labels

# VOTER INFORMATION AUTHORIZATION

NOTE: Minimum charge for any request is $25.00

### Please indicate the purpose of this request:
☐ Governmental Use    ☒ Campaign Use    ☐ Election Related

### Please indicate the type of file that you are requesting:
☒ Statewide    ☐ District _____
☐ County(s) _____
☐ Other: _____

### Please indicate all information that you are requesting:
NOTE: All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

☒ Districts (all districts associated with a voter)    ☐ Voting History (elections a voter has participated in)    ☐ Method Voted (i.e. absentee, early or Election Day)

☐ Other*: _____

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

### Information of Requestor
Name: Brian Lloyd    Organization: Democratic Party of New Mexico
Address: 223 Solano Dr. NE Albuquerque NM 87108    Phone: (585) 747-7520
Email Address: brian@nmdemocrats.org    Date: 4/19/2022

### Authorization
Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

*Brian Lloyd*
**Signature of Requestor**

### For Office Use Only
Total Cost: $_____    Date Received: ___/___/___    Date Completed: ___/___/___
Comments: _____    Receipt Number: _____