

**Voter Data Request Form**

Please select one of the following:

___ Electronic File     ___ Printed List     ___ Mailing Labels

**EXHIBIT**
SE 3

# VOTER INFORMATION AUTHORIZATION

NOTE: Minimum charge for any request is $25.00

### Please indicate the purpose of this request:

☐ Governmental Use     ☐ Campaign Use     ☒ Election Related

### Please indicate the type of file that you are requesting:

☒ Statewide          ☐ District _____
☐ County(s) _____
☐ Other: _____

### Please indicate all information that you are requesting:

NOTE: All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

☒ Districts
(all districts associated with a voter)

☒ Voting History
(elections a voter has participated in)

☒ Method Voted
(i.e. absentee, early or Election Day)

☐ Other*: _____

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

### Information of Requestor

Name: Nicole Dunger                Organization: Catalist LLC
Address: 1310 L St NW #500 Washington, DC 20005          Phone: (202) 962 - 7207
Email Address: ndunger@catalist.us                Date: 12 / 22 / 2021

### Authorization

Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_____
**Signature of Requestor**

**For Office Use Only**

Total Cost: $_____  Date Received: ___/___/___   Date Completed: ___/___/___
Comments: _____        Receipt Number: _____



**Voter Data Request Form**

Please select one of the following:

__X__ Electronic File  ____ Printed List  ____ Mailing Labels

# VOTER INFORMATION AUTHORIZATION

NOTE: Minimum charge for any request is $25.00

## Please indicate the purpose of this request:

- ☐ Governmental Use
- ☐ Research
- ☐ Campaign Use
- ☐ Other _____
- ☒ Election Related

## Please indicate the type of file that you are requesting:

- ☒ Statewide
- ☐ County(s) _____
- ☐ Other: _____
- ☐ District _____

## Please indicate all information that you are requesting:

NOTE: All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

- ☒ Districts (all districts associated with a voter)
- ☒ Voting History (elections a voter has participated in)
- ☒ Method Voted (i.e. absentee, early or Election Day)

☐ Other*: 2020 general election, 2020 state primary, 2020 Presidential Primary, 2019 general, general and primary in even years

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

## Information of Requestor

Name: Marguerita ten Houten    Organization: Catalist LLC
Address: 1310 L Street NW #500, Washington DC 20005    Phone: (202) 962 - 7227
Email Address: mtenhouten@catalist.us    Date: 1 / 15 / 2020

## Authorization

Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_____
Signature of Requestor

### For Office Use Only

Total Cost: $_____    Date Received: ___/___/___    Date Completed: ___/___/___
Comments: _____    Receipt Number: _____



# Voter Data Request Form

**Please select one of the following:**

_x_ Electronic File     ___ Printed List     ___ Mailing Labels

# VOTER INFORMATION AUTHORIZATION
**NOTE:** Minimum charge for any request is $25.00

### Please indicate the purpose of this request:
☐ Governmental Use     ☐ Campaign Use     ☒ Election Related

### Please indicate the type of file that you are requesting:
☒ Statewide     ☐ District _____
☐ County(s) _____
☐ Other: _____

### Please indicate all information that you are requesting:
**NOTE:** All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

☒ Districts (all districts associated with a voter)     ☒ Voting History (elections a voter has participated in)     ☒ Method Voted (i.e. absentee, early or Election Day)

☐ Other*: November 2021 voting history

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

### Information of Requestor
Name: Craig Swanson     Organization: i360 LLC
Address: 2300 Clarendon Blvd, Suite 800, Arlington, VA 22201     Phone: (703) 672-2694
Email Address: cswanson@i-360.com     Date: 2/3/2022

### Authorization
Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_/s/ Craig Swanson_
**Signature of Requestor**

### For Office Use Only
Total Cost: $_____     Date Received: ___/___/___     Date Completed: ___/___/___
Comments: _____     Receipt Number: _____



### Voter Data Request Form

Please select one of the following:

✓ Electronic File   ___ Printed List   ___ Mailing Labels

# VOTER INFORMATION AUTHORIZATION
NOTE: Minimum charge for any request is $25.00

**Please indicate the purpose of this request:**
☐ Governmental Use   ☐ Campaign Use   ☑ Election Related

**Please indicate the type of file that you are requesting:**
☑ Statewide   ☐ District _____
☐ County(s) _____
☐ Other: _____

**Please indicate all information that you are requesting:**
NOTE: All files come with registrant name, address (both physical and mailing), year of birth, party affiliation, precinct assignment, jurisdiction and registrant ID number. Any additional fields must be indicated below.

☑ Districts (all districts associated with a voter)
☑ Voting History (elections a voter has participated in)
☑ Method Voted (i.e. absentee, early or Election Day)
☑ Other*: Active & inactive Voters

*If you request information that is not available in the voter system you will be notified before request is fulfilled.

### Information of Requestor
Name: Evan Logan   Organization: i360, LLC
Address: 2300 Clarendon Blvd. Suite 800 Arlington VA   Phone: (703) 672-2686
Email Address: elogan@i-360.com   Date: 03/16/2021

### Authorization
Unlawful use of the information requested on this form shall consist of willful selling, loaning, providing access to or otherwise surrendering, duplicating or alteration of information as stated in the Voter Records System Act (§1-5-1 through 1-5-31 NMSA 1978).

I hereby swear that the requestor will not use or make available to others to use the requested material for purposes other than governmental, election, research and campaign purposes under penalty of law.

_____
Signature of Requestor

**For Office Use Only**
Total Cost: $_____   Date Received: __/__/__   Date Completed: __/__/__
Comments: _____   Receipt Number: _____