West's New Mexico Statutes Annotated
　Chapter 1. Elections
　　Article 4. Registration of Electors



EXHIBIT SE4

N. M. S. A. 1978, § 1-4-5.5

§ 1-4-5.5. Requests for voter data, mailing labels or special voter lists

Effective: July 1, 2015
Currentness

A. The county clerk or secretary of state shall furnish voter data, mailing labels or special voter lists only upon written request to the county clerk or the secretary of state and after compliance with the requirements of this section; provided, however, all requesters shall be treated equally in regard to the charges and the furnishing of the materials.

B. In furnishing voter data, mailing labels or special voter lists, the county clerk or secretary of state shall not provide data or lists that include voters' social security numbers, codes used to identify agencies where voters have registered, a voter's day and month of birth or voters' telephone numbers if prohibited by voters.

C. Each requester of voter data, mailing labels or special voter lists shall sign an affidavit that the voter data, mailing labels and special voter lists shall be used for governmental or election and election campaign purposes only and shall not be made available or used for unlawful purposes.

D. The secretary of state shall prescribe the form of the affidavit.

E. As used in this section:

(1) "election campaign purposes" means relating in any way to a campaign in an election conducted by a federal, state or local government;

(2) "governmental purposes" means noncommercial purposes relating in any way to the structure, operation or decision-making of a federal, state or local government;

(3) "mailing labels" means prepared mailing labels of selected voters arranged in the order in which requested and providing only the name and address of the voter;

(4) "special voter list" means a prepared list of selected voters arranged in the order in which requested; and

(5) "voter data" means selected information derived from the voter file.

WESTLAW  © 2022 Thomson Reuters. No claim to original U.S. Government Works.                    1

**Credits**

L. 1975, Ch. 255, § 78; L. 1995, Ch. 166, § 6, eff. June 16, 1995; L. 2005, Ch. 270, § 35, eff. July 1, 2005. Recompiled from § 1-5-24 by L. 2011, Ch. 137, § 109, eff. July 1, 2011; L. 2015, Ch. 145, § 15, eff. July 1, 2015.

**Formerly** 1953 Comp., § 3-5-29.

NMSA 1978, § 1-4-5.5, NM ST § 1-4-5.5

Current through Chs. 1 to 3, 7, 14, 27, 34, and 35 of the 2nd Regular Session and Ch. 2 of the 3rd Special Session of the 55th Legislature (2022)

**End of Document** © 2022 Thomson Reuters. No claim to original U.S. Government Works.

> West's New Mexico Statutes Annotated
>  Chapter 1. Elections
>   Article 20. Offenses and Penalties (Refs & Annos)

N. M. S. A. 1978, § 1-20-10

§ 1-20-10. False swearing

Currentness

False swearing consists of taking any oath required by the Election Code with the knowledge that the thing or matter sworn to is not a true and correct statement.

Whoever falsely swears is guilty of a fourth degree felony.

**Credits**
L. 1969, Ch. 240, § 434.

**Formerly** 1953 Comp., § 3-20-8.

NMSA 1978, § 1-20-10, NM ST § 1-20-10
Current through Chs. 1 to 3, 7, 14, 27, 34, and 35 of the 2nd Regular Session and Ch. 2 of the 3rd Special Session of the 55th Legislature (2022)

**End of Document**　　　　　　　　　　　　　　　© 2022 Thomson Reuters. No claim to original U.S. Government Works.

> West's New Mexico Statutes Annotated
>   Chapter 1. Elections
>     Article 20. Offenses and Penalties (Refs & Annos)

N. M. S. A. 1978, § 1-20-1

§ 1-20-1. Effect of article

Currentness

The penalties imposed by Sections 1-20-3 through 1-20-23 NMSA 1978 do not apply to offenses for which penalties are otherwise provided in the Election Code.

**Credits**
L. 1969, Ch. 240, § 427.

**Formerly** 1953 Comp., § 3-20-1.

NMSA 1978, § 1-20-1, NM ST § 1-20-1
Current through Chs. 1 to 3, 7, 14, 27, 34, and 35 of the 2nd Regular Session and Ch. 2 of the 3rd Special Session of the 55th Legislature (2022)

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.