

EXHIBIT SE5

West's New Mexico Statutes Annotated
Chapter 1. Elections
Article 4. Registration of Electors

N. M. S. A. 1978, § 1-4-5.6

§ 1-4-5.6. Unlawful use of voter data, mailing labels or special voter lists; penalties

Effective: July 1, 2011
Currentness

A. Unlawful use of voter data, mailing labels or special voter lists consists of the knowing and willful use of such information for purposes prohibited by the Voter Records System Act.

B. Any person, organization or corporation or agent, officer, representative or employee thereof who commits unlawful use of voter data, mailing labels or special voter lists is guilty of a fourth degree felony and upon conviction shall be fined one hundred dollars ($100) for each and every line of voter information that was unlawfully used.

C. Each and every unlawful use of voter data, mailing labels or special voter lists constitutes a separate offense.

**Credits**
L. 1975, Ch. 255, § 79; L. 2001, Ch. 146, § 9; L. 2005, Ch. 270, § 36, eff. July 1, 2005. Recompiled from § 1-5-25 by L. 2011, Ch. 137, § 109, eff. July 1, 2011.

**Formerly** 1953 Comp., § 3-5-30.

NMSA 1978, § 1-4-5.6, NM ST § 1-4-5.6
Current through Chs. 1 to 3, 7, 14, 27, 34, and 35 of the 2nd Regular Session and Ch. 2 of the 3rd Special Session of the 55th Legislature (2022)

**End of Document** © 2022 Thomson Reuters. No claim to original U.S. Government Works.

---

West's New Mexico Statutes Annotated
  Chapter 1. Elections
    Article 5. Voter Records System

---

N. M. S. A. 1978, § 1-5-22

§ 1-5-22. Unlawful disposition of voter file; penalty

Currentness

A. Unlawful disposition of voter file consists of the willful selling, loaning, providing access to or otherwise surrendering of the voter file, duplicates of the file or a part of the file by a data processor; a data processor's agent or employee; a state or county officer; or a state or county officer's deputy, assistant, employee or agent to anyone not authorized by the Voter Records System Act to have possession of the file.

B. For purposes of this section, a file maintenance list shall be considered a voter file or a part of a voter file.

C. Any data processor, officer, deputy, assistant, agent or employee who commits unlawful disposition of a voter file is guilty of a fourth degree felony.

**Credits**
L. 1975, Ch. 255, § 76; L. 2005, Ch. 270, § 33, eff. July 1, 2005.

**Formerly** 1953 Comp., § 3-5-27.

NMSA 1978, § 1-5-22, NM ST § 1-5-22
Current through Chs. 1 to 3, 7, 14, 27, 34, and 35 of the 2nd Regular Session and Ch. 2 of the 3rd Special Session of the 55th Legislature (2022)

---

**End of Document** © 2022 Thomson Reuters. No claim to original U.S. Government Works.