**Before You Get Started**

SE 8

VoteRef.com provides on-demand public access to voter registration records collected from state and local election officials.

Our mission is to ensure fair elections by providing voters with full transparency and easy access to voting records, which historically have been difficult to obtain.

VoteRef.com is for election-related, noncommercial use and for users based in the United States only. Before accessing the site, please read our Terms of Service and agree you will abide by them by clicking on the Accept button below.

Accept   Reject



- Glossary

RETURN to SEARCH

1. Home
2. Registered Voters
3. Colorado
4. Douglas
5. PARKER
6. 'OFA HE MO'ONI MALUOFI KI TONGA LATU

'OFA HE MO'ONI MALUOFI KI TONGA LATU
**Registration Address**
10646 OAKMOOR CT, PARKER, Colorado 80134
**Registration Date**
March 11, 2021
**Birthdate**
2000
**Party Affiliation**
Unaffiliated
**Registration Status**
Active
**Precinct**
4304418314
*All data from Colorado Secretary of State*

**No Record of Vote History**

The information on this website about this voter, including records of this voter's voting history, was provided to Voter Reference Foundation LLC ("VRF") by the Colorado Secretary of State ("Secretary") on March 29, 2021. The information is publicly available here. The information published here by VRF appears exactly as provided by the Secretary. By publishing Secretary records verbatim, VRF does not state, represent, suggest, or imply that this voter voted or that this voter's ballot was counted or not counted. Additionally, the address of any voter who is in the Address Confidentiality Program and who has complied with C.R.S. § 24-30-2108 (hereinafter referred to as a "protected voter") must be removed from the publicly available voter list by the Secretary or the Elections Department Clerk of each county. If you believe the information provided to VRF by the Secretary is

inaccurate, or if you believe that you or any person listed on VoteRef.com is a protected voter whose protected information should not appear on VoteRef.com, please immediately contact the Secretary by emailing elections@coloradosos.gov or calling 303-894-2200, or contact the Elections Department Clerk in the applicable county (click here for contact information for each county). For assistance with the process of applying for protected voter status through the Address Confidentiality Program, click here. Upon receipt of official documentation confirming your or any person's protected voter status sent to us at privacy@voteref.com, VRF will remove the protected information from VoteRef.com.

Voter Reference Foundation LLC™ is a subsidiary of Restoration Action, Inc.®, a 501(c)(4) nonprofit social welfare organization. All rights reserved.

About  Contact  Press Releases  Glossary  Privacy Policy  Terms of Service