1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3    VOTER REFERENCE FOUNDATION, LLC, et al.

4                    Plaintiffs,

5        vs.              NO:  22-CIV-0222 JB/KK

6    HECTOR BALDERAS, et al.,

7                    Defendants.

8

9        Transcript of hearing before The Honorable James

10   O. Browning, United States District Judge,

11   Albuquerque, Bernalillo County, New Mexico,

12   commencing on June 2, 2022.  Proceedings recorded by

13   mechanical stenography, transcript produced by

14   computer.

15

16   For the Plaintiff:      Edward Greim
                            Matthew Miller
17
     For the Defendants:     Olga Serafimova
18

19

20

21

22

23           Robin A. Brazil, RPR, NM CCR 154
                  Bean & Associates, Inc.
24        Professional Court Reporting Service
           201 Third Street, Northwest, Suite 1630
25            Albuquerque, New Mexico 87102

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        THE COURT:  Good morning, everyone.

2   Appreciate everyone making themselves available to

3   me this morning.

4        The Court will call Voter Reference

5   Foundation, LLC, et al., versus Hector Balderas, et

6   al., Civil Matter Number 22-CIV-0222 JB/KK.

7        If counsel will enter their appearances

8   for the Plaintiffs.

9        MR. GREIM:  Eddie Greim and Matt Miller,

10  who's off screen here, for Voter Reference

11  Foundation.

12       THE COURT:  All right.  Mr. Greim,

13  Mr. Miller, good morning to you.

14       And for the Defendant?

15       MS. SERAFIMOVA:  Good morning.  Olga

16  Serafimova for the Defendants.

17       THE COURT:  Ms. Serafimova, good morning

18  to you.

19       Well, I think y'all have consented to

20  me -- as y'all know, I was supposed to be in

21  Oklahoma this week trying an assault with attempt to

22  murder case, and I think they had some witness

23  issues, so it got moved to July, and so I decided to

24  skedaddle over here and play grandpa for a couple of

25  days, so I appreciate the courtesy of y'all letting

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    me do this by Zoom and out of district.
 2            Is that correct that you consent to that?
 3    Mr. Greim?
 4            MR. GREIM:  We do, Your Honor.
 5            THE COURT:  Ms. Serafimova?
 6            MS. SERAFIMOVA:  Yes, Your Honor.
 7            THE COURT:  I appreciate that courtesy.  I
 8    know y'all want to talk scheduling.  It's a shame --
 9    I think at y'all's end we did offer -- before I came
10    over here, I did offer this week since it cleared
11    up, but I understand y'all had some witness issues
12    that kept y'all from doing it this week, and then
13    y'all had proposed dates that are just tough for me
14    because of a busy summer.
15            But let me hear from you, Mr. Greim.
16    We'll start with you, and we'll see if we can bang
17    out some time to get together.  Like I said, I'm
18    pretty flexible.  If your witnesses need to appear
19    by Zoom, y'all need to appear by Zoom, I'm pretty
20    flexible, so if that helps any.
21            Mr. Greim?
22            MR. GREIM:  Sure.  Thank you, Your Honor.
23    You know, I think in reflecting -- having had some
24    time to reflect on our motion, on our theories, and
25    on, you know, really what the key facts are going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   be, we've had more time since the hearing than we

2   really had coming into it, and also we were able to

3   digest the positions that the secretary of state has

4   had.

5            I think we can do -- we do need to get

6   together again, but I think it can be short.  I know

7   there was a sense that, you know, I had just kind of

8   started with Ms. Vigil, I think, and then we still

9   had Mr. Kurtas and Ms. Pino still to come, and we

10  were even going to have closing statements.

11           Had you asked me when we were leaving that

12  day and rushing to catch our little plane, I would

13  have thought that we needed probably the same amount

14  of time all over again.  In fact, Your Honor, you

15  know, I don't have much more for Ms. Vigil.

16           You know, our main theory here is really,

17  at this point, going to be with overbreadth based on

18  what Ms. Vigil -- what she said just in the time I

19  had with her.  We're keeping our other theories as

20  well.  We're going to focus more on overbreadth.

21  What we need, Your Honor, we basically have in the

22  documents, almost all of which are admitted.  And so

23  all that we would need to do is finish up a few

24  minutes with Ms. Vigil.

