UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   CIV 22-0222 JB/KK        **DATE:** 6/2/2022

**TITLE:**   *Voter Reference Foundation, LLC, et al. v. Balderas, et al.*

**COURTROOM CLERK:** L. Rotonda      **COURT REPORTER:**   R. Brazil

**COURT IN SESSION:**   8:59 AM       **TOTAL TIME:**  0:26

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**COURT RULING/DISPOSITION:**              SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  Eddie Greim (all appearing via Zoom)       Olga Serafimova (appearing via Zoom)
  Matthew Mueller

**PROCEEDINGS:**

**COURT IN SESSION: 8:59 AM**

**COURT:**  CALLS CASE, COUNSEL ENTER APPEARANCES.  COURT ADDRESSES COUNSEL REGARDING COURT'S APPEARANCE, COUNSEL CONFIRM CONSENT AS TO COURT'S APPEARANCE FROM OUT OF DISTRICT.

**9:02 AM  MR. GREIM:** ADDRESSES COURT REGARDING ADDITIONAL TIME NEEDED TO CONCLUDE HEARING.

**COURT:**  QUERIES COUNSEL REGARDING AVAILABILITY FOR REMAINDER OF WEEK.

**MS. SERAFIMOVA:** ADDRESSES COURT REGARDING EVIDENCE DEFENSE WISHES TO PRESENT, ISSUE RAISED AT PREVIOUS HEARING REGARDING PLAINTIFF'S NEW THEORY NOT PREVIOUSLY BRIEFED.

 **COURT:** PROPOSES POTENTIAL DATES, QUERIES COUNSEL AS TO AVAILABILITY, COUNSEL

RESPOND AS TO SAME.

**9:14 AM**  COURT PROPOSES JUNE 15, 2022 AT 10:00 AM.  COUNSEL RESPOND.

**9:19 AM**  QUERIES COUNSEL FOR PLAINTIFFS REGARDING INTENTIONS RELATED TO AMENDED COMPLAINT AND THEORIES.

**MR. GREIM:**  RESPONDS TO SAME.

**MS. SERAFIMOVA:**  ASKS THAT THEORY DESCRIBED BE OMITTED FROM PROPOSED FINDINGS UNLESS COMPLAINT IS AMENDED.

**COURT:**  INDICATES WILL SCHEDULE HEARING TO RESUME ON JUNE 15.

**COURT IN RECESS:  9:25 AM**