UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   CIV 22-0222 JB/KK   **DATE:** 6/15/2022

**TITLE:**   *Voter Reference Foundation, LLC, et al. v. Balderas, et al.*

**COURTROOM CLERK:** L. Rotonda    **COURT REPORTER:**   R. Brazil

**COURT IN SESSION:**  9:59 AM    **TOTAL TIME:**  5:42

**TYPE OF PROCEEDING:** MOTION HEARING

**COURT RULING/DISPOSITION:**
1. Plaintiff's Motion for Preliminary Injunction [3] – taken under advisement; see below.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Eddie Greim (all appearing via Zoom)        Olga Serafimova (appearing via Zoom)
Matthew Mueller
Carter Harrison
Edward Greim

**PROCEEDINGS:**

**COURT IN SESSION: 9:59 AM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES.

**MR. GREIM:** PLAINTIFF CALLS MANDY VIGIL (PREVIOUSLY SWORN); QUESTIONS ON DIRECT EXAMINATION.

**10:45 AM  MS. SERAFIMOVA:** OBJECTS AS TO PROFFERED EXHIBIT.

**COURT:** INDICATES WILL HEAR TESTIMONY AND THEN TAKE OBJECTION.

**MR. GREIM:** RESUMES QUESTIONING MS. VIGIL ON DIRECT EXAMINATION, MOVES FOR ADMISSION OF PLAINTIFF'S EXHIBIT NO. 10.

**MS. SERAFIMOVA:** NO OBJECTION.

**COURT:** WILL ADMIT PLAINTIFF'S EXHIBIT NO. 10.

**11:10 AM  MR. GREIM:**  RESUMES QUESTIONING MS. VIGIL ON DIRECT EXAMINATION.

**11:14 AM  MS. SERAFIMOVA:**  ASKS TO ADDRESS THE COURT REGARDING OBJECTION (MS. VIGIL MOVED TO WAITING ROOM).

**COURT:**  OVERRULED (MS. VIGIL READMITTED TO ZOOM SESSION).

**MR. GREIM:**  RESUMES QUESTIONING MS. VIGIL ON DIRECT EXAMINATION.

**11:26 AM  MS. SERAFIMOVA:**  OBJECTS TO QUESTION.

**COURT:**  OVERRULED.

**MR. GREIM:**  RESUMES QUESTIONING MS. VIGIL ON DIRECT EXAMINATION.

**MS. SERAFIMOVA:**  OBJECTS TO QUESTION.

**COURT:**  OVERRULED.

**COURT IN RECESS:  11:31 AM**

**COURT IN SESSION:  11:44 AM**

**MR. GREIM:**  MOVES FOR ADMISSION OF PLAINTIFF'S EXHIBIT NOS. 3, 4, 5.

**MS. SERAFIMOVA:**  OBJECTS AS TO PLAINTIFF'S EXHIBIT NO. 5.

**COURT:**  WILL ADMIT PLAINTIFF'S EXHIBIT NOS. 3, 4, AND WILL ADMIT PLAINTIFF'S EXHIBIT NO. 5 SUBJECT TO OBJECTIONS.

**MS. SERAFIMOVA:**  QUESTIONS MS. VIGIL ON CROSS EXAMINATION.

**12:19 PM  MR. GREIM:**  OBJECTS TO QUESTION.

**COURT:**  SUSTAINS OBJECTION, INSTRUCTS MS. SERAFIMOVA ACCORDINGLY.

**MS. SERAFIMOVA:**  RESUMES QUESTIONING MS. VIGIL ON CROSS EXAMINATION.

**MR. GREIM:**  OBJECTS TO QUESTION.

**COURT:**  OVERRULED.

**MS. SERAFIMOVA:**  RESUMES QUESTIONING MS. VIGIL ON CROSS EXAMINATION.

**12:45 PM  MR. GREIM:**  OBJECTS TO QUESTION.

**COURT:** SUSTAINED.

**MS. SERAFIMOVA:** RESUMES QUESTIONING MS. VIGIL ON CROSS EXAMINATION.

**12:49 PM COURT:** EXCUSES MS. VIGIL.

**12:50 PM MR. GREIM:** PLAINTIFFS CALL SHARON PINO (SWORN); QUESTIONS MS. PINO ON DIRECT EXAMINATION.

**COURT IN RECESS: 1:16 PM**

**COURT IN SESSION: 1:30 PM**

**MR. GREIM:** RESUMES QUESTIONING MS. PINO ON DIRECT EXAMINATION.

**1:57 PM MS. SERAFIMOVA:** OBJECTS TO QUESTION.

**COURT:** OVERRULED.

**MR. GREIM:** RESUMES QUESTIONING MS. PINO ON DIRECT EXAMINATION, MOVES FOR ADMISSION OF PLAINTIFF'S EXHIBIT NOS. 6-9, 10-14.

**MS. SERAFIMOVA:** RESPONDS.

**COURT:** ADMITS PLAINTIFF'S EXHIBIT NOS. 6-9, 10-14.

**MS. SERAFIMOVA:** QUESTIONS MS. PINO ON CROSS EXAMINATION.

**2:26 PM MR. GREIM:** OBJECTS TO QUESTION.

**COURT:** OVERRULED.

**MS. SERAFIMOVA:** RESUMES QUESTIONING MS. PINO ON CROSS EXAMINATION.

**2:34 PM MR. GREIM:** OBJECTS TO QUESTION.

**COURT:** OVERRULED.

**MS. SERAFIMOVA:** RESUMES QUESTIONING MS. PINO ON CROSS EXAMINATION.

**2:38 PM MR. GREIM:** QUESTIONS MS. PINO ON REDIRECT EXAMINATION.

**2:43 PM COURT:** EXCUSES MS. PINO.

**MR. GREIM:** RESTS.

**Ms. Serafimova:** Indicates no witnesses or other evidence to present.

**Mr. Greim:** Argues in support of Motion for Preliminary Injunction (Doc. 3).

**3:02 PM Court:** Queries Mr. Greim.

**Mr. Greim:** Responds to Court's query, resumes arguing in support of Motion.

**Court in Recess: 3:06 PM**

**Court in Session: 3:21 PM**

**Mr. Greim:** Resumes arguing in support of Motion.

**Court:** Directs Mr. Greim to file PowerPoint slides on CM/ECF.

**3:39 PM Ms. Serafimova:** Argues in opposition to Motion.

**3:45 PM Court:** Queries Ms. Serafimova.

**Ms. Serafimova:** Responds to Court's queries, resumes arguing in opposition to Motion.

**Court:** Queries Mr. Greim regarding scenario posed to Ms. Serafimova.

**4:08 PM Mr. Greim:** Responds to Court's query, argues in rebuttal as to Motion.

**4:18 PM Court:** Queries parties regarding proposed findings of fact and conclusions of law, deadlines as to same.

**Mr. Greim:** Responds to Court's queries, proposes deadline of 14 days.

**Ms. Serafimova:** Agrees as to same.

**Court:** Will establish deadline of close of business on June 29, 2022 for parties to file. Queries Plaintiff as to timeframe for issuance of opinion.

**Mr. Greim:** Requests opinion by July 22, 2022.

**Court:** Will aim to issue opinion by close of business that day.

**Court in Recess: 4:23 PM**