**James Browning**  No. CIV 22-0222

| | |
|---|---|
| **From:** | vote marianiello <beakspeak@comcast.net> |
| **Sent:** | Tuesday, July 26, 2022 7:54 AM |
| **To:** | James Browning |
| **Subject:** | Distubring |

CAUTION - EXTERNAL:

Dear Judge Browning,

Good morning.

My name is Linda Marianiello. As a fellow Yale alumna and resident of Santa Fe, I was very concerned about your decision to allow voters' names to be posted on a website funded by a very wealthy supporter of Donald Trump.

If there is anything many Americans have learned from the recent January 6 hearings, it's that there is and has been almost no voter fraud in the United States.

But what disturbs me most about your decision is that it appears to be so political and may or may not have any basis in the law. It seems to me that every judge must put aside personal beliefs in order to rule in a just way that befits their office.

Sincerely yours,

Linda Marianiello
Yale College Class of 1980
Santa Fe, NM
505-474-4513
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*file on CM/ECF*
*JB 7/26/22*

1