**James Browning**      No CIV 22-0222

| | |
|---|---|
| **From:** | RobinAlex <RobinAlex@gilanet.com> |
| **Sent:** | Friday, July 29, 2022 2:19 PM |
| **To:** | NMDml_Judge Browning's Chambers nmd.uscourts.gov |
| **Subject:** | Voters Right to Privacy |

CAUTION - EXTERNAL:

Judge James Browning,
I very much disagree with your decision regarding voting privacy. It is commonly called a "secret ballot" for a reason. I would like to suggest that you overturn this decision as it is not in the best interest of the citizens of New Mexico. Thank you for your time.
Sincerely,
Robin Ocheltree
Registered Voter
Gila, New Mexico
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*File on CM/ECF (Voter Reform)* 7/29/22

7/29/22