IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC** and **HOLLY STEINBERG,**

      **Plaintiff,**

**v.**

      **Case No: 1:22-cv-00222-JB-KK**

**HECTOR BALDERAS, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

      **Defendants.**

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), as well as 28 U.S.C. § 1292(a)(1), Defendants Hector Balderas, in his official capacity as New Mexico Attorney General, and Maggie Toulouse Oliver, in her official capacity as New Mexico Secretary of State (collectively, "Defendants") hereby appeal to the United States District Court for the Tenth Circuit from the Memorandum Opinion and Order of the United District Court for the District of New Mexico granting, in part, Plaintiffs' Motion for Preliminary Injunction and entered on July 22, 2022 (Doc. 51).

Respectfully submitted,

By: /s/ Olga M. Serafimova
Olga M. Serafimova
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
oserafimova@nmag.gov

**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I certify that on August 19, 2022, I served the foregoing on counsel of record for all parties via the CM/ECF system.

/s/ Olga M. Serafimova