IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION,**
**LLC and HOLLY STEINBERG,**

**Plaintiffs,**

v.                                                                                          Case No. 1:22cv222 JB-KK

**HECTOR BALDERAS, in his official**
**Capacity as New Mexico Attorney General,**
**and MAGGIE TOULOUSE OLIVER, in her**
**official capacity as New Mexico Secretary**
**of State,**

**Defendants.**

## UNOPPOSED MOTION TO EXTEND TIME TO CONDUCT THE MEET AND CONFER

Plaintiff, Voter Reference Foundation, LLC, and Holly Steinberg and Defendants, Hector Balderas and Maggie Toulouse Oliver, by and through their undersigned counsel respectfully moves the Court for an order extending the deadline for the parties to conduct the meet and confer in this matter. In support of his Motion, Plaintiff states:

1. The current deadline for the parties to meet and confer is August 23, 2022.

2. Due to scheduling conflicts, the parties cannot conduct the meet and confer until August 25, 2022.

WHEREFORE, the parties respectfully move this Court for an Order extending the deadline to conduct the meet and confer until August 25, 2022.

Respectfully submitted;

| | |
|---|---|
| **GRAVES GARRETT, LLC** | **OFFICE OF THE ATTORNEY GENERAL** |
| */s/ Edward D. Greim* | */s/Olga Serafimova* |
| Edward D. Greim | Olga M. Serafimova |
| Missouri Bar No. 54034 | Senior Civil Counsel |

| | |
|---|---|
| *Admitted Pro Hac Vice* | P.O. Drawer 1508 |
| GRAVES GARRETT LLC | (505) 490-4060 |
| 1100 Main Street, Suite 2700 | (505) 490-4046 |
| Kansas City, Missouri 64105 | Santa Fe, NM 87501-1508 |
| Tel.: (816) 256-3181 | oserafimova@nmag.gov |
| Fax: (816) 222-0534 | |
| edgreim@gravesgarrett.com | *Counsel for Defendants* |

and

**HARRISON, HART & DAVIS, LLC**
*/s/ Carter Harrison*
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed with the United States District Court for the District of New Mexico's CM/ECF efiling system on this 22nd day of August 2022, which caused service upon all parties through counsel of record.

*/s/ Carter B. Harrison, IV*
Carter B. Harrison, IV