IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC** and **HOLLY STEINBERG**<br><br>Plaintiffs,<br>**v.**<br><br>**HECTOR BALDERAS**, in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State,<br><br>Defendants. | CASE NO: 1:22-cv-00222-JB-KK<br><br><br><br><br><br>**JOINT REQUEST FOR REMOTE APPEARANCE** |

**JOINT REQUEST FOR REMOTE APPEARANCE**

COME NOW Plaintiffs Voter Reference Foundation, LLC ("VRF") and Holly Steinberg and Defendants Secretary of State Maggie Toulouse Oliver and Attorney General Hector Balderas, by and through counsel, and jointly request to appear via Zoom for the Rule 16 Scheduling Conference scheduled for Wednesday, August 31 at 8:30 a.m.

Respectfully submitted this 26th day of August, 2022.

                                      **GRAVES GARRETT, LLC**

                                      */s/ Edward D. Greim*
                                      Edward D. Greim
                                      Missouri Bar No. 54034
                                      *Admitted Pro Hac Vice*
                                      GRAVES GARRETT LLC
                                      1100 Main Street, Suite 2700
                                      Kansas City, Missouri 64105
                                      Tel.: (816) 256-3181
                                      Fax: (816) 222-0534
                                      edgreim@gravesgarrett.com

**HARRISON, HART & DAVIS, LLC**
*/s/ Carter Harrison*
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiffs*


*/s/ Olga Serafimova*
Olga M. Serafimova
Senior Civil Counsel
P.O. Drawer 1508
Santa Fe, NM 87501-1508
(505) 490-4060
(505) 490-4046
oserafimova@nmag.gov

*Counsel for Defendants*