UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   CIV 22-0222 JB/KK        **DATE:** 8/31/2022

**TITLE:**   *Voter Reference Foundation, LLC, et al. v. Balderas, et al.*

**COURTROOM CLERK:** L. Rotonda        **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 8:32 AM          **TOTAL TIME:** 1:16

**TYPE OF PROCEEDING:** MOTION HEARING/SCHEDULING CONFERENCE

**COURT RULING/DISPOSITION:**          SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Edward Greim (all appearing via Zoom)      Olga Serafimova (appearing via Zoom)
Carter Harrison

**PROCEEDINGS:**

**COURT IN SESSION: 8:32 AM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES.

INDICATES MIGHT MAKE SENSE TO TAKE UP MOTION TO STAY FIRST.

**MS. SERAFIMOVA:** ARGUES IN SUPPORT OF MOTION.

**COURT:** QUERIES MS. SERAFIMOVA.

**MS. SERAFIMOVA:** RESPONDS TO COURT'S QUERIES, RESUMES ARGUING IN SUPPORT OF MOTION.

**MR. GREIM:** ARGUES IN OPPOSITION TO MOTION.

**COURT:** INDICATES WOULD BE RECEPTIVE TO SIGNING ORDER IF PARTIES WISH TO SUBMIT.

**MS. SERAFIMOVA:** ARGUES IN REBUTTAL AS TO MOTION.

**COURT:** WILL DENY MOTION TO STAY. REITERATES THAT COURT WOULD BE RECEPTIVE TO SIGNING AGREED ORDER.

INDICATES WILL MOVE TO SCHEDULING ORDER PORTION OF HEARING. PROVIDES DATES, NOTES THAT EXPERT DEADLINES MEANS READY TO BE DEPOSED. INSTRUCTS PARTIES TO WORK WITH CRD TO GET FIRM SETTING AS WE GET NEARER TO TRAILING DOCKET SETTING. NOTES THAT DATES RELATED TO AMENDING PLEADINGS AND JOINING PARTIES DOES NOT CHANGE SUBSTANTIVE REQUIREMENTS OF RULE 15(A).

COURT REVIEWS ITS PROCEDURES RELATING TO DISCOVERY, INSTRUCTS PARTIES TO CONTACT CRD IF PARTIES WISH TO OBTAIN RULING AS TO DISCOVERY ISSUE. PARTIES MAY OPT TO FULLY BRIEF ISSUES, OR MAY OPT FOR MJ TO OVERSEE DISCOVERY ISSUES. REMINDS PARTIES OF OBLIGATION TO MEET AND CONFER, NOTES COURT MAY BE INSERTED INTO THIS PROCESS SOONER IF PARTIES SO WISH. INSTRUCTS PARTIES TO DISCUSS IF THERE IS AGREEMENT AS TO LOCATION OF TRIAL.

ANYTHING ELSE?

**MR. GREIM:** ADDRESSES COURT REGARDING EXPERT WITNESS DEADLINES, UNDERSTANDING THAT DEFENDANTS CONSENT TO FILING OF AMENDED COMPLAINT.

**COURT IN RECESS: 9:48 AM**