IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC** and **HOLLY STEINBERG,**

      **Plaintiff,**

v.

      Case No: 1:22-cv-00222-JB-KK

**HECTOR BALDERAS, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

      **Defendants.**

### ENTRY OF APPEARANCE

Pursuant to D.N.M.LR Civ. 83.4(b), the New Mexico Office of the Attorney General hereby enters an appearance in this matter on behalf of Defendants.

      Respectfully submitted,

      By: _/s/ Olga Serafimova_
          Office of the New Mexico Attorney General
          408 Galisteo Street
          Santa Fe, NM 87501
          Tel.: (505) 490-4060
          Fax: (505) 490-4881
          oserafimova@nmag.gov
          ***Attorney for Defendants***

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2022, I served the foregoing on counsel of record for all parties via the CM/ECF system.

                                                        */s/Olga Serafimova*