# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION,
LLC** and **HOLLY STEINBERG,**

     **Plaintiff,**

**v.**

                         **Case No: 1:22-cv-00222-JB-KK**

**HECTOR BALDERAS, in his official
capacity as New Mexico Attorney
General, and MAGGIE TOULOUSE
OLIVER, in her official capacity as
New Mexico Secretary of State,**

     **Defendants.**

## <u>ENTRY OF APPEARANCE</u>

Pursuant to D.N.M.LR Civ. 83.4, Erin Lecocq, M. Victoria Amada, and Jeff Dan Herrera, Assistant Attorneys General of the New Mexico Attorney General's Office, hereby enter their appearances in this matter on behalf of Defendants Hector Balderas and Maggie Toulouse Oliver.

Respectfully submitted,

By: */s/ Erin Lecocq*      
       Erin Lecocq
       M. Victoria Amada
       Jeff Dan Herrera

Office of the New Mexico Attorney
General
408 Galisteo Street
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
elecocq@nmag.gov
vamada@nmag.gov
jherrera@nmag.gov

**_Attorneys for Defendants_**


## CERTIFICATE OF SERVICE

I certify that on September 2, 2022, I served the foregoing on counsel of record for

all parties via the CM/ECF system.

_/s/ Erin Lecocq_