IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO

AUG 3 0 2022

MITCHELL R. ELFERS
CLERK

**VOTER REFERENCE FOUNDATION,**
**LLC and HOLLY STEINBERG,**

      **Plaintiffs,**

v.                                        Case No. 1:22cv222 JB-KK

**HECTOR BALDERAS, in his official**
**Capacity as New Mexico Attorney General,**
**and MAGGIE TOULOUSE OLIVER, in her**
**official capacity as New Mexico Secretary**
**of State,**

      **Defendants.**

### STIPULATED ORDER GRANTING UNOPPOSED MOTION
### TO EXTEND TIME FOR THE PARTIES TO MEET AND CONFER

On August 19, 2022, the parties filed a Motion to Extend the Time of the Parties to Meet and Confer. The Court has reviewed the Motion and finds that it should be granted.

IT IS THEREFORE ORDERED THAT parties are granted an extension of time to conduct the meet and confer until August 25, 2022.



_____
THE HONORABLE JAMES O. BROWNING

Submitted by;

**GRAVES GARRETT, LLC**
*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034

**OFFICE OF THE ATTORNEY GENERAL**
*/s/Olga Serafimova*
Olga M. Serafimova
Senior Civil Counsel

*Admitted Pro Hac Vice*
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

And

**HARRISON, HART & DAVIS, LLC**
*/s/ Carter Harrison*
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiffs*

P.O. Drawer 1508
(505) 490-4060
(505) 490-4046
Santa Fe, NM 87501-1508
oserafimova@nmag.gov

*Counsel for Defendants*