IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC** and **HOLLY STEINBERG,**

      Plaintiff,

v.

                                           **Case No: 1:22-cv-00222-JB-KK**

**HECTOR BALDERAS, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

      Defendants.

### NOTICE OF WITHDRAWAL OF COUNSEL

Assistant Attorneys General M. Victoria Amada and Olga Serafimova hereby notify the court of their withdrawal as counsel of record for Defendants Hector Balderas and Maggie Toulouse Oliver as of September 2, 2022. Assistant Attorneys General Erin Lecocq and Jeff Dan Herrera will continue as counsel in this matter for Defendants going forward.

*Voter Reference Foundation et. al.  v. Hector Balderas, et al.,*  Case No. 1:22-cv-00222-JB-KK
*Notice of Withdrawal and Substitution of Counsel*
Page **1** of **2**

Respectfully submitted,

By: /s/ M. Victoria Amada
    M. Victoria Amada
    Office of the New Mexico Attorney General
    408 Galisteo Street
    Santa Fe, NM 87501
    Tel.: (505) 490-4060
    Fax: (505) 490-4881
    vamada@nmag.gov

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2022, I served the foregoing on counsel of record for all parties via the CM/ECF system.

                /s/ M. Victoria Amada

*Voter Reference Foundation et. al.  v. Hector Balderas, et al.,*  Case No. 1:22-cv-00222-JB-KK
*Notice of Withdrawal and Substitution of Counsel*
Page **2** of **2**