IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC** and **HOLLY STEINBERG**<br><br>Plaintiffs,<br>v.<br><br>**HECTOR BALDERAS**, in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State,<br><br>Defendants. | CASE NO: 1:22-cv-00222-JB-KK |

## CERTIFICATE OF SERVICE

I certify that on September 16, 2022, Plaintiffs Voter Reference Foundation, LLC and Holly Steinberg served their Fed. R. Civ. P. 26(a) Initial Disclosures via electronic mail to the following counsel of record pursuant to this Court's Scheduling Order entered on August 26, 2022 (ECF Doc. No. 62):

> Erin Lecocq
> Jeff Dan Herrera
> Office of the New Mexico Attorney General
> 408 Galisteo Street
> Santa Fe, NM 87501
> elecocq@nmag.gov
> jherrera@nmag.gov

Dated: September 16, 2022

1

Respectfully submitted,

 **GRAVES GARRETT, LLC**

*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com


**HARRISON, HART & DAVIS, LLC**
*/s/ Carter B. Harrison*
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiffs*

2