IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION,
LLC** and **HOLLY STEINBERG,**

    **Plaintiff,**

**v.**

                                           **Case No: 1:22-cv-00222-JB-KK**

**HECTOR BALDERAS, in his official
capacity as New Mexico Attorney General,
and MAGGIE TOULOUSE OLIVER, in her
official capacity as
New Mexico Secretary of State,**

    **Defendants.**

### CERTIFICATE OF SERVICE

    I certify that on September 16, 2022, Defendants Hector Balderas and Maggie Toulouse Oliver served their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) via electronic mail to the following counsel of record in accordance with the Court's August 26, 2022 Scheduling Order:

    Edward D. Greim
    Graves Garrett LLC
    1100 Main Street, Suite 2700
    Kansas City, Missouri 64105
    edgreim@gravesgarrett.com

    Carter B. Harrison IV
    Harrison, Hart & Davis LLC
    924 Park Ave. SW, Suite E
    Albuquerque, NM 87102
    carter@harrisonhartlaw.com

Dated September 16, 2022.

                        Respectfully submitted,

                        By: */s/ Jeff Dan Herrera*
                              Erin Lecocq
                              Jeff Dan Herrera
                              Office of the New Mexico Attorney General
                              408 Galisteo Street
                              Santa Fe, NM 87501
                              Tel.: (505) 490-4060
                              Fax: (505) 490-4881
                              elecocq@nmag.gov
                              jherrera@nmag.gov

                              ***Attorneys for Defendants***