# Exhibit D

STATE OF NEW MEXICO
# MAGGIE TOULOUSE OLIVER
SECRETARY OF STATE

## PAYMENT RECEIPT

**DAVID LIPPERT**
**1611 MELROSE AVE**
**ST LOUIS PARK, MN 55426**

PAYMENT RECEIPT NUMBER: 2016893261

### FILER INFORMATION

| Filer Name: | Filer Id: |
|---|---|
| **DAVID LIPPERT** | 000306347 |

### BILLING INFORMATION

| Name and Address: | Billing Id: |
|---|---|
| **DAVID LIPPERT** <br> **1611 MELROSE AVE** <br> **ST LOUIS PARK, MN 55426** | 000306347 |
| Email: <br> **MIKE.LIPPERT@LOCALLABS.COM** | Telephone Number: <br> **(952) 905-8078** |

### TRANSACTION DESCRIPTION

| Transaction Category: | Transaction Item: | Filing Date / Time: |
|---|---|---|
| **Miscellaneous** | **Misc Item** | **4/14/2021 8:00:00 AM** |
| Workorder Number: | Total Quantity: | |
| **2016893261** | **1** | |

### PAYMENT INFORMATION

| Fee Amount: | Payment Total: | Amount Due: |
|---|---|---|
| **$5378.12** | **$5378.12** | **$0.00** |
| Prepaid Account Balance: | Payment Type: | |
| **$0.00** | **Pre-Paid Account** | |

325 DON GASPAR, SUITE 300 | SANTA FE, NEW MEXICO 87501
PHONE: (505) 827-3600 or (800) 477-3632 | FAX: (505) 827-8081
WWW.SOS.STATE.NM.US