# Exhibit H

| | |
|---|---|
| **From:** | Gina Swoboda at Voter Reference Foundation |
| **To:** | sos.elections@state.nm.us |
| **Subject:** | VoteRef.com NM data analysis |
| **Date:** | Tuesday, December 14, 2021 6:03:27 AM |
| **Attachments:** | image001.png |
| | image003.png |
| | image004.jpg |

New Mexico Secretary of State Maggie Toulouse Oliver

Via email transmission to sos.elections@state.nm.us

RE: VoteRef.com NM data analysis

Dear Secretary Toulouse Oliver,

Our team at VoteRef.com has done a comparative analysis of the total ballots cast election-wide in New Mexico in the 2020 General Election according to the certified canvasses and official turnout reports, and the voter history file provided by your office, to reconcile the total number of ballots cast with the total number of voters in a jurisdiction with credit for voting in the 2020 GE according to NM Secretary of State and County Boards of Election data.

Our review indicates that there are 924,328 voters in NM with a credit for having voted in the 2020 General Election, and 928,172 total ballots cast election wide as per the official reports issued by NM SOS and County Boards of Election. This creates a discrepancy between registered voters with ballots cast (RVBC) and total ballots cast (TBC) of 3,844. This number represents more ballots cast than registered voters who have credit for voting.

Please provide any feedback you have on these results, and if there is a factor or factors that we may be unaware of that would explain the discrepancies.

Attached is a link to the voter history and voter registration data file provided by your office on April 13, 2021. It is our understanding that the data you have provided does not include any voter who is in the Safe At Home program. If that is inaccurate, please let us know.

 NM

We would be pleased to have a call with you or your staff if that would provide a better format to review your assessment of the results. If you have time and staff available, we would be grateful for the opportunity to meet with you by phone.

Thank you.

Sincerely,
Gina Swoboda

**Gina Swoboda**
Executive Director
Voter Reference Foundation
844-302-2109 (Office)
gs@voterreferencefoundation.com