# Exhibit N

FOR IMMEDIATE RELEASE
July 27, 2017
Contact: John Blair (505) 490-1952

## Secretary of State Toulouse Oliver Responds to Second Request by President Trump's Election Commission for New Mexico Voters' Personal Data

SANTA FE – New Mexico Secretary of State Maggie Toulouse Oliver released the following statement today regarding a second request from President Donald Trump's Advisory Commission on Election Integrity for the personal data of New Mexico voters:

"My office has received another request for New Mexico voters' personal data from President Trump's 'Voter Fraud Panel.' Upon review of this request, my answer is still no.

"As I've said before, I will never release the personally identifiable information of New Mexico voters protected by law, including their social security number and birthdate.  Because the Commission has still not demonstrated that the data will be used for a lawful purpose under New Mexico law, provided any plan for ensuring that voters' personal data will be secured, or explained how comparing insufficient data will produce any meaningful conclusions, I won't release any New Mexicans' voter information.

"My office has received an overwhelming response from New Mexicans who have made it clear they do not want their voter information shared with the Trump Commission.  When you consider that some 4,000 Colorado residents have cancelled their voter registration because their Secretary of State has indicated he will cooperate with the Trump Commission's request for personal data, the risk of that happening in New Mexico outweighs any perceived benefit of participating.  As New Mexico's Chief Election Official, I will continue to ensure the integrity of our elections while protecting the voting rights and personal privacy of our voters."

# # #

**Follow Secretary Toulouse Oliver on [Facebook](#) and [Twitter](#).**