# Exhibit P

5/24/22, 9:36 AM  The Office of New Mexico Attorney General Mail - Confidential



Trujillo, Anna <atrujillo@nmag.gov>

**Confidential**

**Anna Trujillo** <atrujillo@nmag.gov>  Wed, Jan 26, 2022 at 9:40 AM
To: ccmonroney@fbi.gov

**2021-12-20 Ltr to Kelly related to Voter Data Criminal Violation Referral.pdf**
1538K