IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION,
LLC** and **HOLLY STEINBERG**,

        **Plaintiffs,**

v.

        Case No: 1:22-cv-00222-JB-KK

**HECTOR BALDERAS, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

        **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2022, *Defendant Hector Balderas' Response To Plaintiff Voter Reference Foundation's First Interrogatories, Requests For Production, And Requests For Admission* were served by email to Petitioner's counsel of record along with Defendant's document production and this *Certificate of Service* as follows:

Edward D. Greim
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

*and*

Carter B. Harrison IV

*Voter Reference Foundation et. al. v. Hector Balderas, et al.,* Case No. 1:22-cv-00222-JB-KK
*Notice of Withdrawal and Substitution of Counsel*
Page **1** of **2**

924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

                                                */s/ Jeff Dan Herrera*

                                                Erin Lecocq
                                                Jeff D. Herrera
                                                Office of the New Mexico Attorney General
                                                408 Galisteo Street
                                                Santa Fe, NM 87501
                                                Tel.: (505) 490-4060
                                                Fax: (505) 490-4881
                                                elecocq@nmag.gov
                                                jherrera@nmag.gov

*Voter Reference Foundation et. al.  v. Hector Balderas, et al.,* Case No. 1:22-cv-00222-JB-KK
*Notice of Withdrawal and Substitution of Counsel*
Page **2** of **2**