IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

    Plaintiff,

v.

                                               Case No: 1:22-cv-00222-JB-KK

**HECTOR BALDERAS, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

    Defendants.

## CERTIFICATE OF SERVICE

I certify that on November 30, 2022, Defendants Hector Balderas and Maggie Toulouse Oliver served their First Set of Discovery Requests to Plaintiff Voter Reference Foundation, LLC pursuant to Fed. R. Civ. P. 33, 34, 36 via electronic mail to the following counsel of record:

    Edward D. Greim
    Graves Garrett LLC
    1100 Main Street, Suite 2700
    Kansas City, Missouri 64105
    edgreim@gravesgarrett.com

    Carter B. Harrison IV
    Harrison, Hart & Davis LLC
    924 Park Ave. SW, Suite E
    Albuquerque, NM 87102
    carter@harrisonhartlaw.com

Dated November 30, 2022.

                                              Respectfully submitted,

                                              By: */s/ Jeff Dan Herrera*
                                                    Erin Lecocq
                                                    Jeff Dan Herrera
                                                    Office of the New Mexico Attorney General
                                                    408 Galisteo Street
                                                    Santa Fe, NM 87501
                                                    Tel.: (505) 490-4060
                                                    Fax: (505) 490-4881
                                                    elecocq@nmag.gov
                                                    jherrera@nmag.gov

                                              ***Attorneys for Defendants***