IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

    **Plaintiff,**

 **v.**

                                      **Case No: 1:22-cv-00222-JB-KK**

**HECTOR BALDERAS, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

    **Defendants.**

## AMENDED CERTIFICATE OF SERVICE

    Counsel for Defendants hereby certifies that on November 30, 2022, Defendants Hector Balderas and Maggie Toulouse Oliver served Plaintiff's counsel, listed below, with *First Set of Discovery Requests to Plaintiff Voter Reference Foundation, LLC* via email.  Counsel also certifies that on this 1st day of December, 2022, this Amended Certificate of Service was filed and served electronically through CM/ECF filing system.

    Edward D. Greim
    Graves Garrett LLC
    1100 Main Street, Suite 2700
    Kansas City, Missouri 64105
    edgreim@gravesgarrett.com

    Carter B. Harrison IV
    Harrison, Hart & Davis LLC

924 Park Ave. SW, Suite E
Albuquerque, NM 87102
carter@harrisonhartlaw.com

Dated December 1, 2022.

        Respectfully submitted,

By: */s/ Jeff Dan Herrera*
      Erin Lecocq
      Jeff Dan Herrera
      Office of the New Mexico Attorney General
      408 Galisteo Street
      Santa Fe, NM 87501
      Tel.: (505) 490-4060
      Fax: (505) 490-4881
      elecocq@nmag.gov
      jherrera@nmag.gov

      ***Attorneys for Defendants***