IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC, et al.,

    Plaintiffs,

vs.                                                            No. CIV 22-0222 JB/KK

BALDERAS, et al.,

    Defendants.

## SCHEDULING ORDER

        In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a "**standard**" track classification. Accordingly, the termination date for discovery is **February 14, 2023**, and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

        Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **March 6, 2023.** See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ.26.6.

        Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **December**

**1, 2022.** All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **January 27, 2023**.

**The parties shall have their experts ready to be deposed at the time they identify them and produce their reports**.

Supplementation under Rule 26(e) shall be due on December 1, 2022 and as otherwise required by Federal Rule of Civil Procedure 26(e).

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **March 16, 2023**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **May 25, 2023**; Defendant to the Court on or before **May 31, 2023.** Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial. Any exceptions thereto must be upon order of the Court for cause shown.

A motion hearing is scheduled in this matter on **April 17, 2023 at 1:30 p.m.**

This matter is set for a Pretrial Conference on **June 1, 2023 at 9:00 a.m.**

This matter is set for a Bench Trial on a trailing docket beginning on **June 12, 2023 at 9:00 a.m. (Albuquerque/Vermejo Courtroom).**

IT IS SO ORDERED this 5th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE