IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC, et al.,

    Plaintiffs,

vs.                                                                                                                                                             No. CIV 22-0222 JB/KK

BALDERAS, et al.,

    Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN**

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed August 26, 2022 (Doc. 62). The Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order (Doc. 82), and rulings provided at the Scheduling Conference held on August 31, 2022.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE