IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC,

        Plaintiffs,

                                  Case No: 1:22-cv-00222-JB-KK

v.

RAÚL TORREZ[1], in his official capacity as New
Mexico Attorney General, and MAGGIE
TOULOUSE OLIVER, in her official capacity as
New Mexico Secretary of State,

        Defendants.

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 19, 2023, *Response Of Defendant Attorney General Raúl Torrez, In His Official Capacity, To Plaintiff Voter Reference Foundation's Second Interrogatories, Requests For Production, And Requests For Admission* were served by email to Petitioner's counsel of record along with Defendant's document production and this *Certificate of Service* as follows:

Edward D. Greim
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

*and*

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Raúl Torrez is substituted for Hector Balderas as New Mexico Attorney General.

Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

/s/ Jeff Dan Herrera
Erin Lecocq
Jeff D. Herrera
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
elecocq@nmag.gov
jherrera@nmag.gov