IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | ) |
| | ) CASE NO: 1:22-cv-00222-JB-KK |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| **RAUL TORREZ**[1], in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, Plaintiff Voter Reference Foundation, LLC served its Responses and Objection to Defendants' First Set of Discovery Requests via electronic mail together with its document production to the following counsel of record:

    Erin Lecocq
    Jeff Herrera
    Office of the New Mexico Attorney General
    Post Office Drawer 1508
    Santa Fe, NM 87504
    elecocq@nmag.gov
    jerrera@nmag.gov

Dated: January 20, 2023                                 Respectfully submitted,

                                                                            **GRAVES GARRETT, LLC**

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Raúl Torrez is substituted for Hector Balderas as New Mexico Attorney General.

/s/ Edward D. Greim
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com


**HARRISON, HART & DAVIS, LLC**
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiff*

2