IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

      **Plaintiffs,**

      v.                                           Case No: 1:22-cv-00222-JB-KK

**RAÚL TORREZ, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

      **Defendants.**

### DEFENDANTS' NOTICE OF INTENT TO APPEAR REMOTELY FOR MOTION HEARING

Defendants New Mexico Attorney General Raúl Torrez and New Mexico Secretary of State Maggie Toulouse Oliver ("Defendants"), in accordance with the Court's Minute Order setting a hearing on Defendants' Motion to Stay Deadlines Pending Appeal on February 27, 2023, (Doc. 96), gives notice that their counsel, Assistant Attorney General Erin E. Lecocq, will attend the motion hearing remotely. Ms. Lecocq would prefer to appear via Zoom.

                                                                Respectfully Submitted,

                                                                */s/ Erin E. Lecocq*
                                                                Erin E. Lecocq
                                                               Assistant Attorney General
                                                               New Mexico Office of the Attorney General
                                                               408 Galisteo St
                                                               Santa Fe, NM 87120
                                                               (505)490-4060
                                                               elecocq@nmag.gov

*Voter Reference Foundation et. al. v. Raúl Torrez, et al.,* Case No. 1:22-cv-00222-JB-KK
*Notice of Intent to Appear Remotely*
Page **1** of **2**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 23, 2023, the foregoing pleading was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

      */s/ Erin Lecocq*
      Erin Lecocq
      Assistant Attorney General

*Voter Reference Foundation et. al. v. Raúl Torrez, et al.,* Case No. 1:22-cv-00222-JB-KK
*Notice of Intent to Appear Remotely*
Page **2** of **2**