IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION,
LLC,**

    **Plaintiff,**

v.

                                                                   **Case No: 1:22-cv-00222-JB-KK**

**RAÚL TORREZ, in his official capacity as
New Mexico Attorney General, and
MAGGIE TOULOUSE OLIVER, in her
official capacity as
New Mexico Secretary of State,**

    **Defendants.**

## ENTRY OF APPEARANCE

Pursuant to D.N.M.LR Civ. 83.4, Kelsey Frobisher Schremmer, Assistant Attorney General of the New Mexico Attorney General's Office, hereby enters her appearance in this matter on behalf of Defendants Raúl Torrez and Maggie Toulouse Oliver. Erin Lecocq and Jeff Herrera shall continue to be counsel of record as well.

                                                                Respectfully Submitted:

                                                                By: */s/Kelsey Frobisher Schremmer*
                                                                Kelsey Frobisher Schremmer
                                                               Assistant Attorneys General
                                                               Office of the New Mexico Attorney General
                                                               408 Galisteo Street
                                                               Santa Fe, NM 87501
                                                               (505) 490-4060
                                                               kschremmer@nmag.gov

## CERTIFICATE OF SERVICE

I certify that on February 27, 2023, I served the foregoing on counsel of record for all parties via the CM/ECF system.

                                                                                                                       _/s/Kelsey Frobisher Schremmer_