IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC,

    Plaintiff,

v.                                                                  No. CIV 22-0222 JB/KK

RAÚL TORREZ, in his official capacity as
New Mexico Attorney General, and
MAGGIE TOULOUSE OLIVER, in her official
capacity as New Mexico Secretary of State,

    Defendants.

### ORDER EXTENDING TERMINATION DATE FOR DISCOVERY

This matter having come before the Court on Plaintiff's Unopposed Motion to Extend the Termination Date for Discovery (Doc. 89), and the Court having reviewed the Motion and considered the matter, ORDERS as follows:

IT IS ORDERED that the termination date of discovery in this matter shall be extended from February 14, 2023 to March 3, 2023.

_____
UNITED STATES DISTRICT JUDGE