IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 1:22-cv-00222-JB-KK |
| **RAUL TORREZ**[1], in his official capacity as New Mexico Attorney General, | ) |
| and | ) |
| **Maggie Toulouse Oliver,** in her official capacity as New Mexico Secretary of State, | ) |
| **Defendants.** | ) |

### NOTICE OF GOOD STANDING OF NON-RESIDENT ATTORNEY, JACKSON C. TYLER,

Jackson C. Tyler ("Applicant") files this Notice of Good Standing as counsel for Plaintiff Voter Reference Foundation, LLC in the above-captioned action and respectfully states as follows:

1. Applicant is an attorney with Graves Garrett LLC, 1100 Main Street., Ste. 2700, Kansas City, Missouri 64105; Telephone: (816) 256-3181; E-mail: jtyler@gravesgarrett.com.

2. Applicant will be associated with Carter B. Harrison IV, a resident attorney whose New Mexico State Bar Number is 140890. Mr. Harrison practices with the Law Offices of Harrison, Hart & Davis LLC, 924 Park Avenue SW, Suite E, Albuquerque, New

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Raúl Torrez is substituted for Hector Balderas as New Mexico Attorney General

Mexico; Telephone: 505) 369-6599; Fax: (505) 341-9340; E-mail: carter@harrisonhartlaw.com.

3. Applicant has not appeared or sought leave to appear or participate in any other cases and causes in New Mexico courts within the past two years.

4. Applicant is an active member in good standing with the following bars:

| **Court/Jurisdiction** | **Court Office and Address** | **Date of Admission** |
|---|---|---|
| State of Missouri | Clerk, Supreme Court of Missouri 207 West High Street Jefferson City, Missouri 65101 573-751-4144 | September 16, 2020 |

5. Applicant has never been the subject of any disciplinary action by the Bar or courts of any jurisdiction.

6. Applicant has never been denied admission to the courts of any State or to any federal court.

7. Applicant is familiar with the State Bar Act, the State Bar Rules, and the New Mexico Disciplinary Rules of Professional Conduct governing the conduct of members of the Bar. Applicant will at all times abide and comply with the same so long as the above-captioned proceeding is pending and that Applicant has not withdrawn as counsel therein.

Signed and sworn under the pains and penalties of perjury,

GRAVES GARRETT LLC

/s/ Jackson C. Tyler
Jackson C. Tyler, Bar No. 73115
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
jtyler@gravesgarrett.com

## CERTIFICATE OF SERVICE

    I certify that because a true and accurate copy was sent to all counsel of record via the Courts Electronic Filing System.

                                          /s/ *Jackson C. Tyler*
                                          Jackson C. Tyler
                                          *Counsel for Plaintiff*