# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.** NO. CIV 22-0222 JB/KK  **DATE:** 2/28/2023

**TITLE:** *Voter Reference Foundation, LLC, et al. v. Balderas, et al.*

**COURTROOM CLERK:** L. Rotonda  **COURT REPORTER:** V. Byrd

**COURT IN SESSION:** 2:17 PM  **TOTAL TIME:** 0:40

**TYPE OF PROCEEDING:** MOTION HEARING

**COURT RULING/DISPOSITION:**
1. Motion to Stay Scheduling Order Deadlines Pending Appeal [95] – granted in part, denied in part; see below.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
Eddie Greim
Jackson Tyler
Carter Harrison

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
Erin Lecocq
Kelsey Schremmer

**PROCEEDINGS:**

**COURT IN SESSION: 2:15 PM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES.

COURT PROVIDES ITS INCLINATION AT OUTSET OF HEARING.

**MS. LECOCQ:** ADDRESSES COURT, ARGUES IN SUPPORT OF MOTION TO STAY SCHEDULING ORDER DEADLINES PENDING APPEAL (DOC. 95).

**COURT:** QUERIES MS. LECOCQ REGARDING WHETHER ORAL ARGUMENT WILL OCCUR WITH RESPECT TO APPEAL, WHEN THIS MIGHT OCCUR.

**MS. LECOCQ:** RESPONDS TO COURT'S QUERIES.

**COURT:** QUERIES COUNSEL REGARDING WHICH DISCOVERY DEADLINES PARTY IS SPECIFICALLY CONCERNED ABOUT.

**Ms. Lecocq:** Responds to Court's queries.

**Mr. Greim:** Argues in opposition to Motion.

**Court:** Queries Mr. Greim.

**Mr. Greim:** Responds to Court's queries, resumes arguing in opposition to Motion.

**Ms. Lecocq:** Argues in rebuttal as to motion.

**Court:** Indicates will continue to monitor situation but in interim will deny motion in part, grant in part. For present time, will take prior restraint out of case.

**Mr. Greim:** Addresses Court regarding motions deadline, requests extension as to same.

**Ms. Lecocq:** Agrees.

**Court:** Will grant request, directs parties to file Motion and submit proposed order if further extensions are warranted and agreed upon.

**Court in Recess: 2:58 PM**