IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC,
and HOLLY STEINBERG,

      Plaintiffs,

vs.                                                                                      No. CIV 22-0222 JB/KK

HECTOR BALDERAS, in his official capacity
as New Mexico Attorney General, and
MAGGIE TOULOUSE OLIVER, in her official
capacity as New Mexico Secretary of State,

      Defendants.

## ORDER[1]

**THIS MATTER** comes before the Court on: (i) the Defendants' Emergency Motion to Quash Subpoena, filed May 4, 2022 (Doc. 23)("First Motion to Quash"); and (ii) the Defendants' Second Emergency Motion to Quash Subpoenas, filed May 11, 2022 (Doc. 28)("Second Motion to Quash"). The Court held a hearing on May 11, 2022. See Clerk's Minutes at 1, filed May 11, 2022 (Doc. 31). The First Motion to Quash requests that the Court quash a subpoena Voter Reference Foundation, LLC ("VRF") served on New Mexico Secretary of State Maggie Toulouse Oliver. See First Motion to Quash at 1. The Second Motion to Quash requests that the Court quash subpoenas VRF served on New Mexico Deputy Secretary of State Sharon Pino and Alex Curtas, Director of Communications for the New Mexico Secretary of State. See Second Motion to Quash at 1-2. For the reasons stated on the record at the hearing, the Court will: (i) deny the First Motion to Quash;

---

[1]This Order disposes of: (i) the Defendants' Emergency Motion to Quash Subpoena, filed May 4, 2022 (Doc. 23); and (ii) the Defendants' Second Emergency Motion to Quash Subpoenas, filed May 11, 2022 (Doc. 28). The Court will issue at a later date, however, a Memorandum Opinion more fully detailing its rationale for this decision.

and (ii) deny the Second Motion to Quash. See Draft Transcript of Hearing at 48:15-49:22 (taken May 11, 2022)(Court).[2]

**IT IS ORDERED** that (i): the Defendants' Emergency Motion to Quash Subpoena, filed May 4, 2022 (Doc. 23), is denied; and (ii) the Defendants' Second Emergency Motion to Quash Subpoenas, filed May 11, 2022 (Doc. 28), is denied.

                                                    */s/ James O. Browning*
                                           UNITED STATES DISTRICT JUDGE

*Counsel:*

Carter B. Harrison IV
Harrison, Hart & Davis LLC
Albuquerque, New Mexico

-- and --

Edward Dean Greim
Matthew Richard Mueller
Jackson Tyler
Graves Garrett LLC
Kansas City, Missouri

    *Attorneys for the Plaintiffs*

Hector H. Balderas
   New Mexico Attorney General
Erin Elizabeth Lecocq
Jeff Dan Herrera
Kelsey Nicole Frobisher Schremmer
   Assistant Attorneys General
New Mexico Office of the Attorney General
Santa Fe, New Mexico

    *Attorneys for the Defendants*

---

[2]The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.