IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | ) |
| | ) CASE NO: 1:22-cv-00222-JB-KK |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| **RAUL TORREZ**[1], in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2023, Plaintiff Voter Reference Foundation, LLC served its Responses and Objection to Defendants' Second Set of Discovery Requests via electronic mail to the following counsel of record:

>Erin Lecocq
>Jeff Herrera
>Kelsey Schremmer
>Office of the New Mexico Attorney General
>Post Office Drawer 1508
>Santa Fe, NM 87504
>elecocq@nmag.gov
>jerrera@nmag.gov
>kschremmer@nmag.gov

Dated: March 7, 2023

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Raúl Torrez is substituted for Hector Balderas as New Mexico Attorney General.

1

Respectfully submitted,

 GRAVES GARRETT, LLC

*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com


**HARRISON, HART & DAVIS, LLC**
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiff*