IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE
FOUNDATION,
LLC,

    Plaintiff,

v.                                                                  Case No: 1:22-cv-00222-JB-KK

RAÚL TORREZ, in his official
capacity as New Mexico Attorney
General, and MAGGIE TOULOUSE
OLIVER, in her official capacity as
New Mexico Secretary of State,

    Defendants.

### CERTIFICATE OF SERVICE

I certify that on March 3, 2023, Defendant Raúl Torrez served the following:

1.    *First Supplemental Response of Defendant Attorney General Raúl Torrez, In His Official Capacity, to Plaintiff Voter Reference Foundation's Third Interrogatories, Requests for Production, and Requests for Admission*

I certify that on March 5, 2023, Defendant Raúl Torrez served the following:

1.    *Second Supplemental Response of Defendant Attorney General Raúl Torrez, In His Official Capacity, to Plaintiff Voter Reference Foundation's Third Interrogatories, Requests for Production, and Requests for Admission*

2.     *Defendant Attorney General Raúl Torrez Privilege Log*

I certify that on March 8, 2023, Defendant Raúl Torrez served the following:

1.     *Defendant Raúl Torrez's First Supplemental Response to Plaintiff Voter Reference Foundation's First Interrogatories, Requests for Production, and Requests for Admission.*

2.     *First Supplemental Response of Defendant Attorney General Raúl Torrez, In His Official Capacity, to Plaintiff Voter Reference Foundation's Second Interrogatories, Requests for Production, and Requests for Admission*

3.     *[Third] Supplemental Response of Defendant Attorney General Raúl Torrez, In His Official Capacity, to Plaintiff Voter Reference Foundation's Third Interrogatories, Requests for Production, and Requests for Admission*[1]

The foregoing documents were served pursuant to Fed. R. Civ. P. 33, 34, 36 via electronic mail to the following counsel of record:

> Edward D. Greim
> Matthew Mueller
> Jackson Tyler
> Graves Garrett LLC
> 1100 Main Street, Suite 2700
> Kansas City, Missouri 64105
> edgreim@gravesgarrett.com
>
> Carter B. Harrison IV
> Harrison, Hart & Davis LLC
> 924 Park Ave. SW, Suite E
> Albuquerque, NM 87102
> carter@harrisonhartlaw.com

---

[1] Defendant erroneously titled this document as "*First Supplemental Response . . .*" in the version served to counsel.

Dated March 9, 2023.

                                            Respectfully submitted,

                                            By: */s/ Jeff Dan Herrera*
                                                    Erin Lecocq
                                                    Kelsey Frobisher Schremmer
                                                    Jeff Dan Herrera
                                                    Office of the New Mexico Attorney General
                                                    408 Galisteo Street
                                                    Santa Fe, NM 87501
                                                    Tel.: (505) 490-4060
                                                    Fax: (505) 490-4881
                                                    elecocq@nmag.gov
                                                    kschremmer@nmag.gov
                                                    jherrera@nmag.gov

                                                    ***Attorneys for Defendants***