IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE**
**FOUNDATION,**
**LLC,**

      **Plaintiff,**

v.                                                 **Case No: 1:22-cv-00222-JB-KK**

**RAÚL TORREZ, in his official**
**capacity as New Mexico Attorney**
**General, and MAGGIE TOULOUSE**
**OLIVER, in her official capacity as**
**New Mexico Secretary of State,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on March 3, 2023, Defendant Maggie Toulouse Oliver served the following:

1.    *First Supplemental Response of Defendant Secretary of State Maggie Toulouse Oliver, In Her Official Capacity, to Plaintiff Voter Reference Foundation's Third Interrogatories and Requests for Production*

I certify that on March 5, 2023, Defendant Maggie Toulouse Oliver served the following:

1. *Second Supplemental Response of Defendant Secretary of State Maggie Toulouse Oliver, In Her Official Capacity, to Plaintiff Voter Reference Foundation's Third Interrogatories and Requests for Production*

2. *Defendant Secretary of State Maggie Toulouse Oliver Privilege Log*

The foregoing documents were served pursuant to Fed. R. Civ. P. 33, 34, 36 via electronic mail to the following counsel of record:

   Edward D. Greim
   Matthew Mueller
   Jackson Tyler
   Graves Garrett LLC
   1100 Main Street, Suite 2700
   Kansas City, Missouri 64105
   edgreim@gravesgarrett.com

   Carter B. Harrison IV
   Harrison, Hart & Davis LLC
   924 Park Ave. SW, Suite E
   Albuquerque, NM 87102
   carter@harrisonhartlaw.com

Dated March 9, 2023.

                    Respectfully submitted,

                    By: */s/ Jeff Dan Herrera*
                          Erin Lecocq
                          Kelsey Frobisher Schremmer
                          Jeff Dan Herrera
                          Office of the New Mexico Attorney General
                          408 Galisteo Street
                          Santa Fe, NM 87501
                          Tel.: (505) 490-4060
                          Fax: (505) 490-4881
                          elecocq@nmag.gov

kschremmer@nmag.gov  
jherrera@nmag.gov

***Attorneys for Defendants***
