IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

    Plaintiff,

v.

    Case No: 1:22-cv-00222-JB-KK

**RAÚL TORREZ, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

    Defendants.

## STIPULATED MOTION FOR EXTENSION TO FILE DISPOSITIVE PRE-TRIAL MOTIONS

Defendants New Mexico Attorney General Raúl Torrez and New Mexico Secretary of State Maggie Toulouse Oliver move for a 14-day extension, until March 30, 2023, to file dispositive pre-trial motions (other than discovery motions). In support of the Motion, Defendants state as follows:

1. The scheduling order currently has set March 16, 2023 as the deadline to submit any pre-trial motions other than discovery motions.

2. While Defendants submitted a Motion to Stay the Deadlines in the scheduling order while the appeal of the Preliminary Injunction is pending, which was denied, this request differs because it is not seeking a stay of the deadline, only an extension for three weeks.

3. Several considerations warrant an extension of time to file dispositive pre-trial motions:

*Voter Reference Foundation et. al.  v. Torrez, et al.,* Case No. 1:22-cv-00222-JB-KK
*Stipulated Motion for Extension of Time to File Pre-Trial Dispositive Motions*
Page **1** of **3**

a. Defendants' counsel will be on leave for the better part of the month of March. Ms. Schremmer will be out of the country from March 10 to March 19; Ms. Lecocq will be on leave from March 17 to March 22, and Mr. Herrera recently returned from extended leave.

b. Defendants' counsel has a number of other professional obligations that conflict with the existing deadline for these motions, including submissions in a trial on the written record in *Republican Party of N.M. v. Balderas*, 1:11-cv-900 (D.N.M), due March 10, 2023 and the reply briefing for the appeal on the preliminary injunction on this matter (No. 22-2101) due on March 15, 2023.

c. Finally, the Attorney General's Office is still undergoing a transition in administrations, which has resulted in significant changes in staff and delays in review by the front office, which is required when the Attorney General is a party.

d. Pursuant to D.N.M.LR-Civ. 7.2, Defendants sought Plaintiff's position on this motion and Plaintiff does not oppose the proposed extension.

Respectfully Submitted:

By: /s/Erin E. Lecocq
Erin E. Lecocq
Kelsey Schremmer
Jeff Herrera
Assistant Attorneys General
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
elecocq@nmag.gov
kschremmer@nmag.gov
jherrera@nmag.gov

*Voter Reference Foundation et. al.  v. Torrez, et al.,* Case No. 1:22-cv-00222-JB-KK
*Stipulated Motion for Extension of Time to File Pre-Trial Dispositive Motions*
Page **2** of **3**

**CERTIFICATE OF SERVICE**

I certify that on March 10, 2023, I served the foregoing on counsel of record for all parties via the CM/ECF system.

                                                                                         /s/Erin E. Lecocq

*Voter Reference Foundation et. al.  v. Torrez, et al.,* Case No. 1:22-cv-00222-JB-KK
*Stipulated Motion for Extension of Time to File Pre-Trial Dispositive Motions*
Page **3** of **3**