IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

    **Plaintiff,**

v.

Case No: 1:22-cv-00222-JB-KK

**RAÚL TORREZ, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

    **Defendants.**

## ~~PROPOSED~~ ORDER EXTENDING DEADLINE TO FILE DISPOSITIVE PRE-TRIAL MOTIONS

This matter having come before the Court on a Stipulated Motion to Extend the Deadline to File Dispositive Pre-Trial Motions (Doc 111), and the Court having reviewed the Motion and considered the matter, ORDERS as follows:

IT IS ORDERED that the deadline to file dispositive pre-trial motions in this matter shall be extended from March 16, 2023 to March 30, 2023.

_____
UNITED STATES DISTRICT JUDGE

*Voter Reference Foundation et. al. v. Torrez, et al.*, Case No. 1:22-cv-00222-JB-KK
*Order on Extension of Time to File Pre-Trial Dispositive Motions*
Page 1 of 1