```
1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF NEW MEXICO

3

4    VOTER REFERENCE FOUNDATION, et al.,

5         Plaintiff,

6         VS.                        NO. CV 22-00222 JB/KK

7    Hector Balderas, Attorney General
     for the State of New Mexico, et al.
8
          Defendants.
9

10

11

12         Transcript of Motion Proceedings before
     The Honorable James O. Browning, United States
     District Judge, Albuquerque, Bernalillo County,
13   New Mexico, commencing on May 17, 2022.

14
     For the Plaintiff:  Mr. Eddie Greim; Mr. Matt Miller;
15   Mr. Carter Harrison

16   For the Defendant:  Ms. Olga Serafimova

17

18

19

20         Jennifer Bean, FAPR, RDR, RMR, CCR
21            United States Court Reporter
              Certified Realtime Reporter
22            333 Lomas, Northwest
              Albuquerque, NM  87102
23            Phone:  (505) 348-2283
                Fax:  (505) 843-9492
24

25
```



EXHIBIT

P1

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    know what their birthday is.  If it's a relative,
2    they know the same thing.
3              Sometimes, though, if they're doing a
4    precinct pull, they'll see data that they know is
5    wrong.  And so one thing you'll hear about -- and
6    I'm afraid I'm getting so far into the details, I'm
7    just giving the witnesses' testimony here.  But you
8    can look and see certain codes that are put in when
9    they can't read someone's birthday, like 01/00 or
10   something like that, or 1901, some placeholder that's
11   typed in.  And you know, when you put all the data
12   together and see all those, it's obvious what they're
13   doing.  But then around an election someone sees
14   that, they say:  Well, a 110-year-old person voted.
15   So there are certain things you can find on your own
16   with your own background knowledge.  You don't have
17   to be some kind of a specialist.
18             Now, other people can use the data for
19   that, and Voter Reference Foundation, as you'll
20   learn, has former election administrators who
21   understand this.  They've worked in many states.
22   They've hired people from many states who work with
23   Secretaries of State.  And they can do other work
24   that I don't frankly understand.
25             THE COURT:  Well, can you walk us through
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    how Voter Reference wants to crowd source its

2    supporters to access, use the data?

3              MR. GREIM:  Sure, I can.  And again, Your

4    Honor, I'll tell you these witnesses here can do it,

5    but I'll give you a very short version.

6              You know, crowd sourcing is basically

7    everybody out there -- you know, it's like Wikipedia

8    in a way.  Everybody out there who has information

9    about this, go in, and if you see a mistake, contact

10   the administrator.  So that's crowd sourcing.  You

11   might even talk to your own neighbors, talk to your

12   own family members.  Aunt Lois, didn't she move to

13   Tucson last year?  Yeah, she did.  Well, doing your

14   own work is what crowd sourcing is, and then

15   reporting that to the Secretary of State.

16             THE COURT:  I'm circling back to the

17   election day question.  If Voter Ref is concerned

18   with voter fraud, then doesn't it need to access

19   voter rolls as they stand on election day?

20             MR. GREIM:  Well, it's not necessarily

21   about -- I shouldn't even say "necessarily."  It's

22   not really about voter fraud, it's really not about

23   voter fraud.  It's really about transparency of the

24   election rolls.  I mean, if no voter fraud is found,

25   Your Honor, then wonderful.  Then we've also done our

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    statement you want to make?
2            MS. SERAFIMOVA:  Thank you, Your Honor.
3            THE COURT:  Let me start with your state
4    law, since I've kind of been rough on your
5    interpretation of the state law.  And I have the
6    statutes in front of me.  Walk us through which
7    statutory provisions make Voter Reference's use of
8    the data unlawful?
9            MS. SERAFIMOVA:  That would be 1-4-5.6,
10   Your Honor, which is a standalone fourth degree
11   felony, which incorporates by reference 1-5-22 -- not
12   in its entirety -- but the purposes that 22
13   prohibits.  It also incorporates by reference 1-5-23,
14   which says that altering voter data is illegal.
15           So 1-5 is -- that is the Voter Records
16   Systems Act.  It is a different article than 1-4-5.6,
17   which is the statute that we are under.  And so Your
18   Honor is correct those statutes on their own create
19   criminal penalties for people who work for the State,
20   or otherwise have access to voter files by virtue of
21   their employment.  So those are separate criminal
22   penalties under Article 5.
23           Then we go under Article 4, and we have two
24   relevant statutes.  One is 1-4-5.5, which says every
25   requester has to sign an affidavit promising certain
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    things.  And then we have 1-4-5.6, which says, "Every

2    person or entity or corporation which commits

3    unlawful use of voter data" -- that's a defined term

4    -- "is guilty of a fourth degree felony."  That's a

5    standalone criminal provision.

6         And the way it defines unlawful use is by

7    incorporating by reference purposes prohibited under

8    Article 5.

9         And so from the beginning, Voter Reference

10   has been misinterpreting the law by having the

11   understanding that because 1-4-5.5 says "purposes"

12   and then 1-4-5.6 also mentions "purposes," the two

13   are related.  They're completely unrelated -- well,

14   maybe not completely, but they are unrelated.

15        So under Article 20 of the Election Code,

16   Article 20 creates criminal penalties for every

17   violation of the election code for which a standalone

18   criminal penalty is not provided.  And Article 20,

19   specifically 1-20-10, defines false swearing as

20   essentially making a false oath knowing that it is

21   false.

22        So the Election Code has upwards of -- I

23   want to say 16 -- between a dozen and 16 statutes --

24   that mention affidavits, and do not provide a

25   criminal penalty for making a false affidavit.  And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    so those, including 1-4-5.5, are covered under

2    Article 20.

3            And so Local Labs, if we can prove that

4    they made a false statement when they signed the

5    affidavit, they're guilty of a fourth degree felony

6    for making a false swearing under 1-20-10, because

7    that's a penalty for a statute such as 1-4-5.5 that

8    does not provide a standalone criminal liability.

