1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, et al.,

Plaintiff,

vs. NO. CV 22-00222 JB/KK

Hector Balderas, Attorney General for the State of New Mexico, et al.,

Defendants.

FINAL TRANSCRIPT

ZOOM HEARING

Transcript of Motion for Proceedings before The Honorable James O. Browning, United States District Judge, Albuquerque, Bernalillo County, New Mexico, commencing on August 31, 2022.

For the Plaintiff: Mr. Eddie Greim; Mr. Carter Harrison

For the Defendant: Ms. Olga Serafimova; Mr. Dylan Lange

Jennifer Bean, FAPR, RDR, RMR, CCR
United States Court Reporter
Certified Realtime Reporter
333 Lomas, Northwest
Albuquerque, NM 87102
Phone: (505) 348-2283
Fax: (505) 843-9492

EXHIBIT P3

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5

make that representation, I might agree with you that the need for a injunction is unnecessary, and then also the need for -- a stay might be appropriate if there is no need for an injunction. Is the Attorney General interested in making that representation?

MS. SERAFIMOVA: Well, Your Honor, we would be -- I think we would consider making that commitment if Voter Reference would, in exchange, agree to take down the voter data from their website.

THE COURT: I doubt Voter Reference is going to make that deal. So if they don't make that deal, is the Attorney General unable or unwilling to make the representation that it will not prosecute during the pendency of either the case or the appeal?

MS. SERAFIMOVA: Well, obviously, I -- you know, that's a decision for my client that I cannot make for them on the spot. But at the same time the question comes up: Why would we agree to do that? If we're not -- if there is no compromise on the table, why would we agree?

We do believe, again, as explained in the motion, we do believe that legally we're both required to and entitled to prosecute anyone for violating the New Mexico Election Code. And it's our position that the injunction preventing us from doing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

10

Reference Foundation to the Secretary of State's Office, and our denial of that request, meaning the Secretary of State's denial. The request said -- and again, we are just relying on the language in the letter that Mr. Greim submitted -- the request said: Some information will be uploaded to the website, but voters' personal data or personal information will not be uploaded until we get an order by the Court.

And, of course, they don't tell us what they consider to be personal information. And in any event, the statute, 1-4-5.5 says -- I'm sorry, 5.6 -- says that it is unlawful to upload any voter data. Not personal information of voters, not whatever Voter Reference Foundation may think should be confidential, but voter data. And voter data is a defined term, and it says, "Any information derived from the registration, certificate." And so essentially in their letter, Mr. Greim let us know in no uncertain terms that they intend to upload some voter data as that term is defined under New Mexico law.

And so we let them know that we cannot provide the voter data because it would be a violation of 5.6 for them to upload it. And if we know that they intend to do that, that's essentially

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

13

that participants in the program disclose to -- we don't know whom on their end -- the fact that they're in the program. That person now has that knowledge. They are responsible to take them down off the website. But there is no -- we don't know what kind of security requirement they have, if any. They could be hacked at any point, for example. And the identities of these individuals could become public, and so on.

And so this is simply not workable. This website is problematic on so many levels. And we do feel that the public interest factor does weigh strongly in staying the injunction until, again, we have a final decision on the law by the Court of Appeals.

And I'm happy to answer any other questions that the Court might have.

THE COURT: Let's go back to that first point about the merits. Are you saying that there is no prior restraint because there is no threat of prosecution?

MS. SERAFIMOVA: No, Your Honor. I am saying there is no prior restraint because the Attorney General's Office -- first, the Attorney General's Office interprets Section 5.6 the same way

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

14

that the Secretary of State Office interprets it. And the Court has not held that that interpretation isn't constitutional.

So the Attorney General's Office is required by statute to fulfill its responsibilities of prosecuting any suspected violations of the New Mexico Election Code. And that's what they're doing. And the Court has never found -- and again -- I mean -- and I've read the order, as I know all of us have -- but the Court did not hold that the threat of prosecution, first of all, is the issue. The Court said that it was the Secretary of State's Office act of making that threat public; that if they had not done that somehow, there would have been a different outcome.

But setting that aside, the Attorney General's Office -- again, if there is no First Amendment violation, there cannot be a prior restraint. If there is no protected speech, there cannot be a prior restraint.

THE COURT: All right. Anything else, Ms. Serafimova?

MS. SERAFIMOVA: No. But again, Your Honor, the Court has not found that our interpretation of the statute is unconstitutional,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

32

not the case here. 5.5 and 5.6, and our interpretation of both of those sections, have not been found to be unconstitutional. So, yes, the Attorney General's Office has the statutory mandate to enforce New Mexico law, including the Election Code. And if we believe that a violation is occurring -- "we" meaning the Attorney General's Office -- yes, we are entitled and required to prosecute. But, again, unless there is either an unconstitutional statute or some other violation by the Attorney General's Office of plaintiff's rights, the Attorney General's Office simply cannot be enjoined from doing its job. This is an issue of comity, an issue of state rights.

The Attorney General's Office is an independent entity under state law, under the New Mexico Constitution and statutes. It has no control over the Secretary of State's Office, and vice versa.

And by the way, the suggestion that there has been political pressure from the Secretary of State's Office on the Attorney General's Office, that's where I was trying to lodge an objection, that is not in the evidence. That is Mr. Greim's personal opinion, and has no place in today's hearing or in the record or in the Court's decision making process.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

57

day.

(The Court was adjourned.)

C-E-R-T-I-F-I-C-A-T-E

UNITED STATES OF AMERICA
DISTRICT OF NEW MEXICO

I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR, Official Court Reporter for the State of New Mexico, do hereby certify that the foregoing pages constitute a true transcript of proceedings had before the said Court, held in the District of New Mexico, in the matter therein stated.

In testimony whereof, I have hereunto set my hand on September 7, 2022.

_______________________________
Jennifer Bean, FAPR, RMR-RDR-CCR
Certified Realtime Reporter
United States Court Reporter
NM CCR #94
333 Lomas, Northwest
Albuquerque, New Mexico 87102
Phone: (505) 348-2283
Fax: (505) 843-9492

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com