

**From:** James, Sharon M. (ATG) <sharon.james@atg.wa.gov>
**Sent:** 11/3/2022 12:20:56 PM
**To:** 'Lecocq, Erin' <elecocq@nmag.gov>
**Subject:** RE: Election/Voter data question

In the meantime, I looked at that website and the information under Washington state, and the resources it cites may provide some answers. It says the data is from publicly-available information provided by our secretary of state at Washington State Voter Registration Database (VRDB) - Elections & Voting - WA Secretary of State

A link on that page takes you to this page for requesting the records: Washington Voter Registration Database Download - Elections & Voting - WA Secretary of State

The request page cites the below statute as authority for releasing certain voter data. I have not cross-referenced the data that is public per the statute and the information provided on the website yet.
RCW 29A.08.710: Originals and automated files—Public disclosure. (wa.gov)

Sharon M. James
Assistant Attorney General
Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504
Cell Phone: (253) 878-6759
Pronouns: She/Her

Ask me about the **AGO Pro Bono Committee!**

**Notice**: This communication may contain confidential records, attorney-client privileged information or confidential attorney work product. If you are not the intended recipient, advise the sender immediately and delete the message and any attachments without copying or disclosing the contents.

---

**From:** James, Sharon M. (ATG)
**Sent:** Thursday, November 3, 2022 12:06 PM
**To:** Lecocq, Erin <elecocq@nmag.gov>
**Subject:** RE: Election/Voter data question

Erin: My apologies for not getting back to you yesterday. I am still trying to find information that will be useful for our discussion. I'm hoping to get that soon and will let you know when I do.

Sharon M. James
Assistant Attorney General
Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504
Cell Phone: (253) 878-6759
Pronouns: She/Her

Ask me about the **AGO Pro Bono Committee!**

**Notice**: This communication may contain confidential records, attorney-client privileged information or confidential attorney work product. If you are not the intended recipient, advise the sender immediately and delete the message and any attachments without copying or disclosing the contents.

---

**From:** Lecocq, Erin <elecocq@nmag.gov>
**Sent:** Tuesday, November 1, 2022 2:30 PM
**To:** James, Sharon M. (ATG) <sharon.james@atg.wa.gov>
**Subject:** Re: Election/Voter data question

[EXTERNAL]

Absolutely. Thank you so much!

On Tue, Nov 1, 2022 at 3:29 PM James, Sharon M. (ATG) <sharon.james@atg.wa.gov> wrote:

> Yes, our emails crossed. ☺ Thank you for the information. I'll see if I can find some information on our state's request and then I'll give you a call – probably tomorrow. Does that work?
>
> Sharon M. James
> Assistant Attorney General
> Office of the Attorney General
> 1125 Washington Street SE
> PO Box 40100
> Olympia, WA 98504
> Cell Phone: (253) 878-6759
> Pronouns: She/Her
>
> Ask me about the **AGO Pro Bono Committee!**
>
> **Notice**: This communication may contain confidential records, attorney-client privileged information or confidential attorney work product. If you are not the intended recipient, advise the sender immediately and delete the message and any attachments without copying or disclosing the contents.
>
> **From:** Lecocq, Erin <elecocq@nmag.gov>
> **Sent:** Tuesday, November 1, 2022 2:26 PM
> **To:** James, Sharon M. (ATG) <sharon.james@atg.wa.gov>
> **Subject:** Re: Election/Voter data question
>
> [EXTERNAL]
>
> I imagine our emails crossed in the ether -- the group is called Voter Reference Foundation, and their website is VoteRef.com. They are owned by a group called Restoration Action, but in NM they used

another company called Local Labs to obtain voter data from the Secretary of State. So any of those names might pop up.

Thank you for your help!

On Tue, Nov 1, 2022 at 3:24 PM James, Sharon M. (ATG) <sharon.james@atg.wa.gov> wrote:

> Hi Erin. Can you tell me the name of the requester/company? I'll see if I can find some info on that request once I have the name. Thanks!
>
> Sharon M. James
> Assistant Attorney General
> Office of the Attorney General
> 1125 Washington Street SE
> PO Box 40100
> Olympia, WA 98504
> Cell Phone: (253) 878-6759
> Pronouns: She/Her
>
> Ask me about the **AGO Pro Bono Committee!**
>
> **Notice**: This communication may contain confidential records, attorney-client privileged information or confidential attorney work product. If you are not the intended recipient, advise the sender immediately and delete the message and any attachments without copying or disclosing the contents.
>
> ---
>
> **From:** Sherman, Bill (ATG)
> **Sent:** Tuesday, November 1, 2022 2:22 PM
> **To:** Lecocq, Erin <elecocq@nmag.gov>; James, Sharon M. (ATG) <sharon.james@atg.wa.gov>
> **Subject:** RE: Election/Voter data question
>
> Erin, let me introduce you to Sharon James of our office, who will be able to walk with you about this. Sharon is just returning from a couple days out of the office, and so may have to climb to the top of her email pile first, though!
>
> Bill
>
> ---
>
> **From:** Lecocq, Erin <elecocq@nmag.gov>
> **Sent:** Monday, October 31, 2022 1:21 PM
> **To:** Sherman, Bill (ATG) <bill.sherman@atg.wa.gov>
> **Subject:** Election/Voter data question
>
> [EXTERNAL]
>
> Good afternoon and Happy Halloween!!
>
> I have a question about voter data in WA. There is a website that publishes voter data online for the purposes of "election transparency," and NM is being sued by this company for refusing to provide this data to them because we believe it violates NM law with respect to what people can do with voter data. I see that this same company also received voter data from WA -- I'm wondering if there's someone at the AG's office I might speak with to discuss whether WA is going to continue to provide this data, whether there have been any complaints from WA registered voters about their data being posted online, or anything else that might help us put up a more united front against these guys. Do you know if the WA AGO has anyone who might be working on something like that?
>
> Thank you! I hope you're doing well!
>
> --
> 
>
> --
> Erin Lecocq
> Assistant Attorney General
> (505) 490.4839
>
> Sent on the run from my mobile device. Please excuse any errors or brevity.

--


--
