## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION,
LLC,

      Plaintiff,

v.                                                                                          No. CIV 22-0222 JB/KK

RAUL TORREZ[1], in his official capacity
as New Mexico Attorney General, and
MAGGIE TOULOUSE OLIVER, in her
official capacity as New Mexico
Secretary of State,

      Defendants.

## ORDER GRANTING AMENDED JOINT MOTION TO AMEND CASE SCHEDULE AND TO ENLARGE PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING

This matter having come before the Court on the Parties' Joint Motion to Amend Case Schedule and to Enlarge Page Limits for Summary Judgment Briefing (Doc. 116), the Court having reviewed the Motion and considered the matter, and for good cause shown **ORDERS**:

1.  The deadline to file a motion for summary judgment shall be extended from March 30, 2023, to April 14, 2023. Response briefs shall be due on or before May 12, 2023. Reply briefs shall be due on or before May 26, 2023.

2.  Each party shall be allowed a total of one hundred (100) pages of briefing (including both the statement of facts and legal argument, combined) for their opening motion for summary judgment; eighty (80) total pages for a response brief; and fifty (50) total pages for a reply brief.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Raúl Torrez is substituted for Hector Balderas as New Mexico Attorney General.

3.  The Motion Hearing scheduled for April 17, 2023, shall be moved to June 14, 2023 at 8:30 AM.

4.  The Pretrial Conference scheduled for June 1, 2023, shall be moved to August 23, 2023 at 9:00 AM.

5.  The Consolidated Pretrial Order shall be submitted as follows: from Plaintiff to Defendants by August 31, 2023, and from Defendants to the Court by September 7, 2023.

6.  The Bench Trial scheduled for June 12, 2023, shall be moved to September 11, 2023 at 9:00 AM (trailing docket).

_____
UNITED STATES DISTRICT JUDGE