IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC,

    Plaintiff,

v.       No. CIV 22-0222 JB/KK

RAÚL TORREZ, in his official capacity as
New Mexico Attorney General,

and

MAGGIE TOULOUSE OLIVER, in her official
capacity as New Mexico Secretary of State,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

This matter having come before the Court on Plaintiff's Unopposed Motion to Seal (Doc. 117), and the Court having reviewed the Motion and considered the matter, finds and ORDERS as follows:

1. The Parties in this matter agreed to certain confidentiality provisions memorialized in an Agreed Protective Order and Amendment thereto which the Court entered on February 14, 2023 (Doc. 94) and March 24, 2023 (Doc. 114) respectively.

2. Plaintiff's Motion for Partial Summary Judgment references some information and documents which were designated "CONFIDENTIAL" by a Party or third-party involved in this matter.

3. The information so designated is of a nature that disclosure to the public would harm the designating party.

4. Plaintiff shall be allowed to file a version of its Motion for Partial Summary Judgment

which redacts the information designated as "CONFIDENTIAL" pursuant to the protective order entered in this case.

5. Plaintiff shall also be permitted to file an unredacted version of its Motion for Partial Summary Judgment under seal.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE