IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

      **Plaintiff,**

v.

**RAÚL TORREZ, in his official capacity
as New Mexico Attorney General;**         Case No: 1:22-cv-00222-JB-KK

**and**

**MAGGIE TOULOUSE OLIVER, in her
official capacity as Secretary of State of
New Mexico,**

      **Defendants.**

## NOTICE OF WITHDRAWAL OF COUNSEL

      Erin Lecocq withdraws her appearance on behalf of Defendants in this matter as she is no longer employed by the Office of the New Mexico Attorney General. Jeff Dan Herrera and Kelsey Frobisher Schremmer will remain as counsel for Defendants.

      Respectfully submitted,

By: */s/ Kelsey Frobisher Schremmer*
    Kelsey Frobisher Schremmer
    Jeff Dan Herrera
    Assistant Attorneys General
    Office of the New Mexico Attorney General
    408 Galisteo St.
    Santa Fe, NM 87501
    Tel.: (505) 490-4060
    Fax: (505) 490-4881
    kschremmer@nmag.gov
    jherrera@nmag.gov

**CERTIFICATE OF SERVICE**

I certify that on May 4, 2023, I served the foregoing on counsel of record for all parties via the CM/ECF system.

*/s/ Jeff Dan Herrera*