*On Jan 25, 2022 @ 11:12 pm,* ▮▮▮▮*@gmail.com wrote:*

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.

Hello my name is ▮▮▮▮ and I am requesting to have my name and address and private address removed from your website immediately. My physical safety is at risk having this information made public. Please address this important issue. Thank you very much.

▮▮▮▮
▮▮▮▮
Albuquerque, NM 87109

505-▮▮▮▮

I did a google search of my name ▮▮▮▮ and on page 2 of the google search the voter website showed up:
https://voteref.com/voters/▮▮▮▮

*On Jan 30, 2022 @ 06:31 pm,* ▮▮▮▮*@nmsu.edu wrote:*

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
To Whom It May Concern:

I am writing to you because I am concerned that addresses and partial birthdates of New Mexico voters including myself are being publicly shared online by the voteref.com, a subsidiary of a conservative pro-Republican Restoration PAC without voters' knowledge and permission. In the age of multiple concerns about continuous identity fraud and hacking by institutions and individuals who are trying to meddle in elections, it is not prudent to release voter records to partisan groups who did not notify voters of requesting and receiving their personal and political affiliation data. I would appreciate if your office would request to remove identifying data from all sites including voteref.com that display it publicly without knowledge and permission of New Mexico voters. I am including a few web links related to voteref.com and Restoration PAC. Please let me know.

Sincerely,

▮▮▮▮

*On Apr 12, 2022 @ 06:31 pm,* ▮▮▮▮*@gmail.com wrote:*

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
If my voting information goes into the VoteRef.com database, I'll be deregistering immediately.

This email is confidential and is not to be disseminated for any purpose or in any manner.

--
▮▮▮▮
Licensed Clinical Social Worker
▮▮▮▮
Tucumcari, NM 88401
575-▮▮▮▮
FAX: 575-▮▮▮▮
▮▮▮▮.com

EXHIBIT A

On Jul 08, 2022 @ 11:04 am, ▮ @hotmail.com wrote:

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
To Whom It May Concern:

I am writing to seek your help with getting the state of Virginia's support in limiting the public distribution of voter information, including on VoteRef.com.

Disclosing the personal information of voters so publicly without consent, with disregard to maintaining accuracy is a slippery slope for the American public. Currently, the name, address, full date of birth, and voting details of registered voters are posted on VoteRef.com. While not ideal, we canceled our voter registration in VA to protect our privacy/PII. The foundation, however, still has not removed our data after a month of correspondence. Seeing that the foundation has removed New Mexico voter data temporarily due to the state's management of voter data, I'm looking for help on how to reach the appropriate people in my state. I have contacted the VA Governor and Secretary of State through their respective site, but no response has been received. As an article quoted the New Mexico Secretary of State, "[the purpose of the Voter Reference Foundation] is to intimidate voters and make folks become concerned about the security of their information, to potentially cause voters to de-register and not participate in our process." Our household are examples of these sentiments.

We are asking for your help in reaching the right people in Virginia so it takes a similar stance on the protection of voter rights and prevent any organization, such as Voter Reference Foundation, from publicly disclosing voter information.

Respectfully,

▮

On Jul 26, 2022 @ 12:19 pm, ▮ @gmail.com wrote:

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
Good afternoon,

I was shocked and infuriated to read about https://news.yahoo.com/us-judge-oks-online-publication-235506359.html, and in looking in to their website I have noticed that they are not blocking non-US IP addresses from accessing their site and obtaining as much information as is available. While I reside in California, if I were a New Mexico resident, or any other state that has records visible there, I would be DEMANDING action on this.

Thanks for your attention,

▮

On Jul 27, 2022 @ 03:23 pm, ▮ @montana.edu wrote:

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.

I just read the ABQ Journal article about VoteRef.com. I am registered to vote in NM but previously voted in MT. Since voter data for NM are not yet on the VoteRef.com website, I went to the MT state list and discovered that I am listed there. The data includes my full name and address (previous) as well has my voting history.

