**From:**          Info at Voter Reference Foundation
**Sent:**          Monday, December 12, 2022 11:25 AM
**To:**            ███████████
**Subject:**       RE: Remove my info

Good day,

Thank you for reaching out to VoteRef.com. Our mission at Voter Reference Foundation is to ensure transparent, accurate and fair elections in the United States of America. The purpose of VoteRef.com is to provide public access to official government data pertaining to elections, including voter registration rolls, with a goal of encouraging greater voter participation in all fifty states. Voter information is a public record available to anyone through each state's freedom of information laws and the National Voter Registration Act.

Voter Reference Foundation respects every citizen's concern for privacy. Before accessing voter information on VoteRef.com, all visitors must agree to our Terms of Service, which prohibit the use of information on VoteRef.com for any purpose unrelated to elections or for any commercial purpose, and which also prohibit the user from using the information to harm any third party or violate any law. In many states, using voter information for any purpose unrelated to elections is a crime.

**If you believe that you or any person listed on VoteRef.com is a protected voter whose protected information should not appear on VoteRef.com, please click here for instructions and contact information for your state's election official(s). Upon receipt of official documentation confirming your or any person's protected voter status sent to us at privacy@voteref.com, VRF will remove the protected information from VoteRef.com.**

Respectfully,
Voter Reference Foundation
www.VoteRef.com


-----Original Message-----
From: ███████████  <███████████ @ ████ .com>
Sent: Sunday, December 11, 2022 6:58 AM
To: Info at Voter Reference Foundation <info@voterreferencefoundation.com>
Subject: Remove my info

Good morning,

I'm requesting the removal of all my information posted on your website. I will list below.

████████████

Santa Fe NM 87505

Thank you.



CONFIDENTIAL_VRF_02_000468

**From:** ███████████

**To:** privacy@voteref.com

**Subject:** Privacy question

**Date:** Tuesday, July 26, 2022 8:18:15 AM

Hello,

My name is ███████████. I am a law enforcement officer in New Mexico. I would like to avoid having my address listed on your website. I have been personally targeted at my residence in the past and I worry about my families safety. Please remove/ prevent my information from being posted on your website. I have two addresses,

███████████

Albuquerque, NM 87110

And

███████████

Albuquerque, NM 87105

Thanks, ██████

Sent from my iPhone

CONFIDENTIAL_VRF_02_000470

## Badell, Rebekah

| | |
|---|---|
| **From:** | ███████ <██████@███.gov> |
| **Sent:** | Tuesday, July 26, 2022 3:50 PM |
| **To:** | Info at Voter Reference Foundation |
| **Subject:** | Re: Privacy question |
| **Attachments:** | image001.jpg |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you.

Sent from my iPhone

On Jul 26, 2022, at 2:18 PM, Info at Voter Reference Foundation <info@voterreferencefoundation.com> wrote:

**[EXTERNAL]** Forward to phishing@cabq.gov and delete if an email causes any concern.

Thank you for providing a picture of your LEO ID badge. We have removed your information from our website.

We do not have control over the cache material featured on third-party sites and recommend that you contact those sites directly to seek removal of unwanted information.

Respectfully,
VoteRef.com

**From:** ███████ <██████@███.gov>
**Sent:** Tuesday, July 26, 2022 8:34 AM
**To:** Info at Voter Reference Foundation <info@voterreferencefoundation.com>
**Subject:** Re: Privacy question

CONFIDENTIAL_VRF_02_000473



2

CONFIDENTIAL_VRF_02_000474

Sent from my iPhone

On Jul 26, 2022, at 9:09 AM, Info at Voter Reference Foundation <info@voterreferencefoundation.com> wrote:

[EXTERNAL] Forward to phishing@cabq.gov and delete if an email causes any concern.

███████████,

Thank you for contacting VoteRef.com. If you can please provide evidence of protected voter status (i.e., copy of protective order, address protection program participation, photo of law enforcement badge or ID) so we can remove you from the website.

