IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)   CASE NO: 1:22-cv-00222-JB-KK<br>) |
| **RAÚL TORREZ**, in his official capacity as New Mexico Attorney General, | )<br>)<br>)<br>) |
| And | )<br>) |
| **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | )<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF VOTER REFERENCE FOUNDATION, LLC'S**
**<u>DISCLOSURE STATEMENT</u>**

Pursuant to this Court's request during the June 14, 2023, hearing on the parties' cross-motions for summary judgment, VRF discloses the following:

1) VRF is a single member Ohio limited liability company. Its sole member is Restoration of America (f/k/a Restoration Action), an Ohio nonprofit corporation.

Dated: June 14, 2023

Respectfully submitted,

**GRAVES GARRETT, LLC**
<u>/s/ Edward D. Greim</u>
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

**HARRISON, HART & DAVIS, LLC**
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, Edward D. Greim, certify that on June 14, 2023, a copy of foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following via email:

Jeff D. Herrera
Kelsey Schremmer
jherrera@nmag.gov
kschremmer@nmag.gov
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501

*/s/ Edward D. Greim*
Edward D. Greim
Counsel for Plaintiff