IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

    **Plaintiff,**

v.

**RAÚL TORREZ, in his official capacity as New Mexico Attorney General;**

    Case No: 1:22-cv-0222 JB-KK

**and**

**MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,**

    **Defendants.**

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Kelsey Frobisher Schremmer hereby withdraws her appearance on behalf of Defendants in this matter. Assistant Attorney General Mark W. Allen enters his appearance and Jeff Dan Herrera will remain as counsel for Defendants.

    Respectfully submitted,

    By: */s/ Kelsey Frobisher Schremmer*
        Kelsey Frobisher Schremmer
        Mark W. Allen
        Jeff Dan Herrera
        Assistant Attorneys General
        Office of the New Mexico Attorney General
        408 Galisteo St.
        Santa Fe, NM 87501
        Tel.: (505) 490-4060
        Fax: (505) 490-4881
        kschremmer@nmag.gov
        mallen@nmag.gov
        jherrera@nmag.gov

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2023, I filed and served the foregoing on counsel of record for all parties via the CM/ECF system.

/s/ Kelsey Frosbisher Schremmer