UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.**   No. CIV 22-0222 JB/KK        **DATE:** 6/14/2023

**TITLE:**   *Voter Reference Foundation, LLC, et al. v. Balderas, et al.*

**COURTROOM CLERK:** L. Rotonda          **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   8:28 AM          **TOTAL TIME:**   3:00

**TYPE OF PROCEEDING:** MOTION HEARING

**COURT RULING/DISPOSITION:**
1. PLAINTIFF VOTER REFERENCE FOUNDATION, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 118) – TAKEN UNDER ADVISEMENT;
2. DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 121) – TAKEN UNDER ADVISEMENT.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Edward Greim                               Jeff Herrera
Matt Mueller                               Kelsey Schremmer
Carter Harrison

**PROCEEDINGS:**

**COURT IN SESSION: 8:28 AM**

**COURT:**  CALLS CASE, COUNSEL ENTER APPEARANCES.

QUERIES COUNSEL REGARDING PRESENT POSTURE OF APPEAL AND COUNSEL'S VIEW ON LIKELY FUTURE DIRECTION OF MATTER, COUNSEL RESPOND TO SAME.

INDICATES COURT SOUGHT CLARIFICATION FROM CLERK OF COURT FOR TENTH CIRCUIT AS TO WHETHER OPINION ON STAY OF PRELIMINARY INJUNCTION WOULD BE FORTHCOMING, WAS TOLD THAT NO OPINION SHALL ISSUE AS TO SAME.

**MS. SCHREMMER:**  ARGUES IN SUPPORT OF PORTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 121) AS IT RELATES TO NVRA.

**MR. GREIM:**  ARGUES IN OPPOSITION TO SAME.

**MS. SCHREMMER:** ARGUES IN REBUTTAL AS TO NVRA ISSUE.

**MR. GREIM:** ADDRESSES COURT REGARDING SAME.

**MS. SCHREMMER:** ARGUES IN SUPPORT OF MOTION AS IT RELATES TO VIEWPOINT DISCRIMINATION.

**MR. GREIM:** RESPONDS TO ISSUES RAISED.

**MS. SCHREMMER:** ARGUES IN REBUTTAL TO VIEWPOINT DISCRIMINATION ISSUES.

**COURT IN RECESS: 10:10 AM**

**COURT IN SESSION: 10:24 AM**

**MS. SCHREMMER:** RESUMES ARGUMENT.

**MR. GREIM:** ADDRESSES COURT REGARDING SAME.

**MS. SCHREMMER:** ADDRESSES COURT REGARDING OVERBREADTH AND VAGUENESS ISSUES.

**MR. GREIM:** RESPONDS IN OPPOSITION TO SAME.

**MS. SCHREMMER:** ARGUES IN REBUTTAL AS TO ISSUES.

**COURT:** QUERIES PARTIES REGARDING BENCH TRIAL, COUNSEL RESPOND TO SAME.

**COURT IN RECESS: 11:42 AM**