# James Browning

| | |
|---|---|
| **From:** | Kelsey Schremmer <kschremmer@nmag.gov> |
| **Sent:** | Wednesday, June 21, 2023 3:36 PM |
| **To:** | NMDml_Judge Browning's Chambers nmd.uscourts.gov; Lauren Rotonda |
| **Cc:** | Jeffrey Herrera; Mark Allen; Loretta Baca; edgreim_gravesgarrett.com; mmueller_gravesgarrett.com; Tyler, Jackson |
| **Subject:** | VRF v. SOS - Case No. 1:22-cv-00222-JB-KK |

**CAUTION - EXTERNAL:**

Judge Browning:

We are writing with a quick update from the Secretary's Office. That office is working diligently to provide the Court with the supplemental materials requested at last Wednesday's hearing, regarding the types of records that the Secretary maintains in compliance with the NVRA. Per the Court's instructions, the office is working to be as exhaustive and inclusive as possible, and it is currently working with IT staff to ensure we are providing a complete response.

Opposing counsel is copied on this email.

Thank you,

Kelsey F. Schremmer

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*[Handwritten annotations: "JB on CM/ECF", "JB 6/28/23", "RR 6/28/23"]*

1