IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | )<br>) **CASE NO: 1:22-cv-00222-JB-KK**<br>) |
| Plaintiff, | ) |
| v. | )<br>)<br>) |
| **RAÚL TORREZ**, in his official capacity as New Mexico Attorney General, and **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | ) **JOINT REQUEST FOR**<br>) **REMOTE APPEARANCE FOR**<br>) **PRETRIAL CONFERENCE**<br>)<br>)<br>) |
| Defendants. | ) |

**JOINT REQUEST FOR REMOTE APPEARANCE
FOR PRETRIAL CONFERENCE**

COME NOW Plaintiff Voter Reference Foundation, LLC and Defendants Secretary of State Maggie Toulouse Oliver and Attorney General Raúl Torrez, by and through counsel, and jointly request to appear via Zoom for the Pretrial Conference scheduled for Wednesday, August 23, 2023 at 9:00 AM.

Respectfully submitted this 15th day of August, 2023.

        **GRAVES GARRETT LLC**

        */s/ Edward D. Greim*
        Edward D. Greim
        Missouri Bar No. 54034
        *Admitted Pro Hac Vice*
        GRAVES GARRETT LLC
        1100 Main Street, Suite 2700
        Kansas City, Missouri 64105
        Tel.: (816) 256-3181
        Fax: (816) 222-0534
        edgreim@gravesgarrett.com

HARRISON, HART & DAVIS, LLC
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiff*

*/s/ Mark W. Allen*
Mark W. Allen
Jeff Dan Herrera
Assiostant Attorneys General
Office of the new EMxico Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
mallen@nmag.gov
jherrera@nmag.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 15, 2023, I filed and served the foregoing on counsel of record for all parties via the CM/ECF system.

*/s/ Edward D. Greim*
Edward D. Greim
Counsel for Plaintiff
