IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **RAÚL TORREZ**, in his official capacity as New Mexico Attorney General, <br><br> and <br><br> **MAGGIE TOULOUSE OLIVER,** in her official capacity as New Mexico Secretary of State, <br><br> Defendants. | CASE NO: 1:22-cv-00222-JB-KK |

**DEFENDANTS' WITNESS LIST**

COME NOW, Defendants, by and through undersigned counsel, and hereby provide a list of witnesses expected to testify at Trial on this matter, set for September 11, 2023. The Defendants' expected witnesses are as follows:

Will Call:

1. Sharon Pino
   Deputy Secretary of State
   Office of the New Mexico Secretary of State
   c/o undersigned counsel

   Ms. Pino is expected to testify regarding the administration of requests for voter data, the manner in which the Secretary of State's Office maintains confidentiality and integrity of the voter file and voter data, matters related to the referral of Plaintiff to the Attorney General's Office, complaints received by the Secretary's Office concerning Plaintiff's publication of New Mexico voter data, the State's interest in protection of information contained within the voter file, and any matters addressed in her testimony at the Preliminary Injunction Hearing in this matter.

Page **1** of **3**

2. Mandy Vigil
   State Election Director
   Office of the New Mexico Secretary of State
   c/o undersigned counsel

   Ms. Vigil is expected to testify regarding the administration of requests for voter data, the manner in which the Secretary of State's Office maintains confidentiality and integrity of the voter file and voter data, matters related to the referral of Plaintiff to the Attorney General's Office, complaints received by the Secretary's Office concerning Plaintiff's publication of New Mexico voter data, the State's interest in protection of information contained within the voter file, and any matters addressed in her testimony at the Preliminary Injunction Hearing in this matter or in her deposition in this matter.

May Call

3. Alex Curtas
   Director of Communications
   Office of the New Mexico Secretary of State
   c/o undersigned counsel

   If called, Mr. Curtas is expected to testify regarding any matters addressed in his prior testimony in this matter.

4. Joseph Dworak
   Deputy Attorney General
   Office of the New Mexico Attorney General
   c/o undersigned counsel

   If called, Mr. Dworak is expected to testify regarding the status of the Attorney General investigation into Plaintiff and any matters addressed in his deposition in this matter.

5. Greg Rockstroh
   Chief Information Officer
   Office of the New Mexico Secretary of State
   c/o undersigned counsel

   If called, Mr. Rockstroh is expected to testify regarding any matters addressed in his deposition in this matter.

6. Any witness named or called by Plaintiff in this matter

7. Any witness required for rebuttal

Respectfully Submitted,

By: /s/ Mark W. Allen
    Mark W. Allen
    Jeffrey D. Herrera
    Assistant Attorneys General
    Office of the New Mexico Attorney General
    408 Galisteo St
    Santa Fe, NM 87501
    Tel.: (505) 490-4839
    Fax: (505) 490-4881
    mallen@nmag.gov
    jherrera@nmag.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 25, 2023, I served the foregoing on counsel of record for all parties via the CM/ECF system.

/s/ Mark W. Allen
Mark W. Allen