IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) CASE NO: 1:22-cv-00222-JB-KK<br>) |
| **RAÚL TORREZ**, in his official capacity as New Mexico Attorney General, | )<br>)<br>) |
| and | )<br>) |
| **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | )<br>)<br>)<br>) |
| Defendants. | ) |

## PLAINTIFF'S WITNESS LIST

COMES NOW, Plaintiff, by and through undersigned counsel, and hereby provides a list of witnesses expected to provide testimony in this matter. Plaintiff does not intend to call any live witnesses in its case in chief. Plaintiff does intend to rely upon designated deposition testimony and testimony of witnesses provided at the preliminary injunction hearings in this matter. The designated testimony upon which Plaintiff intends to rely was provided to Defendants on August 18, 2023, for the below witness:

1. Mandy Vigil
   State Election Director
   Office of the New Mexico Secretary of State
   c/o Defendants' Counsel

Ms. Vigil's deposition designations and preliminary injunction testimony concern the administration of the Secretary of State's office, how voter data is maintained by the Secretary's office, requests for voter data, what data is and can be made available, the referral of Plaintiff to

the Attorney General for prosecution, Defendants' refusal to fulfill Plaintiff's voter data requests and the basis for such refusal, the State's interest in regulating voter data, and the Defendants' treatment of Plaintiff. Plaintiff reserves the right to examine Ms. Vigil on any matters addressed during her preliminary injunction hearing, her deposition, or her direct examination at trial.

2. Sharon Pino
   Deputy Secretary of State
   Office of the New Mexico Secretary of State
   c/o Defendants' Counsel

Ms. Pino's preliminary injunction testimony concerns the administration of the Secretary of State's office, requests for voter data and responses to the same, the referral of Plaintiff to the Attorney General for prosecution, Defendants' refusal to fulfill Plaintiff's voter data request and the basis for such refusal, the State's interest in regulating voter data, and Defendants' treatment of Plaintiff. Plaintiff reserves the right to examine Ms. Pino on any matters addressed during her preliminary injunction hearing or her direct examination at trial.

3. Alex Curtas
   Director of Communications
   Office of the New Mexico Secretary of State
   c/o Defendants' Counsel

Mr. Curtas's deposition designations concern the Secretary of State's views regarding misinformation, testimony identifying Plaintiff's claim that a discrepancy exists in New Mexico voter data as misinformation, and communications with the press, including ProPublica, regarding Plaintiff, including statements attributed to the Secretary's office. Plaintiff reserves the right to examine Mr. Curtas on any matters addressed during his deposition or his direct examination at trial.

4. Joseph Dworak
   Deputy Attorney General
   Office of the New Mexico Attorney General
   c/o Defendants' Counsel

Mr. Dworak's deposition designations concern the State's criminal investigation of Plaintiff, including coordination with other state and federal agencies, the Attorney General's legal positions regarding the regulation and use of voter data, and the Attorney General's involvement in denying Plaintiff's requests for voter data. Plaintiff reserves the right to examine Mr. Dworak on any matters addressed during his deposition or his direct examination at trial.

5. Greg Rockstroh
   Chief Information Officer
   Office of the New Mexico Secretary of State

      c/o Defendants' Counsel

Mr. Rockstroh's deposition designations concern the SERVIS database and its operation, the process of fulfilling requests for voter data, and Plaintiff's various requests for voter data, including the Secretary's ability to fulfill those requests. Plaintiff reserves the right to examine Mr. Rockstroh on any matters addressed during his deposition, or his direct examination at trial.

6. Gina Swoboda
   Executive Director
   Voter Reference Foundation, LLC
   C/o Plaintiff's Counsel

Ms. Swoboda's preliminary injunction testimony concerns Voter Reference Foundation, Voter Reference Foundation's mission and purpose, Voter Reference Foundation's activities and use of voter data, and Voter Reference Foundation's website, VoteRef.com. Plaintiff reserves the right to call Ms. Swoboda to testify in rebuttal, if necessary.

7. Any witness named or called by Defendants in this matter.

8. Any witness required for rebuttal.

Plaintiff reserves the right to cross examine any witnesses Defendants may call during trial.

      Respectfully submitted,

**GRAVES GARRETT, LLC**
*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

**HARRISON, HART & DAVIS, LLC**
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Edward D. Greim, certify that on August 28, 2023, a copy of foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following via email:

Jeff D. Herrera
Mark Allen
jherrera@nmag.gov
mallen@nmag.gov
Office of the New Mexico Attorney
General 408 Galisteo Street
Santa Fe, NM 87501

*/s/ Edward D. Greim*
Edward D. Greim
Counsel for Plaintiff