IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | ) |
| | ) CASE NO: 1:22-cv-00222-JB-KK |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) **JOINT EXHIBIT LIST &** |
| **RAUL TORREZ**, in his official | ) **PARTIES' EXHIBIT LISTS** |
| capacity as New Mexico Attorney General, and | ) |
| **MAGGIE TOULOUSE OLIVER,** in her | ) |
| Official capacity as New Mexico | ) |
| Secretary of State, | ) |
| | ) |
| Defendants. | ) |

**JOINT EXHIBIT LIST & PARTIES' EXHIBIT LISTS**

COME NOW Plaintiff Voter Reference Foundation, LLC ("VRF" or "Plaintiff") and Defendants Attorney General Raul Torrez and Secretary of State Maggie Toulouse Oliver ("Defendants") and state the following:

**I.      Stipulations as to Joint Exhibits ("JE") 1-33**

1. The Parties stipulate to the authenticity and admissibility of the documents listed below as Exhibits JE1- JE33. Each Party reserves the right to argue that appropriate weight should be given to the documents subject to this stipulation. Defendants reserve the right to argue any objections preserved in response to any discovery requests contained in the Joint Exhibit List.

| Joint Exhibit # | Description | Docket # (if previously filed) |
|---|---|---|
| JE1 | Lippert/Local Labs Voter Information Authorization Form | 44-1 filed 6/24/22 |

1

| JE2 | Lippert/Local Labs Receipt | 44-2 filed 6/24/22 |
|---|---|---|
| JE3 | VRF December 16, 2021 Press Release | 44-13 filed 6/24/22 |
| JE4 | VRF December 14, 2021 Email to SOS | 44-14 filed 6/24/22 |
| JE5 | SOS Criminal Referral of VRF to AG | 44-3 filed 6/24/22 |
| JE6 | Trujillo Email Transmitting Referral Letter to FBI | 44-23 filed 6/24/22 |
| JE7 | ProPublica Article | 44-4 filed 6/24/22 |
| JE8 | Communications between A. Curtas and M. O'Matz | 44-19, 44-20 filed 6/24/22 |
| JE9 | VRF February 15, 2022 Voter Data Request and Responses Thereto | 44-16 filed 6/24/22 |
| JE10 | Email(s) with California Secretary of State and AG | 44-24, 44-25, 44-26 filed 6/24/22 |
| JE11 | Email(s) with Washington AG | 119-9 filed 4/14/23 |
| JE12 | SOS's Tweets Regarding VRF | 32-5 filed 5/17/22 |
| JE13 | SOS's Facebook Posts Regarding VRF | 32-6 filed 5/17/22 |
| JE14 | SOS Press Release | 32-7 filed 5/17/22 |
| JE15 | February 14, 2022 Voter Information Authorization Form | 44-10 filed 6/24/22 |
| JE16 | Undated Voter Information Authorization Form | 44-8 filed 6/24/22 |
| JE17 | February 10, 2022 Voter Information Authorization Form | 44-9 filed 6/24/22 |

| | | |
|---|---|---|
| JE18 | May 27, 2022 NVRA Notice & Request for Records | 44-22 filed 6/24/22 |
| JE19 | June 16, 2022 Response from C. Lang to VRF re: NVRA Notice & Request for Records | 119-11 filed 4/14/23 |
| JE20 | VRF October 18, 2022 Request for Records and SOS November 17, 2022 Response Denying Request | 119-14 filed 4/14/23 |
| JE21 | List of Requestors of Voter Data | 44-11 filed 6/24/22 |
| JE22 | Documents Received from Aristotle Subpoena | 124-2 filed under seal 5/5/23 |
| JE23 | House Bill 4 | - |
| JE24 | AG Responses to VRF First Discovery | - |
| JE25 | SOS Responses to VRF First Discovery | - |
| JE26 | AG Responses to VRF Second Discovery | - |
| JE27 | SOS Responses to VRF Second Discovery | - |
| JE28 | AG Responses to VRF Third Discovery | - |
| JE29 | SOS Responses to VRF Third Discovery | - |
| JE30 | AG First Supplemental Responses to VRF First Discovery | - |
| JE31 | AG First Supplemental Responses to VRF Second Discovery | - |
| JE32 | AG First Supplemental Responses to VRF Third Discovery | - |

| | | |
|---|---|---|
| JE33 | Email from E. Lecocq Supplementing Discovery Responses | 119-16 filed 4/14/23 |

## II. Plaintiff's Exhibits

2. In addition to the Joint Exhibits above to which the parties have stipulated, Plaintiff intends to introduce and rely upon the following exhibits:

| Plaintiff's Exhibit # | Description | Docket # (if previously filed) |
|---|---|---|
| 1 | VRF 06-16-2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| 2 | NM SOS 06-22-2023 Initial Response to VRF 06-16-2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| 3 | NM SOS 06-30-2023 First Production of Documents in Response to VRF 06-16-2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| 4 | NM SOS 08-16-2023 Status Report to VRF 06-16-2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| 5 | NM SOS 08-22-2023 Supplemental Production of Documents in Response to VRF 06-16-2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| 6 | VRF 06-16-2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |

Defendants reserve the right to argue the admissibility and weight of Plaintiff's exhibits.

### III. Defendants' Exhibits

In addition to the Joint Exhibits above to which the parties have stipulated, Defendants intend to introduce and rely upon the following exhibits:

| Defendants' Exhibit | Description | Docket # (if previously filed) |
|---|---|---|
| A | "Complaint" communications received by VRF regarding the publication of voter data (VRF_1_00310 through 000427 and VRF_2_000468 through 517) | - |
| B | Complaints received by the SOS's Office regarding the publication of voter data | - |

Plaintiff preserves its objection that Defendants' exhibits constitute hearsay or hearsay within hearsay.

Respectfully submitted this 29th day of August, 2023.

> **GRAVES GARRETT, LLC**
> */s/ Edward D. Greim*
> Edward D. Greim
> Missouri Bar No. 54034
> *Admitted Pro Hac Vice*
> GRAVES GARRETT LLC
> 1100 Main Street, Suite 2700
> Kansas City, Missouri 64105
> Tel.: (816) 256-3181
> Fax: (816) 222-0534
> edgreim@gravesgarrett.com
>
> **HARRISON, HART & DAVIS, LLC**
> Carter B. Harrison IV
> 924 Park Avenue SW, Suite E
> Albuquerque, NM 87102
> Tel: (505) 369-6599
> Fax: (505) 341-9340
> carter@harrisonhartlaw.com
>
> *Counsel for Plaintiffs*

*/s/ Mark W. Allen*
Mark W. Allen
Jeff Dan Herrera
Assiostant Attorneys General
Office of the New Mexico Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
mallen@nmag.gov
jherrera@nmag.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Edward D. Greim, certify that on August 29, 2023, a copy of foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following via email:

Jeff D. Herrera
Mark Allen
jherrera@nmag.gov
mallen@nmag.gov
Office of the New Mexico Attorney General 408 Galisteo Street
Santa Fe, NM 87501

*/s/ Edward D. Greim*
Edward D. Greim
Counsel for Plaintiff