UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** No. CIV 22-0222 JB/KK    **DATE:** 8/23/2023

**TITLE:** *Voter Reference Foundation, LLC, et al. v. Balderas, et al.*

**COURTROOM CLERK:** L. Rotonda    **COURT REPORTER:** M. Loughran

**COURT IN SESSION:** 9:00 AM    **TOTAL TIME:** 0:30

**TYPE OF PROCEEDING:** PRETRIAL CONFERENCE

**COURT RULING/DISPOSITION:**    SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Eddie Greim    Mark Allen
Carter Harrison    Jeff Herrera

**PROCEEDINGS:**

**COURT IN SESSION: 9:00 AM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES.

ADDRESSES COUNSEL REGARDING TRIAL SETTING, INDICATES THAT COURT IS STILL WORKING ON ITS OPINION AS TO PENDING MOTIONS. PROPOSES THAT PARTIES PROCEED WITH TRIAL, AND COURT SORT OUT LEGAL ISSUES FOLLOWING CONCLUSION OF SAME.

**MR. GREIM:** AGREES TO SAME, ADDRESSES COURT.

**MR. ALLEN:** RESPONDS TO SAME.

**COURT:** QUERIES COUNSEL REGARDING PREFERENCES FOR TRIAL, COUNSEL RESPOND TO SAME. SETS DEADLINES FOR FILING OF EXHIBIT AND WITNESS LISTS, AND ANY OBJECTIONS AS TO SAME. QUERIES COUNSEL REGARDING WHETHER THERE ARE ANY ISSUES WITH WHICH COURT MAY PROVIDE ASSISTANCE, COUNSEL INDICATE THERE IS NOT.

**MR. GREIM:** ADDRESSES COURT REGARDING DEADLINE FOR FILING PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW, PROPOSES SETTING DEADLINE FOLLOWING CONCLUSION OF TRIAL AND AFTER RECEIPT OF TRANSCRIPT.

**COURT:** AGREES TO SAME, WILL SET DEADLINE FOR FILING FOR TWO WEEKS AFTER PARTIES ARE IN RECEIPT OF TRANSCRIPT.

ADDRESSES PARTIES REGARDING NAMING CONVENTIONS FOR PLAINTIFFS, WHO USE NUMBERS, VERSUS DEFENDANTS, WHO USE LETTERS.

**MR. GREIM:** REQUESTS CLARIFICATION AS TO WHETHER NAMING CONVENTION WILL MATTER IF EXHIBITS STIPULATED.

**MR. ALLEN:** RESPONDS TO SAME, IS NOT CERTAIN THAT ALL EXHIBITS WILL BE STIPULATED.

**COURT:** RESPONDS TO QUERIES, DIRECTS COUNSEL TO CONFER.

**COURT IN RECESS: 9:30 AM**