IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

      **Plaintiff,**

v.                                                                        Case No. 1:22-cv-00222-JB-KK

**RAÚL TORREZ, in his official capacity as New Mexico Attorney General;**

**and**

**MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,**

      **Defendants.**

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE TRIAL

Defendants, by and through undersigned counsel, respectfully request that the trial in this matter, currently scheduled for September 11, 2023 at 9:00 a.m. through September 13, 2023 be continued and rescheduled for a later date. Lead counsel for Defendants, Mark Allen, was hospitalized and diagnosed with pneumonia on September 5, 2023.

Counsel for Plaintiff was contacted and does not oppose this Motion. The Parties agree that the trial should be rescheduled as soon as practicable on or after September 25, 2023.

For the foregoing reasons, Defendants respectfully request that the trial in this matter be continued and rescheduled for as soon as practicable after September 25, 2023.

                    Respectfully Submitted,

                    By: _/s/Jeff D. Herrera_
                    Mark W. Allen
                    Jeffrey D. Herrera

Assistant Attorneys General
Office of the New Mexico Attorney General
408 Galisteo St
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
mallen@nmag.gov
jherrera@nmag.gov

*Counsel for Defendants New Mexico Attorney General Raúl Torrez and New Mexico Secretary of State Maggie Toulouse Oliver*

## CERTIFICATE OF SERVICE

On September 6, 2023 I filed the foregoing document through the Court's CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Jeff Dan Herrera*

Jeff Dan Herrera