IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC,

    Plaintiff,

v.                                                No. CIV 22-0222 JB/KK

RAÚL TORREZ, in his official capacity as New
Mexico Attorney General;

and

MAGGIE TOULOUSE OLIVER, in her official
capacity as Secretary of State of New Mexico,

    Defendants.

## ORDER CONTINUING TRIAL

This matter having come before the Court on the Unopposed Motion to Continue Trial filed by Defendants, and the Court having reviewed the Motion and considered the matter, ORDERS as follows:

IT IS ORDERED that the trial currently set for 9:00 a.m. on September 11 – 13, 2023 is hereby CONTINUED.  The Bench Trial will be reset for October 16 – 17, 2023 at 8:30 a.m.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE