IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOTER REFERENCE FOUNDATION, LLC,**

      **Plaintiffs,**

v.

      Case No: 1:22-cv-00222-JB-KK

**RAÚL TORREZ, in his official capacity as New Mexico Attorney General, and MAGGIE TOULOUSE OLIVER, in her official capacity as New Mexico Secretary of State,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, *First Supplemental Response of Defendant Maggie Toulouse Oliver, in her Official Capacity to Plaintiff Voter Reference Foundation's Second Interrogatories, Requests For Production, And Requests For Admission* were served via email to Petitioner's counsel of record along with Defendant's document production (SOS Supp 0091 - SOS Supp 0099) and this *Certificate of Service* as follows:

Edward D. Greim
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

*and*

Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

/s/ *Mark W. Allen*
Mark W. Allen
Jeff D. Herrera
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
mallen@nmag.gov
jherrera@nmag.gov