1

**Exhibit Sticker P-34**

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF NEW MEXICO

 3

 4   VOTER REFERENCE FOUNDATION, et al.,

 5                  Plaintiff,

 6                  VS.
                                    NO. CV 22-00222 JB/KK
 7
     Raul Torrez, Attorney General
 8   for the State of New Mexico, et al.,

 9                  Defendants.

10

11            Transcript of Motion Proceedings before
     The Honorable James O. Browning, United States
12   District Judge, Albuquerque, Bernalillo County,
     New Mexico, commencing on June 14, 2023.
13

14   For the Plaintiff:  Mr. Eddie Greim; Mr. Matt
     Mueller; Mr. Carter Harrison
15
     For the Defendant:  Ms. Kelsey Schremmer; Mr. Jeff
16   Herrera

17

18

19

20
              Jennifer Bean, FAPR, RDR, RMR, CCR
21              United States Court Reporter
                Certified Realtime Reporter
22                  333 Lomas, Northwest
                   Albuquerque, NM  87102
23              Phone:  (505) 348-2283
                Fax:    (505) 843-9492
24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  I guess I'd really like to have -- you know, you can
 2  quibble about the request and you can do that all
 3  day long.  But in the end, I've got to interpret a
 4  statute.  And if you tell me:  Here's our
 5  definition, and there is no documents that fit it,
 6  and they really are all on the program that they're
 7  trying to seek, then that's going to trouble me to
 8  interpret something that would have no meaning.
 9            MS. SCHREMMER:  Well, I --
10            THE COURT:  I think it's your obligation
11  to tell me what documents -- even if their request
12  is faulty, I think you've got to tell me what
13  documents the Secretary of State thinks falls within
14  the narrow definition, and would produce if
15  requested.
16            MS. SCHREMMER:  Sure.  And I understand
17  Your Honor needs to interpret the statute.  But it
18  needs to be interpreted, respectfully, with respect
19  to the actual requests in this case.  So something
20  that might help us both is to just look at the
21  requests.
22            THE COURT:  Well, I'm telling you what you
23  need to do.
24            MS. SCHREMMER:  Okay.  So --
25            THE COURT:  You need to do it.  And if you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I'd be as exhaustive as possible.  What is
 2   it -- you know, don't just give me examples, really
 3   bottom out over there, what it is that they do to
 4   comply with the MVRA.
 5              MS. SCHREMMER:  Certainly.
 6              THE COURT:  So that we know that there is
 7   a universe of documents that are there.
 8              MS. SCHREMMER:  Yes, Your Honor.  We will
 9   make sure to get that to you.
10              THE COURT:  Anything else you want to say
11   in response to Mr. Greim?
12              MS. SCHREMMER:  Yes.  I'll keep it short.
13   And certainly I want to make sure we get Your Honor
14   what he needs in terms of what documents the
15   Secretary would have under the MVRA.
16              I do want to clarify, though, that VRF, at
17   least via Local Labs, has received voter data
18   previously, and but for anticipated use of posting
19   it on the internet, could have received it again,
20   whether that be under the MVRA or under New Mexico
21   state law.
22              So I don't want there to be this
23   impression that there is some game of cat-and-mouse:
24   Until you ask us the exact right question, we're not
25   going to give you anything.  The driving force
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  had, and that was turned down.
 2            And I also turned down their request to
 3  force you to give them that information.  So the
 4  Secretary of State is not giving them information
 5  when they're making the same promise everybody else
 6  is.
 7            MS. SCHREMMER:  I guess, I would
 8  respectfully disagree that they're making the same
 9  promise as everybody else.  They specifically
10  requested additional information for the purpose of
11  posting it online.  And their response was:  Because
12  you want to post this online, and because we believe
13  that to be a violation of New Mexico law --
14            THE COURT:  Well, what if Local Labs would
15  really like to publish it mentally, subjectively,
16  but you'd give it to them.
17            MS. SCHREMMER:  Right.  And then if they
18  published it after the fact --
19            THE COURT:  Then you'd do something about
20  it.
21            MS. SCHREMMER:  Right.  And that is what
22  happened.
23            THE COURT:  But that's no different than
24  this group.
25            MS. SCHREMMER:  Except that we had actual
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   knowledge of the intent to violate state law.  Yes,
 2   you're right that we'd take it --
 3             THE COURT:  But I guess I'm troubled by
 4   that.  Because if they're saying:  We're not going
 5   to do anything if the Court denies our PI -- which I
 6   did -- I guess I don't understand why you're
 7   singling them out.
 8             MS. SCHREMMER:  And maybe I'm
 9   misunderstanding.  The promise that was made was
10   that we won't publish this unless we get relief from
11   the Court, in terms of your ability to prosecute us.
12   That was how I read this promise that was made.
13   Unless you are enjoined from prosecuting us, we
14   won't publish it.  Not:  Unless we get affirmative
15   permission, by way of a final judgment that tells us
16   this doesn't violate the law.
17             THE COURT:  Well, then, that's not what
18   their request said.  It didn't talk about final
19   judgments or anything like that.
20             MS. SCHREMMER:  No, it didn't.  And that
21   was part of the problem.  We believe that, in the
22   middle of this litigation it was more proper to wait
23   for a final ruling.
24             THE COURT:  I just think you have problems
25   here.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. SCHREMMER:  Understood.
 2            THE COURT:  I mean, I just think they're
 3   making the same assurances everybody else is making.
 4   And you're probably going to have to go to trial on
 5   that issue.  If you want a bench trial, we can have
 6   a bench trial.  But I do think that you've singled
 7   them out, when they make the same promise as
 8   everybody else.  And I think it's because it's what
 9   they want to do with it, not what they're going to
10   do.  They made promises, just like everybody else,
11   that they won't do it.
12            MS. SCHREMMER:  Well, and I --
13            THE COURT:  And I don't think you can deny
14   a group, which you don't like, when they're doing
15   the same thing everybody else is.  That's my sort of
16   simplistic analysis of this.
17            MS. SCHREMMER:  Well, we disagree that
18   they were doing the same thing as everybody else.
19            But even taking Your Honor's view, if
20   there was some discrimination between VRF and
21   everybody else, it was not on the basis of
22   viewpoint.  It was on the basis of the publication
23   online.
24            And they have admitted as much in their
25   response.  What they're asking this Court to do is
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com