**Exhibit Sticker**

**P-36**

| | |
|---|---|
| **From:** | Chinana, Charlotte, SOS |
| **To:** | Vigil, Mandy, SOS; Auh, Peter, SOS; Pino, Sharon, SOS |
| **Subject:** | Voter Data Request - Case 1:22-cv-00222-JB-KK |
| **Date:** | Friday, June 23, 2023 6:02:17 PM |

Good afternoon,

In processing the voter data requests submitted by Gina Swoboda, here is a summary of findings:

With regards to the request to *"Please provide a complete list, by county/precinct, of any registered voters who cast a ballot in the November 3, 2020 General Election, who have been subsequently placed in an inactive, canceled, deleted, removed (or any registration status other than active) status, or any voter that has been removed or deleted from the voter rolls between November 3, 2020 and April 13, 2021, including total count of same"* – we have 31,743 records for voters who were removed from the voter rolls between November 3, 2020 and April 13, 2021. The total cost for this set of records is $110.23. This file is labeled as: SearchExport-2023623-140.

With regards to the request for *"Current Voter Registration data, including voter history for all active, inactive, suspended, and cancelled status voters (including any registration status other than active)"* – we have 1,316,484 records for current active and inactive voters who are registered, including voter history for those who cast ballots in 2020. The total cost for this set of records is $5,265.94. Due to limitations with excel, the file is split into two documents, and they are labeled as: VoterHistoryExport_1124671-000 and VoterHistoryExport_1124671-001.

Our state's voter file does not provide a way to retroactively obtain voter history for anyone who is in a removable status; once a voter is placed in a removable status, the precinct information and districts tied to that precinct, are no longer a part of that record. These voters will not appear in any voter data files that include voter history (voter history files will only contain active and inactive voters).

Upon receipt of payment for the files, our office will send these documents through the state's secure electronic transmission portal, known as "KiteWorks." The communication will contain a link to the portal, and the requestor will create a temporary account to download the files (three in total).

These files are currently in our PSR folder: G:\PSR_Files\2023\Voter Reference Foundation

Let me know if you have any clarifying questions. Thank you,

--
**Charlotte Chinana | Deputy Elections Director**
New Mexico Office of the Secretary of State
325 Don Gaspar, Ste. 300 | Santa Fe NM  87501
Cell:  (505) 819-7623 | Desk: (505) 827-3623
charlotte.chinana@sos.nm.gov

SOS Supp0098



Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.