

**STATE OF NEW MEXICO**
**MAGGIE TOULOUSE OLIVER**
SECRETARY OF STATE

June 30, 2023

Edward D. Greim
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
(816) 256-3181                                                      Email: edgreim@gravesgarrett.com

**Re:     Records Request**

Mr. Greim:

On June 16, 2023, our office received your request, to inspect the following business records:

*"1. All requests the Secretary of State has received from any person for records which are available, or which the requestor claims must be made available, under the National Voter Registration Act.*
*2. Any non-privileged communications pertaining to the requests identified in paragraph 1 above, including but not limited to any communications between the Secretary's Office and the requestor.*
*3. All documents the Secretary of State has produced in response to any of the requests identified in response to paragraph 1, above.*
*4. All records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters."*

Attached are three-hundred and fifty-nine (359) pages of records in the form of seven (7) PDF attachments. Pursuant to NMSA 1978, § 14-2-10, our office has determined the remainder of your request to be excessively burdensome and broad. As such, the office will need additional time to search for records and to respond. The office will provide an updated response on or before July 15, 2023.

Should you have additional questions or concerns, please do not hesitate to contact our office at 505-827-3600, option 2 or by email at sos.elections@sos.nm.gov.

Respectfully,

*Amy Baca-Padilla*

Amy Baca-Padilla
Election Operation and Systems Analyst