

Exhibit Sticker

P-38

# Update an Existing Voter Record

For a shortcut, enter the Date of Birth and the last 4 of the SSN then click the "Check MVD" button on the page.

If the DOB and SSN is matched to an existing record in the MVD database, you will see a "Match Found" (orange box) message and the data is brought forward and displayed on your screen. The First Name, Last Name, Middle Name, Gender, DL or ID #, and Residence Address all populated. You will need to compare that data to the information on the voter registration form and edit it as necessary.



# VRA - Organizations



Purge Inactive Voters
Date: 2/26/2019 10:19:44 AM
Number of Records:258

| Voter ID | Voter Name | Party | Gender | Registration Date | Residence Address | City | Source of Registration | Inactive Date | Last Voted | BoR Notes |
|----------|------------|-------|--------|-------------------|-------------------|------|------------------------|---------------|------------|-----------|

Purge Inactive Voters
Date: 2/26/2019 10:19:44 AM
Number of Records:258

| Voter ID | Voter Name | Party | Gender | Registration Date | Residence Address | City | Source of Registration | Inactive Date | Last Voted | BoR Notes |
|----------|------------|-------|--------|-------------------|-------------------|------|------------------------|---------------|------------|-----------|

Purge Inactive Voters
Date: 2/26/2019 10:19:44 AM
Number of Records:258

| Voter ID | Voter Name | Party | Gender | Registration Date | Residence Address | City | Source of Registration | Inactive Date | Last Voted | BoR Notes |
|----------|-----------|-------|--------|-------------------|-------------------|------|------------------------|---------------|------------|-----------|

Purge Inactive Voters
Date: 2/26/2019 10:19:44 AM
Number of Records: 258

| Voter ID | Voter Name | Party | Gender | Registration Date | Residence Address | City | Source of Registration | Inactive Date | Last Voted | BoR Notes |
|----------|------------|-------|--------|-------------------|-------------------|------|------------------------|---------------|------------|-----------|

Purge Inactive Voters
Date: 2/26/2019 10:19:44 AM
Number of Records: 258

| Voter ID | Voter Name | Party | Gender | Registration Date | Residence Address | City | Source of Registration | Inactive Date | Last Voted | BoR Notes |
|----------|-----------|-------|--------|-------------------|-------------------|------|------------------------|---------------|------------|-----------|

Purge Inactive Voters
Date: 2/26/2019 10:19:44 AM
Number of Records:258

| Voter ID | Voter Name | Party | Gender | Registration Date | Residence Address | City | Source of Registration | Inactive Date | Last Voted | BoR Notes |
|----------|------------|-------|--------|-------------------|-------------------|------|------------------------|---------------|------------|-----------|

Purge Inactive Voters
Date: 2/26/2019 10:19:44 AM
Number of Records:258

| Voter ID | Voter Name | Party | Gender | Registration Date | Residence Address | City | Source of Registration | Inactive Date | Last Voted | BoR Notes |
|----------|-----------|-------|--------|-------------------|-------------------|------|------------------------|---------------|-----------|-----------|

# SDR in SERVIS



- All SDR registrations will appear in your SDR queue on the SERVIS home screen
- The SERVIS SDR queue should be cleared <u>daily</u>
- If you have duplicates, reject them as duplicates
- There **should not** be any remaining "pending" SDR records after the election

SDR - 2022 Primary Election

25

# SDR in SERVIS

Go through all steps to find possible matches, verify address, etc.

SDR - 2022 Primary Election

26

# SDR in SERVIS

The processed SDR record will be pushed to the BOD within 5 minutes.

| Voter ID | Name | SSN | DOB | Age | Registration Date | S |

Voter Info | Absentee Voting | Provisional | Voting History | Validations | Images | Activity | Correspondence

PCT 012 is currently participating in the 2022 PRIMARY.

Update Voter                    Add To Race

Gender                          DL or ID #

Residence Address  ☐ Non-Standard          City                    Zip      SID

House #   Prefix   Street Name        Type      Suffix      Unit Type      Unit #

Mailing Address          Address Line 2      City      State      Zip

Party              Phone  ☑ Private      Work Phone      Email
                   (___) ___-____

Previous Name
                   ☐ Election Worker  ☐ ID Required  ☐ NVRA Flag
                   City or Township      County      State
Previous State Registration Info

Source of Registration      How Registered          Original Registration

Reg Form #          VRA ID #          Assistance

SDR - 2022 Primary Election                    27

The voter's registration address and party will be displayed, as entered in SERVIS. Note: If information is incorrect, voter will not be able to continue the online process. In addition, if the voter is not of a major party, has a merged record, is not eligible, etc., the online application tool will inform the voter that they cannot submit the application.



