Exhibit Sticker

P-39



STATE OF NEW MEXICO
**MAGGIE TOULOUSE OLIVER**
SECRETARY OF STATE

August 22, 2023

Edward D. Greim
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
(816) 256-3181                                         Email: edgreim@gravesgarrett.com

**Re:    Records Request**

Mr. Greim:

On June 16, 2023, our office received your request, to inspect the following business records:

> "1. All requests the Secretary of State has received from any person for records which are available, or which the requestor claims must be made available, under the National Voter Registration Act.
>       (Please See attachment: PDF Responsive Item #1)
>
> 2. Any non-privileged communications pertaining to the requests identified in paragraph 1 above, including but not limited to any communications between the Secretary's Office and the requestor.
>       (Please See attachment: PDF Responsive Item #2)
>
> 3. All documents the Secretary of State has produced in response to any of the requests identified in response to paragraph 1, above.
>       (Please See attachment: PDF Responsive Item #3)
>
> 4. All records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters."
>       (Please See attachment: PDF Responsive Item #4)

Our office has provided nine hundred and twenty-eight (928) pages of records responsive to your request in four (4) separate PDF's. By disclosing this information, the Secretary of State has complied with the Inspection of Public Records Act and now considers your request fulfilled for items 1-3 on your IPRA request.

Should you have additional questions or concerns, please do not hesitate to contact our office at (505) 827-3600, option 2 or by email at ipra.elections@sos.nm.gov.

Respectfully,

*Cassie Salazar*

Cassie Salazar
Paralegal

---

**325 DON GASPAR, SUITE 300 | SANTA FE, NEW MEXICO  87501**
**PHONE: (505) 827-3600 or (800) 477-3632 | FAX: (505) 827-8081**
**WWW.SOS.STATE.NM.US**