Exhibit Sticker
P-41



STATE OF NEW MEXICO
**MAGGIE TOULOUSE OLIVER**
SECRETARY OF STATE

**BILL TO**

Voter Reference Foundation
c/o Edward D. Greim
1100 Main St. Suite 2700
Kansas City, NO 64105

## INVOICE FOR RECORDS

DATE  08/29/2023

| QUANTITY | DESCRIPTION | TOTAL |
|---|---|---|
| 31,743 | Records for voters who were removed from the voter rolls between November 3, 2020, and April 13, 2021. | $110.23 |
| 1,316,484 | Records for current active and inactive voters who are registered, including voter history for those who cast ballots in 2020. | $5,265.94 |
| 1 | Recording fee | $15.00 |
|  |  | **TOTAL DUE: $5,376.17** |

Per the above request, the cost for providing these records is $5,376.17.  This data includes 31,743 records without voter history and 1,316,484 records with voter history.

Voter data requests will incur the $15 recording fee and cost per X number of records ($4 per 1,000 records with voting history; $3 per 1,000 records without voting history).
https://www.sos.state.nm.us/voting-and-elections/data-and-maps/.

Upon receipt of payment for the files, our office will send these documents through the state's secure electronic transmission portal, known as "Kiteworks." The communication will contain a link to the portal, and the requestor will create a temporary account to download the files.

Thank you!

-New Mexico Secretary of State Bureau of Elections