IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | ) |
| | ) CASE NO: 1:22-cv-00222-JB-KK |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) **AMENDED JOINT EXHIBIT LIST &** |
| **RAUL TORREZ**, in his official | ) **PARTIES' EXHIBIT LISTS** |
| capacity as New Mexico Attorney General, and | ) |
| **MAGGIE TOULOUSE OLIVER,** in her | ) |
| Official capacity as New Mexico | ) |
| Secretary of State, | ) |
| | ) |
| Defendants. | ) |

**AMENDED JOINT EXHIBIT LIST & PARTIES' EXHIBIT LISTS**

COME NOW Plaintiff Voter Reference Foundation, LLC ("VRF" or "Plaintiff") and Defendants Attorney General Raul Torrez and Secretary of State Maggie Toulouse Oliver ("Defendants") and state the following:

**I.      Stipulations as to Joint Exhibits ("JE") 1-33**

1. The Parties stipulate to the authenticity and admissibility of the documents listed below as Exhibits JE1- JE43. Each Party reserves the right to argue that appropriate weight should be given to the documents subject to this stipulation. Defendants reserve the right to argue any objections preserved in response to any discovery requests contained in the Joint Exhibit List.

| Joint Exhibit # | Description | Docket # (if previously filed) |
|---|---|---|
| JE1 | Lippert/Local Labs Voter Information Authorization Form | 44-1 filed 6/24/22 |

| JE2 | Lippert/Local Labs Receipt | 44-2 filed 6/24/22 |
|---|---|---|
| JE3 | VRF December 16, 2021 Press Release | 44-13 filed 6/24/22 |
| JE4 | VRF December 14, 2021 Email to SOS | 44-14 filed 6/24/22 |
| JE5 | SOS Criminal Referral of VRF to AG | 44-3 filed 6/24/22 |
| JE6 | Trujillo Email Transmitting Referral Letter to FBI | 44-23 filed 6/24/22 |
| JE7 | ProPublica Article | 44-4 filed 6/24/22 |
| JE8 | Communications between A. Curtas and M. O'Matz | 44-19, 44-20 filed 6/24/22 |
| JE9 | VRF February 15, 2022 Voter Data Request and Responses Thereto | 44-16 filed 6/24/22 |
| JE10 | Email(s) with California Secretary of State and AG | 44-24, 44-25, 44-26 filed 6/24/22 |
| JE11 | Email(s) with Washington AG | 119-9 filed 4/14/23 |
| JE12 | SOS's Tweets Regarding VRF | 32-5 filed 5/17/22 |
| JE13 | SOS's Facebook Posts Regarding VRF | 32-6 filed 5/17/22 |
| JE14 | SOS Press Release | 32-7 filed 5/17/22 |
| JE15 | February 14, 2022 Voter Information Authorization Form | 44-10 filed 6/24/22 |
| JE16 | Undated Voter Information Authorization Form | 44-8 filed 6/24/22 |
| JE17 | February 10, 2022 Voter Information Authorization Form | 44-9 filed 6/24/22 |

| | | |
|---|---|---|
| JE18 | May 27, 2022 NVRA Notice & Request for Records | 44-22 filed 6/24/22 |
| JE19 | June 16, 2022 Response from C. Lang to VRF re: NVRA Notice & Request for Records | 119-11 filed 4/14/23 |
| JE20 | VRF October 18, 2022 Request for Records and SOS November 17, 2022 Response Denying Request | 119-14 filed 4/14/23 |
| JE21 | List of Requestors of Voter Data | 44-11 filed 6/24/22 |
| JE22 | Documents Received from Aristotle Subpoena | 124-2 filed under seal 5/5/23 |
| JE23 | House Bill 4 | - |
| JE24 | AG Responses to VRF First Discovery | - |
| JE25 | SOS Responses to VRF First Discovery | - |
| JE26 | AG Responses to VRF Second Discovery | - |
| JE27 | SOS Responses to VRF Second Discovery | - |
| JE28 | AG Responses to VRF Third Discovery | - |
| JE29 | SOS Responses to VRF Third Discovery | - |
| JE30 | AG First Supplemental Responses to VRF First Discovery | - |
| JE31 | AG First Supplemental Responses to VRF Second Discovery | - |
| JE32 | AG First Supplemental Responses to VRF Third Discovery | - |

