IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CASE NO: 1:22-cv-00222-JB-KK ) |
| **RAÚL TORREZ**, in his official capacity as New Mexico Attorney General, | ) ) ) ) |
| and | ) ) |
| **MAGGIE TOULOUSE OLIVER,** in her Official capacity as New Mexico Secretary of State, | ) ) ) ) |
| Defendants. | ) |

## JOINT DESIGNATIONS OF PRIOR HEARING TESTIMONY

Pursuant to FRCP 65(a)(2), the Parties designate the following testimony provided at the preliminary injunction hearings held in this matter as part of the trial record. *See* FRCP 65(a)(2) ("…Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial.").

I.   **May 17, 2022 Hearing on Plaintiff's Motion for Preliminary Injunction**

| Testimony of Gina Swoboda May 17, 2022 | |
|---|---|
| **Beginning** | **Ending** |
| 52:12 | 56:11 |
| 56:17 | 57:12 |
| 58:20 | 61:11 |
| 61:21 | 62:10 |
| 62:16 | 62:18 |
| 62:22 | 63:13 |
| 66:10 | 68:5 |
| 68:13 | 70:14 |

| | |
|---|---|
| 70:16 | 71:10 |
| 71:13 | 72:5 |
| 75:11 | 75:24 |
| 77:10 | 77:14 |
| 79:24 | 80:12 |
| 81:8 | 81:11 |
| 81:19 | 81:21 |
| 86:8 | 86:15 |
| 87:18 | 87:25 |
| 93:16 | 93:24 |
| 93:25 | 94:7 |
| 94:8 | 94:21 |
| 96:12 | 96:18 |
| 98:17 | 101:2 |
| 102:18 | 102:22 |
| 106:24 | 107:13 |

| Testimony of Mandy Vigil<br>May 17, 2022 | |
|---|---|
| **Beginning** | **Ending** |
| 128:16 | 128:18 |
| 129:12 | 129:16 |
| 131:23 | 132:6 |
| 134:11 | 135:20 |
| 142:5 | 143:6 |
| 148:20 | 149:14 |

**II.    June 15, 2022 Continued Hearing on Plaintiff's Motion for Preliminary Injunction**

| Testimony of Mandy Vigil (cont.)<br>June 15, 2022 | |
|---|---|
| **Beginning** | **Ending** |
| 4:11 | 4:18 |
| 9:14 | 10:12 |
| 20:1 | 22:6 |
| 25:17 | 26:12 |
| 29:2 | 30:4 |
| 30:17 | 32:5 |
| 32:6 | 33:9 |
| 33:13 | 35:8 |
| 43:5 | 43:10 |

| | |
|---|---|
| 45:15 | 46:11 |
| 47:10 | 52:9 |
| 52:18 | 56:6 |
| 57:25 | 59:18 |
| 59:24 | 60:19 |
| 63:14 | 64:20 |
| 65:16 | 67:23 |
| 68:5 | 68:18 |
| 69:5 | 69:6 |
| 73:13 | 73:23 |
| 73:24 | 74:11 |
| 74:12 | 74:23 |
| 74:24 | 75:15 |
| 76:12 | 76:20 |
| 82:8 | 83:2 |
| 89:16 | 89:20 |
| 91:1 | 91:20 |
| 92:6 | 92:14 |
| 93:11 | 93:20 |
| 94:2 | 94:6 |
| 94:18 | 95:21 |
| 102:15 | 103:1 |
| 103:15 | 104:9 |
| 104:1 | 104:14 |
| 107:25 | 110:14 |
| 111:1 | 113:13 |
| 116:25 | 117:10 |

| Testimony of Sharon Pino<br>June 15, 2022 | |
|---|---|
| **Beginning** | **Ending** |
| 123:10 | 124:25 |
| 126:13 | 128:18 |
| 132:11 | 132:20 |
| 133:18 | 134:7 |
| 135:14 | 136:20 |
| 137:1 | 138:10 |
| 138:21 | 139:15 |
| 145:6 | 146:1 |
| 156:6 | 156:22 |
| 164:25 | 165:23 |
| 176:12 | 176:17 |
| 179:12 | 180:1 |

3

| | |
|---|---|
| 180:12 | 180:21 |
| 205:4 | 205:12 |
| 225:5 | 225:13 |
| 228:4 | 228:16 |
| 230:5 | 230:12 |
| 235:2 | 235:5 |
| 238:2 | 238:14 |
| 238:21 | 238:23 |

Case 1:22-cv-00222-JB-KK   Document 160   Filed 10/06/23   Page 4 of 5

Respectfully submitted,

**GRAVES GARRETT, LLC**
*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

**HARRISON, HART & DAVIS, LLC**
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiff*


*/s/ Mark W. Allen*
Mark W. Allen
Jeff Dan Herrera
Assiostant Attorneys General
Office of the New Mexico Attorney General
408 Galisteo St.
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
mallen@nmag.gov
jherrera@nmag.gov

*Counsel for Defendants*