IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VOTER REFERENCE FOUNDATION, LLC,

    Plaintiff,

v.    No. CIV 22-0222 JB/KK

RAÚL TORREZ, in his official capacity as
New Mexico Attorney General, and MAGGIE
TOULOUSE OLIVER, in her official
capacity as New Mexico Secretary of State,

    Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE SECOND SUPPLEMENTAL BRIEF**

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Second Supplemental Brief on the Parties' Cross-Motions for Summary Judgment (Doc. 154), and the Court having reviewed the Motion and considered the matter, finds and ORDERS as follows:

**IT IS SO ORDERED**:

(1) that Plaintiff's Unopposed Motion for Leave to File Second Supplemental Brief, filed September 25, 2023 (Doc. 154), is granted; and

(2) that Defendants may file a response to Plaintiff's Second Supplemental Brief within seven (7) days of the filing of this Order.

*The Plaintiff's counsel confirmed that they conferred with the ∆'s counsel, & the motion is unopposed. ACD 10/3/23*

_____
James O. Browning
UNITED STATES DISTRICT JUDGE