

STATE OF NEW MEXICO
**MAGGIE TOULOUSE OLIVER**
SECRETARY OF STATE

# REQUEST TO INSPECT PUBLIC RECORDS

In accordance with the Inspection of Public Records Act (IPRA) Section 14-2-1 NMSA 1978, as amended, every person has the right to inspect public records maintained by the New Mexico Secretary of State's Office, with certain exceptions. A "public record" is defined to include any document, tape or other material, regardless of form, that is used, created, received, maintained or held by or on behalf of a public body, and is related to public business.

*Do not use this form to request information. This form should only be used to request public records as defined above.*

Date: 10/18/2022

| Gina | Swoboda |
|---|---|
| First Name | Last Name |

1901 Butterfield Road, Suite 120
Address

| Downers Grove | IL | 60515 |
|---|---|---|
| City | State | Zip |

| data@voterreferencefoundation.c | 844-302-2109 |
|---|---|
| Email Address | Phone Number |

**PLEASE IDENTIFY THE RECORDS SOUGHT WITH REASONABLE PARTICULARITY:**
(*Please print*)
Please see attached
_____
_____
_____
_____

**Completed form should be emailed to ipra.sos@state.nm.us or faxed to 505-827-4387.**



October 18, 2022

New Mexico Secretary of State
ipra.sos@state.nm.us


Dear Election Official,

Regarding the upcoming 2022 General Election, we request that you provide us the following data **as each item becomes available**:

1. Voter registration data for all voters, including each voter's classification or status (e.g., active, inactive, suspended, canceled, purged, etc.), down to the lowest geopolitical subdivision available (precinct, municipality, town, county, etc.), as it exists on November 8, 2022, or as close to this date as possible;
2. Records reflecting the total ballots cast, statewide, in the November 8, 2022, general election;
3. Voter registration data for all voters removed or canceled from any voter list (e.g. active list, inactive list, suspended list, purged list, deleted list, etc.) between September 24, 2022 and December 15, 2022;
4. Voting history/credit data for each voter that voted in items 1-3 for the November 8, 2022, general election, including the method of voting (election day polling place, absentee, early, etc.), and the voting jurisdiction the vote occurred in, down to the lowest geopolitical subdivision available (precinct, municipality, town, county, etc.); and
5. The unique voter ID or key identifier of each voter that voted in the November 8, 2022, general election.

Please provide each item as it becomes available rather than holding the request until all items are available.

This request is being made by Voter Reference Foundation under the National Voter Registration Act of 1993, 52 U.S.C. § 20501, *et. seq.*, and specifically 52 U.S.C. § 20507(i). This request is also being made under the New Mexico Public Records Law, NMSA 1978, §14-2-1 to – 12.

Please provide the records in electronic format, either in the original file format, or as a CSV, Excel, TXT or PDF file, by email or an online file hosting service (such as Dropbox).

You may reply to us with the documents or with any questions at data@voterreferencefoundation.com. We appreciate your prompt assistance in providing these records.

Sincerely,

Voter Reference Foundation