|  | Count I NVRA Preemption | Count II NVRA Violation | Count III Retaliation | Count V 1A | Count VI Overbreadth | Count VII Vagueness | Count VIII Declaratory Judgment |
|---|---|---|---|---|---|---|---|
| No prosecution for violating Past statute | X |  | X | X | X | X | X |
| Access to Requested Data | X | X | X |  |  |  | X |
| Can get access to data on same terms as others |  | X | X |  |  |  | X |
| Can get access to data even if plan to publish | X |  |  | X | X |  | X |
| No prosecution for publishing online | X |  |  | X | X |  | X |
| Attorney's fees | X | X | X | X | X | X |  |