FILED
United States Court of Appeals
Tenth Circuit

April 2, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

VOTER REFERENCE FOUNDATION, LLC,

    Plaintiff - Appellee,

v.

RAUL TORREZ, in his official capacity as New Mexico Attorney General, et al.,

    Defendants - Appellants.

No. 22-2101
(D.C. No. 1:22-CV-00222-JB-KK)
(D. N.M.)

---

## ORDER

---

This matter is before the court on the parties' April 1, 2024 *Joint Status Report*, which states that the district court's March 29, 2024 ruling on the parties' cross motions for summary judgment has rendered this appeal moot. Accordingly, and at the direction of the court, this matter is DISMISSED AS MOOT. The Clerk shall issue the mandate forthwith.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk