UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

April 02, 2024

Mr. Mark Allen
Office of the Attorney General for the State of New Mexico
201 Third Street NW, Suite 300
Albuquerque, NM 87102

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

Mr. Edward Dean Greim
Graves Garrett Greim
1100 Main Street, Suite 2700
Kansas City, MO 64105-5195

Mr. Carter B Harrison IV
Harrison & Hart
924 Park Avenue SW, Suite E
Albuquerque, NM 87102

**RE:**  **22-2101, Voter Reference Foundation, et al v. Torrez, et al**
Dist/Ag docket: 1:22-CV-00222-JB-KK

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp