**James Browning**

No. CIV22-0222

| | |
|---|---|
| **From:** | Robert Hullett <robert.hullett@hotmail.com> |
| **Sent:** | Thursday, August 29, 2024 7:50 AM |
| **To:** | NMDml_Judge Browning's Chambers nmd.uscourts.gov |
| **Subject:** | Voter Reference Foundation |

CAUTION - EXTERNAL:

Your Honor,

With regards to this case I feel the amount of information that is published by the Voter Reference Foundation violates my privacy. All they need to know is that I am a registered voter. They have no need to know or publish my address, my registration, and whether I voted. In today's environment information like that invites intrusion and intimidation efforts, and I am not one to be intimidated. I also cherish the secret ballot and I see this effort as the first step in a move to overturn that. Please do not allow these things to happen.

Robert Hullett
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

File on CM/ECF
8/29/24

1