Rita C. Pittman

September 6, 2024

Judge James O. Browning
333 Lomas Blvd NE, Suite 660
Albuquerque, NM 87102

James O. Browning,
I refuse to address this letter to 'The Honorable' nor to 'Sir' because your ruling about voters names and contact info online is disgustingly dishonorable.

I have a right to NOT have my voting information disclosed to the public, nor do I want it.

You are NOT protecting me, therefore you do NOT deserve my respect in addressing you respectfully.

Regrettably,

Rita C. Pittman