**James Browning**

No. CIV 22-0222 JB/KK

**From:** John Gravelle <
**Sent:** Thursday, September 5, 2024 2:12 PM
**To:** MDOS-BOERegulatory@michigan.gov; NMDml_Judge Browning's Chambers nmd.uscourts.gov
**Subject:** Voter registration list

**CAUTION - EXTERNAL:**

9/5/2024

Hello,

I believe **every** registered voter in the US should either have their address and party affiliation public or no one should have their address and party published.

Therefore please immediately remove my address information from the public release of my Michigan voter information.

I have several reasons for making this request (demand?):

Having been a classroom teacher for most of my career, I had several "death threats"

Sadly, I was a math teacher
Worse, I also taught English

My views on many subjects, some of which should be part of the political theatre and others that somehow are injected into politics (but should not), will anger others and may cause them to harass, intimidate, or even try to shoot me

Bullying is something I watched in schools and has now become acceptable behavior for some adults in politics

These reasons should be sufficient for the removal of my address. In fact all Michiganders.

I became aware of the public posting from reading the following article ;

# Federal judge decries discrimination against conservative group that publishes voters' information

Federal judge decries discrimination against conservative group that publishes voters' information
msn.com

File on CM/ECF
9/16/24
9/16/24

1

If this is not fake news (I found numerous "news" sites that reported it) I would agree with Judge Browning that the names of registered voters should be public as part of freedom of information. But no other information should be included. To me, another troubling development of our "politicized" court system.

With the argument stated in the news release, one should ask why IRS data is withheld from the public since it definitely discriminates. If the conservative group was asking for anything more than names, he should have ruled against them.

The article however, led me to the VotRef website.



VoteRef
voteref.com

Researching Michigan and my name I found much more than my name is listed. There are no reasons for others to know any more about me than my name. I do not want political hacks viewing my voting information.

Seeing that political affiliation was listed, I decided to look at Senator McBroom's(R) information. I was surprised that he has no party listed.

I am not sure how Michigan establishes party affiliation. I never vote in those primaries where I have to vote for only one political party. I vote more on the character of the person running than on the endless promises that most often are empty promises.

I believe Senator McBroom is a person of great character though have been very puzzled by his inability to publicly address the lies concerning a stolen election and more so his inability to call out those making such fake claims. I believe he led the Michigan investigation concerning the last Presidential election and I felt confident that Michigan did not have significant voter fraud. If you are trying to steal an election, please just ask officials to simply find 11,000 votes and not vigilantes to harass and intimidate others.

The irony is lost in my anger when I tried to find address information for Gina Swoboda.

..."It [VoteRef] is run by Gina Swoboda, chair of the Arizona Republican Party and organizer of former President Donald Trump's 2020 reelection campaign in Arizona...."

Because Arizona is not on VoteRef, I tried to find her home address using the web. I could not find it! Unless I simply missed it - Hypocrite.

I could not find an email for her either, so hope she will receive this if I send it to VoteRef, though I will not hold my breath.

Being a US citizen for 72+ years I believe we are a great nation. We have issues but I detest the political machinerys that try to scare Americans into believing we are not great. The Capital Vices have been part of humanity for a very long time and we need to work at eradicating them from our politics. Well, at least minimize their influence.

It also angers me that we have laws that protect politicians' home addresses and other "public" information. Those who vote for those laws do not represent me. I have been shot at two times in my life. I will not allow that to scare or intimidate me.

..."Addresses also remain confidential for more than 100 publicly elected or appointed officials in New Mexico, including Democrats and Republicans, enrolled in a separate safety program enacted in the aftermath of **drive-by shootings** [emphasis added] on the homes of local lawmakers in Albuquerque in December 2022 and January 2023...."

If what happened in the past matters, then Blacks should also be protected.

Conclusion: remove my address from the public voting records. I would suggest this should be for all Michiganders.

Thank you
Let Freedom Ring

John D Gravelle


Cc
MDOS-BOERegulatory@Michigan.gov

browningchambers@nmd.uscourts.gov

Senator McBroom

Email: info[at]voterreferencefoundation.com

Sent from my iPad

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.