IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC**, <br><br> Plaintiff, <br> v. <br><br> **RAÚL TORREZ**, in his official capacity as New Mexico Attorney General, <br><br> and <br><br> **MAGGIE TOULOUSE OLIVER**, in her Official capacity as New Mexico Secretary of State, <br><br> Defendants. | CASE NO: 1:22-cv-00222-JB-KK |

### PLAINTIFF VOTER REFERENCE FOUNDATION, LLC'S
### NOTICE OF APPEAL

Pursuant to Fed. R. App. P. Rules 3(a)(1) & 4(a)(1)(A), Plaintiff Voter Reference Foundation, LLC ("VRF") hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment of the United States District Court for the District of New Mexico entered on August 30, 2024 (Doc. 178). Pursuant to Fed. R. App. P. Rule 3(c)(6), VRF states the issues on appeal are limited to the following, as enumerated on Page 3 of the Judgment:

    iii.    All of VRF's claims in Counts III (First Amendment Retaliation), VI (First Amendment Overbreadth); and VII (Vagueness) of VRF's Verified First Amended Complaint for Declaratory Judgment and Preliminary and Permanent Injunctive Relief, filed September 26, 2022 (Doc. 74), are dismissed with prejudice;

iv. VRF's request for declaratory judgment on the First Amendment claims is dismissed with prejudice;

vi. The parts of the Amended Complaint's Count V alleging that the Data Sharing Ban and Use Restrictions are direct bans on core political speech in violation of the First Amendment are dismissed with prejudice.

Respectfully submitted,

**GRAVES GARRETT GREIM, LLC**
*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

**HARRISON, HART & DAVIS, LLC**
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that on September 25, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following via email:

Mark Allen
mallen@nmag.gov
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501

                                                             */s/ Edward D. Greim*
                                                             Edward D. Greim
                                                             Counsel for Plaintiff