IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> **RAÚL TORREZ**, in his official ) <br> capacity as New Mexico Attorney General, and ) <br> **MAGGIE TOULOUSE OLIVER,** in her ) <br> Official capacity as New Mexico ) <br> Secretary of State, ) <br> ) <br> Defendants. ) | CASE NO: 1:22-cv-00222-JB-KK |

### REQUEST FOR REMOTE APPEARANCE

Counsel for Plaintiff Voter Reference Foundation, LLC ("VRF") requests leave to appear via Zoom for the hearing on Plaintiff's Motion for Attorney's Fees and Nontaxable Expenses (ECF Nos. 192-193), scheduled for Wednesday, December 4, 2024 at 2:30 p.m.

Respectfully submitted this 22nd day of November, 2024.

                                                                                   **GRAVES GARRETT GREIM LLC**

                                                                                   */s/ Edward D. Greim*
                                                                                    Edward D. Greim*
                                                                                    Matthew R. Mueller*
                                                                                     Jackson Tyler*
                                                                                   *Admitted Pro Hac Vice*
                                                                                  1100 Main Street, Suite 2700
                                                                                  Kansas City, Missouri 64105
                                                                                  Tel.: (816) 256-3181
                                                                                  Fax: (816) 222-0534
                                                                                  edgreim@gravesgarrett.com
                                                                                  mmueller@gravesgarrett.com
                                                                                  jtyler@gravesgarrett.com

        **HARRISON, HART & DAVIS, LLC**
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 369-6599
Fax: (505) 341-9340
carter@harrisonhartlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 22, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

        */s/ Edward D. Greim*
Edward D. Greim
Counsel for Plaintiff