**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VOTER REFERENCE FOUNDATION, LLC

      Plaintiff,

vs.                                  No. CIV 22-0222 JB/KKK

RAÚL TORREZ, in his official capacity as New
Mexico Attorney General,

and

MAGGIE TOULOUSE OLIVER, in her official
capacity as New Mexico Secretary of State,

      Defendants.

### ORDER[1]

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Attorney's Fees and Nontaxable Expenses, filed September 30, 2024 (Doc. 192)("Motion").  The Court held a hearing on December 4, 2024.  See Clerk's Minutes at 1, filed December 4, 2024 (Doc. 205).  The primary issues are:  (i) whether the Court should stay the Motion pending the ongoing appeal at the United States Court of Appeals for the Tenth Circuit;  (ii) whether the rates requested by Plaintiff Voter Reference Foundation, LLC are reasonable;  (iii) whether the expenses that the Voter Reference claim are reasonable;  and (iv) whether the attorneys fees requested by Voter Reference are reasonable considering Voter Reference's partial success in the case.  The Court concludes:  (i) the Court denies Defendant's request to stay the Motion pending appeal;  (ii) the expenses that Voter Reference seeks are reasonable;  (iii) the rates that Voter Reference requests are reasonable;  and

---

[1]This Order disposes of the Plaintiff's Motion for Attorney's Fees and Nontaxable Expenses, filed September 30, 2024 (Doc. 192).  The Court will issue at a later date, however, a Memorandum Opinion more fully detailing its rationale for this decision.

(iv) the attorneys fees that Voter Reference requests are not reasonable considering Voter Reference's partial success in the case, and the Court will reduce the fee award consistent with this opinion.

The Court grants the Motion for Attorney's Fees in part, but declines to award the full amount of the fee requested. For the reasons stated at the hearing, the Court declines to stay the motion pending appeal at the Tenth Circuit. Having concluded that the rates requested by Voter Reference comport with the local rates in New Mexico for experienced civil rights attorneys, the Court concludes that the rates requested by Voter Reference are reasonable. For the reasons stated at the hearing, the Court grants Voter Reference's request for expenses. For the reasons stated at the hearing, the Court concludes that Voter Reference is not a prevailing party for all claims such that Voter Reference is entitled to reasonable fees for the entire litigation. "[W]ork on an unsuccessful claim cannot be deemed to have been 'expended in pursuit of the ultimate result achieved.'" Hensley v. Eckerhart, 461 U.S. 424, 435 (1983)(quoting Davis v. Cnty. of Los Angeles, No. 73-63-WPG, 1974 WL 180, at *4 (C.D. Cal. June 5, 1974)(Gray, J.). "The congressional intent to limit awards to prevailing parties requires that these unrelated claims be treated as if they had been raised in separate lawsuits, and therefore no fee may be awarded for services on the unsuccessful claim." Hensley v. Eckerhart, 461 U.S. at 435. Accordingly, because Voter Reference is not a prevailing party as to all but one of the claims that it brought in its original complaint, the Court declines to award any attorneys fees for the time spent until the amended complaint with the successful claims was filed.[2] Voter Reference filed the original Complaint on March 28, 2022 (Doc.

---

[2] The Court acknowledges that Voter Reference is successful on its viewpoint discrimination claim, which has been before the Court since Voter Reference filed the original Complaint on September 30, 2024. The Court concludes that Voter Reference is entitled to fees for the time spent on this claim. After a careful review of the billing statements, however, the Court is unable to identify any work done on the viewpoint discrimination claim before September 30, 2024, other than one entry on May 30, 2024 for 0.4 hours at a cost of $168.00. The Court awards

1). Voter Reference filed the Amended Complaint on September 26, 2022 (Doc. 74). During that time, Voter Reference billed $272,603.00 in attorneys fees. The Court therefore reduces the overall grant of attorneys fees by $272,603.00.

     **IT IS ORDERED** that: (i) the Plaintiff's Motion for Attorneys Fees and Nontaxable Expenses, filed September 30, 2024 (Doc. 192), is granted in part and denied in part; and (ii) Plaintiff Voter Reference Foundation, LLC is awarded $797,897.00 in attorneys fees and $22,296.48 in expenses.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Carter B. Harrison, IV
Harrison & Hart, LLC
Albuquerque, New Mexico

-- and --

Edward Dean Greim
Matthew Richard Mueller
Graves Garrett Greim, LLC
Kansas City, Missouri

     *Attorneys for the Plaintiff*

Jeff Dan Herrera
Jesse Kelly
New Mexico Department of Justice
Albuquerque, New Mexico

     *Attorneys for the Defendants*

---

this fee to Voter Reference Foundation, LLC.