25           We know that the State wants to then walk

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    through some issues with her, but then I think we're
 2    done at that point.  We would submit a declaration
 3    that authenticates the few exhibits that aren't in
 4    yet, and we would move that those be admitted,
 5    basically some emails of Mr. Kurtas, but we don't
 6    need him or Ms. Pino to present this.  You know, I
 7    think maybe our time is even better spent just with
 8    maybe making some sort of a short closing, answering
 9    your other questions, and then filing some sort of
10    papers to address the legal issues that you raised a
11    few weeks ago.
12             And so we're looking at cost, expense, the
13    amount of time since we filed this motion that our
14    things -- our data has been down.  We just want to
15    bring this to a conclusion, and we really do not
16    want to have this extend out into July or even
17    later.  So that's our proposal.
18             Now, much of June is available for us.
19    This week, you know, would have worked.  You know,
20    my only bad days are the 13th and 14th of June, so
21    we can make a lot of June work.
22             THE COURT:  Well, I mean, could you make
23    today and something tomorrow?
24             MS. SERAFIMOVA:  Your Honor, if I may.
25             THE COURT:  Let me finish with Mr. Greim,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  and then I'll hear from you, Ms. Serafimova.

 2          MR. GREIM:  I think my only issue with

 3  tomorrow -- I misspoke, because tomorrow morning my

 4  wife and I are flying to our 20-year law school

 5  reunion.  I am out for tomorrow.  We've got to make

 6  an emergency filing in the Michigan Supreme Court

 7  today on an election matter.  You know, I'm sorry.

 8  I've also got to go to Washington, DC, on Tuesday

 9  the 7th for a -- to produce a witness, but otherwise

10  I'm good.

11          Just to restate, not to confuse things too

12  much, my unavailable days are tomorrow, the 3rd --

13  well, they're today, tomorrow the 3rd, and the 7th

14  and then the 13th and 14th.

15          Otherwise, you know, we don't need very

16  long at all.

17          THE COURT:  All right.  Ms. Serafimova,

18  what's your thoughts about a continuation of the

19  hearing?

20          MS. SERAFIMOVA:  Thank you, Your Honor.

21  So I am not prepared to discuss this in June, today,

22  because that was not -- you know, it wasn't my

23  understanding that's what we would be discussing.

24          But as far as witnesses, Your Honor, we do

25  have some testimony to put on from Ms. Vigil, and we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   also need to call Ms. Pino.  I understand that

2   Plaintiff no longer wishes to call her, and that's

3   fine, but she's on the witness list.

4            We do have all of the theories, the ones

5   that are briefed anyway.  We're not withdrawing any

6   of them, so we do need to address all of them, so we

7   do need to put on our two witnesses that we were

8   relying on to be able to put on initially with the

9   witness list that we agreed to.  They may be

10  available in June.  I don't know right now.  If you

11  give me a few minutes, I can hopefully get some

12  dates for June.

13           The only other thing I wanted to bring to

14  the Court's attention is if you remember during the

15  last hearing, Plaintiff said that they do have a

16  new, perhaps, alternative theory, and I just want to

17  make sure.  You know, I asked them to amend the

18  complaint and to amend the motion.  They said

19  they're not going to do that at this point.  So I

20  just want to kind of ask the Court that, you know,

21  the motion for preliminary injunction be decided on

22  the grounds that have been briefed and that have

23  been presented to us.  We can't defend a theory that

24  we don't know anything about, that we haven't seen,

25  that we haven't had an opportunity to respond to in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   writing or otherwise.

 2            But as far as June dates -- the other

 3   thing is I am currently on COVID leave and will be

 4   until the end of next week, but after that, after

 5   Monday the 13th, I can ask for dates from our two

 6   main witnesses, and hopefully we can -- well, we had

 7   given -- I'm sorry.  I actually might have that

 8   information.  We had given some dates.  And

 9   actually, we were originally available on June 1st.

10   You know, of course I didn't know at the time I

11   would be on COVID leave.  That just came up

12   yesterday.

13            THE COURT:  What is your first date of

14   availability, Mr. Greim?

15            MR. GREIM:  I would say it's Monday the

16   6th.  The 6th, 8th, 9th, and 10th are my first dates

17   of availability.

18            MS. SERAFIMOVA:  I'm sorry.  Could you

19   repeat those?

20            MR. GREIM:  Sure.  The 6th, 8th, 9th, and

21   10th.

22            MS. SERAFIMOVA:  Yeah, I'm afraid I'm out

23   all of next week.

24            THE COURT:  Well, here's what I was going

25   to suggest.  I've got to be in Denver on the 6th.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    I'm training a group of the new judges that Biden

2    has appointed on the codes of conduct and on ethics,

3    but I don't think I start until the afternoon.  If

4    everybody would be willing to call witnesses -- I

5    know you're on COVID leave, Ms. Serafimova.  If

6    everybody would be willing to call them by -- call

7    them by Zoom and let me do it from Denver, I could

8    do the morning, because I don't think I have any

9    hearings.