9            Now, Local Labs, by providing the data to

10   VRF, and VRF by providing it to the world on the

11   website violated 1-5-5.6, which again, contains its

12   own independent criminal penalty.  And therefore, to

13   interpret it as either being the criminal penalty for

14   5.5 or 5-22, doesn't make sense.  Because those

15   sections have their own criminal provisions that

16   apply to them.  And also ignores the plain language

17   of 1-4-5.6, which says "purposes prohibited under

18   chapter 5."

19           So, Your Honor, I want to address what you

20   said in the beginning.  This case -- the importance

21   of this distinction goes, in my opinion, quite beyond

22   who has the right interpretation of state law.

23           In order to have standing before this

24   federal court, plaintiffs have to show that they're

25   under a credible threat of prosecution.  They have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    not been charged.  So for them to have standing, they
 2    have to show a credible threat of prosecution.
 3           The parties -- so it's not a question of
 4    who, which is the state agency that interprets the
 5    law, rather it's a question of who can threaten with
 6    prosecution.  And that's the Attorney General's
 7    Office.  By statute, for every suspected violation of
 8    the Elections Code, the Secretary of State makes a
 9    referral to the Attorney General's Office, and the
10    Attorney General's Office is the prosecuting entity.
11           And I have stated that many times on the
12    record, including in pleadings, that it is the
13    Attorney General's position, as a party in this case,
14    that if there is any criminal liability on the table,
15    it is not for violating the so-called use
16    restrictions under 1-4-5.5(c).  It is for
17    providing -- otherwise providing access or otherwise
18    surrendering or selling or lending the voter data
19    under 1-4-5.6.
20           And so it goes to standing, which of course
21    is a jurisdictional requirement.  It goes way beyond
22    which attorney has the better interpretation of the
23    statute in their opinion.
24           THE COURT:  All right.  I think I got you
25    to walk through the statutory provisions that make
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Vote Reference's use of the data unlawful.  And I

2    think you may have answered the next question in

3    part.  But I want to make sure that I understand it.

4    Can you walk us through which statutory provisions

5    you think make Local Labs' acquisition or sharing of

6    the data unlawful?

7              MS. SERAFIMOVA:  So Local Labs signed an

8    affidavit promising to use the data for, first, Local

9    Labs is not a party in this lawsuit.  But setting

10   that to the side for a moment, they signed an

11   affidavit promising to use the data only for

12   governmental or, and election campaign purposes.

13   They signed that affidavit with the knowledge that

14   they were going to sell it to a client.  They were

15   also put on notice in the affidavit that willful

16   selling of the data is also a violation of New Mexico

17   law.  That is on their form.  And so they have

18   committed false swearing, and they have also violated

19   1-4-5.6 by knowingly handing over, selling, providing

20   access to -- however we want to describe the

21   conduct -- the transaction between the two parties,

22   of the data to VRF.

23             THE COURT:  Do you read Section 1-5-22 as

24   applying to anyone other than a government employee

25   or contractor, a data processor who handles the data?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          MS. SERAFIMOVA:  No, of course not.  But

2     1-4 --

3          THE COURT:  So that is limited just to

4     government employees and contractors?

5          MS. SERAFIMOVA:  On its plain language,

6     absolutely.

7          What we are under is 1-4-5.6, which

8     defines --

9          THE COURT:  How do you, though, then, move

10    this language from 1-5-22 to then covering, like

11    using it in the form and the affidavit, and those

12    things, how do you move it over, if you just make

13    that concession?

14         MS. SERAFIMOVA:  So, okay, 1-4-5.6 says,

15    "Unlawful use of voter data," which under (b) is a

16    4th degree felony, and under (b) applies to any

17    person or organization, not data processor, not

18    employee of the state.  So it says, "Unlawful use of

19    voter data" -- skipping over other uses -- "consists

20    of the knowing and willful use of such information

21    for purposes prohibited by the Voter Records System

22    Act."  And that is Article 5.  That is where 22

23    resides.

24         And so we may disagree as to whether this

25    was the best way to accomplish what the legislature

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    accomplished, but the plain language says:  Look at

2    Chapter 5, see what purposes and uses are prohibited

3    there, that's what we are now making unlawful with

4    respect to the whole world.

5              THE COURT:  The New Mexico Secretary of

6    State's website states that, "Servis," S-E-R-V-I-S,

7    "the State Elections Registration and Voting

8    Integrity System Data may be purchased for government

9    and campaign purposes only.  This data includes each

10   voter's name, address, telephone number, with voter's

11   consent, year of birth, party affiliation and

12   registration data such as county, precinct, and

13   district information.  New system features include

14   real-time updates and voter history."  Does a

15   one-time payment include updates to the data?

16             MS. SERAFIMOVA:  No, it's a snapshot, as

17   Your Honor said.

18             So this is intended, for example, if Your

19   Honor were a state judge who needed to run to

20   reelection, you could obtain that data.  Okay, whose

21   door do I need to knock on?  Who do I need to send a

22   mailer to?  And perhaps it's different for judges.

23   I'm sorry, maybe that's not the best example.  But if

24   you're running for office in the State of New Mexico,

25   you're entitled, under election campaign purposes, to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    State to log requests for voter data.  Has the State

2    granted or denied access to this data to any

3    organizations that are similar to Voter Reference?

4              MS. SERAFIMOVA:  Well, as the witnesses

5    will testify, we -- well, so we do have -- the Deputy

6    Secretary of State will testify today, and the

7    Director of Elections.  Neither one of them have

8    heard of Catalist or i360 outside of this proceeding.