With further investigation I learned that I cannot opt-out of this database.

I find this very unethical and I hope NM will continue to resist participation in this database. I feel I could be

threatened having my full name and address listed publicly. In theory, anyone with a grievance against me could conceivably come to my home, day or night, to threaten violence on me or my family. This should be illegal, and I hope your office will work to put this organization out of this kind of business.

Thanks for your attention to this issue.

▆

▆▆▆▆▆, Ph.D.

▆▆▆▆@montana.edu

406-▆▆▆▆

On Jul 27, 2022 @ 02:52 pm, ▆▆▆@pm.me wrote:

Yesterday afternoon late I saw a post online about this company listing the names and addresses of all voters, including New Mexico. This morning I checked their listings and sure enough, my name and my husband's name and address were listed on that website. I am feeling sick to my stomach over this; it is so scary. Here is why.

A little over 3 years ago we moved from the ▆▆▆ area to ▆▆▆ for our own protection. I have a son ▆▆▆) who is almost 63 years old and he has a mental disorder for which he has been receiving treatment off and on for years. About four years ago he became violent, fired his therapists, got fired from his very lucrative job as a software engineer, and just lost control.

Within a few months my daughters in other states became so concerned about the things he was writing on the internet that they called the local police who came and did a wellness visit to make sure my husband and I were OK. The threats became more frequent, and we made plans to move away. While in that process, I reported his threats to the ▆▆▆ department that handles those kinds of issues against senior citizens but they did nothing. During this time frame we drove to ▆▆▆, found a house to buy and made arrangements for the move (at a significant monetary loss). We did not tell him we were leaving or where we were going. Soon after we arrived here, we were informed by his ex-wife that he was making threats to kill us, especially me. We visited a police substation here in ▆▆▆ and they had a police officer come over and talk to us about what we could/should do to protect ourselves. Meanwhile, in ▆▆▆, he contacted his doctors' answering service and told them he was going to kill us. They notified the police and they found him in ▆▆▆, ▆ (a suburb of ▆▆▆) and arrested him. They put him in a psychiatric hospital for a couple weeks and then let him out.

When that ▆ police office visited us, I showed him some of the things ▆ was writing online. He recommended that we needed to get some guns to protect ourselves and recommended a shop that they use and gave a brief recap of the laws regarding self protection. We did that (I cried while we were buying the guns, I was so upset that we had to do this.) We took lessons and were licensed for concealed carry. He also said not to get a restraining order because then ▆ would know what city we were in.

Meantime, we stayed in touch with his ex-wife and our granddaughter in ▆ but they did not know where we were. We were told how he was now living in a camping trailer, and talking bad against us. They told me that nothing much had changed, he continues to get violent, and not too long ago destroyed more than $10,000 worth of his neighbor's property. He was arrested for that and detained for several days until he could raise bail. I don't know if that case is settled yet.

**Then, about a week ago his ex-wife called and said that their 9 year old daughter had stayed overnight with him and he was asking her if she knew where we live.** She didn't know, then he accused me of "abusing him" when he was a child and she was upset about that and wanted to talk to me to find out if it was true. I assured her I had never abused him, if anything I should have been tougher. She knows he has mental health issues and remembered how he literally destroyed their house before her mom and he got divorced, so she could relate.

Then yesterday, I saw that VOTEREF.COM was going to post all New Mexico voters names and addresses online and that one of the judges here, U.S. District Court Judge James Browning, has said they could do that. That really upset me, so I checked their website and sure enough, my husband and I are listed online on their website and at our current address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

So, we are back to being scared to death that he can find us. I have done everything I can to keep this info from him, including using a VPN on our computer and devices that shows our location as in other cities in the US. As a software engineer, ▮▮▮▮ has knowledge about how to deep dive into internet hiding places and I am as careful as I can be. But THIS INCIDENT WITH VOTEREF.COM has really got me and my husband scared to death, knowing that it is now easy for him to find out where we are and once he has that info, he has every intention of taking our lives. I am going to be 86 in another 6 weeks and my husband is 81; we are too old to make another long distance move. It just takes too much out of us, and it would not be necessary if not for this notion that everybody in this country, including insane people with a grudge, can find anybody they want to.