Respectfully,
VoteRef.com

-----Original Message-----
From: ██████████████ <██████████@███.gov>
Sent: Tuesday, July 26, 2022 6:18 AM
To: privacy@voteref.com
Subject: Privacy question

Hello,

My name is ████████████ I am a law enforcement officer in New Mexico. I would like to avoid having my address listed on your website. I have been personally targeted at my residence in the past and I worry about my families safety. Please remove/ prevent my information from being posted on your website. I have two addresses,
█████████████
Albuquerque, NM 87110
And
█████████████
Albuquerque, NM 87105
Thanks, ███████
███████████

Sent from my iPhone

3

CONFIDENTIAL_VRF_02_000475

**Badell, Rebekah**

| | |
|---|---|
| **From:** | ███████ ████████ @ ██████ .com> |
| **Sent:** | Tuesday, July 26, 2022 2:43 PM |
| **To:** | Info at Voter Reference Foundation |
| **Subject:** | RE: Publishing voter information |

Thank you for your response.  I still don't understand how publishing voter information will "encourage" voter participation.  What steps would you take to encourage voter participation, to "ensure transparent, accurate and fair elections in the United States of America"?  If it weren't for the article I read, I didn't know your organization existed, nor did I know the states put out a list of voter information.  So how does no one knowing you exist fit into your narrative of being transparent?

If people can access voter information through each state's freedom of information law, why do you believe it's necessary for YOU to publish voter information?  Seems like a duplication of efforts. Or is it you don't believe or trust the states to give you voter information?

I can't believe your organization is naïve enough to think everyone who agrees to your Terms of Service is honest.  What do you do to **ensure** those who agree to your terms is doing so for honest reasons?  Is there a check-and-balance procedure in place?  Do you really think just because violating your terms of service is a crime will stop people from violating the law?  Look at what happened on Jan 6.  What law prevented those whackjobs from destroying our Capitol building?  Which my/our tax dollars now get to repair. They destroyed it for NOTHING; nothing good came from what they did.

I believe NO ONE should be listed on VoterRef.com.  I'll do my part of letting others know their information is published and they can do whatever they want to.

We will agree to disagree on your efforts.  Although your response didn't really assuage any of my concerns nor answer my questions, I thank you again for your response.

Sent from Mail for Windows

---

**From:** Info at Voter Reference Foundation
**Sent:** Tuesday, July 26, 2022 12:18 PM
**To:** ██████
**Subject:** RE: Publishing voter information

Good day,

Thank you for reaching out to VoteRef.com. Our mission at Voter Reference Foundation is to ensure transparent, accurate and fair elections in the United States of America. The purpose of VoteRef.com is to provide public access to official government data pertaining to elections, including voter registration rolls, with a goal of encouraging greater voter participation in all fifty states. Voter information is a public record available to anyone through each state's freedom of information laws and the National Voter Registration Act.

Voter Reference Foundation respects every citizen's concern for privacy. Before accessing voter information on VoteRef.com, all visitors must agree to our Terms of Service, which prohibit the use of information on VoteRef.com for any purpose unrelated to elections or for any commercial purpose, and which also prohibit

1

CONFIDENTIAL_VRF_02_000478

the user from using the information to harm any third party or violate any law. In many states, using voter information for any purpose unrelated to elections is a crime.

**If you believe that you or any person listed on VoteRef.com is a protected voter whose protected information should not appear on VoteRef.com, please click here for instructions and contact information for your state's election official(s). Upon receipt of official documentation confirming your or any person's protected voter status sent to us at privacy@voteref.com, VRF will remove the protected information from VoteRef.com.**

Respectfully,
Voter Reference Foundation
www.VoteRef.com

---

**From:** ██████ <██████@██████.com>
**Sent:** Tuesday, July 26, 2022 11:08 AM
**To:** Info at Voter Reference Foundation <info@voterreferencefoundation.com>
**Subject:** Publishing voter information

I just read an online article where a judge told New Mexico to have to publish voter information.  For the life of me, I cannot fathom how publishing my voter information for "public consumption" is going to guarantee "transparency," increase "voter accountability," etc.  And just what the heck is "public consumption"?  Are you selling this information to political interests? What's your real goal for publishing this information?  You some sort of watch-dog organization?  You going to keep track of everyone who did or didn't vote?  And if someone didn't vote, are you going to go after them, find some way to penalize someone for not voting.  You know, just because someone registers with one party doesn't mean they don't vote for someone of another party.  I vote for a candidate, regardless of their party affiliation.