Step 1 - Confirm Voter Identity

**Step 2 - Registration data verification**

Step 3 - Pick an election

Step 4 - Ballot Mailing Address

Step 5 - Preview and Submit Application

Step 6 - Confirmation

## Step 2 - Registration data verification

| | |
|---|---|
| Last Name | |
| First Name | |
| Middle Name/Initial | |
| Suffix | |
| Physical Address | |
| Apartment, Unit or Lot # | |
| City | |
| Zip | |
| County | |
| Party | |

Is the above information correct?* [ Yes ∨ ]

[ Previous ]   [ Next ]   [ Cancel ]

Updated: 5/4/2018

*Blind or Visually Impaired Voters requesting an absentee ballot online - the online application screen looks exactly the same with the exception of:

Ballot Mailing Address - Blind or Visually Impaired Voters are required to fill out an email so that a link to a ballot will be emailed to them.



3

2. On a daily basis, the applications that pass SERVIS verification will appear in the County Clerk's Home Queue from the previous day. This process follows the usual OVR/MVD batch process.

Online Absentee Applications to Process    18

| Batch Date | Total |
|---|---|
| ▼ 04/21/2018 | 2 |
| ▼ 04/25/2018 | 3 |
| ▼ 04/27/2018 | 1 |
| ▼ 04/30/2018 | 2 |
| ▼ 05/01/2018 | 10 |

3. Click on the expand triangle to the left of the Batch Date to view the list of voter applications for a specific date. To process an application, click on the Voter ID number:

| Voter ID | Name | Residence Address | City | Zip | DOB | Status | Status Reason | County | Party | Date Added/Updated |
|---|---|---|---|---|---|---|---|---|---|---|

4. You will be taken to the Absentee Voting Tab of the voter record:



Updated: 5/4/2018

*Blind or Visually Impaired Voters that have requested an absentee application online - Ballot Marking Approved and Reason will be automatically filled out. Note: The online absentee system will not verify that the email typed in the email address box contains the appropriate email characters (@, .com .net, etc.). Please verify this and approve/reject appropriately.



5

Click "View List" to see the list of voters with ballots waiting to be sent



The list contains all relevant absentee information displayed below.



Please refer to SERVIS User Guide- County User

Chapter 8: Absentee/Early Voting for a more detailed description of the process.

9

Updated: 5/4/2018

The voter's registration address and party will be displayed, as entered inr SERVIS. Note: If information is incorrect, voter will not be able to continue the online process. In addition, if the voter is not of a major party, has a merged record, is not eligible, etc., the online application tool will inform the voter that they cannot submit the application.



2. On a daily basis, the applications that pass SERVIS verification will appear in the County Clerk's Home Queue from the previous day. This process follows the usual OVR/MVD batch process.

| Online Absentee Applications to Process | | 18 |
|---|---|---|
| | Batch Date | Total |
| ► | 04/21/2018 | 2 |
| ► | 04/25/2018 | 3 |
| ► | 04/27/2018 | 1 |
| ► | 04/30/2018 | 2 |
| ► | 05/01/2018 | 10 |

2

3. Click on the expand triangle to the left of the Batch Date to view the list of voter applications for a specific date.  To process an application, click on the Voter ID number:



4. You will be taken to the Absentee Voting Tab of the voter record:



5. Verify that all the information is correct and that the voter is eligible to request an absentee ballot for the election, i.e., voter status did not change after the applicable was requested. (Example below will be Rejected).



Click "View List" to see the list of voters with ballots waiting to be sent



The list contains all relevant absentee information displayed below.

<span style="color:red">Please refer to SERVIS User Guide- County User</span>

<span style="color:red">Chapter 8: Absentee/Early Voting for a more detailed description of the process.</span>

When you click the Step 2 button, your page will refresh and you will have a list of voters displayed at the bottom of your page.