| | | |
|---|---|---|
| JE33 | Email from E. Lecocq Supplementing Discovery Responses | 119-16 filed 4/14/23 |
| JE34 | VRF 06-16- 2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| JE35 | NM SOS 06-22-2023 Initial Response to VRF 06-16-2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| JE36 | NM SOS 06-30-2023 First Production of Documents in Response to VRF 06-16-2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| JE37 | NM SOS 08-16-2023 Status Report to VRF 06-16- 2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| JE38 | NM SOS 08-22-23 Supplemental Production Letter in Response to VRF 06-16- 2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| JE39 | Excerpts from NM SOS 08-22-23 Supplemental Production of Documents in Response to Item 1 of VRF 06-16- 2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |

| | | |
|---|---|---|
| JE40 | Excerpts from NM SOS 08-22-23 Supplemental Production of Documents in Response to Item 2 of VRF 06-16- 2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| JE41 | Excerpts from NM SOS 08-22-23 Supplemental Production of Documents in Response to Item 3 of VRF 06-16- 2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| JE42 | Excerpts from NM SOS 08-22-23 Supplemental Production of Documents in Response to Item 4 of VRF 06-16- 2023 IPRA Request to NM SOS re: NVRA Requests and Materials | - |
| JE43 | 08-30-2023 Invoice from NM SOS to VRF for Voter Data | - |
| JE44 | 09-05-2023 Letter from VRF to Mark Allen in Response to 08-30-2023 Letter | - |

II. **Plaintiff's Exhibits.**

In addition to the Joint Exhibits above to which the parties have stipulated, Plaintiff intends to introduce and rely upon the following exhibits:

| Plaintiff's Exhibit | Description | Docket # (if previously filed) |
|---|---|---|
| P1 | 08-30-2023 Letter to VRF from Mark Allen Regarding Voter Data File | - |

III. **Defendants' Exhibits**

In addition to the Joint Exhibits above to which the parties have stipulated, Defendants intend to introduce and rely upon the following exhibits:

| Defendants' Exhibit | Description | Docket # (if previously filed) |
|---|---|---|
| A | "Complaint" communications received by VRF regarding the publication of voter data (VRF_1_00310 through 000427 and VRF_2_000468 through 517) | - |
| B | Complaints received by the SOS's Office regarding the publication of voter data | - |

Plaintiff preserves its objection that Defendants' exhibits constitute hearsay or hearsay within hearsay.

Respectfully submitted this 6th day of October 2023.

        **GRAVES GARRETT, LLC**
        */s/ Edward D. Greim*
        Edward D. Greim
        Missouri Bar No. 54034
        *Admitted Pro Hac Vice*
        GRAVES GARRETT LLC
        1100 Main Street, Suite 2700
        Kansas City, Missouri 64105
        Tel.: (816) 256-3181
        Fax: (816) 222-0534
        edgreim@gravesgarrett.com

        **HARRISON, HART & DAVIS, LLC**
        Carter B. Harrison IV
        924 Park Avenue SW, Suite E
        Albuquerque, NM 87102
        Tel: (505) 369-6599
        Fax: (505) 341-9340
        carter@harrisonhartlaw.com

        *Counsel for Plaintiffs*


        */s/ Mark W. Allen*
        Mark W. Allen
        Jeff Dan Herrera
        Assiostant Attorneys General
        Office of the New Mexico Attorney General
        408 Galisteo St.
        Santa Fe, NM 87501
        Tel.: (505) 490-4060
        Fax: (505) 490-4881
        mallen@nmag.gov
        jherrera@nmag.gov

        *Counsel for Defendants*