10        MS. SERAFIMOVA:  So the thing is, Your

11   Honor, my almost two-year-old was exposed at

12   daycare, and that's why we're on COVID leave.  We're

13   also starting to show symptoms.  She's quarantining

14   until the end of next week, so I have a 23-month-old

15   on my hands, so I'm not going to be able to.

16        THE COURT:  Well, what do you want to do,

17   Mr. Greim?  I mean, you want to force the issue and

18   set it for -- by Zoom on Monday morning?

19        MR. GREIM:  I mean, based on what counsel

20   was saying, I mean, my client wants to save money,

21   get this done, but just as a professional courtesy,

22   I -- and being the father of five kids, I mean, I --

23   it's hard to imagine her dealing with a two-year-old

24   in an apartment there, or her home, while she's

25   trying to do the examination.  But I mean, I guess

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  what -- it sounds like we may have other dates,

2  though, I mean, later in the week or maybe the 15th,

3  16th, or 17th.

4         MS. SERAFIMOVA:  If you give me a couple

5  of minutes, I can check on the 15th, 16th, 17th.  I

6  know I'm available those dates.

7         By the way, Mr. Greim, I appreciate the

8  courtesy.

9         THE COURT:  Well, the 9th and 10th and

10  it's also the 13th, correct, Ms. Rotonda, they

11  expect a three-day trial in that Washington case?

12  Is that correct?

13         MR. ROTONDA:  Yes, that's correct, Judge.

14         THE COURT:  We've marked those three days

15  off for trial.  As soon as this hearing is over, I'm

16  going to go into pretrial conference with them, so I

17  may know a little bit more.  Mr. Harrison -- Ryan

18  Villa is the defense lawyer on that, so certainly

19  from my standpoint, the 9th and 10th, if that trial

20  were to go away, would be better than the following

21  week.  All my -- my daughter and all my

22  grandchildren are going to be in that week.  I was

23  trying to keep that week light.  I've not been able

24  to clear it up entirely, as you can tell, with the

25  trial on the 13th.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            And I think Ms. Rotonda said the 9th and
2   10th and 13th.  You pretty much backed them up
3   anyway, is that right, Ms. Rotonda, so they're
4   pretty full if that trial were to go away?
5            MR. ROTONDA:  Yes, that's correct, Judge.
6            THE COURT:  Give me an estimate on hours.
7   What are we looking at, Mr. Greim, so we can try to
8   figure out what we're looking at here?
9            MR. GREIM:  Your Honor, I'm probably done
10  in 20 more minutes with Ms. Vigil.  As far as I'm
11  concerned, we could go straight to, you know,
12  concluding remarks, which would not be substantial.
13  Although the one asterisk is I'm happy to have an
14  extended back-and-forth to talk about the law and
15  the facts, so if we had even a full hour of that,
16  you know -- now, of course Ms. Serafimova would want
17  to go through with Ms. Vigil.  I think we could get
18  the whole thing done in two more hours.  I don't
19  need much more of that time.
20           THE COURT:  What's your estimate,
21  Ms. Serafimova, how long it would take?  Is two
22  hours how long it would take, or a little longer?
23           MS. SERAFIMOVA:  I think I would need 40
24  minutes with the witnesses.  I agree with Mr. Greim,
25  as much time as Your Honor needs to basically -- for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   us to answer questions and -- but, yes, two hours
 2   sounds doable.
 3            If I may.  Sorry.  I was just going to
 4   say --
 5            THE COURT:  So I guess with 40 minutes,
 6   we're talking about three hours.
 7            So, Ms. Rotonda, if the trial in the
 8   Washington trial were to vacate on the 9th, 10th, or
 9   13th, do we have three hours that we could give them
10   during those three days?
11            MR. ROTONDA:  Judge, the 13th would be the
12   best of those three dates.  We could probably
13   squeeze it in in the afternoon.
14            THE COURT:  What time would we squeeze it
15   in?  What would be the slot?
16            MS. ROTONDA:  It looks like you have
17   something at one o'clock, but it should be done by
18   2:00, so I guess 2:00 to 5:00.
19            THE COURT:  Would y'all like to take a
20   2:00 to 5:00 backup?  I think, you know, there's
21   always a chance this trial, this Washington trial,
22   could go away, and then you'd have a slot.  Could
23   you live with a backup of 2:00 to 5:00 on the 13th?
24   That gets Ms. Serafimova out of her sort of COVID
25   week.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. GREIM:  Your Honor, I'm sorry.
 2              THE COURT:  Go ahead.
 3              MR. GREIM:  I am out the 13th and 14th.
 4    I'm meeting with a bunch of clients in Florida, and
 5    we've all coordinated to make those dates work.
 6              But I'm not sure we need three hours,
 7    though.  If I understand correctly, I need about 20
 8    more minutes, and then Ms. Serafimova needs another
 9    40, and then if we have an hour of argument or
10    discussion with you, that's really two hours.  Three
11    may be a safety.  I don't know if that makes a
12    difference or not, but --
13              THE COURT:  Is that a good estimate,
14    Ms. Serafimova?  Two hours?
15              MS. SERAFIMOVA:  Well, I was saying 40
16    minutes for my direct, and of course, you know,
17    there will -- we need to address whatever Mr. Greim
18    covers with the witnesses, but --
19              THE COURT:  Let me stick with my three
20    hours, then.  Seemed like you were more comfortable
21    with that.
22              So what do we have on the 15th,
23    Ms. Rotonda?  I can probably get out of -- I think I
24    have a grief counselor at 4:20, but I could move
25    that around.  I was thinking about moving that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   around anyway, with my daughter being in town, so if