9    In fact, I brought it to their attention for the

10   first time when we were preparing for today's

11   hearing.

12             And they will testify that whenever they

13   receive information that indicates unlawful conduct,

14   they have referred it to the Attorney General's

15   Office.  They have not received information for

16   anyone other than Voter Ref, and we do have one other

17   referral, which has to do with an audit,

18   quote/unquote audit, in Otero County.

19             But this is unprecedented.  As VRF has

20   admitted numerous times, what they're doing is

21   unique.  It's happening for the first time.  It's

22   unprecedented.  So we haven't seen this situation

23   before.

24             THE COURT:  All right.  Let me move on from

25   state law, and let you comment a little bit on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there is no new interpretation of state law.  Just

2    because, for whatever reason, plaintiffs have

3    misinterpreted the information they've read or the

4    information they received from us, that doesn't mean

5    that there has been an actual change in position from

6    the Secretary of State's Office or the Attorney

7    General's Office.  There has not been, and we'll show

8    that, and we have the documents and the witnesses to

9    show that.

10          And Your Honor asked what's the difference

11   between voter data and DMV data.  A lot of it is the

12   same.  It's my name, it's my address, it's my gender,

13   perhaps my phone number.  The distinction is my party

14   affiliation, my voting history.  Those are important

15   to me personally as a voter.

16          The interest to Vote Ref in having access

17   to that is much less, especially because I am not

18   willing to give it to them.  And our legislature has

19   given me the right to not -- for them to not have

20   access to it.

21          And so, again, I just want to finish with,

22   you know, the number one issue, in our opinion, is

23   the issue of standing.  This is not about, again,

24   which attorney has the right interpretation of the

25   law.  We, as the prosecuting entity, have said

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   repeatedly in this case that if there is any criminal
2   liability, it is not under 1-4-5.5, and it is not
3   under the use restrictions.  It is providing access
4   to or otherwise surrendering the data, or perhaps
5   selling it, or it was put on the website.
6           Thank you.
7           THE COURT:  All right.  Thank you, Ms.
8   Serafimova.
9           All right.  Mr. Greim, do you want to put
10  on your evidence?
11          MR. GREIM:  Sure.  We'll call Tina Swoboda.
12          THE COURT:  Ms. Swoboda, if you'll come up
13  and stand next to the witness box on my right, your
14  left, before you're seated Ms. Rotonda, my courtroom
15  deputy, will swear you in.
16          MS. SERAFIMOVA:  Your Honor, we do have Mr.
17  Dylan Lange waiting to be admitted.  He's not a
18  witness.  He's the Secretary of State's general
19  counsel.
20          THE COURT:  Okay.  So we'll get him
21  admitted.  Why don't you go ahead and admit him
22  first.
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    administrations in the Arizona Secretary of State's

2    Office.  I'm a certified deputy registrar with

3    Maricopa County.  And I was the state director of

4    election day operations in the 2020 campaign for

5    President Trump.

6         Q.   And what led you to joining VRF?

7         A.   I got a recruitment phone call.

8         Q.   And when did you join VRF?

9         A.   It's a year today, May 17, 2021.

10        Q.   Happy anniversary.

11        A.   Thank you.

12        Q.   So what is VRF?  Just, if you could give us

13   a thumbnail sketch.

14        A.   It's a foundation dedicated to publishing

15   the voter rolls online for free forever to promote

16   transparency and get the public engaged in

17   understanding how the process works, and to try to do

18   their public oversight duties under the National

19   Voter Registration Act.

20        Q.   Why is VRF so interested in public access

21   to voter data?

22        A.   We think it's essential.  So the National

23   Voter Registration Act public disclosure provision

24   says the public has oversight of voter list

25   maintenance.  We do not believe the public has

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

54

1    meaningful access to the voter lists right now.    In

2    many states they are prohibitively expensive.    They

3    are huge files.    You would have to be a database

4    analyst to open the giant file.    And so we don't

5    think the public has the ability to view the data in

6    a meaningful, clear, simple to understand way.

7          Q.    So why are you so focused on the voter

8    rolls themselves?

9          A.    They are everything in the election.    The

10   election begins with who is eligible; that's the

11   voter roll.    And the election ends with who gets vote

12   credit.    That's the voter roll.    You can't have an

13   election without it.    That's the entire basis of the

14   process.

15         Q.    Okay.    Maybe you can walk us through now

16   what VRF does to fulfill its mission?

17         A.    Sure.    So we acquire the data.    We map it.

18   So different states have different data variables in

19   their data sets.    Some states give year of birth,

20   some give the whole birthday, some just give age.

21   Some have party affiliations, some don't.    So we map

22   those variables within the data file and the voter

23   history file.    In some states there are two separate

24   files.    In some estates it's all in one.    And then we

25   map that up against our fields on our user interface

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   on VoteRef.com.  And we publish it.  That's on the

2   voter registration side.

3           And I do quarterly FOIAs now.  I want to

4   update that every quarter going forward.

5           On the election side of Vote Ref we're

6   comparing the total ballots cast election-wide.

7   That's often called turnout.  We don't look at a

8   particular context because there are under votes.

9   You know, people will leave a race blank.  We just

10  want to know the total ballots cast as reported by

11  the election officials compared to the total voters

12  in the vote history file, with credit for having

13  voted.

14          And, you know, the numbers don't reconcile.

15  There are reasons for that.  Every state is

16  different.  I talked to Mississippi, and they said:

17  Hey, pull the canceled voters file, because we pull

18  the vote history out when we archive the voters.  So

19  I'm holding Mississippi until I get that additional

20  data.  I reach out to the state election official

21  and, hopefully, they work with us so we can

22  understand what we need to get to reconcile the data.