Respectfully,

▮▮▮▮▮▮▮▮▮▮▮▮

On Jul 27, 2022 @ 12:50 pm, ▮▮▮▮▮▮ @comcast.net wrote:

To whom it may concern:

We were just made aware that our personal voter information, including: Name, address, voting record and party affiliation, are available for anyone to view online via an order from Albuquerque-based U.S. District Court **Judge James Browning.**

## US judge OKs online publication of New Mexico voter records

https://www.kob.com/news/us-and-world-news/us-judge-oks-online-publication-of-new-mexico-voter-records/

**We DO NOT want such info online—for any reason EVER!**

It is **NO ONE'S BUSINESS** what our, or anyone's, **PERSONAL INFO, VOTING RECORDS OR PARTY AFFILIATIONS ARE!**

**This is an outrageous violation of voter privacy and clearly a method to try to intimidate voters!**

Kindly tell us how to OPT OUT and remove our names and all info from these databases.

Sincerely,



Santa Fe, NM

*On Jul 29, 2022 @ 08:13 pm,* @gmail.com *wrote:*

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
Hi,

We need more protection from harassment than A GOOGLE SEARCH. I know that the records are public, but that does not mean they should be accessible from anywhere by anyone. Please act to correct this threat.

87120

Hello,

I just added my name to this critical petition demanding privacy of voter registration information. Take a look and sign your name too! https://progressnownm.actionkit.com/sign/protect-voter-privacy-now/?referring_akid=.316230.RxcJi1&source=mailto

*On Aug 04, 2022 @ 07:44 am* @gmail.com *wrote:*

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
Good morning,
I am very concerned about the invasion of privacy publication of voter registration information could pose to voters.
It can also endanger victims and surviors of domestic violence.
It would also make it easy for groups to target and intimidate voters or potential voters.
Please pursue whatever paths are available to protect our privacy and safety.
Thank you,

Ruidoso, NM

8/4/2022

Phone Call: ▇▇▇▇▇. Adding to tracking sheet for awareness internally. Individual has not concented to name, contact info, or concerns being shared externally. Greetings CAP,

I am alarmed to find my name, address, party affiliation and voting precinct available, at no cost, for indiscriminate public review via VoterRef.com and in affiliation with the NM SOS website.

I'm aware this information was previously available for a fee and used by pollsters. I object to the rationale behind making this Information freely available. Even states that complained about election fraud (GA, Fl...) did not respond by releasing party affiliation. The user disclaimer that begins with the paragraph below is inadequate to prevent malpractice.

VoteRef.com provides on-demand public access to voter registration records collected from state and local election officials.

Our mission is to ensure fair elections by providing voters with full transparency and easy access to voting records, which historically have been difficult to obtain.

VoteRef.com is for election-related, noncommercial use and for users based in the United States only. Before accessing the site, please read our Terms of Service and agree you will abide by them by clicking on the Accept button below.

I no longer meet the Safe At Home eligibility requirements, published on the SOS website, that could afford me and my special needs daughter some protection from my abusive ex-husband. However, our need for safety and privacy will never end. As a reminder, not all victims of abuse can document their abuse with something like a court order. The process established by NM SOS to meet Safe At Home is particularly burdensome for survivors and should be abandoned. No one should have to prove they need safety. The scrutiny around this information should be placed on those requesting access to personal info, not on those who just want to be left in peace.

Additionally, Bernalillo and Los Alamos Counites have a significant portion of voters who also work for the National Labs. Safety-sensitive employment encourages anonymity in political matters. No information that could be used as leverage or used as a way to doxx or harass these kinds of employees should be made available by a government agency like the NM Secretary of State's office.