Thing is, there's already no such thing as "private information."  So why do you need to publish peoples' ADDRESSES?!!   All it does is make people targets of whackos, unsolicited campaign and other harassment, can contribute to identity theft,  it endangers EVERYONE.  Even those who may not vote could be a target.

Several articles have been published about the renegade trump-followers who are ready and willing to take up arms to shoot those registered as Democrats?  Doesn't mean they vote for democrats, just means they're registered that way.  But these nut-jobs don't care. And I assume you're aware of the number of articles referring to potential a civil war?  And you think it's necessary to publish voter information.

This makes me want to never vote again.  But maybe that's your goal…to hack off voters so they don't vote and you can endorse your favorite candidate…regardless of their character, loyalty to the US or state constitution, or ability to do the job.  I'm sure your "organization" is backed by the far-right who's so consumed with voter fraud.  And why is it now, only after trump lost, are many republicans so hell-bent on finding voter fraud under every cotton-pickin' rock and whom STILL can't produce one shred of evidence of wide-spread voter fraud?  This country has NEVER experienced the crap you far-right thinkers are drumming up.

Seems to me what you're doing is SO WRONG and invasive.  Why doesn't the public get any say in this?  Seriously, I would like to know just how your efforts are going to benefit voting.  I see this as nothing but voter suppression.

Maybe it's time for you to watch more than fox news, get a broader scope of what's going on.

Sent from Mail for Windows

CONFIDENTIAL_VRF_02_000479

CONFIDENTIAL_VRF_02_000480

**Badell, Rebekah**

| | |
|---|---|
| **From:** | ██████████ <██████████@████.com> |
| **Sent:** | Tuesday, July 26, 2022 3:18 PM |
| **To:** | Info at Voter Reference Foundation |
| **Subject:** | Interesting site. |

Just went on your site.  I looked up my information.

Interesting concept.  And yet without voter ID in some of these States, anyone can go on here, pick a name & the information & use a name & information to vote in that person's name.  Effectively stealing that person's vote.  Especially in a border State this is very concerning.  Are you sure you aren't socialist Democrats running this site?  Anyone behind this concept think it through?

Nah.  Why think it through.  As long as it feels good.

Hope you are ready for any fall out that happens.  And I guarantee there will be people that will misuse this information.

Every consequence is on you.

1

**Badell, Rebekah**

| | |
|---|---|
| **From:** | ████████ <████████@████.com> |
| **Sent:** | Tuesday, July 26, 2022 5:08 PM |
| **To:** | Info at Voter Reference Foundation |
| **Subject:** | Removing my address |

To Whom It May Concern,

I recently searched both my married and maiden names on your website and see that my address comes up under my maiden name. I am a victim of a violent crime and do not want this information to be public. How do I go about having this removed from your website?

Thank You,

████████ (previously ██████)

CONFIDENTIAL_VRF_02_000482

**Badell, Rebekah**

| | |
|---|---|
| **From:** | ███████ <████ @ ███.com> |
| **Sent:** | Wednesday, July 27, 2022 1:38 PM |
| **To:** | Info at Voter Reference Foundation |
| **Subject:** | Re: Address Removal |

Greetings,

I understand that my name, address, and voter information is public record and available to anyone (presumably your organization in this case) who files a request.

However, your organization has published this information online in an easily searchable format that violates my privacy. Individuals and organizations no longer need to file a request to access my personal information because you have made it publically available, thus violating the terms of the NVRA.