This list will need to be reviewed by your County's Board of Registration. To export the list ensure the "ALL" bubble is selected, then click "Export" (orange arrow). The export will download on your screen (red box below). That list needs to be presented to your county's Board of Registration for review.



When the Board has returned their feedback, return to the cancellation section in SERVIS and finish the remaining steps. If the board made a decision to remove any voter from the cancellation list (i.e. to keep

the registration active), mark the voters on the list in SERVIS (orange arrows).  When finished, click the Step 3 "Make Active per BOR" button (green arrow).



You will see the below message on your screen. The voters you are removing from the cancellation list will be restored to "Active" voters in your county voter files.  Click "OK" to proceed.



You will receive an update when the record update(s) are complete.



The last step is to cancel the remaining voters on the list. Make sure the entire rest of your list is selected (yellow lines), and then click the Step 4 "Cancel Remaining Voters" button (blue arrow).





You will see this notification on your page, confirming that you are about to cancel the rest of the voters in the list.  Click "OK" to proceed.



When you are finished, the list is gone, and you will see a notification with the number of voters who were cancelled (green box).



You can spot check by looking at the voter record for a cancelled voter; the Status will be changed to Removable Status (see below) with Status Reason, Cancelled (After NVRA Process). The changes are also reflected in the voters' Activity tabs.



If you had any voters that were removed from the cancellation list (per the Board of Registration to keep Active), their records were updated to a Status of Active with a Status Reason, Per Board of Registration.



When you click the Step 2 button, your page will refresh and you will have a list of voters displayed at the bottom of your page.

This list will need to be reviewed by your County's Board of Registration. To export the list ensure the "ALL" bubble is selected, then click "Export" (orange arrow). The export will download on your screen (red box below).  That list needs to be presented to your county's Board of Registration for review.



When the Board has returned their feedback, return to the cancellation section in SERVIS and finish the remaining steps. If the board made a decision to remove any voter from the cancellation list (i.e. to keep



You will see this notification on your page, confirming that you are about to cancel the rest of the voters in the list.  Click "OK" to proceed.



When you are finished, the list is gone, and you will see a notification with the number of voters who were cancelled (green box).



You can spot check by looking at the voter record for a cancelled voter; the Status will be changed to Removable Status (see below) with Status Reason, Cancelled (After NVRA Process). The changes are also reflected in the voters' Activity tabs.



If you had any voters that were removed from the cancellation list (per the Board of Registration to keep Active), their records were updated to a Status of Active with a Status Reason, Per Board of Registration.







| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Page: 1 of 11 Go   Page size: 50 Change   Item 1 to 50 of 531

1 2 3 4 5 6 7 8 9 10 ...

Search   Name Filter:

| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 2 3 4 5 6 7 8 9 10 ...   Page: 1 of 11 Go   Page size: 50 Change   Item 1 to 50 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   Search   **Name Filter:**

9 - purge

O— Jenny Brown







| | 1 2 3 4 5 6 7 8 9 10 … | Page: | 2 | of 11 Go | Page size: | 50 | Change | | Item 51 to 100 of 531 |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z       Search **Name Filter:**

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Jerry Brown

5- purge

2/22/2023

https://lvoin.sccris.sos.state.nm.us/CountyUtilities/PurgeList.aspx

| | 1 2 3 4 5 6 7 8 9 10 ... | | | | | Page: 3 of 11 Go | Page size: 50 | Change | | Item 101 to 150 of 531 |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z              Search  Name Filter:

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|----------|------------|-------|--------|--------|---------------|-----|-------------------|-------------------|------|--------------|------------|

| | 1 2 3 4 5 6 7 8 9 10 ... | | | Page: 3 of 11 Go | Page size: 50 | Change | | Item 101 to 150 of 531 |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z    Search   Name Filter:

| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 2 3 4 5 6 7 8 9 10 ... | | | Page: 3 of 11 Go | Page size: 50 Change | | | Item 101 to 150 of 531 |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z    Search **Name Filter:**

| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1  2  3  4  5  6  7  8  9  10 ... | | | | Page: | 3 | of 11  Go | Page size: | 50 | Change | | Item 101 to 150 of 531 |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z      Search **Name Filter:**

| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

5 - purge





1  2  3  4  5  6  7  8  9  10  ...      Page: 4  of 11  Go   Page size: 50   Change      Item 151 to 200 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z [        ] Search  Name Filter:

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



| | | 1  2  3  4  5  6  7  8  9  10  ... | | | Page: | 4 | of 11  Go   Page size: | 50 | Change | | | Item 151 to 200 of 531 |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   Search  **Name Filter:**

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

5 - purge

2/22/2023



1 2 3 4 5 6 7 8 9 10 ...    Page: 5 of 11  Go  Page size: 50  Change    Item 201 to 250 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z    Search  Name Filter:

| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



1 2 3 4 5 6 7 8 9 10 ...   Page: 5 of 11  Go   Page size: 50   Change   Item 201 to 250 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   [ ] Search   Name Filter:

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|----------|------------|-------|--------|--------|---------------|-----|-------------------|-------------------|------|--------------|------------|

5— purge   2/22/2023



1 2 3 4 5 6 7 8 9 10 ...

Page: 6 of 11  Go  Page size: 50  Change

Item 251 to 300 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   Search  Name Filter:

| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|





6 – purge

2/22/2023



1 2 3 4 5 6 7 8 9 10 …   Page: 7 of 11 Go   Page size: 50 Change   Item 301 to 350 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   Search   Name Filter:

| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



| | 1 2 3 4 5 6 7 8 9 10 ... | | Page: 7 of 11 Go Page size: 50 Change | | | | | Item 301 to 350 of 531 |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Search | Name Filter:

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

5 — purge

2/22/2023







| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 2 3 4 5 6 7 8 9 10 ... | | | Page: | 8 | of 11  Go   Page size: | 50 | Change | | Item 351 to 400 of 531 |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z      Search  **Name Filter:**

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

https://login.servis.sos.state.nm.us/CountyUtilities/PurgeList.aspx

5 – purge

2/22/2023

| | 1  2  3  4  5  6  7  8  9  10  … | | Page: 9 of 11  Go   Page size: 50   Change | | | | | | | Item 401 to 450 of 531 | |
| | ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | | | Search | Name Filter: | | | | | | |
| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |

| | | 1 2 3 4 5 6 7 8 9 10 ... | | | | Page: 9 of 11  Go   Page size: 50   Change | | | | | | Item 401 to 450 of 531 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z             Search  **Name Filter:**

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|----------|-----------|-------|--------|--------|---------------|-----|-------------------|-------------------|------|--------------|-----------|



| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 2 3 4 5 6 7 8 9 10 ...   Page: 9 of 11 Go   Page size: 50 Change   item 401 to 450 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   Search   Name Filter:

B — purge   2/22/2023







| | 1 2 3 4 5 6 7 8 9 10 ... | | | Page: 10 of 11 Go  Page size: 50 Change | | | | Item 451 to 500 of 531 | | |

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z          Search  **Name Filter:**

| ☐ | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|----------|------------|-------|--------|--------|---------------|-----|-------------------|-------------------|------|--------------|------------|

6 — purge

2/22/2023





... 2 3 4 5 6 7 8 9 10 11    Page: 11 of 11 Go   Page size: 50 Change    Item 501 to 531 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z    Search Name Filter:

| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



| | Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | Residence Address | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

... 2  3  4  5  6  7  8  9  10  11     Page: 11 of 11  Go   Page size: 50  Change     Item 501 to 531 of 531

ALL A B C D E F G H I J K L M N O P Q R S T U V W X Y Z     Search  **Name Filter:**

3- purge

2/22/2023

DE BACA COUNTY

| Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | | City | Inactive Date | Last Voted |
|----------|------------|-------|--------|--------|---------------|-----|-------------------|--|------|---------------|------------|

9mm Friday 3/10/23

DE BACA COUNTY



| Voter ID | Voter Name | Party | Gender | Status | Status Reason | Age | Registration Date | | City | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|---|---|---|

80 Total
15 Not Known About, Leave on list    as Inactive to be Removed
    1 Deceased
64 others All Moved

March 10, 2023

Juan A Chan
Vincent Stallard
Dan & Craig

| Voter ID | Voter Name | Party | Gender | Status | Age | Registration D | Inactive Date | Last Voted |
|---|---|---|---|---|---|---|---|---|
| NVRA Cancellation List of Inactive Voters | | | | | | | | |
| Date:  2/24/2023 4:31:43 PM | | | | | | | | |
| Number of Records:1932 | | | | | | | | |















































































