2   we were to vacate that, does that give us any more

3   time on the 15th?

4          MS. ROTONDA:  Judge, you have -- the last

5   thing in the morning on the 15th is a nine o'clock

6   sentencing.  That would be done around ten o'clock,

7   which would only give you two hours before the lunch

8   hour.  If we went into the lunch hour, that would be

9   the three, or we could do two hours, break for

10  lunch, then you have a 1:30 sentencing, so estimate

11  another hour for that, and pick up again at maybe,

12  like, say, 2:30.

13         THE COURT:  We've got a nine o'clock

14  sentencing.  What if we go to ten o'clock, see if we

15  get two, fine?  If not, we'll either go into the

16  lunch hour or take a short lunch hour and come back,

17  try to finish up.

18         Does that work for you, Mr. Greim?

19         MR. GREIM:  It does, Your Honor.

20         THE COURT:  How about you, Ms. Serafimova?

21         MS. SERAFIMOVA:  I'm waiting to hear from

22  the witnesses, Your Honor.  The secretary of state's

23  general counsel and I are communicating by text, and

24  I just haven't received an answer yet on the 15th.

25         THE COURT:  Let's pencil it in, and if it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    doesn't work, we'll either get back together, or you

 2    can talk to Ms. Rotonda about -- I think we're

 3    looking at a three-hour slot, and I'll try to -- try

 4    to make myself available.  We're just running out

 5    of -- running out of days in June, but we'll give it

 6    a try.

 7             MS. SERAFIMOVA:  Can I just -- of the days

 8    that you offered in July, I'd like to say we can --

 9    and I know it's a two-hour slot, but July 8th works

10    with the witnesses, even though they'll be

11    traveling, but they'll make themselves available,

12    and July 20th we have a three-hour window we can

13    make ourselves available.

14             THE COURT:  Those are available.  The

15    Plaintiff is seeking a preliminary injunction.  I

16    want to be responsive and not delay it too much.

17    Let's see -- we'll pencil it in for ten o'clock on

18    the 15th.  If that doesn't work, y'all call

19    Ms. Rotonda and work it out with her, and we'll get

20    back on the phone, and we'll try to bang it out

21    together.

22             Let me ask upon something that

23    Ms. Serafimova stated.  I want to ask a question

24    about that.  Pull up my notes here.

25             Mr. Greim, are the Plaintiffs going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   file an amended PI reflecting just the overbreadth

 2   count, or are you withdrawing your retaliation

 3   theory?  Where do we stand on your theories?

 4              MR. GREIM:  Sure.  So before we had

 5   overbreadth, and we had viewpoint discrimination,

 6   and, you know, either content-based discrimination

 7   or viewpoint discrimination.  We're keeping all

 8   that.

 9              The only change there is that I think

10   given that they've now said that they're going to

11   use all the forms, even the old forms are still

12   good.  That, you know, it's all about sharing and

13   nothing more, I mean, we disagree with that, but

14   they made that position.

15              So overbreadth is our main theory.  We're

16   going to emphasize that.  We'll present our case on

17   the viewpoint discrimination.