23  Sometimes they don't answer.

24      Q.   What does VRF intend the public to do with

25  the data once they log on to the website?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   So on the vote registration side, the hope
2  here is that they will take ownership of their voter
3  registration record, the people in their family, and
4  do their oversight that they are required to do under
5  the National Voter Registration Act.
6          On the election side, I can say my personal
7  hope on that is that there is a public policy
8  discussion about the chief election official being
9  required to reconcile those underlying data files
10  that come from counties and lower level
11  jurisdictions.
12      Q.   Let's talk for a moment about the
13  experience that individuals have when they come to
14  the VoteRef.com website.  First of all, does VRF tell
15  voters the purposes for which it wants them to use
16  the data?
17      A.   Yes.  So there is "about us."  And there is
18  "terms of service."  Then there is a disclaimer.  I
19  tend to focus, you know, and promote:  Don't do this;
20  you don't want to do this; these are things you can
21  do.  And when you land on the landing page, it talks
22  about how we want transparency.  And voter
23  registration rolls are public data, and we believe
24  the data belongs to the people, and they should be
25  able to access it in a way they understand.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Is the pop-up and the terms and conditions
2   that come up, are those the same across the country,
3   or are they tailored to the states?
4      A.   I've got a legal team.  And I modify them
5   for every state I put up to ensure I'm in compliance
6   with the terms of service and privacy provisions
7   within each specific state.  And we have a disclaimer
8   on every single voter detail page that cites the
9   specific language of the state with regard to
10   protections for people that are secured voters, like
11   stays at home, and that kind of thing, confidential
12   voters.
13      Q.   Before we move on, because I don't think we
14   mentioned this concept yet.  Could you explain that
15   concept to us, the secure voters or the protected
16   voters.  What is that?
17      A.   Yes.  It's very important.  So there are
18   law enforcement officials, victims of domestic
19   violence or stalking.  There are many different
20   categories, depending on your state, of voters whose
21   records are protected and redacted.  Their addresses
22   must not be shown.  When I publish a file, before I
23   publish a file, I notify the chief election official,
24   and I send a link to the file they gave me back to
25   them, and say:  It's my understanding you don't have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    anyone in here under -- and then whatever the statute

2    and the program is.  If that's not the case, let us

3    know.  And if anyone in this list that you gave me

4    should seek to become protected, please notify me so

5    that I may redact them.  And I've got a big glossary

6    for every state.  And on each voter show page for

7    every state it tells them how to apply to become a

8    protected voter.  And if they email me, I will redact

9    them immediately.

10        Q.   By the way, did you do that in New Mexico?

11   In other words, did you send the voter file to the

12   Secretary of State with the caution and the request

13   about any protected voters here?

14        A.   I did.

15        Q.   And did the Secretary of State get back to

16   you?

17        A.   They did not.

18        Q.   Did they acknowledge your email?

19        A.   No, they did not.

20        Q.   Let's talk for a minute -- I did my best

21   with the Court, but I want to ask you now a little

22   bit about the election side of your analysis.  You

23   told us before what you're comparing, the two items

24   that you're comparing.  And what do you call the gap

25   between those two?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    A discrepancy.

2          Q.    And does the discrepancy mean that there is

3    fraud?

4          A.    Absolutely not.

5          Q.    What does the discrepancy mean to you when

6    you see it?

7          A.    I think what it most likely is in cases

8    where the state works with us, it's a recordkeeping

9    issue, in the sense that states do not run elections.

10   There a chief designated by the Help America Vote

11   Act; there is a chief election official in every

12   state.  But counties run elections, lower-level

13   jurisdictions run elections.

14          So when secretaries of state or state board

15   of elections are certifying the data or providing

16   access to the data, they're relying on the uploads

17   they get from the counties in lower level

18   jurisdictions.  So if some precinct wasn't uploaded

19   by a county and then that county didn't upload it to

20   the state, the numbers could be off.

21          Like the case of Nevada, they delete the

22   record when someone moves from one county to another.

23   So when they do that, they're deleting the vote

24   history.

25          As I said, in the case of Mississippi, West

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

60

1    Virginia realized they had inadvertently, when they

2    archived some voters, taken the vote history with

3    them, which led to the discrepancy.  So I think it's

4    process issues.

5         Q.   So Ms. Swoboda, what action, if any, do you

6    take when you find a discrepancy?

7         A.   I notify the chief election official, and I

8    ask if we could have a call or come meet with them,

9    and learn about their process, so that I can try to

10   identify where the discrepancy is coming from.

11        Q.   And some state election officials do that

12   with you; right?

13        A.   Yes.

14        Q.   And then what's the end result after this

15   meet and confer process?

16        A.   We get that number way down.  So, you know,

17   if North Carolina is off by 42.  In Colorado we got

18   the number down; we reduced it by 11,000.  West

19   Virginia less than one half of 1 percent.  And the

20   likelihood of why it can't get perfect reconciliation

21   is, again, that some lower level jurisdiction

22   somewhere along the line didn't upload a full file.

23        Q.   Why do you bother to do this?

24        A.   Because people have to understand how the

25   system works, and they have to have confidence in how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

61

1    the system works.  And right now they don't

2    understand.  And I think there is a great amount of

3    concern in the public.  I think we need to do better

4    oversight.  This is a process that's meant to be

5    overseen by the public.  And if the public doesn't

6    understand it, they're going to lose confidence, and

7    then they are not going to participate.  And I see

8    that a lot.  And on a personal level, that frightens

9    me.  I want people in the system to have confidence

10   in the system, and they do that when they have

11   transparency.