Please immediately remove my name, address and party affiliation from publication. Otherwise, I will cancel my voter registration. I resent being forced in to a tradeoff between personal safety and exercising my voting rights.

Thank you for promptly attending to this matter.

8/3/2022

Phone Call: ▮▮▮▮▮▮▮. Lifelong Republican, angry that her information is being published. Initially concerned about identity theft, also concerned about her ex-husband

8/3/2002

Phone Call: Anonymous - Why does this guy in Illinois get away with requiring public information on residents in New Mexico when his own state does not? From article on KOB,
"The foundation — backed by former GOP Senate candidate Doug Truax of Illinois — took its New Mexico records offline in response and sued the state in federal court, alleging violations of due process and free speech guarantees."

8/3/2022

Good afternoon,

Colorado has had extremists harrass citizens regarding settled elections. These extremists have intimidated citizens. Will I answer my doorbell with a cocked firearm ready to send a Fascist to their judgement? Will I be forced to use violence to ensure my right to privacy?

███████

Aztec, NM

7/29/20222

Phone Call – ██████ ████: Voter in Hobbs, NM; does not concent for phone # to be shared beyond our office but ok with SOS Legal reaching out for clarification: 575-████████ Concerned about online publication of voter records, because she is 1) a single person, a widow living alone and concerned for her safety, 2) does not want DOB, street address published, 3) "has a right for protection of all that stuff because I don't want to be a victim of intruders. I don't want people to know my street address", and 4) Personal info shouldn't be publised publicly "I don't think my date of birth, addresses, voting history, or any of that information should be public knowledge." Expressed that confidentiality is a priority, and is considering stopping voting to protect her privacy

07/29/2022

Phone Call – ███████: Adding to tracking sheet for awareness internally. Participant has not concented to name, contact info, or concerns being shared externally. Phone Call: Returned call to ask if SAH provides or knows of funds available for relocation. While address on VoteRef is not their current residence, it is close to her current address. Based on her stalker's past behavior and the fact that VoteRef initially posted their data about a year ago, she is confident that she and her child need to relocate for their safety.

07/28/2022

Phone Call – █████████: Phone Call: Wants his information removed if possible - "I am an old man and I do not want people with that Cheeto puff showing up at my house with Nazi flags"

On Aug 03, 2022 @ 08:57 pm, ▮@gmail.com wrote:

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
Hello,

I know that addresses are being released onto voteref.com (https://voteref.com/) . I just recently changed my voter registration to my new address and therefore that is not on the website yet, however, I am afraid it will soon be released.

I do not qualify for the Safe at Home because although I fear for my life, I did move more than 90 days ago. Is there anything else I can do or is canceling my registration the only way?

Thank you

---

On Aug 03, 2022 @ 07:42 pm, ▮@gmail.com wrote:

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
Why are our birth years provided to voteref.com?

---

On Aug 15, 2022 @ 09:07 am, ▮@gmail.com wrote:

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.
To our distinguished Sec. of State Maggie Toulouse Oliver:
As a senior citizen, I am personally and gravely concerned about the publication of voter registration information as described in  The Albuquerque Journal  recently, especially in view of the threat of violence against federal officers, ie) FBI, now trending.
My late husband of 57 years served as an officer of the law in ▮ Co., and we were always cautious not to have our personal information available to the public due to possible retribution on our family or home by former criminals he had arrested.
Also, I live in a  Proudly Red  neighborhood where there are already signs for Trump 2024 in some yards of our community. During the last election my Democratic signs were stolen. An elderly friend of mine had his signs stolen and car tires wrapped with barbed wire at night. I live alone.
Kudos for your continued good work in protection of voter laws and voters! Keep it up.
Respectfully Yours,

▮
▮.
Ruidoso, NM 88345