Until you can guarantee that everyone accessing your website is doing so for election related purposes, which you can't without keeping a record of who these people are and having some form of enforcement, **I ask that you remove my address from your website immediately.**

, NM

On Wed, Jul 27, 2022 at 11:20 AM Info at Voter Reference Foundation <info@voterreferencefoundation.com> wrote:

Good day,

Thank you for reaching out to VoteRef.com. Our mission at Voter Reference Foundation is to ensure transparent, accurate and fair elections in the United States of America. The purpose of VoteRef.com is to provide public access to official government data pertaining to elections, including voter registration rolls, with a goal of encouraging greater voter participation in all fifty states. Voter information is a public record available to anyone through each state's freedom of information laws and the National Voter Registration Act.

Voter Reference Foundation respects every citizen's concern for privacy. Before accessing voter information on VoteRef.com, all visitors must agree to our Terms of Service, which prohibit the use of information on VoteRef.com for any purpose unrelated to elections or for any commercial purpose, and which also prohibit the user from using the information to harm any third party or violate any law. In many states, using voter information for any purpose unrelated to elections is a crime.

**If you believe that you or any person listed on VoteRef.com is a protected voter whose protected information should not appear on VoteRef.com, please click here for instructions and contact information for your state's election official(s). Upon receipt of official documentation confirming your or any person's**

CONFIDENTIAL_VRF_02_000484

**protected voter status sent to us at privacy@voteref.com, VRF will remove the protected information from VoteRef.com.**

Respectfully,

Voter Reference Foundation

www.VoteRef.com

---

**From:** ██████████ ‹████████@██████.com›
**Sent:** Tuesday, July 26, 2022 4:17 PM
**To:** Info at Voter Reference Foundation ‹info@voterreferencefoundation.com›
**Subject:** Address Removal

Greetings,

How can I get my personal address removed from your website? It's a violation of my privacy and my home address is not public information.

████████, NM

CONFIDENTIAL_VRF_02_000485

**From:** ■
**To:** Info at Voter Reference Foundation
**Subject:** Re: Remove my name
**Date:** Wednesday, July 27, 2022 2:11:29 PM

Again as stated before. I marked the box I do not want my info shared on my registration.

Thank you.

On Wednesday, July 27, 2022, ■ <■@■.com> wrote:
> It is not the address on my registration. This is not correct.  Please remove my Name and
> address.
>
> I do not know where you are retaining this info from.  It is incorrect.
>
> Please let me know if you need any thing.
>
> 
>
>
>
> On Wednesday, July 27, 2022, Info at Voter Reference Foundation <info@
> voterreferencefoundation.com> wrote:
>> Good day,
>>
>>
>> Thank you for reaching out to VoteRef.com. Our mission at Voter Reference Foundation
>> is to ensure transparent, accurate and fair elections in the United States of America. The
>> purpose of VoteRef.com is to provide public access to official government data pertaining
>> to elections, including voter registration rolls, with a goal of encouraging greater voter
>> participation in all fifty states. Voter information is a public record available to anyone
>> through each state's freedom of information laws and the National Voter Registration Act.
>>
>>
>> Voter Reference Foundation respects every citizen's concern for privacy. Before accessing
>> voter information on VoteRef.com, all visitors must agree to our Terms of Service, which
>> prohibit the use of information on VoteRef.com for any purpose unrelated to elections or
>> for any commercial purpose, and which also prohibit the user from using the information
>> to harm any third party or violate any law. In many states, using voter information for any
>> purpose unrelated to elections is a crime.
>>
>>
>> **If you believe that you or any person listed on VoteRef.com is a protected voter**
>> **whose protected information should not appear on VoteRef.com, please click here for**
>> **instructions and contact information for your state's election official(s). Upon receipt**
>> **of official documentation confirming your or any person's protected voter status sent**

CONFIDENTIAL_VRF_02_000490

**to us at privacy@voteref.com, VRF will remove the protected information from VoteRef.com.**

Respectfully,

Voter Reference Foundation

www.VoteRef.com

---

**From:** ███ <█████@█████.com>
**Sent:** Tuesday, July 26, 2022 5:31 PM
**To:** privacy@voteref.com
**Subject:** Remove my name

Please remove my name/address from VoterRef site. On my application it states do not share box. Or something like that.