18              On retaliation, there are two things I

19   mentioned.  One is the same conduct that constitutes

20   viewpoint discrimination, which we can see in the

21   referral letter, also constitutes retaliation.  So a

22   separate legal theory supports that.  I mean,

23   it's -- I don't know if it's really -- it's not a

24   different cause of action, but, you know, the

25   separate legal theory would support that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          I mean, I very loathe to go back and amend

2     the PI motion just for that.  I think -- I mean,

3     we'll do it if the Court thinks it would actually

4     help.  What I think might be better and more

5     efficient is we'll submit some sort of filing to you

6     at the end.  I think we talked about findings of

7     fact, conclusions of law.  We could also do a brief,

8     just lay out, you know, each theory and the facts

9     that support it.  When we get to the point about the

10     referrals and letters, we'll say we have viewpoint

11     discrimination and content discrimination.  This

12     reflects a claim for retaliation.  That's an

13     independent basis to find the conduct is wrongful.

14          To me, that is the most efficient and

15     least hour-intensive way to handle it.  There's no

16     big mystery there about what our claim is.

17          The other admission is we learned in the

18     documents we received internally that they decided

19     not to answer our requests, just not to answer VRF

20     requests.  They'll have their reasons for that, but

21     I mean, that is retaliation as well.

22          In this PI, we are not -- you know, we're

23     just really seeking protection so we can repost the

24     data.  We're not seeking an order that they also

25     have to answer our requests.  We're not -- we're not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    doing that in this PI.  And so since that's the
2    case, we don't need to worry about the retaliation
3    claim.  That may be sitting back there.
4           I mean, if we get a preliminary
5    injunction, and they keep not answering just
6    because, we may well be back, but I don't want to
7    dangle too many more things off this.  I just want
8    to get to a stopping point and present the theory
9    and move on.
10          THE COURT:  All right.  Is there anything
11   else we need to discuss while we're together?
12   Anything else I can do for you today?
13          Mr. Greim?
14          MR. GREIM:  Nothing else, Your Honor.
15   Thank you for being available on short notice and
16   remotely.  We appreciate it.
17          THE COURT:  How about you, Ms. Serafimova?
18          MS. SERAFIMOVA:  If I may respond, Your
19   Honor, to what was just said.
20          Mr. Greim is stating that essentially the
21   retaliation claim is not relevant to the motion for
22   preliminary injunction.  If that's the case, we ask
23   that that claim not be raised at this point.  In
24   fairness to us, we haven't had an opportunity to
25   brief it.  We haven't seen it, don't know the scope

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                            1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1    of it.  If indeed it doesn't change anything with

2    respect to the relief they're asking for the

3    preliminary injunction stage, we ask that they not

4    bring it up in their -- in their proposed findings.

5    Basically, if they want to add that to the complaint

6    subsequently, by all means we won't oppose the

7    amendment.

8              At this point, I think in fairness, to

9    allow us to waive the summations that have been

10   briefed and Mr. Greim said that are relevant to what

11   was requested, we ask that that claim be left out at

12   this point with no prejudice to them to bring it

13   later in the appropriate format.

14             THE COURT:  All right.  Anything else,

15   Ms. Serafimova?

16             MS. SERAFIMOVA:  No, Your Honor.  I think

17   one of our witnesses has stated she is available on

18   the 15th, and I'm hopeful that the second witness

19   will be available as well.  If you give me a second,

20   I think I'm getting -- I'm seeing three dots moving.

21   So the 15th works for us.  Thank you, Your Honor.

22             And, Mr. Greim, thank you so much for

23   understanding my situation.

24             THE COURT:  All right.  So I'll see y'all

25   on the 15th at 10:00 a.m.  We'll try to get it done

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in the middle of that day, and if not, we'll see

2    where we go.

3              All right.  Y'all have a good afternoon.

4    Appreciate y'all making yourselves available.

5              (Recessed at 9:25 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   STATE OF NEW MEXICO

2                                  ss

3   COUNTY OF BERNALILLO

4

5                   REPORTER'S CERTIFICATE

6       I, ROBIN A. BRAZIL, New Mexico Certified

7   Shorthand Reporter, DO HEREBY CERTIFY that I did

8   report in stenographic shorthand the proceedings set

9   forth herein, and the foregoing is a true and correct

10  transcription of proceedings.

11      I FURTHER CERTIFY that I am neither employed by

12  nor related to any of the parties or attorneys in

13  this case, and that I have no interest whatsoever in

14  the final disposition of this case in any court.

15

16

17

18  _____
    Robin A. Brazil, RPR
19  BEAN & ASSOCIATES, INC.
    Certified Court Reporter, NM #154
20  License expires:  12.31.22

    (1473M) RAB
21  Date taken:  June 2, 2022

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com