12        Q.   Let me ask you, did you reach out to the

13   New Mexico Secretary of State after you found a

14   discrepancy in New Mexico?

15        A.   Yes.

16        Q.   Could you please turn to Exhibit P-2 in

17   your binder?

18        A.   I don't have P in my binder.

19        Q.   You may have plain old numbers.

20        A.   I do.  Yes, it's my email, yeah.

21        Q.   So do you recognize this document?

22        A.   I do.

23        Q.   What is this?

24        A.   It's my notification email to the Secretary

25   of State of New Mexico telling them about the results

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that I found, asking them to check the voter file to

2    make sure there is no protected voter, and asking if

3    we could have a meeting with the staff or a call with

4    the staff to understand their data.

5         Q.   Okay.  So did you then have a call with the

6    staff?

7         A.   No.

8         Q.   I'm sorry, did the New Mexico Secretary of

9    State or anyone in her office respond to you?

10        A.   No, they did not.

11             MR. GREIM:  Move to admit Exhibit P-2.

12             THE COURT:  Any objection?

13             MS. SERAFIMOVA:  No objection.

14             THE COURT:  All right.  P-2 will be

15   admitted.

16        Q.   Now, after you sent this email, did you

17   publish the result of your analysis for New Mexico?

18        A.   I did.

19        Q.   Okay.  If you take a look at Exhibit P-1; 1

20   in your binder.

21        A.   Got it.

22        Q.   Do you recognize this document?

23        A.   Yes, that's the press release for New

24   Mexico's publication.

25        Q.   And in here you report the discrepancies in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    your own open records team working with you now?
 2         A.   Yes.
 3         Q.   In this case, though, did another entity
 4    request that data?
 5         A.   Yes, Local Labs requested that data before
 6    I came on.
 7         Q.   And did it do this in other states for VRF
 8    as well?
 9         A.   Yes.
10         Q.   Why use Local Labs?
11         A.   It's my understanding they're a company
12    that does public records requests and FOIAs, and they
13    work in that area all the time, so they're more
14    familiar with the forms and who to contact, and have
15    people on the ground.
16         Q.   How was Local Labs reimbursed for its
17    services?
18         A.   I think they get a flat rate for every
19    state; that includes doing the research on who to get
20    the data from, filing the proper forms, making sure
21    they're in compliance, and then acquiring the data
22    itself.
23         Q.   When was the New Mexico data first posted?
24         A.   I posted New Mexico, December, I believe,
25    16, 2021.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

67

1      Q.   And we've already talked about your

2   analysis of that data.   Let me ask about the time

3   that this data was up for -- maybe it was three

4   months.   Did the New Mexico site have a pop-up

5   requiring the user to agree to terms of service?

6      A.   Yes.

7      Q.   And was that tailored from New Mexico law?

8      A.   Yes.

9      Q.   What do those terms of service require that

10   the user agree to?

11      A.   To only use the records for, I believe,

12   election or governmental related purposes, and that

13   they must not be used for any commercial purpose.

14   And then it defines all the various things that might

15   conceivably fall under commercial purposes.

16      Q.   Did VRF understand that its own use was

17   allowed under New Mexico law?

18      A.   Yes.

19      Q.   Did the New Mexico site show this chain of

20   custody information for the data?

21      A.   Yes.

22      Q.   What did that show?

23      A.   A chain of emails between Local Labs and

24   the New Mexico Secretary of State.

25      Q.   Did it show the date on which Local Labs

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    requested the data?

2         A.    Yes.

3         Q.    And any user of the website could click

4    through and see that?

5         A.    Yes.

6         Q.    Did anyone ever accuse VRF of trying to

7    hide its use of Local Labs or the source of its data?

8         A.    I have had no contact or accusation to that

9    effect.  I have since read some documentation back

10   and forth in this litigation, that looks like people

11   were talking about it.  But no one has ever spoken to

12   us about it.

13        Q.    When did you first learn that the Secretary

14   of State had accused VRF of criminal conduct?

15        A.    ProPublica published an article about it in

16   March.

17        Q.    Did the Secretary ever reach out at any

18   time to say they were making a criminal referral?

19        A.    No.

20        Q.    Did the office ever reach out to try to

21   ascertain the purpose of the Vote Ref site or ask any

22   questions about the site?

23        A.    No.

24        Q.    Did the office ever try to contact you to

25   see if it could convince you to remove the materials?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          A.    No.

2          Q.    Did it ever contact you to try to find some

3    way to accomplish your goal, while also complying

4    with the Secretary's view of the law?

5          A.    No.

6          Q.    Did the AG ever do this?

7          A.    No.

8          Q.    Has there ever been any contact from the

9    AG's office to VRF?

10         A.    No.

11         Q.    Why did VRF take the New Mexico portion of

12   the database down?

13         A.    Because we read in the ProPublica article

14   that the New Mexico Secretary of State thought we

15   were violating the law and had referred the matter to

16   the Attorney General for prosecution.  And so we took

17   it down until we could figure out what we had done

18   wrong and how to be in compliance.

19         Q.    I just have one other question for you.

20   Are you aware of an entity called Catalist?

21         A.    Yeah, I'm aware of several entities and

22   political organizations that acquire voter data in

23   all 50 states.