Please & Thank you.

██████████

Your post

## Your Opt-Out Choices

Email

If you want to opt out from a VoteRef.com email newsletter or other email list, use the unsubscribe link at the bottom of each message or send us an email

at privacy@voteref.com with the email address at which you no longer wish to receive newsletters or other emails.

If you want to disable web beacons in our email messages, turn images "off" in your email system (e.g., Outlook or Outlook Express). Check the settings or options menu in your email system for more information.

--
"In God We Trust" Sent from my IPhone

--
"In God We Trust" Sent from my IPhone

--
"In God We Trust" Sent from my IPhone

| | |
|---|---|
| **From:** | ▮ |
| **To:** | <u>Info at Voter Reference Foundation</u> |
| **Subject:** | REMOVE our DATA! Re: Online Voting info OPT OUT |
| **Date:** | Wednesday, July 27, 2022 2:17:20 PM |
| **Attachments:** | <u>flag-for-ukraine_1f1fa-1f1e6.png</u> |
| **Importance:** | High |

Voter Reference Foundation:

Your canned response is INSULTING!
**We DO NOT want our voter information online—period!** What is it that you do not understand about that?

Elections have been "transparent, accurate and fair." The 2020 election was a paragon of transparency, accuracy and fairness. Contrary to right-wing claims, there was virtually NO voter fraud!
Organizations such as yours are trying to make elections less transparent, less accurate, less fair and very much less accessible!

The *Voter Reference Foundation* **is clearly trying to intimidate voters by making such personal info public.** There have been plenty of crimes against voters already committed, such as door to door canvasing to illegally determine voting status.
There will be less voter participation, not more, with such tactics which appears to be what organizations like yours want for a particular demographic.
Furthermore, we predict there will be multiple lawsuits filed against such underhanded, unethical practices. Such lawsuits will cost lots of taxpayer dollars.

Our personal information is NOT "official government data"! **We did NOT give your organization or anyone permission to place our info online into your searchable database.**

<span style="color:red">**We DEMAND that you remove our names from your online database!**</span>

Sincerely,



New Mexico

 *"Those who can make you believe Absurdities can make you commit Atrocities."* — Voltaire



On Jul 27, 2022, at 12:54 PM, Info at Voter Reference Foundation <<u>info@voterreferencefoundation.com</u>> wrote:

Good day,

Thank you for reaching out to VoteRef.com. Our mission at Voter Reference Foundation is to ensure transparent, accurate and fair elections in the United States of America. The purpose of VoteRef.com is to provide public access to official government data pertaining to elections, including voter registration rolls, with a goal of encouraging greater voter participation in all fifty states. Voter information is a public record available to anyone through each state's freedom of information laws and the National Voter Registration Act.

Voter Reference Foundation respects every citizen's concern for privacy. Before accessing voter information on VoteRef.com, all visitors must agree to our Terms of Service, which prohibit the use of information on VoteRef.com for any purpose unrelated to elections or for any commercial purpose, and which also prohibit the user from using the information to harm any third party or violate any law. In many states, using voter information for any purpose unrelated to elections is a crime.

**If you believe that you or any person listed on VoteRef.com is a protected voter whose protected information should not appear on VoteRef.com, please click here for instructions and contact information for your state's election official(s). Upon receipt of official documentation confirming your or any person's protected voter status sent to us at privacy@voteref.com, VRF will remove the protected information from VoteRef.com.**

Respectfully,
Voter Reference Foundation
www.VoteRef.com

---

**From:** ▓▓▓▓▓ <▓▓▓▓▓@▓▓▓▓▓.net>
**Sent:** Wednesday, July 27, 2022 11:50 AM
**To:** Info at Voter Reference Foundation <info@voterreferencefoundation.com>; Sos.elections@state.nm.us; browningchambers@nmd.uscourts.gov
**Cc:** Sos.ethics@state.nm.us
**Subject:** Online Voting info OPT OUT
**Importance:** High

To whom it may concern:

We were just made aware that our personal voter information, including: Name, address, voting record and party affiliation, are available for anyone to view online via an order from Albuquerque-based U.S. District Court **Judge James Browning.**

US judge OKs online publication of New Mexico voter records
https://www.kob.com/news/us-and-world-news/us-judge-oks-online-publication-of-new-mexico-voter-records/

**<span style="color:red">We DO NOT want such info online—for any reason EVER!</span>**

It is **NO ONE'S BUSINESS** what our, or anyone's, **PERSONAL INFO, VOTING RECORDS OR PARTY AFFILIATIONS ARE!**
**This is an outrageous violation of voter privacy and clearly a method to try to intimidate voters!**

Kindly tell us how to OPT OUT and remove our names and all info from these databases.

Sincerely,



Santa Fe, NM

*"Those who can make you believe Absurdities can make you commit Atrocities." —* Voltaire

CONFIDENTIAL_VRF_02_000495

**From:** ▓▓▓▓▓▓
**To:** Info at Voter Reference Foundation
**Subject:** Re: How to Remove my Name from VoteRef.com
**Date:** Wednesday, July 27, 2022 5:14:00 PM

If I get a restraining order, that gives my stalker my address.   D U H!

On Jul 27, 2022, at 4:02 PM, Info at Voter Reference Foundation <info@voterreferencefoundation.com> wrote:

Thank you for contacting VoteRef.com. If you can please provide evidence of protected voter status (i.e., copy of protective/restraining order) we can remove you from the website.

Respectfully,
VoteRef.com

**From:** ▓▓▓▓▓▓ <▓▓▓▓@▓▓▓.com>
**Sent:** Wednesday, July 27, 2022 2:51 PM
**To:** Info at Voter Reference Foundation <info@voterreferencefoundation.com>
**Subject:** Re: How to Remove my Name from VoteRef.com

Thank you for your suggestion re SAFE AT HOME PROGRAM but the limitations are too strict to be applicable to me,   They have only a 90 day window before or after to make a move to a new residence to qualify....doesn't work for the majority of people.
So if my mentally ill son comes and tries to kill us or God forbid succeeds, it's on YOU. Assholes.

On Wed, Jul 27, 2022 at 2:20 PM Info at Voter Reference Foundation <info@voterreferencefoundation.com> wrote:

> Thank you for bringing this issue to our attention.  If you can provide evidence of protected voter status, (ie., copy of protective order, Safe At Home participation, etc.) we can remove you from the website.
>
> Here are instructions from the website related to contacting your Secretary of State office:
>
> "The information on this website about this voter, including records of this voter's voting history, was provided to Voter Reference Foundation LLC ("VRF") by the New Mexico Secretary of State's Bureau of Elections ("Bureau") on April 15, 2021. The information is publicly available here. The

CONFIDENTIAL_VRF_02_000506

information published here by VRF appears exactly as provided by the Bureau. By publishing
Bureau records verbatim, VRF does not state, represent, suggest, or imply that this voter voted or
that this voter's ballot was counted or not counted. Additionally, the registration information of
any voter who is in the Safe At Home program (hereinafter referred to as a "protected voter")
must be removed from the publicly available voter list by the New Mexico Secretary of State. If
you believe the information provided to VRF by the Bureau is inaccurate, or if you believe that
you or any person listed on VoteRef.com is a protected voter whose protected information
should not appear on VoteRef.com, please immediately contact the Bureau by emailing
sos.elections@state.nm.us or calling 505-827-3600. For assistance with the process of
becoming a protected voter, click here (Safe At Home program). Upon receipt of official
documentation confirming your or any person's protected voter status sent to us at
privacy@voteref.com, VRF will remove the protected information from VoteRef.com."