24         Q.    And just to be clear, so is your answer

25   yes?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          A.   Yes, I am aware of that group.
2          Q.   It's spelled Catalist, but L-I-S-T on the
3    end; is that right?
4          A.   I don't know if it's Y-S-T or I-S-T.
5          Q.   So what is your understanding of what
6    Catalist does?
7          A.   They acquire voter registration data.  And,
8    you know, I believe they've got a particular lean in
9    their partisan view, and they use that data to
10   contact voters to promote policies that they wish to
11   advance.
12         Q.   And do they share or sell that data with
13   their own clients?
14         A.   I believe they do, yes.
15         MR. GREIM:  No further questions.
16         THE COURT:  Let me ask you this question,
17   I'm directing this to Voter Reference, and if you
18   want to get more information from the witness on
19   this.  It may not apply to her.  But does VRF crowd
20   source?  Is it finding the discrepancies or is that
21   done just by trained VRF staff, and the public are
22   just verifying individual data?
23         THE WITNESS:  It is the latter, sir.  My
24   data director is the former voter registration
25   database administrator for the Secretary of State of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Arizona, and my assistant data director is the former

2    Cochise County Recorder Voter Registration Director.

3    And they pull the data out of the vote history file,

4    and we take the turnout number, the total ballots

5    cast from the official records submitted to the EAC

6    by the state or posted on their website or on their

7    canvass, when they give it to us.  And we do that

8    data, and we just post those exact two data points,

9    and we post the documentation it came from.  The

10   public is not given access to that data.

11          THE COURT:  All right.  Anything else?

12   BY MR. GREIM:

13       Q.   Just to follow up.  You're talking about

14   the election side?

15       A.   Correct.

16       Q.   On the voter registration side, is that

17   reviewed for errors, crowd sourced?

18       A.   So the idea is that the public is doing

19   their oversight as envisioned in the NVRA, and

20   reviewing their voter registration records on the

21   voter registration side.  So there are things like

22   the first name is a comma, and the last name is the

23   letter A, and the registration date and the date of

24   birth are 1/1/1900.  So there are a lot of records

25   like that.  We don't scrub or clean the data.  We're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    putting it up exactly as it's received, in the hope

2    that the public will do their oversight and report

3    their errors to the county clerk or to the election

4    official, who is the only person in power to correct

5    them.

6             THE COURT:  So the public does not have

7    access to the discrepancy data?

8             MR. GREIM:  I think that's right, other

9    than through the press release.

10            THE WITNESS:  Correct.

11            THE COURT:  All right.  Anything else, Mr.

12   Greim?

13            MR. GREIM:  Nothing else, Your Honor.

14            THE COURT:  All right.  Ms. Serafimova, if

15   you wish to have cross-examination of Ms. Swoboda.

16            MS. SERAFIMOVA:  Thank you, Your Honor.

17   Yes.

18                      CROSS-EXAMINATION

19   BY MS. SERAFIMOVA:

20       Q.   Good afternoon, Ms. Swoboda.

21       A.   Hello.

22       Q.   Give me just a second.  So you mentioned

23   that you started May of 2021 in your current

24   position; right?

25       A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    about a 15-minute break and come back and continue
 2    the testimony.  All right.  We'll be in recess for
 3    about 15 minutes.
 4              (The Court stood in recess.)
 5              THE COURT:  All right.  Ms. Swoboda, I'll
 6    remind you that you're still under oath.
 7              Ms. Serafimova, if you wish to continue
 8    your cross-examination of Ms. Swoboda, you may do so
 9    at this time.
10              MS. SERAFIMOVA:  Thank you, Your Honor.
11              (A discussion was held off the record.)
12    BY MS. SERAFIMOVA:
13        Q.   Okay.  Ms. Swoboda, so we were talking
14    about what you've been referring to as your FOIA
15    request?
16        A.   Yes.
17        Q.   Do you remember in what month you made
18    those?
19        A.   I'm so sorry, I don't.  And I don't have my
20    phone, or would I look for you.
21        Q.   And do you have this binder that's provided
22    by your counsel?
23        A.   Yes.
24        Q.   Okay.  Can I ask you to go to Plaintiffs'
25    Exhibit 4?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Email from March 11.

2      Q.    And if you go to the second page, there is

3 actually a February 15, 2022 email as well?

4      A.    Yes.

5      Q.    Is this what you've been referring to?

6      A.    Yeah, those are the initials of my former

7 employee on the February 15th.  This -- yeah, this is

8 the canceled voters and the total ballots cast.  And

9 then on the March 10th, it looks like they're just

10 following up on that one.  So there is another one

11 somewhere.  But yes, this looks like the look-back on

12 canceled voters request, yes.

13      Q.    So can you tell me now whether or not you

14 signed an affidavit, as required under 1-4-5.5?

15      A.    It does not appear that for this email

16 request an affidavit was given to me by the staffer,

17 no.

18      Q.    Okay.  And do you know whether or not this

19 email communication meets the State's requirements

20 for IPRA requests, which is the state statutes?

21      A.    I do not.  And I would suggest that this is

22 probably why they use Local Labs, because Local Labs

23 did the research and did the proper form; whereas, my

24 team sent an email.  So maybe that's not reflecting

25 as well as us taking over for Local Labs.  But yes,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Forgive me.  It's on the second page,
2   second -- so we have a one-sentence paragraph, then
3   the next paragraph in the middle first sentence
4   says -- and this is something attributed to you --
5   "We're well on our way to accomplishing something
6   that has never been done before."
7           Is that a true statement?
8      A.   Yes.  To my knowledge, no one has ever
9   published the voter registration records for every
10  state online, for free, for the public forever, no.
11     Q.   Catalist has not done that; correct?
12     A.   I don't know all of Catalist's business, so
13  I could not say.  I think they have clients.  I don't
14  know.  I know the political parties publish the data
15  online.
16     Q.   Let me back up.  You just said that to your
17  knowledge, no one else has done this.  And yet, when
18  I asked you:  Has Catalist done it, you say you don't
19  know.  So which one is it?
20     A.   So, to my knowledge, no other entity has
21  tried to publish all 50 voter registration records
22  for all 50 states for free.  I believe Catalist
23  charges people for their services.  I don't charge
24  anybody to access my data.
25     Q.   When you say you believe, what is that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  belief based on?