Respectfully,
VoteRef.com

---

**From:** ███████ <████@███.com>
**Sent:** Wednesday, July 27, 2022 12:14 PM
**To:** Info at Voter Reference Foundation <info@voterreferencefoundation.com>
**Subject:** Re: How to Remove my Name from VoteRef.com

New Mexico is not on  that list but I am listed on your website. Now what????
███████


On Wed, Jul 27, 2022 at 11:50 AM Info at Voter Reference Foundation
<info@voterreferencefoundation.com> wrote:

> Good day,
>
>
> Thank you for reaching out to VoteRef.com. Our mission at Voter Reference
> Foundation is to ensure transparent, accurate and fair elections in the United
> States of America. The purpose of VoteRef.com is to provide public access to
> official government data pertaining to elections, including voter registration
> rolls, with a goal of encouraging greater voter participation in all fifty states.
> Voter information is a public record available to anyone through each state's
> freedom of information laws and the National Voter Registration Act.
>
>
> Voter Reference Foundation respects every citizen's concern for privacy.
> Before accessing voter information on VoteRef.com, all visitors must agree to
> our Terms of Service, which prohibit the use of information on VoteRef.com
> for any purpose unrelated to elections or for any commercial purpose, and

CONFIDENTIAL_VRF_02_000507

which also prohibit the user from using the information to harm any third
party or violate any law. In many states, using voter information for any
purpose unrelated to elections is a crime.

**If you believe that you or any person listed on VoteRef.com is a protected
voter whose protected information should not appear on VoteRef.com,
please click here for instructions and contact information for your state's
election official(s). Upon receipt of official documentation confirming your
or any person's protected voter status sent to us at privacy@voteref.com,
VRF will remove the protected information from VoteRef.com.**

Respectfully,

Voter Reference Foundation

www.VoteRef.com

-----Original Message-----
From: ██████████ <██████@████.com>
Sent: Wednesday, July 27, 2022 9:30 AM
To: Info at Voter Reference Foundation <info@voterreferencefoundation.com>
Subject: How to Remove my Name from VoteRef.com

I just yesterday found out my name and my husband's name are on your list at
VoteRef.com. That creates a major problem for me. My son (age 65) is mentally ill
and three years ago we had to move from ████████ because he was threatening
to kill me. The police arrested him and he was put into a mental facility for a week
or two and then released. Since then he was arrested again for destroying some of
his neighbor's property in a violent fit of rage and after paying for the damages he
was released. Recently I hear he is asking his 9 year old daughter if she knows
where I am. She did not tell him, but she did tell me. I am afraid he could be
coming after me again.

Do you have any idea how difficult it is to live with the knowledge that he can find
me??? Do you know how impossible it is to get help and feel safe?

CONFIDENTIAL_VRF_02_000508

I would like my name and my husband's name to be removed from your list. We are too old to have to move again in an effort to stay ahead of his hunt for me and your listing is the only weak link at this point. PLEASE PLEASE  remove my husband and me from your document. Please let me know what information you need to do that.


Thank you,

███████████████

████████████████

█████████████

Albuquerque NM 87111

**From:**
**To:**       [Info at Voter Reference Foundation](#)
**Subject:**  Your win today (yesterday?) its implications
**Date:**     Tuesday, July 26, 2022 6:06:08 PM

Your aim has nothing to do with free and fair elections. It is an infringement on the privacy of voters. It will only discourage registration and voting. Our government has different sorts of information that is private, including our tax returns. By your logic the tax returns of all your members should be made public - so I expect to see you promoting that, including adoption records. Why should they be kept private?

As you should know well, there was no real voter fraud in the past election - on any level. Every charge of fraud has been thoroughly debunked. The Mueller Report proved that there was fraud in the 2016 Election. It was by Donald Trump and the Trump campaign that elicited Russian influence in the election. For the 2020 election, then President Trump invited and encouraged similar interference by Russia and China in our election.

I have been fully involved in the electoral process since I was 18 years old and I hate what is happening to it by your and others attempts to undermine it. You are clearly more transparent in your work than you believe.

██████████████████████

Santa Fe, NM

CONFIDENTIAL_VRF_02_000512

**From:** ███████
**To:** [Info at Voter Reference Foundation](#)
**Subject:** transparency?
**Date:** Wednesday, July 27, 2022 10:55:29 AM

You misspelled "intimidation."
There won't even be an apology when this information is scraped by rip-off artists or crazies.

peace,

███

████████████