 2        A.    The belief is based on that they're

 3  political consultants, who in my experience, don't --

 4  or, you know, give things away for free.  So that's

 5  just my belief.  I do not know.

 6        Q.    Okay.  You do not know?

 7        A.    No.

 8        Q.    So, and the same question for i360.  As far

 9  as you know, they are not doing what VRF wanted to do

10  with New Mexico?

11        A.    I360 has all the data for the states.  And

12  they have it on apps, and they give it to members of

13  the party, like precinct committeemen who do

14  canvassing or people who can get out the vote.  So

15  i360 pays, I believe, for the data.  And I think they

16  marry that data to other meta data.

17        Q.    So their product sounds something very

18  different?

19        A.    It does to me.  What I'm trying to do is

20  give public access for free.  I'm not trying to

21  charge anybody.

22        Q.    Okay.  Now, part of your claim today, and

23  in this case today is that Catalist, and potentially

24  i360 are doing something illegal, but they have not

25  been referred for prosecution by the Secretary of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

98

```
 1   fair?
 2        A.   Possibly.  I don't know the background of
 3   everybody.  So I'll go with ya.
 4        Q.   Well, I'm going with you, actually.  So
 5   let's keep --
 6        A.   I do not know how many people that work in
 7   the organization have a journalistic background with
 8   regard to education.
 9        Q.   Education, or --
10        A.   Well, you asked me if anybody had been
11   educated in the ethics of a journalist.  So I presume
12   you were talking about having, like, a journalism
13   degree, or having worked in a journalism shop, and
14   discussed AP.  This is a vocabulary we use in an
15   article, and this is what AP considers to be ethical,
16   that kind of thing.
17        Q.   Okay.  All right.  So let's look at --
18   well, if we can just look at P-1 and P-2, which are
19   the two documents you discussed during your direct
20   examination.  They talk about what you've referred to
21   as the discrepancy in New Mexico, right?
22        A.   Yes.
23        Q.   Okay.  So what your document and what your
24   math showed was that, on November 3 -- and I'll round
25   up, if that's okay -- but on November 3, 928,000-plus
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    voters were reported by canvassing boards and just

2    the official turnout; is that correct?

3         A.   The 928,172, yes, is the turnout of how

4    many ballots were cast.

5         Q.   Okay.  So 928,172 ballots cast November 3?

6         A.   Correct.

7         Q.   And then you compare that to the number,

8    924,328, which is the number of people shown to have

9    voted on November 3 on the voter rolls that you

10   received from the Secretary of State's Office?

11        A.   That's the number of electors whose records

12   still exist in the voter file as of April of 2021,

13   who have a vote credit for casting a ballot in the

14   November 3, 2020 general election.

15        Q.   Okay.  You said something important there.

16   "Whose records still exist."

17        A.   Yes.

18        Q.   So your math says 928 on November 3, but by

19   April 13, 924 still exist?

20        A.   Yes.

21        Q.   Okay.  So where is the problem?

22        A.   The problem is that -- well, I would say

23   the problem is the numbers don't reconcile.  And

24   nobody in the Secretary of State's Office responded

25   to our email to say:  Well, here in New Mexico we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   archive voters.  When we cancel them, we delete them.

2   We move them.  We purge them.  So we don't know the

3   answer to the question of why they don't balance

4   because nobody in the New Mexico office responded to

5   our request for us to understand, which is why I say,

6   if we could please discuss with you and get a better

7   understanding.  And I say, please provide feedback,

8   and if there is a factor or factors we may be unaware

9   of, that would explain the discrepancies.  And you

10  are asking literally -- every state does it

11  differently.  So as I said, Nevada deletes you

12  totally.  West Virginia --

13       Q.   Can I stop you there, because I just want

14  to -- we are pressed for time, so --

15       A.   Sure.

16       Q.   But the bottom line is, you don't know why

17  there is a difference; right?

18       A.   Correct; that's why I say "discrepancy."

19       Q.   Okay.  But in your press release, right,

20  you say, "These discrepancies don't necessarily

21  indicate fraud, but the differences between the voter

22  list and the election canvass indicates at the very

23  least issues with recordkeeping."

24            You don't know that, do you?

25       A.   I would say that what I stated in this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    press release is absolutely correct.  And so I'm
 2    going to go to another state for a minute.
 3         Q.   No --
 4         A.   Well, no, you asked me a question, and I'm
 5    going to answer.
 6              MS. SERAFIMOVA:  Your Honor, I ask for your
 7    assistance.
 8              THE COURT:  If Mr. Greim wants to bring
 9    something out, he will.
10              THE WITNESS:  Okay.
11              THE COURT:  You answer Ms. Serafimova's
12    questions, and then Mr. Greim can bring it out.
13              THE WITNESS:  Thank you, sir.
14         A.   The standard is --
15         Q.   If I may, let me just restate my question
16    so we can get back on-track.
17         A.   Okay.
18         Q.   So you just admitted that you don't know
19    why there is a difference in the two numbers, and yet
20    on December 16th you published in a press release the
21    statement that "at the very least, there are issues
22    with recordkeeping"?
23         A.   And that is correct.  That statement is
24    correct.  There are issues with recordkeeping.  You
25    do not have a record of the canceled voters in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   file in April, and you should.  You should have a

2   record of every voter in the file.

3       Q.   How do you know what's in the file?

4       A.   I looked at the file.

5       Q.   You have looked at voter data, which is

6   something like a spreadsheet.  You don't know --

7       A.   No, I looked at the raw file from the

8   database.  It's an export of the raw file from your

9   database, from the Secretary's database.

10      Q.   So you have looked in the voter files that

11  are kept at the Secretary of State's Office, that are

12  not on the online system; is that what you're

13  representing to us?

14      A.   I am representing to you that the Secretary

15  of State's Office provided an export of the data in

16  the file that is available to members of the public

17  who properly complete the affidavit form.

18      Q.   Okay.  So by statute, voter data actually

19  only includes name, gender, address, party

20  affiliation, and voting history?

21      A.   Correct.  Voting history.  So why would

22  there be voting history that is missing in the file?

23      Q.   But there isn't.  Where do you say here

24  that there is voting history -- there are people that

25  are missing, but not their voting history.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492
                                                                                1-800-669-9492

PROFESSIONAL COURT                                          e-mail: info@litsupport.com
REPORTING SERVICE

1    voter data?

2         A.   Yes, she has made statements.

3         Q.   And does the office first ensure that those

4    statements are accurate before they are made?

5         A.   If you're referring -- if you could be

6    specific about a certain statement.  But, generally,

7    anything that we provide to the public, yes, it is

8    reviewed to ensure that it's accurate.

9         Q.   Are you aware that the Secretary of State

10   has ever made a statement to the public about access

11   to voter data that was incorrect?

12        A.   No.

13        Q.   So it's your position that the statements

14   of the Secretary -- and we'll go through them, I'm

15   just getting some generalities here first -- it's

16   your position that the statements the Secretary of

17   State has made about access to voter data have all

18   been correct under New Mexico law?

19        A.   I can't speak to a statement without

20   knowing what you're referring to.  I can answer that

21   our office publicly makes information available that

22   is accurate and correct.

23        Q.   Okay.  Well, we'll go through the

24   individual ones here in just a moment.

25             Let's talk about the forms now.  Who


SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                    BEAN & ASSOCIATES, Inc.        1-800-669-9492
                    PROFESSIONAL COURT          e-mail: info@litsupport.com
                    REPORTING SERVICE

1    designs the forms?

2         A.   Someone in the Bureau of Elections.

3         Q.   Okay.  Who approves them?

4         A.   I participate in that approval, along with

5    a legal review, usually done by our general counsel

6    or our Deputy Secretary of State.

7         Q.   Has the Secretary of State's Office ever

8    authored a form that was inaccurate under New Mexico

9    law?

10        A.   Ever in the history of the office, I can't

11   speak to.

12        Q.   Okay.  Fair enough.  Let's say in the last

13   two years?

14        A.   Not to my knowledge.

15        Q.   So we're going to look through these forms

16   in a second.  But your testimony is that every single

17   form that's been used in the last two years has been

18   consistent with New Mexico law?

19        A.   I think you're referring to the affidavit.

20   And so we did make a correction to that affidavit

21   once we were made aware that it needed to more

22   strictly align to the statute.  So there was a

23   correction made to the affidavit.

24        Q.   Okay.  Well, let's just jump right into

25   that.  I wasn't going to do that quite yet, but now

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  point directly to, in your scenario described,

2  provide access to or otherwise surrender this

3  information.

4      Q.   Now, you're looking at the newer one,

5  though, not the one that Local Labs signed; right?

6      A.   I am using that as a reference, because I

7  don't have the Election Code in front of me.  So it

8  is the distribution, the providing access to, the

9  duplication, and sharing of that information.

10     Q.   I see.  So if anyone shares -- if any

11  requester shares information, it is your position

12  that they have made a false affidavit, and they have

13  violated the law; is that correct?

14          MS. SERAFIMOVA:  Objection, Your Honor.

15          THE COURT:  Well, she can state her

16  position.  If you want to argue something

17  different -- but I think I need to hear from the

18  witness.  Overruled.

19     A.   I'm sorry.  Can you restate your question?

20     Q.   Well, I'm just going to go to the form.

21  I'll go along with you and make this a clear

22  question, and this will be just about it, because

23  we're all turning into pumpkins and squashes here.

24          I'm on Exhibit I.  So it is your position,

25  first of all, that the authorization is a guide to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    what New Mexico law allows; correct?

2          A.    Correct.

3          Q.    And there are four bullet points there that

4    you've got to initial; right?

5          A.    Right.

6          Q.    And the very first one says, "sell, loan,

7    provide access to, or otherwise surrender

8    information"; right?

9          A.    Correct.

10         Q.    So it's your position that if anyone does

11   those things, regardless of why they do it, they are

12   violating New Mexico law?

13         A.    Correct.

14              MR. GREIM:  Okay.  Your Honor, we'll stop

15   there.

16              THE COURT:  All right.  Do y'all want to

17   get back together and continue this?  I mean --

18              MS. SERAFIMOVA:  Not necessarily in person,

19   but yes.

20              THE COURT:  I'll make it as easy as y'all

21   agree to do.  If you disagree, then I can get back on

22   the phone and work it out with you.  But I assume you

23   want to continue this hearing?

24              MR. GREIM:  We'll agree one way or another.

25              THE COURT:  Okay.  But y'all want to get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                      C-E-R-T-I-F-I-C-A-T-E

2


3    UNITED STATES OF AMERICA

4    DISTRICT OF NEW MEXICO

5


6


7         I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages constitute

10   a true transcript of proceedings had before the said

11   Court, held in the District of New Mexico, in the

12   matter therein stated.

13        In testimony whereof, I have hereunto set my

14   hand on May 24, 2022.

15


16


17


18   _____
     Jennifer Bean, FAPR, RMR-RDR-CCR
19   Certified Realtime Reporter
     United States Court Reporter
20   NM CCR #94
     333 Lomas, Northwest
21   Albuquerque, New Mexico 87102
     Phone:   (505) 348-2283
22   Fax:     (505) 843-9492

23


24


25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE